UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Genentech, Inc.

                             Plaintiff(s),

CASE NO. 4:10-cv-2037-PJH

v.

The Trustees of the University of Pennsylvania

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

                             Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
   ✓   Private ADR (*please identify process and provider*)  Private mediation at JAMS.

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

   ✓   other requested deadline  November 18, 2010


Dated: July 29, 2010                                /s/ M. Patricia Thayer
                                                             Attorney for Plaintiff

Dated: July 29, 2010                                /s/ Jason G. Sheasby
                                                             Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[~~PROPOSED~~] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- Mediation
- ✓ Private ADR

Deadline for ADR session
- 90 days from the date of this order.
- ✓ other   November 18, 2010

IT IS SO ORDERED.

Dated: 7/30/10

_____
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*

M. PATRICIA THAYER (SBN 90818)
pthayer@sidley.com
AARON R. BLEHARSKI (SBN 240703)
ableharski@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

SANDRA S. FUJIYAMA (SBN 198125)
sfujiyama@sidley.com
SAMUEL N. TIU (SBN 216291)
stiu@sidley.com
TASHICA T. WILLIAMS (SBN 256449)
ttwilliams@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Plaintiff
GENENTECH, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| GENENTECH, INC.,<br><br>    Plaintiff and Counterclaim<br>    Defendant,<br><br>    v.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br><br>    Defendant and Counterclaimant | Case No:    4:10-CV-2037-PJH<br><br>**SIGNATURE ATTESTATION RE: STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

**SIGNATURE ATTESTATION**

Pursuant to General Order 45(X), I hereby attest that concurrence in the filing of the attached Stipulation and [Proposed] Order Selecting ADR Process has been obtained from Jason G. Sheasby.

Dated:  July 29, 2010                              Respectfully Submitted,

By:      */s/  M. Patricia Thayer*
M. Patricia Thayer (SBN 90818)
Aaron R. Bleharski (SBN 240703)
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400

Sandra S. Fujiyama (SBN 198125)
Samuel N. Tiu (SBN 216291)
Tashica T. Williams (SBN 256449)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600

Attorneys for Plaintiff
Genentech, Inc.

**SIGNATURE ATTESTATION RE: STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**
**4:10-CV-2037-PJH L**
1