**United States District Court**
**For the Northern District of California**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

|  |  |
|---|---|
| GENENTECH, INC., | Case No.: 10-CV-02037-LHK |
| Plaintiff, | CASE MANAGEMENT ORDER |
| v. |  |
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, a Pennsylvania non-profit corporation, |  |
| Defendant. |  |

Clerk:  Martha Parker Brown             Reporter: Lee-Anne Shortridge
Plaintiff Attorney: M. Patricia Thayer, Sandra S. Fujiyama
Defendant Attorney: Gary Frischling, Jason Sheasby

A case management conference was held on August 24, 2010.

REFERRAL TO ADR PROCESS: The case is hereby referred to the following ADR process:
Private Mediation: [ X ] (JAMS)
ADR session to be held by:  November 18, 2010.
Parties to exchange names of potential mediators by August 31, 2010.  Parties to agree to a mediator by September 14, 2010.

FURTHER CASE MANAGEMENT CONFERENCE is set for December 8, 2010 , at 2 pm.

The Schedule stipulated by the parties and, in the absence of a stipulation, proposed by the Trustees of the University of Pennsylvania is adopted with the following changes:

PRODUCTION OF DISCOVERY RELATED TO ADVICE OF COUNSEL:  50 days after the Court's Claim Construction Ruling, Pursuant to Patent Local Rule 3-7.

FACT DISCOVERY CUTOFF: 120 days after the Court's Claim Construction Ruling.

OPENING BRIEFS ON DISPOSITIVE MOTIONS: On file 14 days after the close of expert discovery.

EXCHANGE OF WITNESS LISTS, DEPOSITION DESIGNATIONS, EXHIBIT LISTS, PROPOSED JURY INSTRUCTIONS, VOIR DIRE FORM: 30 days before trial.

DAUBERT MOTIONS AND MOTIONS IN LIMINE: 30 days before trial.

MEET AND CONFER RE JOINT PRETRIAL STATEMENT: 25 days before trial.

JOINT PRETRIAL STATEMENT: 20 days before trial.

COUNTER DESIGNATION OF DEPOSITION TESTIMONY; OBJECTIONS TO EXHIBIT LISTS: 15 days before trial.

TRIAL:  90 days after summary judgment hearing

TRIAL ESTIMATE: The parties estimate the trial will last 5-10 days.

Case No.: 10-CV-02037-LHK
CASE MANAGEMENT ORDER

**IT IS SO ORDERED.**

Dated: August 24, 2010

_____
LUCY H. KOH
United States District Judge