| | |
|---|---|
| M. PATRICIA THAYER (SBN 90818) | ROBERT A. VAN NEST (SBN 84065) |
| pthayer@sidley.com | rvannest@kvn.com |
| AARON R. BLEHARSKI (SBN 240703) | ASHOK RAMANI (SBN 200020) |
| ableharski@sidley.com | aramani@kvn.com |
| SIDLEY & AUSTIN LLP | NIKKI K. VO (SBN 239543) |
| 555 California Street | nvo@kvn.com |
| San Francisco, CA  94104 | SARAH B. FAULKNER (SBN 263857) |
| Telephone:  (415) 772-1200 | sfaulkner@kvn.com |
| Facsimile:   (415) 772-7400 | KEKER & VAN NEST LLP |
| | 710 Sansome Street |
| | San Francisco, CA  94111-1704 |
| | Telephone:  (415) 391-5400 |
| | Facsimile:   (415) 397-7188 |

SANDRA S. FUJIYAMA (SBN 198125)
sfujiyama@sidley.com
SAMUEL N. TIU (SBN 216291)
stiu@sidley.com
TASHICA T. WILLIAMS (SBN 265449)
ttwilliams@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013
Telephone:  (213) 896-6000
Facsimile:   (213) 896-6600

Attorneys for Plaintiff
GENENTECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC., | Case No. 5:10-CV-2037-LHK (PVT) |
| Plaintiff, | **ORDER GRANTING REQUEST TO MODIFY CLAIM-CONSTRUCTION TUTORIAL AND HEARING DATES** |
| v. | |
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, a Pennsylvania non-profit corporation, | Dept:       Courtroom 4, Fifth Floor<br>Judge:      Hon. Lucy H. Koh |
| Defendant. | Date Comp. Filed:    May 11, 2010<br><br>Trial Date: None set. |

1  Having considered the parties' Stipulation to Modify Claim-Construction Tutorial and Hearing Dates:

IT IS HEREBY ORDERED that the parties' request to modify the claim-construction tutorial and hearing dates is granted. The claim-construction tutorial date shall be rescheduled from March 14, 2011 to March 28, 2011. The claim-construction hearing date shall be rescheduled from March 28, 2011 to April 4, 2011. The deadlines under Patent Local Rules 4-4 and 4-5 shall be extended by one week.

IT IS SO ORDERED.

Dated: November 18, 2010

_____
Honorable Lucy H. Koh
United States District Court Judge

1
[PROPOSED] ORDER GRANTING REQUEST TO MODIFY
CLAIM-CONSTRUCTION TUTORIAL AND HEARING DATES
CASE NO. 5:10-CV-2037-LHK (PVT)

528166.01