1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10              SAN JOSE DIVISION

11

12  GENENTECH, INC.,                    )        Case No.: C 10-2037 PVT
                                        )
13              Plaintiff,              )        **ORDER RE PARTIES' FORM OF**
                                        )        **PROTECTIVE ORDER**
14      v.                              )
                                        )
15  THE TRUSTEES OF THE UNIVERSITY      )
    OF PENNSYLVANIA,                     )
16                                      )
                Defendant.              )
17  _____ )

18          On September 24, 2010, the parties submitted a proposed form of stipulated protective order.

19  Some of the provisions of the proposed form of order are not acceptable to the court.[1]  Rather than

20  spend time identifying all of the problems with the proposed form of order, the court finds it more

21  efficient to direct the parties to use the one of the court's model forms of protective order.

22  Therefore,

23          IT IS HEREBY ORDERED that, no later than December 1, 2010, the parties shall submit a

24  revised form of protective order that uses the wording of the court's model "Stipulated Protective

25  _____

26          [1]      For example, Paragraph 2.(c) of the proposed form of order purports to make it improper
    to designate information confidential if the information *thereafter* is disclosed by a party as a matter of
27  right – something the designating party would have know way of predicting at the time it designates the
    information confidential.  A more significant problem is the proposed provision in Paragraph 19 that
28  *automatically* relieves a party of any waiver of privilege that would otherwise result from an inadvertent
    disclosure.  Such determinations must be made based on the facts and circumstances surrounding
    specific inadvertent disclosures.

ORDER, *page 1*

1  Order for Litigation Involving Patents, Highly Sensitive Confidential Information And/or Trade

2  Secrets" available in the "Forms" section of the court's website (www.cand.uscourts.gov).  If the

3  parties believe that modification[2] of the court's model form of order is reasonably necessary for the

4  present action, they shall also submit a joint brief explaining what modification they seek, and why it

5  is reasonably necessary for the present action.

6        IT IS FURTHER ORDERED that, pending entry of the final form of protective order, the

7  handling of confidential information shall be governed by the provisions of the court's model

8  "Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential

9  Information And/or Trade Secrets."

10  Dated: *11/19/10*

11                     PATRICIA V. TRUMBULL

12                     United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28        [2]      As used herein, "modification" does not include merely selecting one of two or more
optional provisions so long as the wording of the option selected accurately reflects the wording in the
court's model form of order.