M. PATRICIA THAYER (SBN 90818)
pthayer@sidley.com
AARON R. BLEHARSKI (SBN 240703)
ableharski@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

SANDRA S. FUJIYAMA (SBN 198125)
sfujiyama@sidley.com
SAMUEL N. TIU (SBN 216291)
stiu@sidley.com
TASHICA T. WILLIAMS (SBN 256449)
ttwilliams@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

ROBERT A. VAN NEST (SBN 84065)
rvannest@kvn.com
ASHOK RAMANI (SBN 200020)
aramani@kvn.com
NIKKI K. VO (SBN 239543)
nvo@kvn.com
SARA B. FAULKNER (SBN 263857)
sfaulkner@kvn.com
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
GENENTECH, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| GENENTECH, INC., <br><br> Plaintiff, <br><br> vs. <br><br> THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, a Pennsylvania non-profit corporation, <br><br> Defendant. | Case No: 5:10-CV-2037-LHK (PVT) <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE SECOND JOINT CASE MANAGEMENT CONFERENCE STATEMENT** <br><br> **Hearing Date:** <br> **Time:** <br> **Judge:** Hon. Lucy H. Koh |

1  WHEREAS there is a Second Case Management Conference scheduled before this Court on December 8, 2010; and

WHEREAS, pursuant to Civil Local Rule 16-10(d), Genentech, Inc. and the Trustees of the University of Pennsylvania (together, "the parties") must file a Second Joint Case Management Conference Statement by December 1, 2010; and

WHEREAS the parties would like an additional day to meet and confer regarding the issues to be discussed in their Second Joint Case Management Conference Statement;

THE PARTIES THEREFORE AGREE as follows:

1. The deadline of December 1, 2010 for the parties to file their Second Joint Case Management Statement should be extended one day to December 2, 2010.

**JOINT STIP. AND [PROPOSED] ORDER RE SECOND JOINT CMC STATEMENT**
**CASE NO.  5:10-CV-2037-LHK (PVT)**

SO STIPULATED:

Respectfully submitted,

Dated:  December 1, 2010                    SIDLEY AUSTIN LLP


By: _____/s/_____
　　　　M. PATRICIA THAYER

Attorneys for Plaintiff GENENTECH, INC.

Dated:  December 1, 2010                    IRELL & MANELLA LLP


By: _____/s/_____
　　　　GARY N. FRISCHILING[1]

Attorneys for Defendants THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA.

---

[1] Pursuant to General Order 45(X), the filer of this document hereby attests that concurrence in the filing of the document has been obtained from Gary N. Frischling.

1. PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

   1. The deadline of December 1, 2010 for Genentech, Inc. and the Trustees of the University of Pennsylvania to file their Second Joint Case Management Statement under Civil Local Rule 16-10(d) is extended one day to December 2, 2010.

SO ORDERED.

Dated: \_\_\_December 2\_\_, 2010

_____
LUCY H. KOH
United States District Judge

---

**[PROPOSED] ORDER RE SECOND JOINT CMC STATEMENT**
**CASE NO. 5:10-CV-2037-LHK (PVT)**