M. PATRICIA THAYER (SBN 90818)
pthayer@sidley.com
AARON R. BLEHARSKI (SBN 240703)
ableharski@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

SANDRA S. FUJIYAMA (SBN 198125)
sfujiyama@sidley.com
SAMUEL N. TIU (SBN 216291)
stiu@sidley.com
TASHICA T. WILLIAMS (SBN 256449)
ttwilliams@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

ROBERT A. VAN NEST (SBN 84065)
rvannest@kvn.com
ASHOK RAMANI (SBN 200020)
aramani@kvn.com
NIKKI K. VO (SBN 239543)
nvo@kvn.com
SARA B. FAULKNER (SBN 263857)
sfaulkner@kvn.com
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
GENENTECH, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| GENENTECH, INC.,<br><br>       Plaintiff,<br><br>vs.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, a Pennsylvania non-profit corporation,<br><br>       Defendant. | Case No:   5:10-CV-2037-LHK (PSG)<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO COMPLY WITH PORTION OF THE COURT'S NOVEMBER 22 ORDER**<br><br>**Hearing Date:** TBD<br>**Time:** TBD<br>**Judge:** Hon. Magistrate Paul S. Grewal |

**JOINT STIP. TO EXTEND THE DEADLINE FOR COMPLIANCE WITH THE COURT'S NOV. 22 ORDER
CASE NO.  5:10-CV-2037-LHK (PSG)**

WHEREAS on July 26, 2010 the defendant the Trustees of the University of Pennsylvania ("the University") served its first set of requests for production of documents ("RFPs") on the plaintiff Genentech, Inc. ("Genentech"); and

WHEREAS on August 25, 2010, Genentech served its responses to the University's RFPs; and

WHEREAS on October 4, 2010, the University filed a Motion to Compel responses to its RFP Nos. 33 and 36 (Dkt. No 27) ("Motion"); and

WHEREAS on October 19, 2010, Genentech filed its Opposition (Dkt. No. 30) to the University's Motion and stated in footnote 4 on page 2: "The parties have never explicitly met and conferred on RFP 36, the RFP that forms the basis of UPENN's Motion on the Regulatory filings. Thus, UPENN's Motion as to RFP 36 is not yet ripe. Nevertheless, the parties have communicated with respect to the BLA submissions, which are a subset of documents requested in UPENN's RFP 36. Genentech understands that UPENN's Motion is only directed to the production of the BLA submissions related to Herceptin and responds on that basis." (citations omitted).

WHEREAS on November 22, 2010 the Court issued an order deciding the University's Motion ("Order") containing the following sentence:

> In addition, to the extent there is responsive electronic data other than the BLA Submissions in Defendant's possession, custody or control that is responsive to Document Request No. 36, Plaintiff shall either produce the unredacted data to Defendant by November 30, 2010, or else file a declaration by that date showing why it cannot do so and setting forth the earliest possible date that it will be able to do so.

WHEREAS, Genentech has asserted that production of all regulatory materials other than BLA Submissions (as that term is defined in the Court's Order) may result in production of significant irrelevant information and thereby create a burden for Genentech in production and for the University in review;

WHEREAS, Genentech and the University are discussing whether a more limited production of regulatory materials (other than the BLA Submissions) would be appropriate and believe that limited additional time will facilitate those discussions;

---

**JOINT STIP. TO EXTEND THE DEADLINE FOR COMPLIANCE WITH THE COURT'S NOV. 22 ORDER
CASE NO. 5:10-CV-2037-LHK (PSG)**

WHEREAS, if the parties are unable to reach agreement, Genentech may wish to move for reconsideration and/or file objections to the Court's Order; and

WHEREAS, the parties agree that their discussions regarding the Order would be facilitated by an extension to December 7, 2010 of the deadlines by which Genentech (a) must comply with the Court's Order, solely as it relates to the above-quoted sentence, (b) file a motion for reconsideration of the Court's Order; and/or (c) file objections to the Court's Order;

THE PARTIES THEREFORE AGREE as follows:

1. The deadline of November 30, 2010 for Genentech to comply with the following sentence in the Court's November 22, 2010 Order is extended one week to December 7, 2010:

   > "In addition, to the extent there is responsive electronic data other than the BLA Submissions in Defendant's possession, custody or control that is responsive to Document Request No. 36, Plaintiff shall either produce the unredacted data to Defendant by November 30, 2010, or else file a declaration by that date showing why it cannot do so and setting forth the earliest possible date that it will be able to do so."

2. The deadline of November 30, 2010 for Genentech to file a Motion for Reconsideration of the Court's Order is extended one week to December 7, 2010.

3. The deadline of December 6, 2010 for Genentech to object to the Court's Order is extended one day to December 7, 2010.

4. No other provision of the Court's November 22, 2010 Order is changed.

SO STIPULATED:

                                                          Respectfully submitted,

Dated:  November 30, 2010                  SIDLEY AUSTIN LLP

By:             /s/            
     M. PATRICIA THAYER

Attorneys for Plaintiff GENENTECH, INC.

Dated:  November 30, 2010                  IRELL & MANELLA LLP

By:             /s/            
     GARY N. FRISCHILING[1]

Attorneys for Defendants THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA.

---

[1] Pursuant to General Order 45(X), the filer of this document hereby attests that concurrence in the filing of the document has been obtained from Gary N. Frischling.

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

1. The deadline of November 30, 2010 for Genentech to comply with the following sentence in the Court's November 22, 2010 Order is extended one week to December 7, 2010:

> "In addition, to the extent there is responsive electronic data other than the BLA Submissions in Defendant's possession, custody or control that is responsive to Document Request No. 36, Plaintiff shall either produce the unredacted data to Defendant by November 30, 2010, or else file a declaration by that date showing why it cannot do so and setting forth the earliest possible date that it will be able to do so."

2. The deadline of November 30, 2010 for Genentech to file a Motion for Reconsideration of the Court's Order is extended one week to December 7, 2010.

3. It is hereby recommended to Judge Koh that the deadline of December 6, 2010 for Genentech to object to the Court's Order be extended one day to December 7, 2010.

4. No other provision of the Court's November 22, 2010 Order is changed.

SO ORDERED.

Dated: *December 6, 2010*

_____
PAUL S. GREWAL
United States Magistrate Judge