RECEIVED

2010 NOV -8 P 3: 34

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC.,<br><br>    Plaintiff and Counterclaim Defendant<br><br>v.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br><br>    Defendant and Counterclaimant | Case No. C 10-2037 LHK (PVT)<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Stephen McArthur, an active member in good standing of the bar of the State of New York, whose business address is Irell & Manella, 1800 Avenue of the Stars, Suite 900, Los Angeles, CA 90067-4276, and telephone number is 310-203-7138, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Trustees of the University of Pennsylvania.

**IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DATED: December 7, 2010

*Lucy H. Koh*

HONORABLE LUCY K. KOH
UNITED STATES JUDGE