| | |
|---|---|
| M. PATRICIA THAYER (SBN 90818) | ROBERT A. VAN NEST (SBN 84065) |
| pthayer@sidley.com | rvannest@kvn.com |
| AARON R. BLEHARSKI (SBN 240703) | ASHOK RAMANI (SBN 200020) |
| ableharski@sidley.com | aramani@kvn.com |
| SIDLEY AUSTIN LLP | NIKKI K. VO (SBN 239543) |
| 555 California Street | nvo@kvn.com |
| San Francisco, California 94104 | SARA B. FAULKNER (SBN 263857) |
| Telephone: (415) 772-1200 | sfaulkner@kvn.com |
| Facsimile: (415) 772-7400 | KEKER & VAN NEST LLP |
| | 710 Sansome Street |
| SANDRA S. FUJIYAMA (SBN 198125) | San Francisco, CA 94111-1704 |
| sfujiyama@sidley.com | Telephone: (415) 391-5400 |
| SAMUEL N. TIU (SBN 216291) | Facsimile: (415) 397-7188 |
| stiu@sidley.com | |
| TASHICA T. WILLIAMS (SBN 256449) | |
| ttwilliams@sidley.com | |
| SIDLEY AUSTIN LLP | |
| 555 West Fifth Street, Suite 4000 | |
| Los Angeles, California 90013 | |
| Telephone: (213) 896-6000 | |
| Facsimile: (213) 896-6600 | |

Attorneys for Plaintiff
GENENTECH, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC., | Case No: 5:10-CV-2037-LHK (PSG) |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINES FOR (A) COMPLIANCE WITH A PORTION OF THE COURT'S NOVEMBER 22 ORDER AND (B) TO MOVE TO RECONSIDER THE COURT'S ORDER** |
| vs. | |
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, a Pennsylvania non-profit corporation, | |
| Defendant. | **Hearing Date:** TBD<br>**Time:** TBD<br>**Judge:** Hon. Magistrate Paul S. Grewal |

WHEREAS on December 1, 2010, plaintiff Genentech, Inc. ("Genentech") and defendant the Trustees of the University of Pennsylvania ("the University") filed a Joint Stipulation and Proposed Order to Extend the Deadline for Compliance with A Portion of the Court's November 22 Order (Dkt. No. 45) from November 30, 2010 to December 7, 2010; and

WHEREAS the parties had wanted the deadline extension, in part, to discuss whether there is a way to limit Genentech's production of regulatory materials, other than the BLA Submissions (as that term is used in the Court's November 22 Order), to avoid the production of irrelevant materials; and

WHEREAS, the parties are still addressing the proper scope for production of the regulatory materials and believe that an additional extension would benefit their discussion; and

WHEREAS, if the parties are unable to reach agreement, Genentech reserves the right to move for reconsideration of the Court's Order;

THE PARTIES THEREFORE AGREE as follows:

1. The deadline for Genentech to comply with the following sentence in the Court's November 22, 2010 Order, now set for December 7, 2010 is extended an additional week to December 14, 2010:

   "In addition, to the extent there is responsive electronic data other than the BLA Submissions in Defendant's possession, custody or control that is responsive to Document Request No. 36, Plaintiff shall either produce the unredacted data to Defendant by November 30, 2010, or else file a declaration by that date showing why it cannot do so and setting forth the earliest possible date that it will be able to do so."

2. The deadline for Genentech to file a Motion for Reconsideration of the Court's Order, now set for December 7, 2010 is extended an additional week to December 14, 2010.

3. No other provision of the Court's November 22, 2010 Order is changed.

1  SO STIPULATED:

          Respectfully submitted,

Dated:  December 6, 2010          SIDLEY AUSTIN LLP


          By:  _____/s/_____
               M. PATRICIA THAYER

          Attorneys for Plaintiff GENENTECH, INC.


Dated:  December 6, 2010          IRELL & MANELLA LLP


          By:  _____/s/_____
               GARY N. FRISCHLING[1]

          Attorneys for Defendants THE TRUSTEES OF
          THE UNIVERSITY OF PENNSYLVANIA.

---

[1] Pursuant to General Order 45(X), the filer of this document hereby attests that concurrence in the filing of the document has been obtained from Gary N. Frischling.

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

1. The deadline for Genentech to comply with the following sentence in the Court's November 22, 2010 Order, now set for December 7, 2010 is extended an additional week to December 14, 2010:

   > "In addition, to the extent there is responsive electronic data other than the BLA Submissions in Defendant's possession, custody or control that is responsive to Document Request No. 36, Plaintiff shall either produce the unredacted data to Defendant by November 30, 2010, or else file a declaration by that date showing why it cannot do so and setting forth the earliest possible date that it will be able to do so."

2. The deadline for Genentech to file a Motion for Reconsideration of the Court's Order, now set for December 7, 2010 is extended an additional week to December 14, 2010.

3. No other provision of the Court's November 22, 2010 Order is changed.

SO ORDERED.

Dated: *December 7, 2010*

PAUL. S GREWAL
United States Magistrate Judge