M. PATRICIA THAYER (SBN 90818)
pthayer@sidley.com
AARON R. BLEHARSKI (SBN 240703)
ableharski@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400

SANDRA S. FUJIYAMA (SBN 198125)
sfujiyama@sidley.com
SAMUEL N. TIU (SBN 216291)
stiu@sidley.com
TASHICA T. WILLIAMS (SBN 256449)
ttwilliams@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600

ROBERT A. VAN NEST (SBN 84065)
rvannest@kvn.com
ASHOK RAMANI (SBN 200020)
aramani@kvn.com
NIKKI K. VO (SBN 239543)
nvo@kvn.com
SARA B. FAULKNER (SBN 263857)
sfaulkner@kvn.com
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
GENENTECH, INC.

GARY N. FRISCHILING (SBN 130583)
gfrischiling@irell.com
JASON SHEASBY (SBN 205455)
jsheasby@irell.com
THOMAS JACKMAN (SBN 267504)
tjackman@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California  90067-4276
Telephone:  (310) 277-1010
Facsimile:  (310) 203-7199

SANDRA HABERNY, PHD (SBN 260977)
shaberny@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, California  92660-6324
Telephone:  (949) 760-0991
Facsimile:  (949) 760-5200

Attorneys for Defendant
THE TRUSTEES OF THE UNIVERSITY OF
PENNSYLVANIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

**JOINT STIP. RE TECHNICAL EXPERTS
CASE NO.  5:10-CV-2037-LHK (PSG)**

-2-

| | | |
|---|---|---|
| 1 | GENENTECH, INC., | ) Case No:     5:10-CV-2037-LHK (PSG) |
| 2 | Plaintiff, | ) **JOINT STIPULATION AND** |
| | | ) **[PROPOSED] ORDER REGARDING** |
| 3 | vs. | ) **TECHNICAL EXPERTS DURING** |
| | | ) **CLAIM CONSTRUCTION** |
| 4 | THE TRUSTEES OF THE UNIVERSITY OF | ) |
| | PENNSYLVANIA, a Pennsylvania non-profit | ) **Hearing Date:** December 8, 2010 |
| 5 | corporation, | ) **Time:** 2:00 p.m. |
| | | ) **Judge:** Hon. Lucy H. Koh |
| 6 | Defendant. | ) |

WHEREAS defendant the Trustees of the University of Pennsylvania ("the University") and plaintiff Genentech, Inc. ("Genentech") have met and conferred regarding the use of technical expert testimony in connection with claim construction in this matter;

THE PARTIES THEREFORE AGREE as follows:

1. The parties will meet and confer by Tuesday, December 14, 2010, to further explain the technical expert subjects to be addressed by each party.

2. The parties will simultaneously exchange technical expert declarations on January 7, 2011.

3. The depositions of the technical experts will be conducted thereafter and will be concluded by February 4, 2010.

4. The parties jointly request that the Court reset the filing date for the Joint Claim Construction and Prehearing Statement, currently December 21, 2010, to January 7, 2011.

5. The parties will not call technical experts at the Markman hearing to give live testimony, unless the Court so requests.

6. The remaining dates set by the Court in the initial case management order or in subsequent orders should remain unchanged.

SO STIPULATED:

                                        Respectfully submitted,

Dated:  December 8, 2010                  SIDLEY AUSTIN LLP


By:               /s/            
     M. PATRICIA THAYER

 Attorneys for Plaintiff GENENTECH, INC.

Dated:  December 8, 2010                  IRELL & MANELLA LLP


By:               /s/            
     GARY N. FRISCHILING[1]

Attorneys for Defendants THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA.

---

[1] Pursuant to General Order 45(X), the filer of this document hereby attests that concurrence in the filing of the document has been obtained from Gary N. Frischling.

1  PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

2  1.  The filing date for the Joint Claim Construction and Prehearing Statement, currently

3  set for December 21, 2010, is reset for January 7, 2011.

6  SO ORDERED.

8  Dated: ___December 10___, 2010

                                                LUCY H. KOH
                                                United States District Judge