UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, a Pennsylvania non-profit corporation, <br><br> Defendant. | Case No.: 10-CV-02037-LHK <br><br> ORDER REGARDING PAGE LIMITS |

The parties have submitted a stipulation requesting to extend the page limits for claim construction briefing. The Court hereby orders that the parties may file briefs not to exceed 35 pages for the opening and opposition briefs, and not to exceed 20 pages for the reply brief.

**IT IS SO ORDERED.**

Dated: February 1, 2011

_____
LUCY H. KOH
United States District Judge