M. PATRICIA THAYER (SBN 90818)
pthayer@sidley.com
AARON R. BLEHARSKI (SBN 240703)
ableharski@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400

SANDRA S. FUJIYAMA (SBN 198125)
sfujiyama@sidley.com
SAMUEL N. TIU (SBN 216291)
stiu@sidley.com
TASHICA T. WILLIAMS (SBN 256449)
ttwilliams@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600

ROBERT A. VAN NEST (SBN 84065)
rvannest@kvn.com
ASHOK RAMANI (SBN 200020)
aramani@kvn.com
NIKKI K. VO (SBN 239543)
nvo@kvn.com
SARA B. FAULKNER (SBN 263857)
sfaulkner@kvn.com
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
GENENTECH, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| GENENTECH, INC., <br><br> Plaintiff, <br><br> vs. <br><br> THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, a Pennsylvania non-profit corporation, <br><br> Defendant. | Case No:   5:10-CV-2037-LHK (PSG) <br><br> **FIFTH JOINT STIPULATION AND ORDER TO EXTEND THE DEADLINES FOR (A) COMPLIANCE WITH A PORTION OF THE COURT'S NOVEMBER 22 ORDER AND (B) TO MOVE TO RECONSIDER THE COURT'S ORDER** <br><br> **Hearing Date:** TBD <br> **Time:** TBD <br> **Judge:** Hon. Magistrate Paul S. Grewal |

**FIFTH JOINT STIP. RE COURT'S NOV. 22 ORDER – CASE NO.  5:10-CV-2037-LHK (PSG)**

WHEREAS on January 11, 2011, plaintiff Genentech, Inc. ("Genentech") and defendant the Trustees of the University of Pennsylvania ("the University") filed a Fourth Joint Stipulation and Proposed Order to Extend the Deadline for Compliance with a portion of the Court's November 22 Order (Dkt. No. 79) from January 11, 2011 to February 1, 2011; and

WHEREAS the parties wanted the deadline extension to discuss whether there is a way to limit Genentech's production of regulatory materials, other than the BLA Submissions (as that term is used in the Court's November 22 Order), to avoid the production of irrelevant materials; and

WHEREAS, the parties are continuing to address the proper scope for production of the regulatory materials and believe that an additional extension would benefit their discussion; and

WHEREAS, the parties are continuing to arrange an appropriate manner in which to proceed with the production; and

WHEREAS, if the parties are unable to reach agreement, Genentech reserves the right to move for reconsideration of the Court's Order;

THE PARTIES THEREFORE AGREE as follows:

1. The deadline for Genentech to comply with the following sentence in the Court's November 22, 2010 Order, now set for February 1, 2011, is extended an additional two weeks to February 15, 2011:

   > "In addition, to the extent there is responsive electronic data other than the BLA Submissions in Defendant's possession, custody or control that is responsive to Document Request No. 36, Plaintiff shall either produce the unredacted data to Defendant by November 30, 2010, or else file a declaration by that date showing why it cannot do so and setting forth the earliest possible date that it will be able to do so."

2. The deadline for Genentech to file a Motion for Reconsideration of the Court's Order, now set for February 1, 2011, is extended an additional two weeks to February 15, 2011.

3. No other provision of the Court's November 22, 2010 Order is changed.

**FIFTH JOINT STIP. RE COURT'S NOV. 22 ORDER – CASE NO. 5:10-CV-2037-LHK (PSG)**

1 | SO STIPULATED:

Respectfully submitted,

Dated: February 1, 2011    SIDLEY AUSTIN LLP

By: _____/s/_____
M. PATRICIA THAYER

Attorneys for Plaintiff GENENTECH, INC.

Dated: February 1, 2011    IRELL & MANELLA LLP

By: _____/s/_____
GARY N. FRISCHLING[1]

Attorneys for Defendants THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA

---

[1] Pursuant to General Order 45(X), the filer of this document hereby attests that concurrence in the filing of the document has been obtained from Gary N. Frischling.

2

**FIFTH JOINT STIP. RE COURT'S NOV. 22 ORDER – CASE NO. 5:10-CV-2037-LHK (PSG)**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

1. The deadline for Genentech to comply with the following sentence in the Court's November 22, 2010 Order, now set for February 1, 2011, is extended an additional two weeks to February 15, 2011:

> "In addition, to the extent there is responsive electronic data other than the BLA Submissions in Defendant's possession, custody or control that is responsive to Document Request No. 36, Plaintiff shall either produce the unredacted data to Defendant by November 30, 2010, or else file a declaration by that date showing why it cannot do so and setting forth the earliest possible date that it will be able to do so."

2. The deadline for Genentech to file a Motion for Reconsideration of the Court's Order, now set for February 1, is extended an additional two weeks to February 15, 2011.

3. No other provision of the Court's November 22, 2010 Order is changed.

SO ORDERED.

Dated: February 2, 2011

_____
PAUL. S GREWAL
United States Magistrate Judge