JASON SHEASBY (Bar No. 205455)
jsheasby@irell.com
GARY FRISCHLING (Bar No. 130583)
gfrischling@irell.com
MACLAIN WELLS (Bar No. 221609)
mwells@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

SANDRA HABERNY (Bar No. 260977)
shaberny@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive
Suite 400
Newport Beach, CA 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Defendant and Counterclaimant
THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC.,<br><br>Plaintiff and Counterclaim Defendant<br><br>v.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br><br>Defendant and Counterclaimant | Case No. 5:10-cv-02037-LHK (PSG)<br><br>**EVIDENCE CITED BY THE UNIVERSITY OF PENNSYLVANIA IN APPENDIX B TO THE JOINT CLAIM CONSTRUCTION STATEMENT**<br><br>**PART 7** |

The University of Pennsylvania submits evidence cited by the University in Appendix B to the Joint Claim Construction Statement, Docket Index No. 77.

By: /s/ Jason G. Sheasby

Jason Sheasby (CA #205455)

Attorneys for Defendant and Counterclaimant
THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA

# EVIDENCE CITED BY THE UNIVERSITY OF PENNSYLVANIA IN APPENDIX B TO THE JOINT CLAIM CONSTRUCTION STATEMENT
# TAB 12
# PART 1 of 6

Molecular
Cell
Biology

# MOLECULAR CELL



Cover illustration by Nenad Jakasevic

Library of Congress Cataloging-in-Publication Data

Molecular cell biology/James Darnell . . . [et al.].—3d ed.
  p.  cm.
  Second edition's main entry under the heading for Darnell.
  Includes bibliographical references and index.
  ISBN 0-7167-2380-8
  1. Cytology.    2. Molecular biology.    I. Darnell, James E.
QH581.2.D37    1995                                    94-22376
574.87'6042—dc20                                           CIP

© 1986, 1990, 1995 by Scientific American Books, Inc.

No part of this book may be reproduced by any mechanical, photographic, or electronic process, or in the form of a phonographic recording, nor may it be stored in a retrieval system, transmitted, or otherwise copied for public or private use, without the written permission of the publisher.

Printed in the United States of America

Scientific American Books is a subsidiary of Scientific American, Inc.
Distributed by W. H. Freeman and Company, 41 Madison Avenue,
New York, New York 10010 and 20 Beaumont Street,
Oxford OX1 2NQ England

1 2 3 4 5 6 7 8 9 0    HAW    9 9 8 7 6 5

Case 5:10-cv-02037-LHK Document 101-6 Filed 02/11/11 Page 6 of 20

# 20 Cell-to-Cell Signaling: Hormones and Receptors

▲ Injection of a dominant-interfering mutation of MAP kinase kinase blocks signal-dependent neurite outgrowth (yellow cells).

No cell lives in isolation. In all multicellular organisms, survival depends on an elaborate intercellular communication network that coordinates the growth, differentiation, and metabolism of the multitude of cells in the diverse tissues and organs. Cells within small groups often communicate by direct cell-cell contact (see Chapter 24). Specialized junctions in the plasma membranes of adjacent cells permit them to exchange small molecules and to coordinate metabolic responses; other junctions between adjacent cells determine the shape and rigidity of many tissues. In addition, the establishment of specific cell-cell interactions between different types of cells is a necessary step in the development of many tissues. In some cases a particular protein on one cell binds to a receptor protein on the surface of an adjacent target cell, triggering its differentiation.

In this chapter, we examine another important mechanism by which cells communicate, principally by means of extracellular *signaling molecules.* These specific substances are synthesized and released by *signaling cells* and produce a specific response only in *target cells* that have receptors for the signaling molecules. An enormous variety of chemicals, including small molecules (e.g., amino acids, acetylcholine), peptides, and proteins, are used in this type of cell-to-cell communication. The extracellular products synthesized by signaling cells can diffuse away or be transported in the blood, thus providing a means for cells to communicate over longer distances than is possible by chains of direct cell-cell contacts.

We begin with a general discussion of signaling molecules, cell-surface receptors, and the role of extracellular signals. We then describe techniques for detecting, purifying, and cloning cell-surface receptors. Next we examine in some detail several signal-transduction pathways and the

role of various intracellular molecules, termed *second messengers*, that relay signals from activated receptors and help regulate cellular metabolism. Several mechanisms whereby binding of signaling molecules to cell-surface receptors leads to activation of particular transcription factors and changes in gene expression are discussed in the last section. Obviously, there are too many important signaling molecules and receptors to cover them all in this chapter, and we focus on those whose function in animal cells is reasonably well understood at the cellular and molecular level. Table 20-1 lists many of the abbreviations for signaling molecules and other components of signal pathways that are used throughout this chapter.

## ➤ *Overview of Extracellular Signaling*

Communication by extracellular signals usually involves six steps: (1) synthesis and (2) release of the signaling molecule by the signaling cell; (3) transport of the signal to the target cell; (4) detection of the signal by a specific receptor protein; (5) a change in cellular metabolism or gene expression triggered by the receptor-signaling molecule complex; and (6) removal of the signal, often terminating the cellular response.

In many microorganisms (e.g., yeast, slime molds, and

**TABLE 20-1 Common Abbreviations Related to Cell-to-Cell Signaling**

| Abbreviation | Name | Type of Molecule |
|---|---|---|
| AC | Adenylate cyclase | Effector enzyme coupled to $G_s$ protein–linked receptors |
| ACTH | Adrenocorticotropic hormone | Extracellular signaling molecule |
| cAMP | 3′,5′-cyclic AMP | Second messenger |
| cAPK | cAMP-dependent protein kinase | Enzyme that triggers cascade leading to glycogen breakdown in response to rise in intracellular cAMP |
| CG | Chorionic gonadotropin | Extracellular signaling molecule |
| cGMP | 3′,5′-cyclic GMP | Second messenger |
| DAG | 1,2-diacylglycerol | Second messenger |
| EGF | Epidermal growth factor | Extracellular signaling molecule |
| FGF | Fibroblast growth factor | Extracellular signaling molecule |
| FSH | Follicle-stimulating hormone | Extracellular signaling molecule |
| GAP | GTPase-activating protein | Enzyme in RTK-Ras signaling pathway that converts active Ras · GTP to inactive Ras · GDP |
| GEF | Guanine nucleotide–exchange factor | Cytosolic protein in RTK-Ras signaling pathway that promotes formation of active Ras · GTP |
| GPK | Glycogen phosphorylase kinase | Key regulatory enzyme in glycogenolysis that is activated in response to a rise in intracellular cAMP or cytosolic $Ca^{2+}$ |
| IGF-1 | Insulin-like growth factor 1 | Extracellular signaling molecule |
| $IP_3$ | Inositol 1,4,5-trisphosphate | Second messenger |
| IRS1 | Insulin receptor substrate 1 | Relay protein that functions in signaling initiated by insulin receptor |
| LH | Luteinizing hormone | Extracellular signaling molecule |
| PDGF | Platelet-derived growth factor | Extracellular signaling molecule |
| PI | Phosphatidylinositol | Phospholipid in plasma membrane |
| PI-3 kinase | Phosphatidylinositol-3 kinase | Enzyme localized to cell membrane by binding to activated RTKs |
| $PIP_2$ | Phosphatidylinositol 4,5-bisphosphate | Membrane-bound substrate in synthesis of the second messengers DAG and $IP_3$ |
| PLC | Phospholipase C | Membrane-associated enzyme that converts $PIP_2$ to DAG and $IP_3$ |
| RTK | Receptor tyrosine kinase | Type of cell-surface receptor with tyrosine kinase activity in its cytosolic domain |
| RYR | Ryanodine receptor | $Ca^{2+}$ channels in membranes of intracellular compartments in muscle and nerve cells |

protozoans), secreted molecules coordinate the aggregation of free-living cells for sexual mating or differentiation under certain environmental conditions. Chemicals released by one organism that can alter the behavior or gene expression of other organisms of the same species are called *pheromones.* Yeast mating-type factors discussed in other chapters are a well-understood example of pheromone-mediated cell-to-cell signaling. Some algae and animals also release pheromones, usually dispersing them into the air or water, to attract members of the opposite sex. More important in plants and animals are extracellular signaling molecules that function *within* an organism to control metabolic processes within cells, the growth of tissues, the synthesis and secretion of proteins, and the composition of intracellular and extracellular fluids. To date, no receptor for any plant signaling molecule has been identified with certainty, and the understanding of signaling in plants is much less advanced than that of signaling in animals and microorganisms. For this reason, we focus in this chapter on cell signaling in eukaryotic microorganisms and in a variety of higher eukaryotes, particularly mammals.

## Signaling Molecules Operate over Various Distances in Animals

In animals, signaling by extracellular, secreted molecules can be classified into three types—endocrine, paracrine, or autocrine—based on the distance over which the signal acts. In addition, certain membrane-bound proteins on one cell can directly signal an adjacent cell (Figure 20-1).

In *endocrine signaling,* signaling molecules, called *hormones,* act on target cells distant from their site of synthesis by cells of endocrine organs. In animals, an endocrine hormone usually is carried by the blood from its site of release to its target.

In *paracrine signaling,* the signaling molecules released by a cell only affect target cells in close proximity to it. The conduction of an electric impulse from one nerve cell to another or from a nerve cell to a muscle cell (inducing or inhibiting muscle contraction) occurs via paracrine signaling. The role of this type of signaling, mediated by *neurotransmitters* and *neurohormones,* in nerve conduction is discussed in Chapter 21.

In *autocrine signaling,* cells respond to substances that they themselves release. Many growth factors act in this fashion, and cultured cells often secrete growth factors that stimulate their own growth and proliferation. Tumor cells commonly overproduce and release growth factors that stimulate inappropriate, unregulated proliferation of the tumor cells, as well as adjacent nontumor cells; this process may lead to formation of tumor mass.

Some compounds can act in two or even three types of cell-to-cell signaling. Certain small peptides, for example, function both as neurotransmitters (paracrine signaling) and as systemic hormones (endocrine signaling). Some protein hormones, such as epidermal growth factor (EGF), are synthesized as the exoplasmic part of a plasma-membrane protein; membrane-bound EGF can bind to and signal an adjacent cell by direct contact. Cleavage by a protease releases secreted EGF, which acts as an endocrine signal on distant cells.

(a) Endocrine signaling

Blood vessel
Hormone secretion into blood by endocrine gland
Distant target cells

(b) Paracrine signaling

Secretory cell
Adjacent target cell

(c) Autocrine signaling

Extracellular signal
Receptor
Membrane-attached signal
Target sites on same cell

(d) Signaling by plasma membrane–attached proteins

Signaling cell
Adjacent target cell

▲ FIGURE 20-1 General schemes of intercellular signaling in animals. (a–c) Cell-to-cell signaling by extracellular chemicals occurs over distances from a few micrometers in autocrine and paracrine signaling to several meters in endocrine signaling. (d) Proteins attached to the plasma membrane of one cell can interact directly with receptors on an adjacent cell.

## Receptor Proteins Exhibit Ligand-Binding Specificity and Effector Specificity

As noted earlier, the cellular response to a particular extracellular signaling molecule depends on its binding to a specific *receptor protein* located on the surface of a target cell or in its nucleus or cytosol. We can refer to the signaling molecule (a hormone, pheromone, or neurotransmitter) as the *ligand*, which binds to, or "fits," a site on the receptor. Binding of a ligand to its receptor causes a conformational change in the receptor that initiates a sequence of reactions leading to a change in cellular function.

The response of a cell or tissue to specific hormones is dictated by the particular hormone receptors it possesses and by the intracellular reactions initiated by the binding of any one hormone to its receptor. Different cell types may have different sets of receptors for the same ligand, each of which induces a different response. Or the same receptor may occur on various cell types, and binding of the same ligand may trigger a different response in each type of cell. Clearly, different cells respond in a variety of ways to the same ligand. For instance, acetylcholine receptors are found on the surface of striated muscle cells, heart muscle cells, and pancreatic acinar cells. Release of acetylcholine from a neuron adjacent to a striated muscle cell triggers contraction, whereas release adjacent to a heart muscle slows the rate of contraction. Release adjacent to a pancreatic acinar cell triggers exocytosis of secretory granules that contain digestive enzymes. On the other hand, different receptor-ligand complexes can induce the same cellular response in some cell types. In liver cells, for example, the binding of either glucagon to its receptors or of epinephrine to its receptors can induce degradation of glycogen and release of glucose into the blood.

These examples show that a receptor protein is characterized by *binding specificity* for a particular ligand, and the resulting hormone-ligand complex exhibits *effector specificity* (i.e., mediates a specific cellular response). For instance, activation of either epinephrine or glucagon receptors on liver cells by binding of their respective ligands induces synthesis of the same intracellular second messenger (i.e., cyclic AMP); as a result, the effects of both receptors on liver-cell metabolism are the same. Thus, the binding specificity of epinephrine and glucagon receptors differ, but their effector specificity is identical.

In most receptor-ligand systems, the ligand appears to have no function except to bind to the receptor. The ligand is not metabolized to useful products, is not an intermediate in any cellular activity, and has no enzymatic properties. The only function of the ligand appears to be to change the properties of the receptor, which then signals to the cell that a specific product is present in the environment. Target cells often modify or degrade the ligand and, in so doing, can modify or terminate their response or the response of neighboring cells to the signal.

## Hormones Can Be Classified Based on Their Solubility and Receptor Location

Hormones fall into three broad categories: (1) small lipophilic molecules that diffuse across the plasma membrane and interact with intracellular receptors; and (2) hydrophilic or (3) lipophilic molecules that bind to cell-surface receptors (Figure 20-2). Here we briefly describe each class of hormone; later we discuss the mechanisms that regulate the synthesis, release, and degradation of hormones.

### *Lipophilic Hormones with Intracellular Receptors*

Many lipid-soluble hormones diffuse across the plasma membrane and interact with receptors in the cytosol or nucleus. The resulting hormone-receptor complexes bind to transcription-control regions in DNA thereby affecting expression of specific genes. Hormones of this type include the steroids, thyroxine, and retinoic acid (Table 20-2; see also Figure 11-57).

All steroids are synthesized from cholesterol and have similar chemical skeletons. After crossing the plasma membrane, steroid hormones interact with intracellular receptors, forming complexes that can increase or decrease transcription of specific genes (see Figure 11-62). These receptor-steroid complexes also may affect the stability of specific mRNAs. Steroids are effective for hours or days and often influence the growth and differentiation of specific tissues. For example, estrogen and progesterone, the female sex hormones, stimulate the production of egg-white hormones in chickens and cell proliferation in the hen oviduct. In mammals, estrogens stimulate growth of the uterine wall in preparation for embryo implantation. In insects and crustaceans, $\alpha$-ecdysone (which is chemically related to steroids) triggers the differentiation and maturation of larvae; like estrogens, it induces the expression of specific gene products.

*Thyroxine,* including tetraiodothyronine and triiodothyronine—the principal iodinated compounds in the body—is formed in the thyroid by intracellular proteolysis of the iodinated protein thyroglobulin. Thyroxine is produced by thyroid cells and immediately released into the blood. Thyroid hormones stimulate the catabolism of glucose, fats, and proteins by increasing the levels of many enzymes that catalyze these metabolic reactions (e.g., liver hexokinase) and mitochondrial enzymes for oxidative phosphorylation.

### *Water-Soluble Hormones with Cell-Surface Receptors*

Water-soluble signaling molecules, which cannot dif-





▲ FIGURE 20-2 Some hormones bind to intracellular receptors; others, to cell-surface receptors. (a) Steroid hormones and thyroxine, being lipophilic, are transported by carrier proteins in the blood. After dissociation from these carriers, such hormones diffuse across the cell membrane and bind to specific receptors in the cytosol or nucleus. The receptor-hormone complex then acts on nuclear DNA to alter transcription of specific genes. (b) Polypeptide hormones and catecholamines (e.g., epinephrine), which are water soluble, and prostaglandins, which are lipophilic, all bind to cell-surface receptors. This binding triggers an increase or decrease in the cytosolic concentration of second messengers (e.g., cAMP, $Ca^{2+}$), activation of a protein kinase, or a change in the membrane potential.

fuse across the plasma membrane, bind to *cell-surface receptors.* This large class of compounds is composed of two groups: (1) peptide hormones, such as insulin, growth hormones, and glucagon, which range in size from a few amino acids to protein-size compounds, and (2) small charged molecules, such as epinephrine and histamine, that are derived from amino acids and function as hormones and neurotransmitters (Table 20-3).

Many water-soluble hormones induce a modification in the activity of one or more enzymes already present in the target cell. In this case, the effects of the surface-bound hormone usually are nearly immediate, but persist for a short period only. The effects of peptide growth factors, however, often extend over days. These factors are required for the growth and differentiation of specific types of cells, and many induce changes in gene expression in a few minutes.

### *Lipophilic Hormones with Cell-Surface Receptors*

The primary lipid-soluble hormones that bind to cell-surface receptors are the *prostaglandins* (see Table 20-3). These hormone-like compounds contain a cyclopentane ring and are synthesized from *arachidonic acid,* a 20-carbon fatty acid with four double bonds (see Table 14-2). There are at least 16 different prostaglandins in nine different chemical classes, designated PGA–PGI. In both vertebrates and invertebrates, prostaglandins are synthesized and secreted continuously by many types of cells and rapidly broken down by enzymes in body fluids.

Many prostaglandins act as local mediators during paracrine signaling and are destroyed near the site of their synthesis. They modulate the responses of other hormones and can have profound effects on many cellular processes. Certain prostaglandins cause blood platelets to aggregate and adhere to the walls of blood vessels. Because platelets play a key role in clotting blood and plugging leaks in blood vessels, these prostaglandins can affect the course of vascular disease and wound healing; aspirin and other anti-inflammatory agents inhibit their synthesis. Other prostaglandins initiate the contraction of smooth muscle cells; they accumulate in the uterus at the time of childbirth and appear to be important in inducing uterine contraction.

## Effects of Many Hormones Are Mediated by Second Messengers

The binding of ligands to many cell-surface receptors leads to a short-lived increase (or decrease) in the concentration of intracellular signaling molecules termed *second messengers.* Among the most important second messengers are 3′,5′-cyclic AMP (cAMP); 3′,5′-cyclic GMP (cGMP); 1,2-diacylglycerol (DAG); inositol 1,4,5-trisphosphate ($IP_3$);

**TABLE 20-2 Structure and Function of Some Lipid-Soluble Hormones that Bind to Intracellular Receptors**

| Hormone | Structure | Origin | Major Effects |
|---|---|---|---|
| STEROIDS | | | |
| Progesterone | $CH_3$; C=O; $H_3C$; $H_3C$; O | Ovary, mainly corpus luteum; placenta | Differentiation of the uterus in preparation for implantation of the early embryo; maintenance of early pregnancy; development of the alveolar system in mammary glands |
| Estradiol (one of three estrogens) | OH; $H_3C$; HO | Ovary (stroma, granulosa, theca); placenta | Differentiation of the uterus and other female sex organs; maintenance of secondary female sex characteristics and the normal cyclic function of accessory sex organs; development of the duct system in mammary glands |
| Testosterone | OH; $CH_3$; $CH_3$; O | Testis | Maturation and normal function of accessory male sex organs; development of male sex characteristics |
| STEROIDLIKE HORMONES | | | |
| α-Ecdysone | OH; $CH_3$; CH; $CH_2$; $CH_3$; CH; $CH_2$; C—OH; $CH_3$; $CH_3$; $CH_3$; HO; HO; OH; O | Endocrine glands (insects, crustaceans) | Differentiation and maturation of larvae |
| OTHER HORMONES | | | |
| Thyroxine Tetraiodo-thyronine ($T_4$) | I; I; $NH_3^+$; HO—O—$CH_2$—CH—$COO^-$; I; I | Thyroid | Increased heat production; maintenance of metabolism of glucose and other fuels; broad effects on gene expression and induction of enzymatic synthesis |

and $Ca^{2+}$ (Figure 20-3). The elevated intracellular concentration of one or more such second messengers following hormone binding triggers a rapid alteration in the activity of one or more enzymes or nonenzymatic proteins. The metabolic functions controlled by hormone-induced second messengers include uptake and utilization of glucose, storage and mobilization of fat, and secretion of cellular products. These intracellular molecules also control proliferation, differentiation, and survival of cells, in part by regulating the transcription of specific genes. The mode of action of cAMP and other second messengers is discussed in later sections. Removal (or degradation) of a ligand or second messenger, or inactivation of the ligand-binding receptor, can terminate the cellular response to an extracellular signal.

## Cell-Surface Receptors Can Be Categorized into Four Major Classes

The different types of cell-surface receptors that interact with water-soluble ligands are schematically represented in Figure 20-4. Binding of ligand to some of these receptors induces second-messenger formation, whereas ligand binding to others does not. For convenience, we can sort these receptors into four classes:

*1.* G protein–linked receptors (see Figure 20-4a): Ligand binding activates a G protein, which in turn activates or inhibits an enzyme that generates a specific second messenger or an ion channel, causing a change in membrane potential. The receptors for epinephrine, serotonin, and glucagon are examples.

*2.* Ion-channel receptors (see Figure 20-4b): Ligand binding changes the conformation of the receptor so that specific ions flow through it; the resultant ion movements alter the electric potential across the cell membrane. The acetylcholine receptor at the nerve-muscle junction is an example.

*3.* Receptors lacking intrinsic catalytic activity but directly associated with cytosolic protein tyrosine kinases (see Figure 20-4c): Ligand binding causes receptor monomers to dimerize; the dimeric receptor then interacts with and activates one or more cytosolic protein tyrosine kinases. The receptors for many cytokines, the interferons, and for human growth factor are of this type. These tyrosine kinase–linked receptors sometimes are referred to as the *cytokine-receptor superfamily.*

*4.* Receptors with intrinsic enzymatic activity: Several types of receptors fall into this class. Binding of ligand to some receptors activates guanylate cyclase activity or protein phosphatase activity in the cytosolic domain (see Figure 20-4d,e). The receptors for insulin and many growth factors are ligand-triggered protein kinases; in most cases, ligand binding leads to dimerization and activation of either serine/threonine kinase or tyrosine kinase activity (see Figure 20-4f,g). These receptors—often referred to as *receptor serine/threonine kinases* and *receptor tyrosine kinases* (RTKs)—phosphorylate residues in the cytosolic domain of the receptor itself. Autophosphorylation of RTKs creates binding sites for several cytosolic enzymes, bringing them near their substrates in the plasma membrane; in some cases, these enzymes then generate second messengers. In addition, RTKs can phosphorylate various substrate proteins, thereby altering their activity. Little is yet known about how receptor serine/threonine kinases transduce signals.

The discussion in this chapter focuses primarily on G protein–linked receptors and receptor tyrosine kinases. The general structure and mechanism of action of the intracellular receptors for steroid hormones are discussed in Chapter 11; ion channels are covered in detail in Chapters 15 and 21; and certain receptor serine/threonine kinases are described briefly in Chapter 24.

## The Synthesis, Release, and Degradation of Hormones Are Regulated

Because of their potent effects, hormones and neurotransmitters must be carefully regulated. The release and degradation of some signaling compounds are regulated to produce rapid, short-term effects; others to produce slower-acting but longer-lasting effects (Table 20-4). In some cases, complex regulatory networks coordinate the levels of hormones whose effects are interconnected.

*Peptide Hormones and Catecholamines* Organisms must be able to respond instantly to many changes in their internal or external environment. Such rapid responses are mediated primarily by peptide hormones and catecholamines. The signaling cells that produce these hormones and neurotransmitters store them in secretory vesicles just under the plasma membrane. The supply of stored, preformed signaling molecules is sufficient for 1 day in the case of peptide hormones and for several days in the case of catecholamines. All peptide hormones, including insulin and *adrenocorticotropic hormone* (ACTH), are synthesized as part of a longer propolypeptide, which is cleaved by specific proteases to generate the active molecule just after it is transported to a secretory vesicle (see Figures 16-44 and 16-45).

Case 5:10-cv-02037-LHK Document 101-6 Filed 02/11/11 Page 13 of 20

**TABLE 20-3 Some Mammalian Hormones that Interact with Cell-Surface Receptors***

| Hormone | Structure | Origin | Major Effects |
|---|---|---|---|
| AMINO ACID DERIVATIVES | | | |
| Epinephrine | HO; HO–(ring)–CH–$CH_2$–NH–$CH_3$ with OH on CH | Adrenal medulla | Increase in pulse rate and blood pressure; contraction of most smooth muscles; glycogenolysis in liver and muscle; lipid hydrolysis in adipose tissue |
| Histamine | HC═C–$CH_2$–$CH_2$–$NH_3^+$; N, NH, C, H (imidazole ring) | Mast cells | Dilation of blood vessels |
| DERIVATIVES OF ARACHIDONIC ACID | | | |
| Prostaglandins ($PGE_2$) | O; COOH; OH; OH | Most body cells | Contraction of smooth muscle |
| PEPTIDE HORMONES | | | |
| Follicle-stimulating hormone (FSH) | Protein: $\alpha$ chain, 92 aa; $\beta$ chain, 118 aa | Anterior pituitary | Stimulates growth of oocyte and ovarian follicles and estrogen synthesis by follicles |
| Glucagon | Peptide, 29 aa† | Pancreas $\alpha$ cells | Stimulates glucose synthesis and glycogen degradation in liver; lipid hydrolysis in adipose tissue |
| Insulin | Polypeptide A chain, 21 aa B chain, 30 aa | $\beta$ cells of pancreas | Stimulates glucose uptake into fat and muscle cells; carbohydrate catabolism; stimulates lipid synthesis by adipose tissue; general stimulation of protein synthesis and cell proliferation |

3′,5′-Cyclic AMP
3′,5′-Cyclic GMP
Fatty acyl groups
Glycerol
1,2-Diacylglycerol
Inositol 1,4,5-trisphosphate
Calcium ion

▲ FIGURE 20-3 Structures of five common intracellular second messengers.

**TABLE 20-3** *(Continued)*

| Hormone | Structure | Origin | Major Effects |
|---|---|---|---|
| LH-releasing hormone (LHRH) | α chain, 92 aa | Hypothalamus, neurons | Induces secretion of leuteinizing hormone by anterior pituitary |
| Luteinizing hormone (LH) | Protein: Polypeptide, 10 aa β chain, 115 aa | Anterior pituitary | Maturation of oocyte; stimulates estrogen and progesterone secretion by ovarian follicles |
| PEPTIDE GROWTH/DIFFERENTIATION FACTORS | | | |
| Epidermal growth factor (EGF) | Polypeptide, 53 aa | Salivary and other glands? | Growth of epidermal and other body cells |
| Insulinlike growth factor 1 (IGF-1) | Polypeptide, 70 aa | Liver and other cells | Autocrine/paracrine growth factor induced by somatotropin; stimulates cells growth and division and glucose and amino acid uptake; increase in liver glycogen synthesis |
| Nerve growth factor | Two identical chains of 118 aa | All tissues innervated by sympathetic neurons | Growth and differentiation of sensory and sympathetic neurons |
| Platelet-derived growth factor (PDGF) | Hetero- and homo-dimers of A and B chains: A chain, 125 aa B chain, 109 aa | Platelets and cells in many other tissues | Chemotaxis of connective-tissue cells and inflammatory cells; wound healing; development and survival of cells in the nervous system |

*Molecules primarily used as neurotransmitters or neurohormones are discussed in Chapter 21.
†aa = amino acid.

Stimulation of the signaling cell by a neurotransmitter or hormone causes immediate exocytosis of the peptide hormone into the surrounding medium or the blood. Signaling cells also are stimulated to synthesize the hormone and replenish the cell's supply. The released peptide hormones persist in the blood for only seconds or minutes before being degraded by blood and tissue proteases. Released catecholamines are inactivated by different enzymes or taken up by specific cells. The initial actions of these signaling substances on target cells (the activation or inhibition of specific enzymes) also last only seconds or minutes. Thus the catecholamines and some peptide hormones mediate short responses that are terminated by their own degradation.

*Steroid Hormones and Thyroxine* Steroid hormones are synthesized from cholesterol by pathways involving 10 or more enzymes. Steroid-producing cells, like those in the adrenal cortex, store a small supply of hormone precursor but none of the mature, active hormone. When stimulated, the cells convert the precursor to the active hormone, which then diffuses across the plasma membrane into the blood. Likewise, *thyroglobulin,* the iodinated precursor of thyroxine is stored in thyroid follicles. When cells lining these follicles are exposed to *thyroid-stimulating hormone* (TSH), they take up thyroglobulin; controlled proteolysis of this glycoprotein by lysosomal enzymes yields thyroxine, which is released into the blood.

Because the signaling cells that produce thyroxine and

(a) G protein–linked receptors (epinephrine, glucagon, serotonin)

(b) Ion-channel receptors (acetylcholine)

(c) Tyrosine kinase–linked receptors (erythropoietin, interferons)

(d) Receptor guanylate cyclase (atrial naturitic factor)

(e) Receptor tyrosine phosphatase (leukocyte CD45 protein)

(f) Receptor serine/threonine kinases (transforming growth factor $\beta$ )

(g) Receptor tyrosine kinases (insulin, epidermal growth factor)



◄ FIGURE 20-4 Ligand-triggered cell-surface receptors. Common ligands for each receptor type are shown in parentheses. (a) G protein–linked receptors. Ligand binding triggers activation of a G protein, which then binds to and activates an enzyme that catalyzes synthesis of a specific second messenger. (b) Ion-channel receptors. A conformational change triggered by ligand binding opens the channel for ion flow. (c) Tyrosine kinase–linked receptors. Ligand binding causes formation of a homodimer or heterodimer, triggering the binding and activation of a cytosolic protein tyrosine kinase. The activated kinase phosphorylates tyrosines in the receptor; substrate proteins then bind to these phosphotyrosine residues and are phosphorylated. (d–g) Receptors with ligand-triggered enzymatic activity in the cytosolic domain. Some activated receptors are monomers with guanine cyclase activity and can generate the second messenger cyclic cGMP (d). Ligand binding to other receptors activates tyrosine phosphatase activity; these receptors can remove phosphate groups from phosphotyrosine residues in substrate proteins, thereby modifying their activity (e). The receptors for many growth factors have intrinsic protein kinase activity. Ligand binding to these receptors causes either identical or nonidentical receptor monomers to dimerize and activates their enzymatic activity. Activated receptors with serine/threonine kinase activity are heterodimers (f), whereas those with tyrosine kinase activity are homodimers (g). In both cases, the activated dimeric receptor phosphorylates several residues in its own cytosolic domain. Receptor tyrosine kinases also can phosphorylate certain substrate proteins, thereby altering the activity of these proteins; it is not known whether receptor serine/threonine kinases phosphorylate specific substrate proteins. [Part (c) see J. E. Darnell, I. M. Kerr, and G. Stark, 1994, *Science* **264**:1415; part (d) see S. Schulz, M. Chinkers, and D. Garbers, 1989, *FASEB J.* **3**:2026, and D. Garbers, 1989, *J. Biol. Chem.* **264**:9103; part (e) see H. Charbonneau et al., 1989, *Proc. Nat'l. Acad. Sci. USA* **86**:5252; part (f) see H. Y. Lin and H. F. Lodish, 1993, *Trends Cell Biol.* **3**:14, and J. Massagué et al., 1994, *Trends Cell Biol.* **4**:172; part (g) see W. J. Fantl, D. E. Johnson, L. T. Williams, 1993, *Annu. Rev. Biochem.* **62**:453.

**TABLE 20-4 Characteristic Properties of Principal Types of Mammalian Hormones**

| Property | Steroids | Thyroxine | Peptides and Proteins | Catecholamines |
|---|---|---|---|---|
| Feedback regulation of synthesis | Yes | Yes | Yes | Yes |
| Storage of preformed hormone | Very little | Several weeks | One day | Several days, in adrenal medulla |
| Mechanism of secretion | Diffusion through plasma membrane | Proteolysis of thyroglobulin | Exocytosis of storage vesicles | Exocytosis of storage vesicles |
| Binding to plasma proteins | Yes | Yes | Rarely | No |
| Lifetime in blood plasma | Hours | Days | Minutes | Seconds |
| Time course of action | Hours to days | Days | Minutes to hours | Seconds or less |
| Receptors | Cytosolic or nuclear | Nuclear | Plasma membrane | Plasma membrane |
| Mechanism of action | Receptor-hormone complex controls transcription and stability of mRNAs | | Hormone binding triggers synthesis of cytosolic second messengers or protein kinase activity | Hormone binding causes change in membrane potential or triggers synthesis of cytosolic second messengers |

SOURCE: Adapted from E. L. Smith et al., 1983, *Principles of Biochemistry: Mammalian Biochemistry*, 6th ed., McGraw-Hill, p. 358. Reproduced by permission of McGraw-Hill.

steroid hormones store little of the active hormone, release of these hormones takes from hours to days (see Table 20-4). These hormones, which are poorly soluble in aqueous solution, are transported in the blood by carrier proteins; the tightly bound active hormones are not rapidly degraded. Thus, cellular responses to thyroxine and steroid hormones take awhile to occur but last much longer (hours to days) than do the effects mediated by peptide hormones and catecholamines.

▲ FIGURE 20-5 Feedback control of estrogen and progesterone levels in the blood of female mammals. FSH = follicle-stimulating hormone; LH = luteinizing hormone; CG = chorionic gonadotropin. See text for discussion.

*Feedback Control of Hormone Levels* The synthesis and/or release of many hormones are subject to feedback regulation. This type of regulation is particularly important in coordinating the action of multiple hormones on various cell types during growth and differentiation. Often, the levels of several hormones are interconnected by *feedback circuits,* in which changes in the level of one hormone affect the levels of other hormones. One example involves the regulation of *estrogen* and *progesterone,* steroid hormones that stimulate the growth and differentiation of cells in the *endometrium,* the tissue lining the interior of the uterus. Changes in the endometrium prepare the organ to receive and nourish an embryo. The levels of both hormones are regulated by complex feedback circuits involving several other hormones (Figure 20-5). A key role is played by the *anterior pituitary gland,* an organ separated from but controlled by the brain. The anterior pituitary gland is connected directly to the *hypothalamus,* at the base of the brain, by a special set of blood vessels. Nerve cells in the hypothalamus discharge hypothalamic peptide-releasing factor, which enter these vessels and bind to receptors on anterior pituitary cells. These factors, in turn, cause specific pituitary hormones to be secreted.

Each developing mammalian egg, or oocyte, matures into an ovum inside an ovarian follicle made up of many cells. Under the influence of *follicle-stimulating hormone* (FSH) released by the anterior pituitary gland, the follicle increases in size and number of cells. The follicular cells secrete estrogens that stimulate the growth of the uterine wall and its glands in preparation for embryo implantation, should fertilization occur. Estrogen, in turn, acts on the hypothalamus to reduce the secretion of FSH-releasing factor and on the anterior pituitary gland directly to inhibit the release of FSH. This *negative feedback* by estrogen modulates the level of circulating estrogen in the nonpregnant female. As the follicle matures, pituitary secretion of FSH is reduced, but a different pituitary peptide hormone, *luteinizing hormone* (LH), is secreted under the influence of the hypothalmic LH-releasing factor. LH completes the maturation and release of the ovum into the oviduct and transforms the follicle into an endocrine organ, the *corpus luteum,* which secretes progesterone. The hormone progesterone then, in turn, causes additional growth of the endometrium.

In the absence of fertilization of the ovum and pregnancy, the corpus luteum degenerates. The resulting decrease in the level of circulating estrogen and progesterone causes the uterine wall to break down, resulting in menstruation. If fertilization and implantation occur, progesterone stimulates the placental tissues to produce *chorionic gonadotropin* (CG), a peptide hormone similar in structure and function to LH. CG then acts on the corpus luteum, preventing its degeneration and maintaining progesterone production. Thus *positive feedback* maintains the high level of progesterone required to maintain the endometrial lining of the uterus, so that a good blood supply can form to nourish the implanted embryo.

# ➤ *Identification and Purification of Cell-Surface Receptors*

As noted earlier, hormone receptors bind ligands with great specificity and high affinity. Binding of a hormone to a receptor involves the same types of weak interactions—ionic and van der Waals bonds and hydrophobic interactions—that characterize the specific binding of a substrate to an enzyme. The *specificity* of a receptor refers to its ability to distinguish closely related substances; the insulin receptor, for example, binds insulin and a related hormone called insulin-like growth factor 1, but not other peptide hormones.

Hormone binding usually can be viewed as a simple reversible reaction,

$$R + H \rightleftharpoons RH$$

which can be described by the following equation:

$$K_D = \frac{[R][H]}{[RH]} \quad (1)$$

where [R] and [H] are the concentrations of free receptor and hormone (ligand), respectively, and [RH] is the concentration of the receptor-hormone complex. $K_D$, the dissociation constant of the receptor-ligand complex, measures the affinity of the receptor for the ligand. This binding equation can be written in a form similar to that of the Michaelis-Menten equation (Chapter 3) used to analyze enzymatic reactions:

$$\frac{[RH]}{R_T} = \frac{1}{1 + K_D/[H]} \quad (2)$$

where $R_T$ is the sum of free and bound receptors: [R] + [RH].

The lower the $K_D$ value, the higher the affinity of a receptor for its ligand. The $K_D$ value is equivalent to the concentration of ligand at which one-half of the receptors contain bound ligand. If $[H] = K_D$, then from equation (2) we can see that $[RH] = 0.5\ R_T$.

## Hormone Receptors Are Detected by Binding Assays

It is difficult to identify and purify hormone receptors, mainly because they are present in such minute amounts. The surface of a typical cell bears 10,000–20,000 receptors for a particular hormone, but this quantity is only $\approx 10^{-6}$ of the total protein in the cell, or $\approx 10^{-4}$ of the plasma-membrane protein. Purification is also difficult because these integral membrane proteins first must be solubilized with a nonionic detergent.

Usually, receptors are detected and measured by their ability to bind radioactive hormones to a cell or to cell fragments. The development of chemically or enzymatically catalyzed syntheses of radioactive hormones that retain normal hormone activity has been crucial to the identification of many receptors. When increasing amounts of a radiolabeled hormone (e.g., insulin) are added to a cell suspension, the amount that binds to the cells increases at first and then tapers off at higher concentrations (Figure 20-6, curve A). Much of the radiolabeled hormone is bound specifically to its receptor, but some is bound nonspecifically to the multitude of other proteins and phospholipids on the cell surface. Nonspecific binding of a labeled hormone can be measured by conducting the binding assay in the presence of a large excess of unlabeled hormone. Because the specific (high-affinity) binding sites are saturable, they all are filled by unlabeled hormone under these conditions and bind no labeled hormone. Nonspecific sites, however, do not saturate, so that binding of labeled hormone in the

▲ FIGURE 20-6 Identification of a specific insulin receptor on the surface of cells by their binding of radioactive insulin. A suspension of cells is incubated for 1 h at 4°C with increasing concentrations of $^{125}$I-labeled insulin; the low temperature is used to prevent endocytosis of the cell-surface receptors (see Figure 16-48). The total binding curve A represents insulin specifically bound to high-affinity receptors as well as insulin nonspecifically bound with low affinity to other molecules on the cell surface. The contribution of nonspecific binding to total binding is determined by repeating the binding assay in the presence of a 100-fold excess of unlabeled insulin, which saturates all the specific high-affinity sites. In this case, all the labeled insulin binds to nonspecific sites, yielding curve C. The specific binding curve B, which fits the simple binding equation (2), is calculated as the difference between curves A and C. For this insulin receptor, $K_D$ = 20 nM ($2 \times 10^{-8}$ M), and the number of receptor molecules per cell $R_T$ = ≈30,000. [Adapted from A. Ciechanover, A. Schwartz, and H. F. Lodish, 1983, *Cell* **32**:267.]

presence of excess unlabeled hormone represents nonspecific binding (Figure 20-6, curve C). Specific binding is calculated as the difference between total binding and nonspecific binding.

The number of hormone-binding sites per cell can be calculated from the saturation value of the specific binding curve (Figure 20-6, curve B). For example, a single hepatoma cell has ≈30,000 insulin-binding sites. The $K_D$, the hormone concentration at which the receptor is half-saturated, also can be calculated from the specific binding curve, which is described by equation (2). For the hepatoma-cell insulin receptor, $K_D$ is $2 \times 10^{-8}$ M, so the receptor will be half-saturated at an insulin concentration of $2 \times 10^{-8}$ M (0.12 μg/ml). Since blood contains ≈10 mg of total protein per milliliter, the insulin receptor can specifically bind insulin in the presence of a 100,000-fold excess of unrelated proteins. The binding affinity of the erythropoietin receptor on erythrocyte precursor cells ($K_D = \approx 1 \times 10^{-10}$ M) is even greater than that of the insulin receptor.

▲ FIGURE 20-7 Comparison of binding curve and response curve for a cell-surface receptor and its ligand. As illustrated here, the maximal physiological response to many hormones occurs when only a fraction of the cell receptors are occupied by ligand. In this example, 50 percent of the maximal response is induced at a ligand concentration at which only 18 percent of the receptors are occupied. Likewise, 80 percent of the maximal response is induced when the ligand concentration equals the $K_D$ value, at which 50 percent of the receptors are occupied.

## $K_D$ Values for Cell-Surface Hormone Receptors Approximate the Concentrations of Circulating Hormones

In general, the $K_D$ value of a cell-surface hormone receptor approximates the blood level of its ligand. Changes in hormone concentration are reflected in proportional changes in the fraction of receptors occupied. Suppose, for instance, that the normal (unstimulated) concentration of a hormone in the blood is $10^{-9}$ M and that the $K_D$ for its receptor is $10^{-7}$ M; we can calculate the fraction of receptors with bound hormone (RH) from equation (2):

$$\frac{[RH]}{[R_T]} = \frac{1}{1 + 10^{-7}/10^{-9}} = 0.0099$$

Thus about 1 percent of the total receptors will be filled with hormone. If the hormone concentration rises tenfold to $10^{-8}$ M, the concentration of receptor-hormone complex will rise proportionately, so that about 10 percent of the total receptors would have bound hormone. If the induced cellular response is proportional to the amount of RH, as is often the case, then the cellular responses also will increase tenfold.

In the case of many hormone receptors, a maximal cellular response is induced at a ligand concentration lower than that needed to saturate all the receptor molecules on a cell. In the example of this phenomenon depicted in Figure 20-7, the ligand concentration that induces a 50-percent maximal response is less than 25 percent of the $K_D$ value.

## Affinity Techniques Permit Purification of Receptor Proteins

Cell-surface hormone receptors often can be identified and followed through isolation procedures by *affinity labeling*. In this technique, cells are mixed with an excess of a radiolabeled hormone to saturate the hormone-binding sites on its specific receptor. After unbound hormone is washed away, the mixture is treated with a chemical agent that covalently cross-links the bound labeled hormone to the receptor (Figure 20-8). Most cross-linking agents contain two reactive groups that react with free amino groups in proteins. A radiolabeled ligand that is cross-linked to its receptor remains bound even in the presence of detergents and other denaturing agents that are used to solubilize receptor proteins from the cell membrane.

Cell-surface receptors that retain their hormone-binding ability when solubilized can be purified by *affinity chromatography*. In this technique, a ligand of the receptor of interest is chemically linked to polystyrene beads. A crude, detergent-solubilized preparation of membrane proteins is passed through a column containing these beads. Only the receptor binds to the beads; the other proteins are washed through the column by excess fluid. When an excess of the ligand is passed through the column, the bound receptor is displaced from the beads and eluted from the column (see Figure 3-39c). In some cases, a hormone receptor can be purified as much as 100,000-fold in a single affinity chromatographic step.



▲ FIGURE 20-8 Affinity labeling of insulin receptor. This tetrameric receptor contains two $\alpha$ subunits, which bind to insulin, and two $\beta$ subunits, which span the plasma membrane. All the subunits are linked by disulfide bonds. When insulin is bound to the receptor (a), free $NH_2$ groups on the hormone and receptor proteins are brought close enough together to be covalently joined by a cross-linking agent (b). If the insulin is radiolabeled, then the cross-linked hormone will remain attached to the receptor throughout isolation and purification procedures, providing a means for easily detecting the receptor. [See J. Massagué and M. P. Czech, 1982, *J. Biol. Chem.* **257**:729; A. Ullrich et al., 1985, *Nature* **313**:756.]

## Many Receptors Can Be Cloned without Prior Purification

The number of receptors for many hormones on the surface of cells is too small to be purified by affinity chromatography. For example, each nucleated erythrocyte precursor cell possesses only about 1000 cell-surface receptors for erythropoietin, a hormone essential to the growth and differentiation of precursor cells into mature erythrocytes. Because the erythropoietin receptor constitutes only about 1 part per million ($10^{-4}$ percent) of the total cellular protein, it is impossible to purify sufficient amounts of the receptor protein by conventional approaches in order to characterize or sequence it.

With the advent of DNA cloning and other recombinant DNA techniques (Chapter 7), scientists now can obtain key receptor proteins by cDNA cloning without prior purification of the receptor protein. The sequence of a receptor protein can be deduced from sequencing of the cDNA encoding it, and expression of the cDNA in cell lines can be used to produce large amounts of a particular receptor protein, which then can be used to study all aspects of receptor function.

The technique for identifying and cloning a cDNA encoding a desired receptor protein is summarized in Figure 20-9. In this approach, cloned cDNAs are transfected into cells that normally do not synthesize the desired receptor. Generally, when a foreign receptor protein is produced in such transfected cells, the protein is transported to the cell surface, enabling the cells to bind specifically to the appropriate ligand. Those transfected cells containing a cDNA coding for the receptor can be distinguished from those that do not by their ability to bind radiolabeled ligand, which is detected by autoradiography (see Figure 20-9); rescreening of cDNA pools that give rise to receptor-producing cells eventually results in a pure cDNA clone encoding the receptor of interest. Alternatively, transfected cells can be treated with a fluroescent-labeled ligand and passed through a fluorescence-activated cell sorter (see Figure 5-26). Since only cells containing a cDNA encoding the receptor will bind the fluorescent label, they will be separated from other cells in the sorter.