JASON SHEASBY (Bar No. 205455)
jsheasby@irell.com
GARY FRISCHLING (Bar No. 130583)
gfrischling@irell.com
MACLAIN WELLS (Bar No. 221609)
mwells@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

SANDRA HABERNY (Bar No. 260977)
shaberny@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive
Suite 400
Newport Beach, CA 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Defendant and Counterclaimant
THE TRUSTEES OF THE UNIVERSITY OF
PENNSYLVANIA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC., | Case No. 5:10-cv-02037-LHK (PSG) |
| Plaintiff and Counterclaim Defendant | **EVIDENCE CITED BY THE UNIVERSITY OF PENNSYLVANIA IN APPENDIX B TO THE JOINT CLAIM CONSTRUCTION STATEMENT** |
| v. | |
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, | |
| Defendant and Counterclaimant | |

The University of Pennsylvania submits evidence cited by the University in

Appendix B to the Joint Claim Construction Statement, Docket Index No. 77.

By:    /s/ Jason G. Sheasby

Jason Sheasby (CA #205455)

Attorneys for Defendant and Counterclaimant
THE TRUSTEES OF THE UNIVERSITY OF
PENNSYLVANIA

# EVIDENCE CITED BY THE UNIVERSITY OF PENNSYLVANIA IN APPENDIX B TO THE JOINT CLAIM CONSTRUCTION STATEMENT
# TAB 21
# PART 1 of 9

Order Number 8800768

**Effects of monoclonal antibodies reactive with the *neu* oncogene product on the neoplastic properties of *neu*-transformed cells**

Drebin, Jeffrey Adam, Ph.D.

Harvard University, 1987

Copyright ©1987 by Drebin, Jeffrey Adam. All rights reserved.

U·M·I
300 N. Zeeb Rd.
Ann Arbor, MI 48106

**PLEASE NOTE:**

In all cases this material has been filmed in the best possible way from the available copy. Problems encountered with this document have been identified here with a check mark ___✓___.

1. Glossy photographs or pages _____

2. Colored illustrations, paper or print _____

3. Photographs with dark background ___✓___

4. Illustrations are poor copy _____

5. Pages with black marks, not original copy _____

6. Print shows through as there is text on both sides of page _____

7. Indistinct, broken or small print on several pages _____

8. Print exceeds margin requirements _____

9. Tightly bound copy with print lost in spine _____

10. Computer printout pages with indistinct print _____

11. Page(s) _____ lacking when material received, and not available from school or author.

12. Page(s) _____ seem to be missing in numbering only as text follows.

13. Two pages numbered _____. Text follows.

14. Curling and wrinkled pages _____

15. Dissertation contains pages with print at a slant, filmed as received _____

16. Other_____
    _____
    _____

University
Microfilms
International





## HARVARD UNIVERSITY
### THE GRADUATE SCHOOL OF ARTS AND SCIENCES

## THESIS ACCEPTANCE CERTIFICATE
*(To be placed in Original Copy)*

The undersigned, appointed by the

**Division**  of Medical Sciences

**Department**  Committee on Immunology

**Committee**  on Higher Degrees in Medical Sciences

have examined a thesis entitled

Effects of Monoclonal Antibodies with the
neu Oncogene Product on the Neoplastic Properties
of neu-Transformed Cells

presented by   Jeffrey Adam Drebin

candidate for the degree of Doctor of Philosophy and hereby
certify that it is worthy of acceptance.

*Signature* ...........................................................

*Typed name* ...Dr. Douglas Faller.....................

*Signature* ...........................................................

*Typed name* ..Dr. William Haseltine...............

*Signature* ...........................................................

*Typed name* ..Dr. Gail Sonenshein.....................

*Date* ............ May 18, 1987

EFFECTS OF MONOCLONAL ANTIBODIES REACTIVE WITH THE <u>neu</u> ONCOGENE PRODUCT

ON THE NEOPLASTIC PROPERTIES OF <u>neu</u>-TRANSFORMED CELLS

A thesis presented

by

Jeffrey Adam Drebin

to

The Division of Medical Sciences

in partial fulfillment of the requirements

for the degree of

Doctor of Philosophy

in the subject of

Immunology

Harvard University

Cambridge, Massachusetts

May, 1987

© 1987 by Jeffrey Adam Drebin

all rights reserved.

Abstract

Recent studies have demonstrated the existence of specific genes, termed oncogenes, which may play a role in the etiology of cancer. The studies presented here have focused on one such oncogene, initially isolated from a rat neuroblastoma, which has been termed neu. The neu oncogene encodes a 185,000 dalton protein product, termed p185.

A panel of monoclonal antibodies have been produced which react with domains of the p185 molecule that are expressed on the surface of murine cells transformed by an activated rat neu oncogene. These antibodies do not bind murine cells transformed by various other agents. There is significant antibody reactivity with the rat neuroblastomas from which activated neu genes have been obtained; these antibodies also react with a protein on non-transformed rat fibroblasts which appears to be the normal rat homologue of the p185 molecule encoded by the activated neu oncogene.

Exposure of neu-transformed cells to p185-specific monoclonal antibodies in vitro results in the rapid and reversible loss of cell-surface and total cellular p185. Although not directly cytotoxic, exposure to anti-p185 monoclonal antibodies also causes neu-transformed cells to revert to a non-transformed phenotype, as determined by the capacity for anchorage-independent growth. This with great liklihood results from antibody-mediated down-modulation of cell-surface p185. Thus the p185 molecule plays an important role in maintenance of the transformed phenotype.

In vivo treatment with any of several p185-specific monoclonal antibodies is able to significantly inhibit the tumorigenic growth of neu-transformed cells implanted into nude mice and syngeneic rats.

iii

Furthermore treatment with mixtures of monoclonal antibodies reactive with distinct domains of the p185 molecule results in synergistic anti-tumor effects and eradication of small tumor burdens in some animals.  The administration of monoclonal antibodies reactive with cell-surface domains of an oncogene-encoded protein represents a novel and potentially efficacious approach to the therapy of neoplasia.

## Table of Contents

Copyright Notice                                                    ii

Abstract                                                            iii

Table of Contents                                                   v

Abbreviations Used                                                  vii

Acknowledgements                                                    viii

Dedication                                                          x

Chapter 1.  Overview: Cellular and Molecular Events in Neoplastic
            Transformation                                          1

Chapter 2.  Materials and Methods                                  45

Chapter 3.  Serologic Detection of a Novel Cell–Surface Antigen
            on neu–Transformed Cells                                63

Chapter 4.  A Monoclonal Antibody Identifies the neu–Encoded p185
            Molecule on the Surface neu–Transformed Cells           74

Chapter 5.  Identification of a Protein in Non–Transformed Rat
            Fibroblasts Which is Structurally Related to the
            p185–Product of the neu Oncogene                        92

Chapter 6.  Exposure of neu–Transformed Cells to an Anti–p185
            Monoclonal Antibody Induces Down–Modulation of p185
            and Reversion of the Transformed Phenotype              101

Chapter 7.  In Vivo Administration of a p185–Specific Monoclonal
            Antibody Inhibits the Tumorigenic Growth of
            neu–Transformed Cells                                   135

Chapter 8.  Cytostatic and Cytotoxic Anti–Tumor Effects of
            p185–Specific Monoclonal Antibodies                     150

## Table of Contents — continued

Chapter 9.  Mixtures of Monoclonal Antibodies Reactive with
            Distinct Domains of the p185 Molecule Exert
            Synergistic Anti-Tumor Effects                    173

Chapter 10. Summary and Concluding Discussion                191

References                                                   201

## Abbreviations Used

| | |
|---|---|
| ADCC | antibody-dependent cellular cytotoxicity |
| C | centigrade |
| CTL | cytotoxic T lymphocyte |
| DMEM | Dulbecco's modified Eagle's medium |
| DNA | deoxyribonucleic acid |
| EGF | epidermal growth factor |
| FITC | fluorescein isothiocyanate |
| HAT | hypoxanthine-aminopterin-thymidine |
| HBSS | Hanks' balanced salt solution |
| IL-2 | interleukin-2 |
| INT | p-iodonitrotetrazolium |
| LAK | lymphokine activated killer cell |
| LTR | long terminal repeat |
| mRNA | messenger ribonucleic acid |
| MSV | murine sarcoma virus |
| NGF | nerve growth factor |
| NK | natural killer cell |
| PDGF | platelet derived growth factor |
| PBS | phosphate buffered saline |
| PI | propidium iodide |
| RNA | ribonucleic acid |
| SDS | sodium dodecyl sulfate |
| TGF | transforming growth factor |
| TIL | tumor infiltrating lymphocyte |
| ts | temperature sensitive |

## Acknowledgements

In looking back at my pre-doctoral experience, I am struck by the number of people who have contributed to my successful development as a scientist. With sincere gratitude (and apologies to anyone overlooked) I would like to take this opportunity to thank some of these individuals.

First and foremost, I wish to thank my thesis supervisor Dr. Mark I. Greene. Mark provided me with exceptional opportunities, and with the freedom to develop my skills at independent investigation. He has been an outstanding teacher, supervisor, and friend, and also is one of the cleverest people I have had the pleasure of working with. Whatever success I have achieved is largely the result of his influence. I also benefited greatly from many of my co-workers in Mark's lab. Though I can only thank them in passing, Adam Lowy, John Monroe, Glenn Gaulton, Anne Carrol, Moncif Slaoui, Rick Granstein, Man Sung Co, Claudine Bruck, Kevin Schultz, Linda Perry, Akira Tominaga, Man Sun Sy, Sam Schatten and John Noseworthy provided me with abundant help, encouragement, and advice over the years and contributed to a truly exceptional work environment.

I have also had the good fortune to collaborate with Dr. Robert A. Weinberg and members of his laboratory at M.I.T. Bob has always been a source of good advice and contributed greatly to the rigour with which I have learned to approach science. I would also like to thank the members of Bob's lab group, particularly David Stern, for assistance, advice, and constructive criticism.

Two people stand out as having had a major influence on my early interest in research in general, and in immunology in particular. Dr.

George T. Scott, Professor Emeritus at Oberlin College, provided me with my first opportunity to pursue laboratory investigation. I hope that I will always possess a measure of the enthusiasm with which he approachs life in and out of the lab. Dr. Nehama Sharon, Evanston Hospital and Northwestern University, tutored me in immunology during a January term in college and allowed me to spend several summers working in her lab. My interest in immunology and oncology began to develop during that time.

I would also like to thank the many friends who have pulled me through the tough times and helped me keep life in perspective. Anita Cela, Jon Hupp, Doug Fraker, Alan Shuldiner, Ron Karzel, and my Chicago buddies Brian Tanenbaum, Dan Lesser, and Barry Bikshorn have always been there when I needed them.

Finally I would like to thank Vicki Link, who more than any other individual has directly contributed to the success of the studies presented here. Her hard work, tireless enthusiasm, and good natured advice helped keep me on track and made work a rare pleasure.

To my parents and family,

whose love and support has enabled me to pursue my dreams

x

"In nature's infinite book of secrecy,

a little I can read."

William Shakespeare–

<u>Antony and Cleopatra</u>

Act I, Scene II

# CHAPTER ONE

## OVERVIEW: CELLULAR AND MOLECULAR EVENTS IN NEOPLASTIC TRANSFORMATION

**Introduction — cancer is a disorder of regulatory mechanisms controlling cellular proliferation.** Cancer is clearly the most dreaded diagnosis in the western world at this time (1). Over one million people in the United States were diagnosed as having cancer in 1984, and there were over four hundred thousand cancer deaths reported in that year (2). Indeed, cancer ranks second to cardiovascular disease as a cause of mortality in the United States. Furthermore, while the mortality from disorders such as heart attack and stroke have decreased over the past twenty years, cancer mortality has continued to rise. It is now apparent that human cancer is not a single disease, but rather a group of disorders with certain common features (3). A number of definitions of cancer have been proposed, all of which involve the excessive proliferation of a cell mass derived from a single abnormal cell. It is the common features of clonality and abnormal regulation of growth which define cancer at the cellular level and form the basis for its experimental study.

The ability of a single cell to progressively grow in an unregulated fashion, resulting in the death of its host organism, defines cancer cell behavior in vivo (4). Cancer cells also display a variety of properties in tissue culture which distinguish them from non-tumorigenic cells (5). Cells displaying these properties are said to display a transformed phenotype. One of the first phenotypic properties distinguishing cancer cells from benign cells was the persistence of anaerobic metabolism in cancer cells under conditions permitting aerobic metabolism — the so-called Warburg effect (6). Other attributes of the transformed phenotype which have been described include alterations in cell morphology, disruption of the organization

of the cytoskeleton, increased intracellular transport of glucose,
increased secretion of proteases, alterations in cell-surface
molecules, and the ability to grow under restrictive conditions such as
in the absence of anchorage or at low serum concentrations (reviewed
in 5). Of all of these in vitro properties, those directly related to
growth, such as anchorage-independent growth and growth in low serum,
are most tightly correlated with the ability to form tumors in vivo
(5,7).

In the following sections our current knowledge of the molecular
mechanisms underlying the disordered growth of cancer cells will be
reviewed. Evidence that abnormal cell-surface antigen expression may
frequently occur in cancer cells will be presented, along with evidence
linking this antigen expression to the molecular mechanisms promoting
abnormal growth. Finally the experimental background for the original
studies presented in subsequent chapters of this thesis will be
reviewed.

**Abilities of certain viruses to cause cancer.** The first
demonstration of an experimental agent capable of rapidly causing
cancer was made in 1911 by Peyton Rous (8). In these studies it was
shown that a cell and bacteria free filtrate obtained from a chicken
sarcoma could produce sarcomas following inoculation into the breasts
of fowls of the same strain. Subsequent experiments have demonstrated
that a virus is responsible for transmission of these sarcomas; it is
known as the Rous sarcoma virus (9). During the ensuing decades a
large number of oncogenic viruses have been identified in a variety of
experimental animals (reviewed in 10). There is also powerful
epidemiological evidence linking viruses with certain human cancers

(11), though most human neoplasms do not appear to be caused by viruses.  Oncogenic viruses have been and continue to be of great experimental interest because they represent an extremely small group of genes which can nonetheless confer upon infected cells the diverse attributes of the transformed phenotype.  Understanding the mechanisms of action of oncogenic viruses may reveal fundamental information about the processes by which cells become malignant.

The oncogenic viruses which have been characterized to date can be grouped into two families based on genome structure.  Some tumor viruses contain DNA genomes (reviewed in 12).  Oncogenic DNA viruses include Shope papilloma virus (13), Polyoma (14), SV40 (15), Adenovirus (16), the Herpes group (17), and the Hepatitis B group (18).  Many of these viruses are lytic in their normal host strains, and their oncogenicity is revealed when they infect cells which are non-permissive for viral replication, or under certain experimental situations.  As a rule these viruses contain clearly defined genes which play critical roles in viral replication and which are also responsible for causing tumors.  Some oncogenic DNA viruses can also cause non-transformed cells in tissue culture to develop characteristics of the transformed phenotype, including the ability to form tumors.

In contrast to the DNA tumor viruses, the other oncogenic viruses to be discussed here contain contain RNA genomes (reviewed in 19).  These viruses also contain an enzyme, reverse transcriptase, which is responsible for catalyzing the synthesis of DNA from their RNA genomes (20—22).  Because the synthesis of DNA from RNA is the reverse of the so called "central dogma", viruses whose life cycles include reverse

4

transcription have been called retroviruses.  Many retroviruses have been linked to the development of neoplasia.

Oncogenic retroviruses can be further subdivided into two major groups.  Some retroviruses produce tumors after long latent periods (months to years) in vivo, and lack the ability to cause non-transformed cultured cells to acquire the transformed phenotype or to become tumorigenic, although they do infect these cells.  Such viruses are known as slowly-transforming retroviruses, and include the avian leukosis viruses (23), feline leukemia viruses (24), murine leukemia viruses (25), mouse mammary tumor viruses (26), and the human T-cell leukemia viruses (27).  Other retroviruses produce tumors after short latent periods (days to weeks) in vivo, and cause cultured cells to acquire the transformed phenotype and become tumorigenic following virus exposure in vitro.  These viruses are known as rapidly-transforming retroviruses.  In many cases rapidly-transforming retroviruses have arisen while passaging slowly-transforming retroviruses in experimental animals (10), demonstrating the close relationship of both types of retroviruses.

The study of tumor viruses has revealed a great deal of important information about oncogenesis.  In particular, the study of rapidly-transforming retroviruses has provided a major conceptual breakthrough, the discovery of oncogenes, which is relevent to all types of viral oncogenesis as well as to non-viral carcinogenesis, as will be discussed below.

**Rapidly-transforming retroviruses and the identification of oncogenes.**  The first oncogenic virus to be identified, the Rous sarcoma virus (8), is a rapidly-transforming retrovirus.  Early genetic

studies of the Rous virus demonstrated that mutant viruses which are temperature-sensitive (ts) for transformation, but not viral replication, can be identified (28). This demonstrates that transformation is dependent on the persistant action of a viral gene product, or products. Furthermore distinct ts viruses can complement each other when they have molecularly recombined, but not when they simply co-infect a target cell (29). This result suggested that the capacity of Rous sarcoma virus to induce neoplastic transformation resides within a single gene. This hypothesis was verified as advances in molecular biology permitted cloning and sequencing of the entire Rous sarcoma virus genome (9). The genomes of a large number of rapidly-transforming retroviruses derived from avian and mammalian tumors have subsequently been defined (reviewed in 10). These viruses all contain discrete genes responsible for oncogenic transformation. Such genes are referred to as oncogenes or transforming genes. By convention oncogenes are given three letter names (30); thus the oncogene contained within the Rous sarcoma virus genome is known as src.

Although more than twenty oncogenes have been identified in retroviral genomes (10), and more will be described with time, these oncogenes can be classified into a smaller number of groups according to the biochemical properties and intracellular locations of their gene products (31,32). Thus the src oncogene product is a 60 kilodalton (kd) protein, known as pp60[src] which possesses an intrinsic tyrosine kinase activity and which is associated with the inner surface of the plasma membrane (33). A group of oncogenes including the yes, abl, and fes/fps oncogenes also encode proteins which possess tyrosine kinase

activity and are located at the inner surface of the plasma membrane (31,32,34-36). A related group of oncogenes include erbB, fms, and ros. The products of these oncogenes display tyrosine kinase activity and are glycosylated transmembrane proteins which penetrate the plasma membrane (37-41).

Members of a distinct family of oncogenes have been identified in the genomes of the Harvey and Kirsten murine sarcoma viruses. These genes, known as H-ras and K-ras, encode 21 kd proteins (p21) which lack tyrosine kinase activity but which bind guanine nucleotides such as GTP (42). Like the tyrosine kinase oncogene products, the ras gene products have been localized to the inner surface of the plasma membrane (43). Another group of oncogenes include the mos and raf genes, whose products have been localized to the cytosol and which may act as serine/threonine kinases (44,45); these proteins lack tyrosine kinase activity or the ability to bind guanine nucleotides. Finally a group of oncogenes, including the myb, myc, and fos genes, lack detectable protein kinase activity or guanine nucleotide binding ability, and have been localized to the nucleus (46-48). Thus while a large array of oncogenes have been described in retroviruses, the products of many of these genes possess a limited repertoire of biochemical properties which may be critical to their abilities to induce neoplastic transformation.

**Retroviral oncogenes are derived from cellular genomic sequences.** Identification of the origin of retroviral oncogenes has provided a clue to molecular events underlying both viral and non-viral carcinogenesis. As mentioned previously, many of the rapidly-transforming retroviruses arose during in vivo passage of

7

slowly-transforming viruses (10). This suggested that oncogenic

sequences were acquired in some fashion during propagation of

slowly-transforming retroviruses in eukaryotic cells. Furthermore,

almost all rapidly-transforming mammalian retroviruses are replication

defective and require co-infection with a slowly-transforming

retrovirus to provide functions necessary for viral replication (10).

Thus the acquisition of oncogenic sequences is not only unnecessary,

but may actually interfere with retroviral replication.

The first direct evidence that genes related to retroviral

oncogene sequences may exist in the genomes of eukaryotic cells was

provided in studies by Stehlin and colleagues (49). These workers

compared the ability of DNA from wild-type Rous sarcoma virus and from

a non-transforming mutant of Rous sarcoma virus which had deleted

almost all the entire src gene to molecularly hybridize with chicken

DNA. Their results demonstrated that intact wild-type virus, but not

the mutant virus, hybridized to sequences in chicken DNA. This

suggested that sequences homologous to the viral src gene existed in

the chicken genome. Furthermore, homologous sequences were found in

other avian species, the degree of homology corresponding to the

evolutionary distances among species (49). Subsequent studies have

demonstrated that eukaryotic genomes possess sequences homologous to

each of the known retroviral oncogenes (reviewed in 50). These

sequences are referred to as cellular oncogenes or proto-oncogenes, and

are differentiated from viral oncogenes by affixing the prefix 'c'

before the three letter name of cellular oncogenes and the prefix 'v'

before the corresponding retroviral oncogene. Thus v-src is the

transforming gene of Rous sarcoma virus, and c-src is the homologous