JASON SHEASBY (Bar No. 205455)
jsheasby@irell.com
GARY FRISCHLING (Bar No. 130583)
gfrischling@irell.com
MACLAIN WELLS (Bar No. 221609)
mwells@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile:  (310) 203-7199

SANDRA HABERNY (Bar No. 260977)
shaberny@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive
Suite 400
Newport Beach, CA 92660-6324
Telephone: (949) 760-0991
Facsimile:  (949) 760-5200

Attorneys for Defendant and Counterclaimant
THE TRUSTEES OF THE UNIVERSITY OF
PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC.,<br><br>             Plaintiff and Counterclaim<br>             Defendant<br><br>       v.<br><br>THE TRUSTEES OF THE UNIVERSITY OF<br>PENNSYLVANIA,<br><br>             Defendant and Counterclaimant | Case No. 5:10-cv-02037-LHK (PSG)<br><br>**EVIDENCE CITED BY THE UNIVERSITY OF PENNSYLVANIA IN APPENDIX B TO THE JOINT CLAIM CONSTRUCTION STATEMENT** |

The University of Pennsylvania submits evidence cited by the University in

Appendix B to the Joint Claim Construction Statement, Docket Index No. 77.


By:   /s/ Jason G. Sheasby

Jason Sheasby (CA #205455)

Attorneys for Defendant and Counterclaimant
THE TRUSTEES OF THE UNIVERSITY OF
PENNSYLVANIA

# EVIDENCE CITED BY THE UNIVERSITY OF PENNSYLVANIA IN APPENDIX B TO THE JOINT CLAIM CONSTRUCTION STATEMENT
# TAB 21
# PART 9 of 9

# CHAPTER 10

## SUMMARY AND CONCLUDING DISCUSSION

**Summary of results presented in this thesis.** The studies presented here have focused on an activated cellular oncogene, capable of transforming NIH3T3 cells in DNA transfection assays. This oncogene was initially isolated from several chemically-induced rat neuroblastomas and has been termed neu (278). The neu oncogene is related to but distinct from the cellular erbB oncogene, and encodes a 185 kilodalton (kd) phosphoprotein tumor antigen (129). Activation of the oncogenic potential of the neu gene appears to result from a specific point mutation in a protein-coding domain (282).

A series of monoclonal antibodies have been produced which react with several distinct domains of the p185 molecule that are expressed on the surface of cells transformed by activated rat neu oncogenes. In addition to binding the p185 product encoded by activated rat neu oncogenes, these antibodies bind a structurally similar protein present on a variety of non-transformed and transformed rat cells. This protein is with great liklihood the product of the normal cellular proto-neu gene. The product of the proto-neu gene may normally function as a receptor for an as yet undefined mitogenic growth factor. The p185 molecule encoded by the activated neu oncogene is structurally different from the protein encoded by the normal cellular neu gene, and may cause neoplastic transformation by constitutively delivering mitogenic signals in the absence of external growth factor stimulation.

Monoclonal antibodies alter the expression of p185 in neu-transformed cells. Exposure of neu-transformed NIH3T3 cells to anti-p185 monoclonal antibodies causes rapid down-modulation of cell surface p185. This is associated with internalization and enhanced

192

degradation of the p185 molecule, resulting in lower total cellular p185 levels. As has been seen in other studies of antibody-induced antigenic modulation, divalent anti-p185 antibodies are required to cause p185 modulation; monovalent anti-p185 F(ab) fragments bind cell surface p185 but do not affect p185 expression. Extended culture of <u>neu</u>-transformed NIH3T3 cells in the presence of anti-p185 monoclonal antibodies results in reduced steady-state p185 levels.

Culture of <u>neu</u>-transformed cells in the presence of p185-specific monoclonal antibodies leads to dramatic reversion of the phenotypic characteristic that most accurately distinguishes transformed from non-transformed cells: the ability to form anchorage-independent colonies when suspended in soft agar. Although not cytotoxic to adherant cells, microgram/ml concentrations of anti-p185 monoclonal antibodies almost completely inhibit the formation of soft agar colonies by <u>neu</u>-transformed NIH3T3 cells. Control monoclonal antibodies have no such effect. The anchorage-independent growth of NIH3T3 cells transformed by an activated H-<u>ras</u> oncogene (an oncogene unrelated to <u>neu</u>) is not affected by anti-p185 monoclonal antibodies.

Monoclonal antibody-mediated reversion of the transformed cell phenotype is dependent on divalent antibody binding to cell surface p185. Monovalent anti-p185 F(ab) fragments have no direct effect on soft-agar colony formation unless cross-linked by the addition of anti-immunoglobulin antibody. Furthermore F(ab) fragments inhibit the effects of intact antibody by interfering with p185 cross-linking. Because the requirements for antibody-mediated inhibition of anchorage-independent growth parallel those for antibody-induced down-modulation of the p185 protein, it seems likely that

193

down-modulation of the p185 molecule is responsible for the loss of anchorage-independent growth observed when cells are grown in the presence of anti-p185 monoclonal antibodies.

Additional studies were performed to demonstrate that reversion of the transformed phenotype of neu-transformed cells by p185-specific monoclonal antibodies was due to elimination of the oncogene protein and was not related to any cytopathic effects of antibodies on p185-bearing cells. It was reasoned that if the action of the antibodies were exclusively to deprive the cell of the oncogenic signal provided by p185, then the antibodies should not affect the anchorage-independent growth of cells that express both p185 and a second unrelated oncogene product that can itself induce anchorage-independent growth. To address this question several doubly transformed cell lines were created, each containing both an activated neu oncogene and an activated ras oncogene. Such cells bind anti-p185 monoclonal antibodies and down-modulate their p185 in a manner similar to neu-transformed cells, but they are completely resistant to the inhibitory effect of these antibodies on anchorage-independent growth. This underscores the fact that the inhibition of anchorage-independent growth mediated by these antibodies is not due to toxic effects on cells that express p185 on their surface; rather it results from the antibodies depriving the cells of a component necessary for expression of the transformed phenotype.

An unresolved issue in the study of cellular oncogenes detected in transfection assays is whether these genes are involved in the creation of the malignant state of the cancer cells in which they arise. If activated neu oncogenes were directly involved in the transformed state

194

of the rat neuroblastomas in which they arose, it would be expected that p185-specific monoclonal antibodies could inhibit the anchorage-independent growth of these neuroblastomas. This is exactly the experimental result obtained. In fact, anchorage-independent growth of the rat neuroblastoma cells is inhibited at antibody concentrations several orders of magnitude lower than those which inhibit anchorage-independent growth of neu-tranformed NIH3T3 cells. These results demonstrate that p185 is required to maintain transformation induced by the neu oncogene in the tumor from which neu was initially isolated.

These studies have been extended by examining the effects of anti-p185 monoclonal antibodies on the growth of tumors induced by the implantation of neu-transformed cells into rodents. In vivo treatment with several different anti-p185 antibodies is able to significantly inhibit the tumorigenic growth of neu-transformed NIH3T3 cells implanted in nude mice. Such treatment has no effect on the tumorigenic growth of H-ras-transformed NIH3T3 cells. Anti-p185 antibody treatment is also able to inhibit the growth of neu oncogene containing rat neuroblastomas in both nude mice and syngeneic immunocompetent rats. This latter point demonstrates that anti-p185 monoclonal antibody cross-reactivity with the p185 product of the normal rat neu gene does not interfere with the ability of antibody treatment to inhibit tumor growth in rats; it is also not associated with any observed toxic effects.

All anti-p185 antibodies are able to inhibit the anchorage-independent growth of neu-transformed cells, and some are able to mediate antibody-dependent cell killing in the presence of

195

complement.  The IgG2a antibody 7.16.4 is also able to mediate modest levels of ADCC.  The in vivo anti-tumor effects of p185-specific monoclonal antibodies appear to be primarily due to direct effects on the transformed phenotype, though a small contribution of a macrophage-dependent ADCC-type mechanism cannot be excluded.  The administration of mixtures of anti-p185 monoclonal antibodies reactive with distinct domains of the p185 molecule results in synergistic anti-tumor effects, and the complete elimination of small tumor burdens in some animals.

While a number of significant original observations are presented in this thesis, a number of questions remain.  Some of these issues are addressed below.

**Characterization of the biochemical abnormality responsible for the oncogenic activity of p185.**  The studies presented in Chapter 5 were the first to demonstrate the existence of a normal protein, proto-p185, homologous to the p185 product of the activated neu oncogene.  It has been shown that the p185 and proto-p185 molecules differ slightly in migration on SDS-polyacrylamide gel electrophoresis, suggesting that they are structurally distinct.  Subsequent studies by Bargmann and colleagues have demonstrated that a point mutation in the region of the neu gene which encodes the transmembrane domain is responsible for activating the transforming ability of this gene (282).  Presumably this genetic alteration is also responsible for the structural differences that exist between p185 and proto-p185.  However the functional change in p185 that results from this point mutation and which is responsible for the oncogenic activity of p185 is not known.

Comparison of some of the biochemical characteristics of p185 and

proto-p185 suggest that the two proteins are quite similar (280).  For example both proteins can behave as tyrosine kinases in in vitro assays.  However it is not known whether the two proteins have different levels of tyrosine kinase activity in vivo or in vitro. Since enhancement of tyrosine kinase activity is associated with the transforming activity of the src gene product (178), it is tempting to speculate that a similar enhancement may be responsible for activation of p185.  However it is also possible that a difference in glycosylation, cellular localization, responsiveness to ligand, or some other biochemical property accounts for the transforming activity of the activated neu oncogene product.  Characterization of the mechanism(s) responsible for activating p185 may yield fundamental clues about molecular interactions in carcinogenesis.

    **Function of proto-p185 as a growth factor receptor.**  The neu gene product appears to possess all of the structural characteristics seen in growth factor receptors, including a cysteine-rich extracellular domain, a hydrophobic transmembrane domain, and an intracellular tyrosine kinase domain (196,198,288).  Furthermore the neu gene is related to the gene encoding the EGF receptor (129,196-198,281).  This has led to speculation that proto-p185 may function as a receptor for some as yet undetermined mitogenic growth factor.  Unfortunately proto-p185 does not appear to function as the receptor for any of the well characterized growth factors examined thus far, including EGF, PDGF, NGF, fibroblast growth factor, insulin or the insulin-like growth factors (280).  However a large number of mitogenic substances remain to be examined.

197

**Expression of proto-p185 in normal growth and development.**

Studies of proto-oncogene expression in particular tissues may provide important clues to function.  Thus recognition that the c-fms product is selectively expressed in macrophages (328) was an important step in the recognition that the c-fms product is a receptor for the macrophage mitogen colony-stimulating factor-1 (193).  Transfection assays have thus far detected activated neu oncogenes only in rat neuronal tumors derived by carcinogenesis in utero (278 and M. Barbacid and S. Zarbl, personal communication).  This suggests that the proto-neu gene product may play a role in stimulating neuronal growth during brain development.  Proto-p185 expression has been detected in tumor cell lines of diverse types, including epithelial cells, neuronal cells, and fibroblasts (Chapter 5).  Similarly, expression of the human homologue of the neu gene has been identified in a variety of epithelial tissues (198).  These results suggest that the proto-neu product may play a role in the growth of many tissues.

A series of experiments investigating the expression of the proto-neu gene in rat development have been recently performed (Y. Kokai, J. Cohen, J. Drebin, and M.I. Greene, "Tissue-specific expression of the neu gene in rat development" submitted for publication).  These studies suggest that the neu gene is expressed in a tightly regulated fashion during neuronal development, with high levels of expression in developing brain and almost no expression in mature brain.  The only mature tissues showing significant levels of neu gene expression are certain glandular epithelial structures.

Interestingly, the period of maximum neu expression in brain development corresponds to the period in which neu can be readily

198

activated by carcinogenesis in utero; neu genes are not activated in brain tumors derived by carcinogen treatment of mature rat brain cells (R. Nusse, personal communication). Thus the transcriptionally active gene may be particularly sensitive to mutagenesis. The pattern of expression of the normal cellular neu gene also indicates that it may play an important role in the growth of diverse non-neuronal tissues, particularly glandular epithelial tissues.

**The use of monoclonal antibodies to alter the neoplastic properties of transformed cells.** The studies presented here have shown that monoclonal antibodies specific for the neu oncogene product can inhibit the neoplastic properties of neu-transformed cells. A number of studies in other systems have also demonstrated the ability of monoclonal antibodies to alter the behavior of transformed cells. Thus it has been shown that antibodies specific for the sis oncogene product, PDGF, can inhibit the growth of cells transformed by this oncogene (185). Similarly a series of antibodies which inhibit the in vitro growth of B16 melanoma tumor cells have been produced, and have been shown to inhibit tumor growth in vivo (257). Properties other then cell growth may also be inhibited by monoclonal antibodies. For example, a gene reponsible for resistance to chemotherapeutic agents, encodes a 170 kd cell-surface protein termed P-glycoprotein (329). Exposure of drug-resistant cells to a monoclonal antibody specific for P-glycoprotein is able to cause the cells to become chemosensitive (330). These antibodies, like p185-specific antibodies, are able to exert a direct hormone-like effect on target cells. Immunopharmacology utilizing such reagents may offer novel approaches to a variety of diseases.

**The role neu oncogene amplification and overexpression in human carcinogenesis.** While activated neu genes have not been detected in transfection assays using human tumor DNA, a number of tumors, particularly adenocarcinomas, contain amplified copies of the neu gene (284-287). In breast cancer the presence of amplified neu genes is correlated with particularly aggressive neoplasms (286). It has also been shown that some human tumors which lack amplified neu genes still express elevated amounts of neu mRNA and human p185 (287). As described above, low levels of proto-neu expression is normally observed in glandular epithelia. The proto-neu gene may normally play a role in regulating the growth of glandular epithelia, and overexpression of this gene may allow unregulated growth of these tissues, resulting in the development of adenocarcinomas.

Human p185 has thus far been studied exclusively with polyclonal sera (287,289). Functional and structural characterization of human p185 would be greatly facilitated by the development of specific monoclonal antibodies. In fact, efforts at generating monoclonal antibodies against human p185 are ongoing in a number of laboratories. Furthermore, some of the antibodies described in this thesis, which were generated against rat p185, may cross-react with the homologous human protein (M.I. Greene, personal communication). Thus reagents with specificity for human p185 may already be at hand. It will clearly be of great interest to determine whether antibodies reactive with human p185 can induce direct or immunologically-mediated anti-tumor effects on human tumor cells that express elevated levels of human p185. Such antibodies may eventually play an important role in the therapy of malignancies.

## REFERENCES

1.  Hersh, S.P. (1985) in Cancer — Principles & Practice of Oncology, V.T. DeVita, S. Hellman, S.A. Rosenberg, editors. J.B. Lippencott Co., NY, p.2051.

2.  Silverberg, E., Lubera, J. (1987) Ca 37:2.

3.  Newell, G.R. (1985) in Cancer — Principles & Practice of Oncology, V.T. DeVita, S. Hellman, S.A. Rosenberg, editors. J.B. Lippencott Co., NY, p.151.

4.  Pardee, A.B. (1985) in Cancer — Principles & Practice of Oncology, V.T. DeVita, S. Hellman, S.A. Rosenberg, editors. J.B. Lippencott Co., NY, p.3.

5.  Pollack, R., Chen, S., Powers, S. Verderame, M. (1984) Adv. Viral Oncology 4:3.

6.  Warburg, O. (1956) Science 123:309.

7.  Freedman, V., Shin, S. (1974) Cell 3:355.

8.  Rous, P. (1911) J.A.M.A. 56:198.

9.  Erikson, R.L., Purchio, A.F. (1982) Adv. Viral Oncology 1:43.

10. Bishop, J.M., Varmus, H.E. (1982) in RNA Tumor Viruses, R. Weiss, N. Teich, H. Varmus, J. Coffin, editors. Cold Spring Harbor Press, Cold Spring Harbor, NY, p.999.

11. Klein, G., editor (1985) Adv. Viral Oncology 5.

12. Klein, G., editor (1984) Adv. Viral Oncology 3.

13. Shope, R.E. (1933) J. Exp. Med. 58:607.

14. Gross, L. (1953) Proc. Soc. Exp. Biol. Med. 83:414.

15. Girardi, A.J., Sweet, B.H., Slotnick, V.B., Hilleman, M.R. (1962) Proc. Soc. Exp. Biol. Med. 109:649.

16. Trentin, J.J., Yabe, Y., Taylor, G. (1962) Science 137:835.

17. Henle, G., Henle, W., Diehl, V. (1968) Proc. Natl. Acad. Sci. USA 59:94

18. Beasley, R.P., Whang, L-Y., Lin, C-C., Chien, C-S (1981) Lancet ii:1129

19. Weiss, R., Teich, N., Varmus, H., Coffin, J., editors (1982) RNA Tumor Viruses. Cold Spring Harbor Press, Cold Spring Harbor, NY.

20. Baltimore, D. (1970) Nature 226:1209.

21. Temin, H.M., Mizutani, S. (1970) Nature 226:1211.

22. Giilboa, E., Mitra, S.W., Goff, S., Baltimore, D. (1979) Cell 18:93.

23. Bister, K., Duesberg, P.H. (1982) Adv. Viral Oncology 1:3.

24. Hardy, W.D. (1985) Adv. Viral Oncology 5:1.

25. Gross, L. (1951) Proc. Soc. Exp. Biol. Med. 76:27.

26. Fanning, T.G., Cardiff, R.D. (1984) Adv. Viral Oncology 4:71.

27. Poiez, B.J. et al. (1980) Proc. Natl. Acad. Sci. USA 77:7415.

28. Martin, G.S. (1970) Nature 227:1021.

29. Wyke, J.A., Bell, J.G., Beamand, J.A. (1975) Cold Spring Harbor Symp. Quant. Biol. 39:897.

30. Coffin, J.M. et al. (1981) J. Virol. 40:953.

31. Rohrschneider, L.R., Gentry, L.E. (1984) Adv. Viral Oncology 4:269.

32. Hunter, T. (1984) J. Natl. Cancer Inst. 73:773.

33. Rohrschneider, L.R. (1979) Cell 16:11.

34. Ghysdael, J., Neil, J.C., Vogt, P.K. (1981) Proc. Natl. Acad. Sci. USA 78:2611.

35. Witte, O.N., Rosenberg, N., Baltimore, D. (1979) J. Virol. 31:776.

36. Barbacid, M. et al. (1981) Virology 110:411.

37. Beug, H., Hayman, M.J. (1984) Cell 36:963.

38. Gilmore, T., DeClue, J.E., Martin, G.S. (1985) Cell 40:609.

39. Roussel, M.F., Rettenmier, C.W., Look, A.T., Sherr, C.J. (1984) Mol. Cell. Biol. 4:1999.

40. Rousel, M.F. et al. (1987) Nature 325:549.

41. Neckameyer, W.S., Wang, L.H. (1985) J. Virol. 53:879.

42. Lowy, D.R., Willumsen, B.W. (1986) Cancer Surv. 5:275.

43. Willingham, M.C., Pastan, I., Shih, T.Y., Scolnick, E.M. (1980) Cell 19:1005.

44. Papkoff, J., Nigg, E.A., Hunter, T. (1983) Cell 33:161.

45. Moelling, K., Heimann, B., Beimling, P., Rapp, U., Sander, T. (1984) Nature 312:558.

46. Boyle, W.J., Lampert, M.A., Lipsick, J.S., Baluda, M.A. (1984) Proc. Natl. Acad. Sci. USA 81:4265.

47. Hann, S.R., Abrams, H.D., Rohrschneider, L.R., Eisenman, R.N. (1983) Cell 34:789.

48. Curran, T., Miller, A.D., Zokas, L., Verma, I.M. (1984) Cell 36:259.

49. Stehlin, D., Varmus, H.E., Bishop, J.M., Vogt, P.K. (1976) Nature 260:170.

50. Marshall, C.J. (1985) in RNA Tumor Viruses/Supplement, R. Weiss, N. Teich, H. Varmus, J. Coffin, editors.  Cold Spring Harbor Press, Cold Spring Harbor, NY, p. 487.

51. Shilo, B-Z. (1984) Adv. Viral Oncology 4:29.

52. Kataoka, T. et al. (1984) Cell 37:437.

53. Temeles, G.L., Gibbs, J.B., D'Alonzo, J.S., Sigel, I.S., Scolnick, E.M. (1985) Nature 313:700.

54. Thor, A. et al. (1984) Nature 311:562.

55. Cotton, P.C., Brugge, J.S. (1983) Mol. Cell. Biol. 3:1157.

56. Sorge, L.K., Levy, B.T., Maness, P.F. (1984) Cell 36:249.

57. Goyette, M., Petropolous, C.J., Shank, P.R., Fausto, N. (1983) Science 219:510.

58. Makino, R., Hayashi, K., Sugimura, T. (1984) Nature 310:697.

59. Kelly, K., Cochran, B.H., Stiles, C.D., Leder, P. (1983) Cell 35:603.

60. Schneider-Schaulies, J., Hunig, T., Schimpl, A., Wecker, E. (1986) Eur. J. Immunol. 16:312.

61. Cochran, B.H., Reffel, A.C., Stiles, C.D. (1983) Cell 33:939.

62. Greenberg, M.E., Ziff, E.B. (1984) Nature 311:433.

63. Muller, R., Slamon, D.J., Tremblay, J.M., Cline, M.J., Verma, I.M. (1982) Nature 299:640.

64. Muller, R. et al. (1983) Mol. Cell. Biol. 3:1062.

65. Seifert, R.A., Schwartz, S.M., Bowen-Pope, D.F. (1984) Nature 311:669.

66. Hanafusa, H., Halpern, C.C., Buchhagen, D.L., Kawai, S. (1977) J. Exp. Med. 146:1733.

67. Sodroski, J.G., Goh, W.C., Haseltine, W.A. (1984) Proc. Natl. Acad. Sci. USA 81:3039.

68. Varmus, H.E., Swanstrom, R. (1985) in RNA Tumor Viruses/Supplement, R. Weiss, N. Teich, H. Varmus, J. Coffin, editors.  Cold Spring Harbor Press, Cold Spring Harbor, NY, p.75.

69. Blair, D.G. et al. (1981) Science 212:941.

70. Chang, E.H., Furth, M.E., Scolnick, E.M., Lowy, D.R. (1982) Nature 297:479.

71. Clarke, M.F. et al. (1984) Nature 308:464.

72. Gazit, A. et al. (1984) Cell 39:89.

73. Keath, E.J., Caimi, P.G., Cole, M.D. (1984) Cell 39:339.

74. Falcone, G., Summerhayes, I.C., Paterson, H., Marshall, C.J., Hall, A. (1987) Exp. Cell Res. 168:273.

75. Takeya, T., Hanafusa, H. (1983) Cell 32:881.

76. Parker, R.C., Varmus, H.E., Bishop, J.M. (1984) Cell 37:131.

77. Kmiecik, T.E., Shalloway, D. (1987) Cell 49:65.

78. Cartwright, C.A. et al. (1986) Mol. Cell. Biol. 6:1562.

79. Miller, A.D., Curran, T., Verma, I.M. (1984) Cell 36:51.

80. Payne, G.S. et al. (1981) Cell 23:311.

81. Neel, B.G., Hayward, W.S., Robinson, H.L., Fang, J.M., Astrin, S.M. (1981) Cell 23:323.

82. Hayward, W.S., Neel, B.G., Astrin, S.M. (1981) Nature 290:475.

83. Payne, G.S., Bishop, J.M., Varmus, H.E. (1982) Nature 295:209.

84. Varmus, H.E. (1984) Ann. Rev. Genet. 18:553.

85. Fung, Y-K.T., Lewis, W.G., Crittendon, L.B., Kung, H-J. (1983) Cell 33:357.

86. Neil, J.C. et al. (1984) Nature 308:314.

87. Mullins, J.I., Brody, D.S., Binari, R.C., Cotter, S.M. (1984) Nature 308:856.

88. Nusse, R., Varmus, H.E. (1982) Cell 31:99.

89. Nusse, R., Van Ooyen, A., Cox, D., Fung, Y-K.T., Varmus, H.E. (1984) Nature 307:131.

90. Van Ooyen, A., Kwee, V., Nusse, R. (1985) EMBO J. 4:2905.

91. Jakobovits, A., Shackleford, G.M., Varmus, H.E., Martin, G.S. (1986) Proc. Natl. Acad. Sci. USA83:7806.

92. Brown, A.M.C., Wildin, R.S., Prendergast, T.J., Varmus, H.E. (1986) Cell 46:1001.

93. Rijsewijk, F., van Deemter, L., Wagenaar, E., Sonnenberg, A., Nusse, R. (1987) EMBO J. 6:127.

94. Dickson, C., Smith, R., Brookes, S., Peters, G. (1984) Cell 37:529.

95. Cuypers, H.T. et al. (1984) Cell 37:141.

96. Tsichlis, P.N., Strauss, P.G., Kozak, C.A. (1984) Mol. Cell. Biol. 4:997.

97. Courtneidge, S.A., Smith, A.E. (1983) Nature 303:435.

98. Bolen, J.B. et al. (1984) Cell 38:767.

99. Lane, D.P., Crawford, L.V. (1979) Nature 278:261.

100. Eliyahu, D., Raz, A., Gruss, P., Givol, D., Oren, M. (1984) Nature 312:646.

101. Dejean, A., Bougueleret, L., Grzeschik, K-H., Tiollais, P. (1986) Nature 322:70.

102. Ralston, R., Bishop, J.M. (1983) Nature 306:803.

103. Hill, M., Hillova, J. (1972) Nature New Biol. 237:35.

104. Graham, F.L., van der Eb, A.J., Heijneker, H.L. (1974) Nature 251:687.

105. Anderson, P., Goldfarb, M.P., Weinberg, R.A. (1979) Cell 16:63.

106. Copeland, N.G., Zelenetz, A.D., Cooper, G.M. (1979) Cell 17:993.

107. Copeland, N.G., Zelenetz, A.D., Cooper, G.M. (1980) Cell 19:863.

108. Shih, C., Shilo, B-Z., Goldfarb, M., Dannenberg, A., Weinberg, R.A. (1979) Proc. Natl. Acad. Sci. USA 76:5714.

109. Weinberg, R.A. (1985) Science 230:770.

110. Cooper, G.M. (1984) Br. J. Cancer 50:137.

111. Der, C.J., Krontiris, T.G., Cooper, G.M. (1982) Proc. Natl. Acad. Sci. USA 79:3637.

112. Parada, L.F., Tabin, C.J., Shih, C., Weinberg, R.A. (1982) Nature 297:474.

113. Santos, E., Tronick, S., Aaronson, S.A., Pulciani, S., Barbacid, M. (1982) Nature 298:343.

114. Shimuzu, K. et al. (1983) Proc. Natl. Acad. Sci. USA 80:2112.

115. Shih, C., Weinberg, R.A. (1982) Cell 29:161.

116. Goldfarb, M., Shimizu, K., Perucho, M., Wigler, M. (1982) Nature 296:404.

117. Pulciani, S. et al. (1982) Proc. Natl. Acad. Sci. USA 79:2845.

118. Tabin, C.J. et al. (1982) Nature 300:143.

119. Reddy, E.P., Reynolds, R.K., Santos, E., Barbacid, M. (1982) Nature 300:149.

120. Taparowsky, E. et al. (1982) Nature 300:762.

121. Pincus, M.R. et al. (1983) Proc. Natl. Acad. Sci. USA 80:5253.

122. Gibbs, J.B., Sigel, I.S., Poe, M., Scolnick, E.M. (1984) Proc. Natl. Acad. Sci. USA 81:5704.

123. McGrath, J.P., Capon, D.J., Goeddel, D.V., Levinson, A.D. (1984) Nature 310:644.

124. Santos, E. et al. (1984) Science 223:661.

125. Feig, L.A., Bast, R.C., Knapp, R.C., Cooper, G.M. (1984) Science 223:698.

126. Pulciani, S. et al. (1982) Nature 300:539.

127. Padua, R.A., Barrass, N., Currie, G. (1984) Nature 311:671.

128. Eva, A., Aaronson, S.A. (1985) Nature 316:273.

129. Schechter, A.L. et al. (1984) Nature 312:513.

130. Cooper, C.S. et al. (1984) Nature 311:29.

131. Young, D., Waitches, G., Birchmeier, C., Fasano, O., Wigler, M. (1986) Cell 45:711.

132. Bos, J.L. et al. (1985) Nature 315:726.

133. Cooper, G.M., Okenquist, S., Silverman, L. (1980) Nature 254:418.

134. Takahashi, M., Ritz, J., Cooper, G.M. (1985) Cell 42:581.

135. Ishikawa, F., Takaku, F., Hayashi, K., Nagao, M., Sugimura, T. (1986) Proc. Natl. Acad. Sci. USA 83:3209.

136. Barrett, J.C., Tso, P.O.P. (1978) Proc. Natl. Acad. Sci. USA 75:3761.

137. Farber, E., Cameron, R. (1980) Adv. Cancer Res. 31:125.

138. Knudson, A.G. (1985) Cancer Res. 45:1437.

139. Todaro, G.J., Green, H. (1963) J. Cell Biol. 17:299.

140. Grieg, R.G. et al. (1985) Proc. Natl. Acad. Sci. USA 82:3698.

141. Robbins, S.C., Cotran, R.S. (1979) Pathologic Basis of Disease. W.B. Saunders Co., Philadelphia, PA, p.141.

142. Boveri, T. (1914) Zur Frage der Entstehung Maligner Tumoren. Fischer, Jena, GDR.

143. Yunis, J.J. (1983) Science 221:227.

144. Nowell, P.C., Hungerford, D.A. (1960) Science 132:1497.

145. Heisterkamp, N. et al. (1983) Nature 306:239.

146. Heisterkamp, N., Stam, K., Groffen, J., DeKlein, A., Grosveld, G. (1985) Nature 315:758.

147. Stam, K. et al. (1985) N. Engl. J. Med. 313:1429.

148. Konopka, J.B., Watanabe, S.M., Witte, O.N. (1984) Cell 37:1035.

149. Konopka, J.B., Watanabe, S.M., Singer, J.W., Collins, S.J., Witte, O.N. (1985) Proc. Natl. Acad. Sci. USA 82:1810.

150. Leder, P. et al. (1983) Science 227:765.

151. Gillongo, A., Appella, E., Ricciardi, R., Rovera, G., Croce, C. (1983) Science 222:430.

152. Murray, M.J. et al. (1983) Cell 33:749.

153. Ozanne, B., Wheeler, T., Zack, J., Smith, G., Dale, B. (1982) Nature 299:744.

154. Mitelman, F. (1984) Nature 310:325.

155. Collins, S., Groudine, M. (1982) Nature 298:679.

156. Alitalo, K., Schwab, M., Lin, C.C., Varmus, H.E., Bishop, J.M. (1983) Proc. Natl. Acad. Sci. USA 80:1707.

157. Escot, C. et al. (1986) Proc. Natl. Acad. Sci. USA 83:4834.

158. Little, C.D., Nau, M.M., Carney, D.N., Gazdar, A.F., Minna, J.D. (1983) Nature 306:194.

159. Schwab, M. et al. (1983) Nature 300:288.

160. Kohl, N.E. et al. (1983) Cell 35:359.

161. Schwab, M. et al. (1984) Proc. Natl. Acad. Sci. USA 81:4940.

162. Brodeur, G.G., Seeger, R.C., Schwab, M., Varmus, H.E., Bishop, J.M. (1984) Science 224:1121.

163. Yokota, J. et al. (1986) Science 231:261.

164. Schwab, M., Alitalo, K., Varmus, H.E., Bishop, J.M., George, D. (1983) Nature 303:497.

165. Collins, S., Groudine, M. (1983) Proc. Natl. Acad. Sci. USA 80:4813.

166. Alitalo, K. et al. (1984) Proc. Natl. Acad. Sci. USA 81:4534.

167. Libermann, T.A. et al. (1985) Nature 313:344.

168. Xu, Y-H., Richert, N., Ito, S., Merlino, G.T., Pastan, I. (1984) Proc. Natl. Acad. Sci. USA 81:7308.

169. Eva, A. et al. (1982) Nature 295:116.

170. Slamon, D.J., deKernion, J.B., Verma, I.M., Cline, M.J. (1984) Science 224:256.

171. Hendler, F.J., Ozanne, B.W. (1984) J. Clin. Invest. 74:647.

172. Viola, M.V. et al. (1986) N. Engl. J. Med. 314:133.

173. Gallick, G.E., Kurzrock, R., Kloetzer, W.S., Arlinghaus, R.B., Gutterman, J.U. (1985) Proc. Natl. Acad. Sci. USA 82:1795.

174. Lundy, J. et al. (1986) J. Clin. Oncol. 4:1321.

175. Sporn, M.B., Todaro, G.J. (1980) N. Engl. J. Med. 303:878.

176. Ozanne, B., Fulton, R.J., Kaplan, P.L. (1980) 105:163.

177. Kaplan, P.L., Ozanne, B. (1983) Cell 33:931.

178. Sefton, B.M., Hunter, T., Beemon, K., Eckhart, W. (1980) Cell 20:807.

179. Ushiro, H., Cohen, S. (1980) J. Biol. Chem. 25:8363.

180. Roth, R.A., Cassell, D.J. (1983) Science 219:299.

181. Ek, B., Westermark, B., Wasteson, A., Heldin, C.H. (1982) Nature 295:419.

182. Cooper, J.A., Bowen-Pope, D.F., Raines, E., Ross, R., Hunter, T. (1982) Cell 31:263.

183. Doolittle, R.F. et al. (1983) Science 221:275.

184. Waterfield, M.D. et al. (1983) Nature 304:35.

185. Johnsson, A., Betscholtz, C., Heldin, C.H., Westermark, B. (1985) Nature 317:438.

186. Betscholtz, C., Johnsson, A., Heldin, C.H., Westermark, B. (1986) Proc. Natl. Acad. Sci. USA 83:6440.

187. Stern, D.F., Hare, D.L., Cecchini, M.A., Weinberg, R.A. (1987) Science 235:321.

188. Lee, D.C., Rose, T.M., Webb, N.R., Todaro, G.J. (1985) Nature 313:489.

189. Rosenthal, A. et al. (1986) Cell 46:301.

190. Downward, J. et al. (1984) Nature 307:521.

191. Gamett, D.C., Tracy, S.E., Robinson, H.L. (1986) Proc. Natl. Acad. Sci. USA 83:6053.

192. Riedel, H., Schlessinger, J., Ullrich, A. (1987) Science 236:197.

193. Sherr, C.J. et al. (1985) Cell 41:665.

194. Sap, J. et al. (1986) Nature 324:635.

195. Weinberger, C. et al. (1986) Nature 324:641.

196. Bargmann, C., Hung, M-C., Weinberg, R.A. (1986) Nature 319:226.

197. Semba, K., Kamata, N., Toyoshima, K., Yamamoto, T. (1985) Proc. Natl. Acad. Sci. USA 82:6497.

198. Coussens, L. et al. (1985) Science 230:1132.

199. Hurley, J.B., Simon, M.I., Teplow, D.B., Robishaw, J.D., Gilman, A.G. (1984) Science 226:860.

200. Toda, T. et al. (1985) Cell 40:27.

201. Broek, D. et al. (1985) Cell 41:763.

202. Sadler, S.E., Schechter, A.L., Tabin, C.J., Maller, J.L. (1986) Mol. Cell. Biol. 6:719.

203. Kamata, T., Feramisco, J.R. (1984) Nature 310:147.

204. Hagog, N., Halegoua, S., Viola, M. (1986) Nature 319:680.

205. Wakelam, M.J.O. et al. (1986) Nature 323:173.

206. Mulcahy, L.S., Smith, M.R., Stacey, D.W. (1985) Nature 313:241.

207. Wolfman, A., Macara, I.G. (1987) Nature 325:359.

208. Donner, P., Greiser-Wilke, I., Moelling, K. (1982) Nature 296:262.

209. Muller, R., Wagner, E.F. (1984) Nature 311:438.

210. Rabin, M.S., Doherty, P.J., Gottesman, M.M. (1986) Proc. Natl. Acad. Sci. USA 83:357.

211. Stanbridge, E.J. et al. (1982) Science 215:252.

212. Benedict, W.F., Weissman, B.E., Mark, C., Stanbridge, E.J. (1984) Cancer Res. 44:3471.

213. Craig, R.W., Sager, R. (1985) Proc. Natl. Acad. Sci. USA 82:2062.

214. Stoler, A., Bouck, N. (1985) Proc. Natl. Acad. Sci. USA 82:570.

215. Klinger, H.P. (1982) Cytogenet. Cell Genet. 32:68.

216. Saxon, P.J., Srivatson, E.S., Stanbridge, E.J. (1986) EMBO J. 5:3461.

217. Dryja, T.P. et al. (1984) N. Engl. J. Med. 310:550.

218. Friend, S.H. et al. (1986) Nature 323:643.

219. Lee, W-H. et al. (1987) Science 235:1394.

220. Koufos, A. et al. (1984) Nature 309:170.

221. Weissman, B.E. et al. (1987) Science 236:175.

222. Land, H., Parada, L.F., Weinberg, R.A. (1983) Nature 304:596.

223. Newbold, R.F., Overell, R.W. (1983) Nature 304:648.

224. Spandidos, D.A., Wilkie, N.M. (1984) Nature 310:469.

225. Land, H., Chen, A.C., Morgenstern, J.P., Parada, L.F., Weinberg, R.A. (1986) Mol. Cell. Biol. 6:1917.

226. Ruley, H.E. (1983) Nature 304:602.

227. Parada, L.F., Land, H., Weinberg, R.A., Wolf, D., Rotter, V. (1984) Nature 312:649.

228. Schwab, M., Varmus, H.E., Bishop, J.M. (1985) Nature 316:160.

229. Landsteiner, K. (1945) The Specificity of Serological Reactions. Harvard University Press, Cambridge, MA.

230. Gorer, P.A. (1937) J. Pathol. 44:691.

231. Simmons, R.L., Sutherland, D.E.R., Lower, R.R., Najarian, J.S. (1984) in Principles of Surgery, S.I. Schwartz, editor. McGraw-Hill Co., NY, p.369.

232. Dorf, M.E. (1981) The Role of the Major Histocompatibility Complex in Immunobiology.  Garland Press, NY.

233. Foley, E.J. (1953) Cancer Res. 13:835.

234. Prehn, R.T., Main, J.M. (1957) J. Natl. Cancer Inst. 18:769.

235. Klein, G., Sjogren, M.D., Klein, E., Hellstrom, K.E. (1960) Cancer Res. 20:1561.

236. Old, L.J., Boyse, E.A., Clark, D.A., Carswell, E. (1962) Ann. N.Y. Acad. Sci. 101:80.

237. Thomas, L. (1959) in Cellular and Humoral Aspects of the Hypersensitivity State, H.S. Lawrence, editor.  Hoeber Co., NY, p.529.

238. Burnet, F.M. (1971) Transpl. Rev. 7:3.

239. Klein, G. (1980) Cancer 45:2486.

240. Brodt, P. (1983) Ann. Rev. Microbiol. 37:447.

241. Old, L.J. (1981) Cancer Res. 41:361.

242. Knuth, A., Danowski, B., Oettgen, H.F., Old, L.J. (1984) Proc. Natl. Acad. Sci. USA 81:3511.

243. Muul, L.M., Spiess, P.J., Director, E.P., Rosenberg, S.A. (1987) J. Immunol. 138:989.

244. Kohler, G., Milstein, C. (1975) Nature 256:495.

245. Reisfeld, R.A. (1986) Sem. Oncol. 13:153.

246. Houghton, A.N., Scheinberg, D.A. (1986) Sem. Oncol. 13:165.

247. Koprowski, H., Steplewski, Z., Herlyn, D., Herlyn, M. (1978) Proc. Natl. Acad. Sci. USA 75:3405.

248. Bernstein, I.D., Tam, M.R., Nowinski, R.C. (1980) Science 207:68.

249. Schulz, G., Bumol, T.F., Reisfeld, R. (1983) Proc. Natl. Acad. Sci. USA 80:5407.

250. Shouval, D. et al. (1982) Nature 298:567.

251. Capone, P.M., Papsidero, L.D., Croghan, G.A., Chu, T.M. (1983) Proc. Natl. Acad. Sci. USA 80:7328.

252. Herlyn, D., Koprowski, H. (1982) Proc. Natl. Acad. Sci. USA 79:4761.

253. Denkers, E.Y., Badger, C.C., Ledbetter, J.A., Bernstein, I.D. (1985) J. Immunol. 135:2183.

254. Trowbridge, I.S., Domingo, D.L. (1981) Nature 294:171.

255. Masui, H. et al. (1984) Cancer Res. 44:1002.

256. Cuttitta, F. et al. (1985) Nature 316:823.

257. Vollmers, H.P., Imhof, B.A., Wieland, I., Hiesel, A., Birchmeier, W. (1985) Cell 40:547.

258. Masui, H., Moroyama, T., Mendelsohn, J. (1986) Cancer Res. 46:5592.

259. Oldham, R.K. et al. (1984) J. Clin. Oncol. 2:1235.

260. Mach, J.P. et al. (1983) Cancer Res. 43:5593.

261. Miller, R.A., Levy, R. (1981) Lancet ii:226.

262. Miller, R.A., Maloney, D.G., Warnke, R., Levy, R. (1982) N. Engl. J. Med. 306:517.

263. Houghton, A.N. et al. (1985) Proc. Natl. Acad. Sci. USA 82:1242.

264. Patek, P.Q., Collins, J.L., Cohen, M. (1978) Nature 276:511.

265. Hopkins, N., Besmer, P., DeLeo, A.B., Law, L.W. (1981) Proc. Natl. Acad. Sci. USA 78:7555.

266. Drebin, J.A., Shilo, B-Z., Weinberg, R.A., Greene, M.I. (1982) in B and T Cell Tumors, E. Vitetta, editor. Academic Press, NY, p.221.

267. Trimble, W.S., Johnson, P.W., Hozumi, N., Roder, J.L. (1986) Nature 321:782.

268. Lanza, L.A., Wilson, D.J., Ikejiri, B., Roth, J.A., Grimm, E.A. (1986) J. Immunol. 137:2716.

269. Drebin, J.A., Stern, D.F., Link, V.C., Weinberg, R.A., Greene, M.I. (1984) Nature 312:545.

270. Hollingsworth, M.A. et al. (1986) Cancer Res. 46:2482.

271. Roth, J.A. et al. (1986) J. Immunol. 136:2305.

272. Summerhayes, I.C., Malone, P., Visvanathan, K. (1986) Int. J. Cancer 37:233.

273. Scott, M.R.D., Westphal, K., Rigby, P.W.J. (1983) Cell 34:557.

274. Murphy, D. et al. (1983) Cell 35:865.

275. Brickell, P.M. et al. (1983) Nature 306:756.

276. Brown, J.P. et al. (1982) Nature 296:171.

277. Ross, A.H. et al. (1984) Proc. Natl. Acad. Sci. USA 81:6681.

278. Shih, C., Padhy, L.C., Murray, M., Weinberg, R.A. (1981) Nature 290:261.

279. Padhy, L.C., Shih, C., Cowing, D., Finkelstein, R., Weinberg, R.A. (1982) Cell 28:865.

280. Stern, D.F., Heffernan, P.A., Weinberg, R.A. (1986) Mol. Cell. Biol. 6:1729.

281. Schechter, A.L. et al. (1985) Science 229:976.

282. Bargmann, C.I., Hung, M-C., Weinberg, R.A. (1986) Cell 45:649.

283. Schubert, D. et al. (1974) Nature 249:224.

284. King, C.R., Kraus, M.H., Aaronson, S.A. (1985) Science 229:974.

285. Yokota, J. et al. (1986) Lancet i:765.

286. Slamon, D.J. et al. (1987) Science 235:177.

287. Kraus, M.H., Popescu, N.C., Amsbaugh, S.C., King, C.R. (1987) EMBO J. 6:605.

288. Yamamoto, T. et al. (1986) Nature 319:230.

289. Akiyama, T., Sudo, C., Ogawara, H., Toyoshima, K., Yamamoto, T. (1986) Science 232:1644.

290. Tung, A.S., Nisonoff, A. (1976) J. Immunol. 116:676.

291. Sefton, B.M., Beemon, K., Hunter, T. (1979) J. Virol. 28:957.

292. Hudson, L., Hay, F.C. (1980) Practical Immunology. Blackwell Scientific Publications, Boston, MA, p.117.

293. Bradford, M.M. (1976) Anal. Biochem. 72:248.

294. Bruck, C., Drebin, J.A., Glineur, C., Portetelle, D. (1986) Methods in Enzymology 121:587.

295. Sharpe, A.H., Gaulton, G.N., McDade, K.K., Fields, B.N., Greene, M.I. (1984) J. Exp. Med. 160:1195.

296. Pepys, M.B. (1972) Nature New Biol. 237:157.

297. Yung, Y.P., Cudkowicz, G. (1977) J. Immunol. 119:1310.

298. Hudson, L., Hay, F.C. (1980) Practical Immunology. Blackwell Scientific Publications, Boston, MA, p.240.

299. Der, C.J., Cooper, G.M. (1983) Cell 32:201.

300. Becker, D., Lane, M.A., Cooper, G.M. (1982) Proc. Natl. Acad. Sci. USA 79:3315.

301. Boyse, E.A., Stockert, E., Old, L.J. (1976) Proc. Natl. Acad. Sci. USA 58:954.

302. Edelman, G.M. (1976) Science 192:218.

303. Schreiner, G.F., Unanue, E.R. (1977) J. Immunol. 119:1549.

304. Baumann, H., Doyle, D. (1980) Cell 21:897.

305. Ritz, J., Pesando, J.M., Notis-McConarty, J., Schlossman, S.F. (1980) J. Immunol. 125:1506.

306. Levy, R., Miller, R.A. (1983) Fed. Proc. 42:2650.

307. Carrol, A.M. et al. (1984) Clin. Immunol. Immunopathol. 33:268.

308. Collett, M.S., Brugge, J.S., Erikson, R.L. (1978) Cell 15:1363.

309. Witte, O.N., Rosenberg, N., Baltimore, D. (1979) Nature 281:396.

310. Furth, M.E., Davis, L.J., Fleurdelys, B., Scolnick, E.M. (1982) J. Virol. 43:294.

311. Campisi, J., Gray, H.E., Pardee, A.B., Dean, M., Sonenshein, G.E. (1984) Cell 36:241.

312. Chung, M-C., Schechter, A.L., Chevray, P-Y.M., Stern, D.F., Weinberg, R.A. (1986) Proc. Natl. Acad. Sci. USA 83:261.

313. Bishop, J.M. (1987) Science 235:305.

314. Kahn, C.R., Baird, K.L., Jarrett, D.B., Flier, J.S. (1978) Proc. Natl. Acad. Sci. USA 75:4209.

315. Gill, G.N. et al. (1984) J. Biol. Chem. 259:7755.

316. Albino, A.P., LeStrange, R., Oliff, A.I., Furth, M.E., Old, L.J. (1984) Nature 308:69.

317. Green, A., Olefsky, J.M. (1982) Proc. Natl. Acad. Sci. USA 49:427.

318. Czech, M.P., Oppenheimer, C.L., Massague, J. (1983) Fed. Proc. 42:2598.

319. Stiles, C.D. (1983) Cell 33:653.

320. Carpenter, G. (1984) Cell 37:357.

321. Willingham, M.C., Hanover, J.A., Dickson, R.B., Pastan, I. (1984) Proc. Natl. Acad. Sci. USA 81:175.

322. Badger, C.C., Bernstein, I.D. (1984) J. Exp. Med. 157:828.

323. Robbins, K.C., Leal, F., Pierce, J.H., Aaronson, S.A. (1985) EMBO J. 4:1783.

324. Herlyn, D., Powe, J., Ross, A.H., Herlyn, M., Koprowski, H. (1985) J. Immunol. 134:1300.

325. Oi, V.T. et al. (1984) Nature 307:136.

326. Jones, J.F., Segal, D.M. (1980) J. Immunol. 125:926.

327. Bast, R.C. et al. (1985) Cancer Res. 45:499.

328. Rettenmier, C.W., Chen, J.H., Roussel, M.F., Sherr, C.J. (1985) Science 228:320.

329. Ling, V. (1982) in <u>Drug and Hormone Resistance in Neoplasia</u>, N. Bruchovsky, J.H. Goldie, editors.  CRC Press, Boca Raton, FL, p.1.

330. Hamada, H., Tsuruo, T. (1986) Proc. Natl. Acad. Sci. USA 83:7785.