JASON SHEASBY (Bar No. 205455)
jsheasby@irell.com
GARY FRISCHLING (Bar No. 130583)
gfrischling@irell.com
MACLAIN WELLS (Bar No. 221609)
mwells@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile:  (310) 203-7199

SANDRA HABERNY (Bar No. 260977)
shaberny@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive
Suite 400
Newport Beach, CA 92660-6324
Telephone: (949) 760-0991
Facsimile:  (949) 760-5200

Attorneys for Defendant and Counterclaimant
THE TRUSTEES OF THE UNIVERSITY OF
PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC.,<br><br>        Plaintiff and Counterclaim<br>        Defendant<br><br>    v.<br><br>THE TRUSTEES OF THE UNIVERSITY OF<br>PENNSYLVANIA,<br><br>        Defendant and Counterclaimant | Case No. 5:10-cv-02037-LHK (PSG)<br><br>**EVIDENCE CITED BY THE UNIVERSITY OF PENNSYLVANIA IN APPENDIX B TO THE JOINT CLAIM CONSTRUCTION STATEMENT** |

The University of Pennsylvania submits evidence cited by the University in

Appendix B to the Joint Claim Construction Statement, Docket Index No. 77.

By:    /s/ Jason G. Sheasby

Jason Sheasby (CA #205455)

Attorneys for Defendant and Counterclaimant
THE TRUSTEES OF THE UNIVERSITY OF
PENNSYLVANIA

- 1 -

# EVIDENCE CITED BY THE UNIVERSITY OF PENNSYLVANIA IN APPENDIX B TO THE JOINT CLAIM CONSTRUCTION STATEMENT
# TAB 37

# Immunohistochemical Evaluation of c-erbB-2 Oncogene Expression in Ductal Carcinoma *In Situ* and Atypical Ductal Hyperplasia of the Breast

Ronna F. Lodato, Henry C. Maguire, Jr., Mark I. Greene, David B. Weiner, and Virginia A. LiVolsi

Department of Pathology and Laboratory Medicine, University of Pennsylvania School of Medicine and Hospital of the University of Pennsylvania, Philadelphia, Pennsylvania

Cases of ductal carcinoma *in situ* (DCIS) and atypical ductal hyperplasia (ADH) of the breast were examined for expression of the protein product of the c-erbB-2 (neu, HER-2) oncogene using two different polyclonal antibodies via an avidin-biotin immunoperoxidase method on formalin- or Bouin'-fixed, paraffin-embedded tissue. Fifty-five percent (18/33) of DCIS and 10% (2/21) of ADH were positive. Significant c-erbB-2 expression in DCIS was generally divided on histologic grounds: ten of ten comedocarcinomas showed strong membrane staining, while only one of 14 small cell DCIS cases (micropapillary or cribiform patterns) showed immunostaining (which was weak and basilar in this single case). DCIS cases of mixed histology were strongly positive in areas of comedocarcinoma. In two of three cases of associated Paget's disease strong membrane staining was seen. The two c-erbB-2-positive ADH cases showed weak basilar staining akin to the small cell DCIS cases. Five cases of lobular neoplasia (atypical lobular hyperplasia or lobular carcinoma *in situ*) associated with DCIS or ADH were negative for c-erbB-2 expression. We conclude that comedocarcinoma *in situ* and Paget's disease frequently express the c-erbB-2 protein and are both histologically and biochemically distinct from ADH and small cell patterns of DCIS. We advocate precise subclassification of DCIS on histopathologic reports, particularly in view of reports that overexpression of the c-erbB-2 oncogene in infiltrating breast carcinomas may be associated with a poor prognosis.

Key words: Breast cancer, Atypical ductal hyperplasia, Ductal carcinoma *in situ*, Intraductal carcinoma, c-erbB-2 oncogene, neu, Immunohistochemistry.

Modern Pathology, Vol. 3, No. 4

Atypical ductal hyperplasia of the breast (ADH) is a generally accepted histopathologic entity which resembles, but does not fulfill all of the histologic criteria for, ductal carcinoma *in situ* (DCIS). In a large study with long follow-up the subsequent risk for development of invasive carcinoma in patients with ADH was four to five times that of the general population, but only one-half that of patients with carcinoma *in situ* (CIS) (21). The increasing use of screening mammography has resulted in the surgical resection of many small, often nonpalpable breast lesions in which the differential diagnosis is between ADH and DCIS. This morphologic distinction may be difficult, since at times the cytologic and architectural criteria used to differentiate ADH from DCIS seem arbitrary. These difficulties in pathologic interpretation are not unexpected, however, because it is likely that a continuous disease spectrum exists, ranging from hyperplasia without atypia to CIS.

Recent studies of invasive breast carcinoma and of human breast cancer cell lines have documented frequent amplification and overexpression of the c-erbB-2 oncogene (also called neu and HER-2) (17, 27, 28, 31), and in some reports this has been associated with a poor prognosis or with other parameters that are associated with a poor prognosis. (6, 10, 11, 23, 24, 29, 32). The c-erbB-2 gene encodes a transmembrane glycoprotein with tyrosine kinase activity (1) which shows homology to but is distinct from the epidermal growth factor receptor (30). The ligand for this putative receptor protein has not yet been identified. Experimental studies imply that overexpression of c-erbB-2 contributes directly to the malignant phenotype. Thus, when otherwise benign cell lines are transfected with a construct that results in very high expression of the c-erbB-2 protein, the cells form foci, make colonies in soft agar, and grow as invasive tumors in nude mice (8, 14).

We hypothesized that overexpression of the c-erbB-2 oncogene might occur quite early in the development of breast carcinoma and that studying expression of the c-erbB-2 protein in ADH and DCIS using an immunoperoxidase technique might prove useful in identifying and understanding borderline breast lesions and distinguishing between them.

0893-3952/90/0304-0449$02.00/0
MODERN PATHOLOGY
Copyright © 1990 by The United States and Canadian Academy of Pathology, Inc.

Vol. 3, No. 4, p. 449, 1990
Printed in the U.S.A.

## MATERIALS AND METHODS

### Case Selection

We identified thirty-five cases each of atypical ductal hyperplasia (ADH) and ductal carcinoma *in situ* (DCIS) from our surgical pathology files using a computer-assisted search. Pathology reports and histologic sections were reviewed. The diagnosis of DCIS was based on the presence of two features: (*a*) Cytologic atypia with monotony and (*b*) abnormal architecture with either round, regular spaces or micropapillary structures. Following the schema of Page and colleagues (21), ADH was diagnosed when either the cytology *or* the architecture was consistent with DCIS but the second feature was not fully developed or when only a single terminal duct or lobule was involved. Frank comedonecrosis supported a diagnosis of DCIS.

We excluded cases from the study for any of the following reasons: (*a*) if useful blocks were unavailable; (*b*) in cases of DCIS if the patient had a prior history of infiltrating carcinoma in the same breast or when mastectomy or wider excision after initial biopsy showed infiltrating carcinoma; or (*c*) in cases of ADH if the patient had either prior or subsequent *in situ* or infiltrating carcinoma in the same breast. In addition, several cases originally diagnosed as ADH were excluded as showing insufficient atypia. Two cases previously diagnosed as DCIS were downgraded to ADH and included in our study, and one case originally diagnosed as ductal hyperplasia without atypia was upgraded to ADH and included. In all other cases our diagnoses were the same as the original ones.

After review and exclusion there were 21 cases of ADH and 33 cases of DCIS available for study. In three of the DCIS patients, two separate specimens from the same breast were included (initial biopsy plus two mastectomies and one wide re-excision). Three of the DCIS cases showed Paget's disease in the skin and/or nipple ducts.

Breast tissue had been fixed in either formalin or Bouin's solution and embedded in paraffin. We se-

lected one to six blocks per case, identifying where possible both normal and lesional breast tissue in the same section.

### Immunohistochemistry

An avidin-biotin complex immunoperoxidase technique was used (15). Five-micron sections were cut from the paraffin-embedded tissue blocks and placed on poly-L-lysine coated slides. These were carefully melted at 55 to 60 °C for 30 min. Sections were deparaffinized in xylene (three baths of 5 min each) and hydrated in ethanol (three baths of 3 min each) and running water (5 min). They were incubated in methanol with 0.6% hydrogen peroxide for 20 min to quench endogenous peroxidase activity, followed by another 5 min wash in running water. Sections were then sequentially incubated in 5% normal goat serum in phosphate-buffered saline (PBS) with 0.1% bovine serum albumin (BSA) (20 min at 37 °C), primary antibody (overnight at 4 °C), biotinylated goat anti-rabbit secondary antiserum diluted 1:250 in PBS/BSA (30 min at 37 °C), and avidin-biotin complex reagent (45 min at 37 °C). (Goat serum, secondary antiserum, and avidin-biotin reagent were all from Vector Laboratory Systems, Inc., Burlingame, CA.) Each incubation was followed by two washes in PBS (5 min total) and two washes in PBS/BSA (5 min total), except for the first incubation with goat serum (after which the slides were drained of excess serum but not washed). Next, slides were incubated with the chromagen reaction solution (0.5% 3,3'-diaminobenzidine tetrahydrochloride in PBS/BSA and 0.0002% hydrogen peroxide) for 5 min at room temperature. They were washed in tap water and counterstained with hematoxylin, dehydrated and cleared in ethanol and xylene, and mounted.

Immunoperoxidase reactivity was scored on a scale of 0 to 4+, based both on intensity of staining and percentage of tumor cells staining, as follows: 0, none; 1+, focal (0 to 10%) weak positivity; 2+, scattered (10 to 30%) weak positivity; 3+, moderate numbers (30 to 60%) of strongly positive cells,

and 4+, diffuse strong positivity (greater than 60%). All cases could be scored on this scale.

### Antibodies

For each paraffin block, three sections were incubated, one with PBS/BSA without primary antibody and one each with one of two polyclonal antibodies. One was a commercially available antibody, (c-erbB-2 antibody, pAb1) (Triton Biosciences, Inc., Alameda, CA), elicited in a rabbit to a synthetic peptide corresponding to a cytoplasmic epitope of the c-erbB-2 protein conjugated to keyhole limpet hemocyanin. This was used at a dilution of 1:30 in PBS/BSA. The other antibody, designated DBW-2, was prepared in our laboratory. A synthetic polypeptide corresponding to amino acids 1240 to 1255 of the c-erbB-2 protein plus cysteine was covalently coupled to keyhole limpet cyanin (7). This



Figure 1. Immunoprecipitation with DBW-2 (with or without blocking peptide) of c-erbB-2 protein from SKBR III cells labeled *in vivo* with $^{32}P$ and then lysed. Immunoprecipitation was done as described in Ref. 9. Lane A, μl DBW-2 antibody + protein A agarose (50 μl); lane B, 2 μl DBW-2 antibody + 10 ng/ml pure DBW-2 peptide + protein A agarose (50 μl); lane C, 2 μl DBW-2 antibody + 1 μg/ml pure DBW-2 peptide + protein A agarose (50 μl); lane D, 2 μl DBW-2 antibody + 100 μg/ml pure DBW-2 peptide + protein A agarose (50 μl); lane E, 2 μl normal rabbit serum (preimmune) + protein A agarose (50 μl).

preparation was emulsified in Freund's adjuvant and each of two rabbits immunized by intramuscular injections at monthly intervals. Useful titers of antibody were obtained after 3 mo. The specificity of the DBW-2 antibody for c-erbB-2 protein has been demonstrated by immunoprecipitation and by blocking with the immunizing peptide, using cell lines known by other evidence to be high and negligible expressors of c-erbB-2 (7, 16). Fig. 1 shows an immunoprecipitation with DBW-2 antibody of SKBR III cells (a human breast tumor cell line obtained from the American Type Culture Collection). The immunizing polypeptide used to raise the DBW-2 antibody specifically blocked the reaction. In over 80 cell lines studied there was complete correspondence of immunoprecipitation data and immunostaining of cells with DBW-2 antibody (unpublished results). This antibody was used at a dilution of 1:1500 in PBS/BSA. Additional sections from selected cases which showed strong positivity

using this latter antibody were restudied using primary antibody preincubated with the immunizing peptide, which abolished the immunoreactivity (data not shown). Where the two different antibodies (Triton Biosciences and DBW-2) showed discordant results, this is so stated (see below) and cases were recorded as positive if either antibody yielded positive staining. Each immunoperoxidase experiment was accompanied by a positive control case of *in situ* ductal carcinoma previously shown to have strong immunoperoxidase reactivity with both of the antibodies.

## RESULTS

Twenty-one cases of ADH were evaluated with immunoperoxidase staining for each of the two polyclonal antibodies to the c-erbB-2 protein. Nineteen cases were negative (Fig. 2D), and two showed 1+ positivity (Table 1). One was a case originally classified as DCIS, in

which atypical large cells lined lobular units; architecturally, we felt this did not meet the criteria for DCIS. This case showed 1+ membrane positivity in the area of atypia with one of the two antibodies only (DBW-2). The second case showed 1+ basilar immunopositivity with both antibodies in the ADH.

Thirty-three cases of DCIS were stained with both antibodies to the c-erbB-2 protein. There were eighteen positive and fifteen negative cases. When subclassified histologically, these included: (a) ten cases of comedocarcinoma, all of which were positive (Fig. 2A); (b) fourteen cases of cribiform or micropapillary carcinoma (Fig. 2C), only one of which was positive, with focal 3+ basilar staining; and (c) nine cases of mixed histologic type, seven of which showed positive staining (Table 2). Three of the cases had focal associated Paget's disease; these areas stained positively in two of the three cases (Fig. 2B). Two of the three patients in which two consecutive biopsies were studied showed similar results



**Figure 2.** Immunohistochemical staining for c-erbB-2 protein. *A*, 4+ membrane staining in DCIS, comedo type (× 400); *B*, 3+ membrane staining in Paget's disease (× 200); *C*, no staining in DCIS, micropapillary type (× 400); *D*, no staining in ADH (× 400).

in both specimens. (The third was the single c-erbB-2-positive case of DCIS of predominantly small cell type; see below.) Correlation between the two antibodies was good, with only four cases (all DCIS of mixed histology) showing discordant results (one case in which only Triton antibody yielded positive staining, three cases in which only DBW-2 antibody showed positive staining).

In general the comedocarcinomas showed very strong membrane staining throughout the tumor areas (3+ to 4+ in eight cases, 1+ to 2+ in two cases; see Fig. 2A), while the cribriform and micropapillary tumors composed of predominantly small cells were with only one exception immunohistochemically negative for the c-erbB-2 protein (Fig. 2C). The single positive small cell DCIS case showed 3+ basilar positivity which was recognizably different from the distinctive membrane positivity of the comedocarcinomas. A specimen from a subsequent wide re-excision of this lesion showed no staining for c-erbB-2 protein. The nine lesions designated as "mixed histology" showed either distinct foci of comedocarcinoma and cribriform/micropapillary DCIS (five cases) or a single histologic tumor type with cribriform to solid architecture and atypical large cell cytology resembling comedocarcinoma, sometimes with focal necrosis (four cases). Among the former five cases in which the two histologies were distinct, all five showed 2+ to 3+ membrane positivity in areas of comedocarcinoma with no staining in the micropapillary/cribriform areas. Among the latter four cases, two

were negative and two showed 1+ to 2+ membrane immunoreactivity.

Three DCIS patients had focal Paget's disease. Two were comedocarcinomas which showed 3+ to 4+ membrane staining in both DCIS and Paget's areas (one in the subsequent mastectomy specimen) (Fig. 2B). The third case had mixed histology with a c-erbB-2-positive large cell component and negatively staining small cell component on initial biopsy, with both small cell component and Paget's disease present on subsequent mastectomy, both with negative staining.

Other immunohistochemical positivity for the c-erbB-2 protein included frequent 2+ cytoplasmic staining in foci of apocrine metaplasia and scattered 1 to 2+ nuclear and cytoplasmic positivity in normal ductal and lobular epithelium. Significant membrane positivity was never noted in benign or metaplastic epithelium, and immunopositivity in DCIS or ADH cells was virtually limited to membrane or basilar staining, with occasional diffuse or granular cytoplasmic positivity in comedocarcinomas with 3+ to 4+ membrane staining. Many cases showed adjacent areas of sclerosing adenosis, all of which stained negatively. One case with focal lactational change was negative, and five cases with adjacent atypical lobular hyperplasia or lobular carcinoma in situ all stained negatively. (In all five cases the ADH or DCIS was also negative for c-erbB-2 staining.)

## DISCUSSION

Previous studies have shown correlation between c-erbB-2 gene amplification and/or mRNA overexpression and immunohistochemical staining of infiltrating breast carcinomas and breast tumor cell

lines using both polyclonal (6, 12, 19, 25, 28) and monoclonal antibodies (26) to the c-erbB-2 protein. Immunohistochemistry provides a useful tool for the examination of c-erbB-2 gene expression in in situ and atypical breast lesions, since such lesions are usually small with few atypical cells present and are typically entirely embedded in paraffin and thus unavailable for DNA or mRNA analysis by standard techniques.

We studied cases of DCIS and ADH immunohistochemically for the protein product of the c-erbB-2 oncogene using two different polyclonal antibodies. Fifty-five percent (18/33) of the DCIS cases and 10% (2/21) of the ADH cases showed immunoreactivity for c-erbB-2. Interestingly, positivity in DCIS cases was stratified on histologic grounds, with 100% (10/10) of comedocarcinomas positive and only 7% (1/14) of cribriform/micropapillary carcinomas positive, while 78% (7/9) of DCIS cases with mixed histology were positive, predominantly in areas of comedocarcinoma. Moreover, immunopositivity for c-erbB-2 was much stronger and localized to the tumor cell membrane in comedocarcinomas, with generally weaker staining usually restricted to the basement membrane in the few positive cribriform/micropapillary tumors and ADH cases. Paget's disease showed strong membrane staining similar to comedocarcinoma in two of three cases. Benign and metaplastic breast epithelium showed only rare weak cytoplasmic or nuclear positivity, and in situ lobular neoplasia (ALH and LCIS) were negative for c-erbB-2 protein.

Other recent articles have noted c-erbB-2 protein expression immunohistochemically in DCIS (13, 26), with one group using a monoclonal antibody, noting a similar separation of expression on histologic grounds (comedocarcinomas positive, micropapillary and cribriform carcinomas negative) (26). We confirm these findings using two different polyclonal antibodies to the c-erbB-2 protein. These findings suggest that these two histologic variants of DCIS are distinct pathologic entities at the molecular level. In addition, our findings indicate that ADH and the

TABLE 1. ATYPICAL DUCTAL HYPERPLASIA: NEU EXPRESSION

| Positive (%) | Negative (%) | Total |
|---|---|---|
| 2 (10) | 19 (90) | 21 |

TABLE 2. DUCTAL CARCINOMA IN SITU: NEU EXPRESSION

| Histologic Type | Positive (%) | Negative (%) | Total |
|---|---|---|---|
| Comedocarcinoma | 10 (100) | 0 | 10 |
| Cribriform/micropapillary | 1 (7) | 13 (93) | 14 |
| Mixed | 7 (78) | 2 (22) | 9 |
| Paget's Disease | 2 (67) | 1 (33) | 3 |

small cell forms of DCIS (micropapillary and cribiform) may be part of a continuous spectrum of neoplastic breast disease and that comedocarcinoma is unassociated with this continuum. Page (20) has previously suggested just this notion: that some forms of DCIS and ADH are "related more closely to each other than to well developed examples of CIS or to usual patterns of hyperplasia." This is an intellectually appealing concept, given the histologic similarity between ADH and small cell patterns of DCIS, the difficulty in histologically distinguishing the two, and the cytologic dissimilarity between these entities and the large cell, pleomorphic, necrotic, and easily recognizable comedocarcinoma.

Subclassifying DCIS into comedocarcinoma *versus* small cell types may also provide more detailed prognostic assessments of the risk of progression from DCIS to infiltrating carcinoma. Such classification has not been standard practice; for instance, Azzopardi (4) felt this distinction was not clinically useful. However, two recent studies suggest that the different histologic subtypes of DCIS have different biologic behavior. Lagios *et al.* (18) found a significantly increased rate of local recurrence in comedo-type DCIS as compared with micropapillary and cribiform types in women treated solely by tylectomy (19 *versus* 0%). Patchefsky *et al.* (22) compared biopsy and mastectomy specimens in 51 women and noted a higher rate of microinvasion in comedocarcinoma as compared with other subtypes, regardless of tumor size, and they suggest that this is a "more aggressive subtype of DCIS."

Our findings of strong c-erbB-2 expression in comedocarcinoma and rare, and weak expression in small cell DCIS and ADH, in the context of data from some investigators showing that c-erbB-2 expression may have poor prognostic implications in infiltrating breast carcinomas (6, 10, 11, 23, 24, 29, 32) (although other authors have found no adverse prognostic significance to c-erbB-2 overexpression in breast tumors (2, 3, 5, 12, 26)) and the studies by Lagios *et al.* (18) and Patchefsky *et al.* (22) indicating a propensity for recur-

rence and microinvasion by comedocarcinoma suggest that histologic subtype of DCIS may be an important prognostic indicator. We, therefore, advocate the consistent histopathologic reporting of DCIS by subtype (comedocarcinoma *versus* small cell/micropapillary/cribriform) since, as indicated above, these forms of CIS of the breast appear to be biochemically as well as histologically and behaviorally distinct. Further studies are needed to determine whether independent useful information may be derived from immunohistochemical staining for c-erbB-2 in ADH and DCIS.

*Acknowledgments:* We thank Ms. Shelley Roberts, Mr. Kenneth Santora, Ms. Maria Hellman, and Dr. Jack Brooks for advice and assistance in immunoperoxidase techniques.

Supported in part by a grant from the Council for Tobacco Research (D. B. W.).

Date of acceptance: December 26, 1989.

Address reprint requests to: Virginia A. LiVolsi, M.D., Director, Surgical Pathology, 6042 Founders Pavilion, Hospital of the University of Pennsylvania, 3400 Spruce St., Philadelphia, PA 19104.

### REFERENCES

1. Akiyama T, Sudo C, Ogawara H, Toyoshima K, Yamamoto T: The product of the human c-erbB-2 gene: a 185-kilodalton glycoprotein with tyrosine kinase activity. Science 232:1644, 1986.
2. Ali IU, Campbell G, Lidereau R, Callahan R: Amplification of c-erbB-2 and aggressive human breast tumors? Science 240:1795, 1988
3. Ali IU, Campbell G, Lidereau R, Callahan R: Lack of evidence for the prognostic significance of c-erbB-2 amplification in human breast carcinoma. Oncogene Res 3:139, 1988
4. Azzopardi JG: Problems in Breast Pathology, p 244, Philadelphia, WB Saunders Co, 1979
5. Barnes DM, Lammie GA, Millis RR, Gullick WL, Allen DS, Altman DG: An immunohistochemical evaluation of c-erbB-2 expression in human breast carcinoma. Br J Cancer 58:448, 1988
6. Berger MS, Locher GW, Saurer S, Gullick WJ, Waterfield MD, Groner B, Hynes NE: Correlation of c-erbB-2 gene amplification and protein expression in human breast carcinoma with nodal status and nuclear grading. Cancer Res 48:1238, 1988
7. Cohen JA, Weiner DB, More KF: Expression pattern of the neu (NGL) gene-encoded growth factor receptor protein (p185-neu) in normal and transformed epithelial tissues of the digestive tract. Oncogene 4:81, 1989
8. DiFiore PP, Pierce JH, Krause MH, Segatto O, King CR, Aaronson SA: erbB-2 is a potent oncogene when overexpressed in NIH/3T3 cells. Science 237:178, 1987
9. Drebin JA, Link VC, Stern DF, Weinberg RA, Greene MI: Down-modulation of an oncogene protein product and reversion of the trans-

formed phenotype by monoclonal antibodies. Cell 41:695, 1985
10. Fontaine J, Tesseraux M, Klein V, Bastert G, Blin N: Gene amplification and expression of the neu (c-erbB-2) sequence in human mammary carcinoma. Oncology 45:360, 1988
11. Gusrin M, Barrois M, Terrier M-J, Spielmann M, Riou G: Overexpression of either c-myc or c-erbB-2/neu proto-oncogenes in human breast carcinomas: correlation with poor prognosis. Oncogene Res 3:21, 1988
12. Gusterson BA, Gullick WJ, Venter DJ, Powles TJ, Elliott C, Ashley S, Tidy A, Harrison S: Immunohistochemical localization of c-erbB-2 in human breast carcinomas. Mol Cell Probes 2:383, 1988
13. Gusterson GA, Machin LG, Gullick WJ, Gibbs NM, Powles TJ, Price P, McKinna A, Harrison S: Immunohistochemical distribution of c-erbB-2 in infiltrating and *in situ* breast cancer. Int J Cancer 42:842, 1988
14. Hudziak RM, Schlessinger J, Ullrich A: Increased expression of the putative growth factor receptor p185-HER2 causes transformation and tumorigenesis of NIH 3T3 cells. Proc Natl Acad Sci USA 84:7159, 1987
15. Hsu SM, Raine L, Fanger H: A comparative study of the peroxidase-antiperoxidase method and an avidin-biotin complex method for studying polypeptide hormones with radioimmunoassay antibodies. Am J Clin Pathol 75:734, 1981
16. Kelsten ML, Berger MS, Maguire HC, Jr, Chianese DA, Hellman ME, Weiner DB, Greene MI: The analysis of c-erbB-2 protein expression in conjunction with DNA content using multiparameter flow cytometry, submitted for publication.
17. King CR, Kraus MH, Aaronson SA: Amplification of a novel v-erbB-related gene in a human mammary carcinoma. Science 229:974, 1985
18. Lagios MD, Margolin FR, Westdahl PR, Rose MR: Mammographically detected duct carcinoma *in situ*: frequency of local recurrence following tylectomy and prognostic effect of nuclear grade on local recurrence. Cancer 63:618, 1989
19. Mori S, Akiyama T, Morishita Y, Shimizu S-I, Sakai K, Sudoh K, Toyoshima K, Yamamoto T: Light and electron microscopical demonstration of c-erbB-2 gene product-like immunoreactivity in human malignant tumors. Virchows Arch [B] 54:8, 1987
20. Page DL: Cancer risk assessment in benign breast biopsies. Hum Pathol 17:871, 1986
21. Page DL, Dupont WD, Rogers LW, Rados MS: Atypical hyperplastic lesions of the female breast: a long-term follow-up study. Cancer 55:2698, 1985
22. Patchefsky AS, Schwartz GF, Finkelstein SD, Prestipino A, Sohn SE, Singer JS, Feig SA: Heterogeneity of intraductal carcinoma of the breast. Cancer 63:731, 1989
23. Slamon DJ, Clark GM, Wong SG, Levin WJ, Ullrich A, McGuire WL: Human breast cancer: correlation of relapse and survival with amplification of the HER-2/neu oncogene. Science 235:177, 1987
24. Slamon DJ, Godolphin W, Jones LA, Holt JA, Wong SG, Keith DE, Levin WJ, Stuart SG, Udove J, Ullrich A, Press MF: Studies of the HER-2/neu proto-oncogene in human breast and ovarian cancer. Science 244:707, 1989
25. van de Vijver MJ, Mooi WJ, Wisman P, Peterse JL, Nusse R: Immunohistochemical detection of the neu-protein in tissue sections of human breast tumors with amplified neu DNA. Oncogene 2:175, 1988
26. van de Vijver MJ, Peterse JL, Mooi WJ, Wisman P, Lomans J, Dalesio O, Nusse R: Neu-protein overexpression in breast cancer: association with comedo-type ductal carcinoma *in situ* and limited prognostic value in stage II breast cancer. N Engl J Med 319:1239, 1988
27. van de Vijver MJ, van de Bersselaar R, Devilee P, Cornelisse C, Peterse J, Nusse R: Amplification of the neu (c-erbB-2) oncogene in hu-

man mammary tumors is relatively frequent and is often accompanied by amplification of the linked c-erbA oncogene. Mol Cell Biol 7:2019, 1987

28. Venter DJ, Tuzi NL, Kumar S, Gullick WJ: Overexpression of the c-erbB-2 oncoprotein in human breast carcinomas: immunohistological assessment correlates with gene amplification. Lancet 2:69, 1987

29. Wright C, Angus B, Nicholson S, Sainsbury JRC, Cairns J, Gullick WJ, Kelly P, Harris AL, Horne CHW: Expression of c-erbB-2 oncoprotein: a prognostic indicator in human breast cancer. Cancer Res 49:2087, 1989

30. Yamamoto T, Ikawa S, Akiyama T, Semba K, Nomura N, Miyajima N, Saito T, Toyoshima K: Similarity of protein encoded by the human c-erbB-2 gene to epidermal growth factor

receptor. Nature 319:230, 1986

31. Yokota J, Yamamoto T, Toyoshima K, Terada M, Sugimura T, Battifora H, Cline J: Amplification of c-erbB-2 oncogene in human adrenocarcinomas in vivo. Lancet 1:765, 1986

32. Zhou D, Battifora H, Yokota J, Yamamoto T, Cline MJ: Association of multiple copies of the c-erbB-2 oncogene with spread of breast cancer. Cancer Res 47:6123, 1987

## Book Review

Berry CL (ed): Paediatric Pathology, Ed 2, 830 pp, 739 figures, London, Springer-Verlag, 1990 ($200.00)

For the second edition of this leading pediatric pathology textbook Professor Barry and his associates (mostly British) have retained the overall outlay and approach used in the generally acclaimed first edition. Thus, many of the features of the first edition, such as the tables, annotated photographs, and schematic illustrations have been included in the second edition as well, and it would have been a pity if they were not. However, almost the entire text was reworked and updated. One chapter (on the placenta) was deleted, and a new chapter on infectious diseases has been added. The new chapter was written well and represents, arguably, the most significant new feature of the second edition.

The book covers all the major aspects of pediatric pathology in a systematic, authoritative, and readable manner. Illustrations are of high quality, well chosen and thoughtfully coordinated

with the text. In the chapter on the pediatric autopsy there are, for example, eight gross photographs of the fetal brain illustrating its development from the 12th to the 36th week of prenatal life. Likewise, the histologic features of developing lungs and kidneys, gonads, and gastrointestinal and upper respiratory tract provide more information than one could ever obtain from any narrative description. Impressive photographs of major malformation syndromes, congenital heart disease, and autopsy and biopsy findings complement the text in other chapters.

The results obtained by ancillary techniques that are not routine in a typical general pathology department are also given, although only if they provide diagnostic or pathogenetic information. Hints and practical advice for the preparation of tissues for such special procedures are also included. The neophyte is warned about the most common artefacts and pitfalls. Response to therapy is indicated whenever it may alter the course of the disease or produce new

morphologic changes. The pathophysiologic and etiologic aspects of major diseases are treated succinctly but more than adequately, and the well chosen current references are provided for additional in-depth reading. There are only a few statements here and there that are not supported by references. These should be annotated in the next edition for the sake of completeness.

The only chapter that I found not to be up to par with the others was the one on kidney diseases. For no apparent reason this chapter was not updated and it contains quite a number of highly debatable statements. Aside from this, Berry's book still remains the most authoritative and complete compendium of pediatric pathology currently available. I recommend it to all those in need of concise but up-to-date and reliable information on anatomic pathology of infants and children.

Ivan Damjanov
Jefferson Medical College
Philadelphia, Pennsylvania

Erratum

Two book reviews appearing in the March 1990 issue of Modern Pathology were inadvertently left off of the contents page. These book reviews appeared on page 255. Waverly Press regrets the error.

**EVIDENCE CITED BY THE UNIVERSITY OF PENNSYLVANIA IN APPENDIX B TO THE JOINT CLAIM CONSTRUCTION STATEMENT TAB 38**

SCIENCE & ENGINEERING LIBRARY

# Cell Structure & Function

## AN INTEGRATED APPROACH

### Third Edition

**Ariel G. Loewy,** *Haverford College*

**Philip Siekevitz,** *Rockefeller University*

**John R. Menninger,** *University of Iowa*

**Jonathan A. N. Gallant,** *University of Washington*

 **SAUNDERS COLLEGE PUBLISHING**

Philadelphia     Ft. Worth     Chicago     San Francisco

Montreal     Toronto     London     Sydney     Tokyo

Copyright © 1991 by Saunders College Publishing, a division of Holt, Rinehart and Winston, Inc.

All rights reserved. No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher.

Requests for permission to make copies of any part of the work should be mailed to Copyrights and Permissions Department, Holt, Rinehart and Winston, Inc., Orlando, Florida 32887.

Text Typeface: 10/12 Bembo
Compositor: The Clarinda Company
Acquisitions Editor: Julie Levin Alexander
Developmental Editor: Lloyd W. Black
Managing Editor: Carol Field
Project Editor: Maureen Iannuzzi
Copy Editor: David Watt, Charlotte Nelson
Manager of Art and Design: Carol Bleistine
Art Director: Christine Schueler
Art and Design Coordinator: Doris Bruey
Text Designer: Diane Pella
Cover Designer: Lawrence R. Didona
Text Artwork: J & R Technical Services
Layout Artist: NSG Design
Director of EDP: Tim Frelick
Production Manager: Tim Frelick
Marketing Manager: Marjorie Waldron


Cover Credit: Courtesy of S. J. Wright


Printed in the United States of America

Cell Structure and Function, 3/e

ISBN: 0-03-047439-6

Library of Congress Catalog Card Number: 90-053237

1234   061   987654321


THIS BOOK IS PRINTED ON **ACID-FREE, RECYCLED** PAPER 

characteristic morphology and, more importantly, their usual number and kind of chromosomes. Other investigators have repeated these experiments with fibroblasts derived from donors of different ages. A rather extensive series of this type was done by G. M. Martin. He found a significant correlation between the age of the human donor and the number of population doublings that the fibroblasts would undergo before ceasing to grow. The correlation was negative: fibroblasts from older donors were able to sustain fewer population doublings in culture.

Moreover, there is a strong correlation between the life span of different organisms and the division potential of their somatic cells when cultured in vitro. The correlation extends even to genetic variants within a species, including our own. Humans who are homozygous for certain recessive single-gene defects are afflicted with a tragically premature onset of many of the characteristics of senescence, and they die young; fibroblasts from the victims of these inherited *progeroid* diseases also show a markedly reduced division potential in vitro.

These results have given rise to the use of cultured fibroblasts as a model system for the study of aging. It can be hoped that an understanding of why fibroblasts do not grow indefinitely in culture, and why their division potential is correlated with the life expectancy of the donor, will illuminate the murky question of why the donors themselves age. Experimental work in this area has focused on a search for biochemical differences between young and old cells and, more importantly, attempts to relate these differences to division potential. Two general theories have been proposed to explain how such differences might arise: the *program theory* and the *error theory*.

The program theory postulates that senescence (and ultimately death) is written in the genes; it reflects the unfolding of a genetic program, like that which determines the course of embryonic and early adult development (Figure 14–39). The theory is consistent with the genetic determination of life span and cellular division potential in vitro, but it is difficult to test because the nature of such a senescence program remains entirely mysterious.

The error theory, in contrast, holds that senescence is not programmed but accidental. Under this view, the genetic program for adult existence comprises only a repeating loop of instructions for maintaining the organism; it says, in effect, "live forever." Unfortunately, errors inevitably intrude on this interesting program, and the system for maintaining the organism or its cells inevitably breaks down. Many types of errors, in gene replication, gene expression, and homeostasis, have been



FIGURE 14–39
**The Program Theory of Aging.** The idea of a program is elicited by the reproducibility of observed events that occur from the fertilization of an egg, through infancy, sexual maturity, and senescence. It is as if there were a set of instructions (here depicted as a strip of cinema film frames) that the organism follows in a determined sequence and at a determined rate. (Courtesy E. L. Menninger.)

proposed as causes of the deterioration. The error theory seems very plausible, at first thought, but it is weakened by the observation that breakdown is not absolutely inevitable. For example, most single-celled microorganisms do not show mortality, but go on dividing indefinitely. The fundamental difference between mortal and normally immortal cell lines remains a tantalizing problem.

## Cancer

Not all cultured eucaryotic cells have limited life spans. Generally, however, immortal cells that grow indefinitely in culture are not normal; in particular, they have abnormal complements of chromosomes. Often

2 flasks

· protein
however,

that em-
ow up to
oublings.
ain their

these cells can cause malignant tumors when introduced into an appropriate animal. Conversely, when cells isolated from a tumor can be grown in culture they can often be cultured indefinitely. While the study of cancer began at the level of tumors in whole animals, cell biologists have found ways to model many of the pathological phenomena with cultured cells. One of the fascinating questions of cell biology today is exactly how normal cells differ from those that resemble a cancer.

Cells from a *malignantly transformed cell line* can be propagated indefinitely in culture and they cause tumors when placed (at a dose of less than $10^6$ cells) into an animal that would accept normal cells of the same type. The process that converts a normal cell into a tumor-producing immortal cell is called *transformation*.[2] There are other patterns of cell behavior that manifest only some of the properties of tumor cell lines: *immortal* cells like the mouse-derived 3T3 line that are density- and contact-inhibited but do not produce tumors, and *partially transformed* cells that produce tumors but senesce in culture. Usually a cell line that is able to be grown in soft agar—that is, independent of a substratum—will produce a tumor when introduced into a suitable host. When such cells are grown on a substratum in culture they do not stop when a monolayer is reached; instead they "pile up" into disordered aggregates. Not only are they anchorage-independent, they also are no longer contact-inhibited. Both these functional properties are associated with special structures at the tumor cell surface. These can sometimes be detected by certain proteins derived from plants—lectins—which bind to the sugar residues of surface glycoproteins. Transformed cells often *agglutinate*, stick together, when treated with lectins, while normal cells rarely do. Transformation-associated surface structures can also be detected by antibodies raised against the abnormal cells.

## The Pathology of Cancer

There are two fundamental properties of malignant cells that allow them to produce tumors. *Uncontrolled growth* is one that we discussed above. In an animal with a functional immune system, tumor growth means being able to escape surveillance by that immune system. It turns out that cultured cells are often rejected by an animal's immune system, even if the same type of animal was the original source of the cultured cells. To avoid this kind of rejection, specially treated animals with defective

immune responses are often used to test cultured cells for their ability to form tumors.

The second property that makes cells malignant is the ability to form *metastases*, other tumors that are products of the original one and are separate from it. This is related to the lack of both contact inhibition and cell cohesiveness that is associated with cancer cells. The malignant cells can *invade* other tissues, migrating like embryonic cells do during development. The most invasive types of malignant tumor cells generally exhibit an unstable karyotype and are called *aneuploid*.

A cancer is a malignant type of *neoplasm*, a new growth of tissue that is independent relative to the tissue of origin. Benign neoplasms are named for the tissue of origin—if the benign tumor arises from a gland, for example, it is called an adenoma (the suffix "oma" means tumor). Malignant invasive tumors are named both for the embryonic origins of the tissue and for the tissue itself. If the cancer arises from the embryonic mesoderm it is called a *sarcoma;* if it arises from the ectoderm or the endoderm, it is called a *carcinoma*. A malignant tumor that arises in a gland is thus called an adenocarcinoma.

### Carcinogenesis Is a Multistep Process

*Carcinogenesis,* the process that leads to the formation of a malignant neoplasm, involves more than one step. Carcinogenesis is the term used to describe the process elicited by the application to an organism of some external agent, the *carcinogen*. The term "transformation" is used to describe what are probably the same events at the cellular level. The first step is *initiation;* it occurs as a rapid response to the carcinogen, perhaps requiring its presence during only one cell division cycle. The state that results from initiation is long-lived, lasting many months, but by itself is usually insufficient to produce a tumor. Another step, *promotion,* is required for that. Changes in internal physiology elicit promotion in the organism but the material basis for these changes—the progression factors—have not been identified. In the cultured cell model, however, agents called *promoters* have been found that influence progression to full transformation; promoters, while present, can also elicit malignant behavior from cultured cells.

Examples of initiating agents include x-rays and polycyclic hydrocarbons like 3-methyl cholanthrene (Figure 14–40a). Examples of promoters include carbon tetrachloride and phorbol esters—for example TPA, the cocarcinogenic principal in croton oil (Figure 14–40b). In the organism, carbon-tetrachloride damages liver cells, eliciting a proliferative response from normal liver and numerous tumors if an initiator was previously applied. TPA and other phorbol esters are able to substitute for the diacyl glycerol that is necessary to activate protein

---

[2]The term "transformation" is also used by molecular geneticists to refer to a recipient cell taking up a DNA molecule and being altered genetically as a consequence. That process in the context of cancer research is called "transfection."

3-methyl cholanthrene

(This must be oxidized to an active carcinogen)

(a)



TPA

(12-O-tetradecanoyl phorbol-13-acetate)

(b)

**FIGURE 14-40**
**Cancer-Initiating Chemicals.** (a) The structural formula for the polycyclic hydrocarbon 3-methyl-cholanthrene, an initiating agent. This must be oxidized to an active carcinogen. (b) This is the active principal of the oil derived from seed of *Croton tiglium*. The high incidence of esophageal cancer on the island of Curaçao may be related to the widespread use of these seeds.

kinase C (see earlier discussion in this chapter). Initiation and promotion are most likely both composed of distinguishable substeps, but these have not yet been identified. Finally, as we shall see below, the continued activity of certain genes is necessary for some tumors to persist.

### The Genetic Basis of Cancer

There is much evidence to suggest that cancers begin by the transformation of a single cell. The tumor may eventually have cells of varying appearance but they are all a clone of the single *founder cell*. Since the cancer property is inherited, the fundamental difference that arises during transformation is a change in the content or arrangement of genetic information in the founder cell.

This could arise by an *epigenetic change,*[3] one involving, for example, a loss of methyl groups in the control region of a gene that affects cell growth (see the earlier discussion in this chapter). One way to initiate the malignant transformation of cells is to expose them to x-radiation. Such treatment damages the DNA, producing many single-strand breaks in the molecule. These breaks may resemble the appearance of DNA replication forks (which also have single-strand breaks due to discontinuous synthesis of the DNA), so that methylase enzymes bind to the free ends of the breaks and thus become less available for the normal maintenance methylation function. With normal methylation inhibited by this competition, loss of methyl groups and consequent heritable epigenetic defects would occur during replication. This model, suggested by R. Holliday, is consistent with the finding that x-rays are relatively less effective at producing single mutations in mammalian cells than at producing a predisposition for malignant transformation.

### Oncogenes

The more common view of transformation is that it arises from *genetic changes,* those that alter the sequence of nucleotides in the DNA of the transformed cell. For example, many carcinogens also can cause mutations. Sometimes the external agent must be metabolized by the cell before becoming a mutagen (Figure 14-41). Other genetic alterations associated with cancer are chromosome rearrangements—movement of one part of a chromosome to another location, either within the same chromosome (inversion) or on another chromosome

[3]Epigenetic changes alter the phenotype but not the genotype—for example, stable changes in gene expression during development.



Dimethyl nitrosamine

Proximate carcinogen

Methyl carbonium ion

Ultimate carcinogen

**FIGURE 14-41**
**The Carcinogen Dimethyl Nitrosamine.** This carcinogen is itself inactive, but is oxidized in cells to a methyl carbonium ion that damages DNA.

(translocation)—and amplifications of parts of chromosomes to yield numerous copies of the DNA involved. Another long-standing observation is that in many animals, including humans, there is a genetic basis for either a predisposition to cancer or for the disease itself. An example of the former is the much higher incidence of skin cancers in humans with the inherited disease *xeroderma pigmentosum,* a condition in which the ability to repair DNA damaged by the ultraviolet radiation in sunlight is seriously impaired. The association of heritability with many aspects of malignant tumors gave rise to the concept of cancer genes.

### Viral Oncogenes

In the early part of this century it was suspected that cancer is caused by an infectious agent. Several parasites were nominated as possible carcinogens, but it was the viruses that provided the clearest evidence for being associated with tumors. Although viruses have been shown to be linked to many tumors in other animals, the current view is that only a few human cancers are caused by infectious agents (a significant exception is the involvement of hepatitis B virus with liver carcinoma, the most common malignancy worldwide). In 1911, P. Rous reported that a cell-free extract from a chicken sarcoma could produce new sarcomas when introduced into another chicken (Figure 14–42). The virus contained in these extracts became known as the *Rous sarcoma virus (RSV).* During the intervening years it was established that RSV has a genome composed of RNA and that during infection it is copied into DNA (see the following box). This process is known as *reverse transcription;* it is catalyzed by an enzyme coded by the virus and known, with less than perfect elegance, as *reverse transcriptase* (or RNA-dependent DNA polymerase). The group of viruses that have this property are known as *retroviruses.*

It was possible for many years to believe that retroviruses are *oncogenic,* tumor causing, because the infection irritates the cell into a state of uncontrolled growth. In 1970, however, G. S. Martin isolated a temperature-sensitive mutant of RSV that affects its ability to transform cultured cells. At the permissive temperature (35°C) this mutant virus transforms cells with the same efficiency as normal RSV. But at the higher nonpermissive temperature (41°C), the efficiency of transformation is much less. Even more impressive, transformed cells containing the mutant virus regain a normal appearance within hours after raising the temperature to the nonpermissive level (Figure 14–43). These



Envelope

Capsid

RNA

FIGURE 14–42
**Infection of a Chicken Cell by Rous Sarcoma Virus**

# EVIDENCE CITED BY THE UNIVERSITY OF PENNSYLVANIA IN APPENDIX B TO THE JOINT CLAIM CONSTRUCTION STATEMENT
# TAB 39

*Minireview*

THE JOURNAL OF BIOLOGICAL CHEMISTRY
Vol. 267, No. 23, Issue of August 15, pp. 16007–16010, 1992
© 1992 by The American Society for Biochemistry and Molecular Biology, Inc.
Printed in U.S.A.

# Molecular Evolution of Proteins on Filamentous Phage

MIMICKING THE STRATEGY OF THE IMMUNE SYSTEM

**James D. Marks‡¶, Hennie R. Hoogenboom‡, Andrew D. Griffiths‡, and Greg Winter‡§**

*From the ‡Medical Research Council Centre for Protein Engineering and the §Medical Research Council Laboratory of Molecular Biology, Hills Road, Cambridge CB2 2QH, United Kingdom*

Mutant proteins can be built by designing changes in a protein, altering the gene, expressing the mutant protein in an organism, and screening for new properties. Such protein engineering has been used to dissect the structure and function of proteins, for example to identify the residues involved in enzyme catalysis (1, 2) and protein folding (3) and to build altered proteins with useful properties (4, 5). In nature, proteins are built blindly, evolving by a process of mutation and selection. Sometimes the power of molecular evolution can be harnessed to order, for example bacteria with new or improved catalytic activities have been selected with substrates that are rate-limiting for growth (6, 7). However, it is unusual to be able to focus the selection pressure on a single enzyme since the properties of one enzyme are usually intermeshed with others. For example, the $K_m$ values of enzymes for substrates have evolved to be similar to the concentration of substrate *in vivo* (8), which in turn is fixed by the activities of the other enzymes in the same pathway.

Ideally, we would like to be able to focus the selection pressure on a single protein. One such strategy is suggested by the immune system, which builds antibodies of high affinity and specificity of binding against a vast range of antigens. In the immune system: 1) a diverse repertoire of antibody molecules is generated by gene rearrangement; 2) this repertoire of antibodies is expressed (displayed) on the surface of B-cells, with each cell displaying a single antibody species; 3) single B-cells proliferate on binding of antigen and differentiate to short-lived cells (plasma cells) making soluble antibody or to long-lived cells (memory cells) with surface antibody; and 4) the affinities of these antibodies are increased (affinity maturation) by random point mutation (somatic mutation) of the antibody genes and further antigen selection (Fig. 1). Here we review recent progress and prospects for making human antibodies and evolving other proteins for new binding and catalytic functions by mimicking in bacteria the strategy of the immune system (9, 10).

## Mimicking the Display of Antibody on the Surface of the B-cell

In the immune system, the B-cell provides a "genetic display package," with antibody expressed (displayed) on the outside of the cell to encounter and bind to antigen and the genes encoding the antibody contained within. Viruses could also be used as a genetic display package by inserting antibody genes into a gene encoding a viral coat protein. The resulting virus would display antibody on its surface fused to the coat protein and contain the antibody gene within.

Filamentous bacteriophage, viruses which infect bacteria, have been used to display small peptides fused to a minor coat protein (pIII) (11, 12) or to the major coat protein (pVIII) (13, 14) by

inserting synthetic DNA encoding the peptide into either gene III or gene VIII. There are three (or possibly five) copies of pIII located at the tip of the phage and about 2500 copies of the pVIII protein per phage. pIII is responsible for attachment of the phage to the bacterial F-pilus and infection, and pVIII for coating the single stranded DNA. The pIII protein has two "domains." Fusions can be made to the N terminus of pIII (12, 15–19), or the N-terminal domain can be removed and fusions made to the second domain (20–22); however, phage lacking the N-terminal domain are not infective.

When the gene encoding a single chain Fv (scFv)[1] antibody fragment (defined in the legend to Fig. 1) was inserted into gene III, the scFv was fused to the N terminus of pIII and incorporated into the phage, allowing the phage to bind antigen (15). Heterodimeric Fab antibody fragments have also been displayed by linking the heavy or light chain to a coat protein and secreting the other chain into the bacterial periplasm where the two chains associate (23, 24). Fab fragments have been displayed at the N terminus of pIII (16, 19), the second domain of pIII (21, 22), or at the N terminus of pVIII (25–27).

With filamentous phage, it is also possible to mimic the expression of soluble antibody from the plasma cell. By inserting an amber stop codon between the antibody gene and gene III, when phage is grown in a supE suppressor strain of *Escherichia coli*, the amber codon is read as glutamine and the antibody fused to pIII is displayed on the surface of the phage. When the phage is grown in non-suppressor strains, the amber codon is read as a stop codon, and soluble protein is secreted from the bacteria (Ref. 16; see also Ref. 28) (Fig. 2).

## Mimicking Antigen-driven Selection

Affinity selection of phage with ligand mimics the antigen-driven selection process of the immune system and results in recovery of phage encoding the displayed antibody. Phage displaying peptides have been selected by binding to a monoclonal antibody (29–32), and phage displaying antibodies by binding to antigen (15, 19, 21, 22, 26). Several formats have been used for affinity selection of the phage, for example binding to biotinylated antigen in solution followed by capture on streptavidin-coated beads (33), binding to antigen-coated dishes or tubes (34), or binding to antigen on a column matrix (15, 35). Bound phage can be eluted by acid or alkali and enrichment factors of 20-fold (34) to 1000-fold (15) to more than 1,000,000-fold (21) obtained for a single round of affinity selection. However, by infecting bacteria with the eluted phage, more phage can be grown and subjected to another round of selection. In this way an enrichment of 1000-fold in one round of selection can become a factor of 1,000,000-fold over two rounds of selection (15). Thus even when enrichments are low (33, 34), multiple rounds of affinity selection can lead to the isolation of rare phage and the genetic material contained within.

Phage can be selected on the basis of affinity, avidity, or kinetics of binding. For example, phage displaying antibodies have been allowed to bind monovalent biotinylated antigen in solution and then been captured on streptavidin-coated paramagnetic beads. By setting the concentration of biotinylated antigen lower than the equilibrium dissociation constant (but in excess of the phage concentration), phage could be selected by their affinities of binding (33). Using many rounds of selection (up to 12), it was possible to select for antibodies even with small differences (2–4-fold) in affinity (33). Alternatively, phage could be selected by the kinetics of dissociation from the biotinylated antigen by diluting phage into excess unlabeled antigen prior to

¶ Current address: Dept. of Anesthesia, University of California, San Francisco, CA 94143.

[1] The abbreviations used are: scFv, single chain Fv; PCR, polymerase chain reaction; CDR, complementarity-determining region.

*Minireview: Molecular Evolution of Proteins on Filamentous Phage*



FIG. 1. **The strategy of the immune system** *in vivo* **and using phage.** Antibody heavy (VH, *dark shading*) and light (VL, *light shading*) chain variable domains create the antigen binding site. Each domain consists of a β-sheet framework supporting three antigen binding loops (CDRs) at the tip of each domain. Antibody molecules, by having loops of different lengths, different main chain conformations, and different amino acid side chains can create binding sites of a variety of sizes (400–800 Å²) (57–59) and shapes, ranging from flat surfaces to pockets (57–59). *In vivo* (*upper panel*) the sequence and structural diversity of the loops is generated by the rearrangement of separate gene elements. The VH domain results from the rearrangement of a germ line V-gene (encoding the first two CDRs) to a diversity (D) gene and joining (J) gene (together encoding the third CDR). The VL domain results from the rearrangement of a germ line Vκ- or Vλ-gene, encoding the first two CDRs and most of the third CDR, and a Jκ- or Jλ-gene encoding the remainder of the third CDR. In mice, the rearrangement of the V-gene segments could give rise to >10⁶ VH sequences and >10⁴ VL sequences and a primary repertoire of >10¹⁰ VH/VL sequences; however, only 10⁶–10⁷ B-cell clones are present in the circulation at any time (50, 60). The antibody molecules are displayed on the surface of the B-cell where they function as an antigen receptor. Binding of antigen results in proliferation and differentiation of the B-cells to short lived plasma cells making soluble antibody or to long lived memory cells. Antibody affinity is increased by mutation of the antibody V-genes followed by further antigen selection. To mimic the immune system in phage (*lower panel*), rearranged V-genes can be amplified from mRNA using the PCR, as the ends of rearranged heavy and light chain V-genes are sufficiently conserved to design "universal" primers for PCR amplification of both heavy and light chain V-genes from RNA (34, 61–64) (or DNA (65, 66)). "Natural" repertoires can be made from unimmunized donors using IgM mRNA, whereas IgG mRNA can be used to tap the postimmunization repertoire (35, 67, 68). Alternatively, entirely synthetic repertoires of rearranged V-genes can be generated (45). The rearranged heavy and light chain V-genes are assembled together randomly (69) to encode either scFv antibody fragments (VH and VL domains artificially linked together by a flexible polypeptide (70, 71)) or Fab fragments and cloned into a phage or phagemid vector (see Fig. 2) to create a library of millions of different phages. Binding phage is affinity-purified on antigen and used to infect a non-suppressor strain of bacteria to produce soluble antibody fragment. The isolated antibody genes can be mutated and the resulting mutant phage subjected to further affinity selection to produce higher affinity antibodies.



FIG. 2. **Display of antibodies on pIII and pVIII using phage and phagemid vectors.** For display on gene III, phage vectors give 3 copies of the antibody-pIII fusion protein while phagemid vectors result in 0–3 copies of fusion protein. Other details are explained in the text. Antibody fragments are depicted as *dark* (heavy chain) and *light* (light chain) *shaded ovals*; antibody genes are depicted as a *dark shaded bar* (heavy chain) and a *light shaded bar* (light chain). For displayed antibody fragments, only infectious phage is illustrated. *p gene III*, gene 3 promoter; *p lacZ*, lacZ promoter; *p phoA*, alkaline phosphatase promoter; *AMP*, ampicillin resistance; *TET*, tetracycline resistance. Citations for vectors: fd-tet-DOG1 (35), pHEN1 (16), pDH188 (21), M13XHL (27), pTacCP (25).

capture on magnetic beads. Such "off rate" selection is powerful, as small differences can be greatly amplified over time due to the exponential nature of the dissociation (33). The binding of phage to a solid phase followed by washing also selects for those phages with slower off rates (36).

The avidity of binding of phage to a solid phase coated with antigen depends on the affinity of binding of each molecule of displayed antibody and also on the number of antibody fragments per phage that can engage in binding. The number of antibody

fragments per phage is largely determined by the choice of either pIII (16, 19, 21, 22) or pVIII (25–27) coat proteins for fusion, the use of phage (15, 35) or phagemid vectors (16, 19, 20–22), and the use of amber mutations between antibody and coat protein (16, 27, 28) (Fig. 2). Other factors may contribute, for example any association of antibody fragments as dimers on the phage or the proteolysis of the fusion protein. For binding to a solid phase, the avidity of binding will also depend on the coating density of antigen.

Thus for phage vectors, fusion of antibody to pIII should lead to three copies of the fusion protein on each phage particle allowing the phage to bind multivalently to solid phase antigen (Fig. 2). With pVIII fusions, many more copies of the fusion can be displayed, for example up to 24 antibody molecules/phage (26) (Fig. 2). The higher avidity of binding with multivalent display may help retain lower affinity phage on solid phase antigen during washing, especially for phage with fast off rates, but may hinder the discrimination between phage with different affinities (31).

For phagemid vectors, which require the use of helper phage to make phage, the pIII coat protein from the helper phage competes with pIII fusion protein for incorporation into the phage particle leading to a population of phage with an average of less than three copies of antibody per phage (for pIII fusions). Indeed, with fusions to the second domain of pIII, infective fusion phage must contain at least one pIII from the helper phage and, therefore, a maximum of two fusion proteins per phage (Fig. 2). Although it has been shown that *on average* there is less than one fusion protein per phage (20, 21), the population may still contain a significant fraction of bivalent phage. "Monovalent" display appears to enhance the discrimination between phage with different affinities (20).

### Mimicking Affinity Maturation

*In vivo*, the increase in the binding affinity of antibodies results from somatic mutation of V-gene pairings seen after the initial immunization (primary response) and also from the appearance of antibodies that use V-genes not seen in the primary response (repertoire shift) (37–39). The number of somatically mutated B-cells arising from a single selected B-cell is much less than the primary library of about $10^7$–$10^8$ B-cells in mice. In principle, the use of phage display could allow the selection of higher affinity antibodies than is possible in the immune system as much larger numbers of mutant phage could be made, for example with >$10^8$ mutants of a single antibody, with more (perhaps >$10^{12}$ mutants) if the phage is grown in mutator strains (see below).

The process of somatic mutation can be mimicked *in vitro* by scattering the entire V-gene with random mutations. For example, an error prone polymerase was used to introduce random point mutations (33, 40), and in principle mutations could also be introduced at random in spiked oligonucleotides (41) or growth of the phage in mutator strains (42, 43). For more extensive variation, artificial crossovers between V-genes could be induced using the polymerase chain reaction (PCR) (44) or somatically mutated V-genes harvested from B-cells (see below) (36). Alternatively, synthetic oligonucleotides could be used to focus mutation on residues likely to be involved in binding and away from key structural residues, for example in the antibody CDRs. However, the number of residues that can be systematically varied is limited; in order to replace 6 amino acid residues with 32 random codons (NN(T/G)) at each site, we would need to make a repertoire of >$10^9$ nucleotide sequences.

### By-passing Immunization and the Immune System

It is difficult to make human monoclonal antibodies for therapy, particularly against self-antigens such as cell surface markers (see Ref. 10 for review). Display and selection of antibodies on phage offer a process for making human antibodies of high affinity and specificity entirely *in vitro*. (The complete strategy (making repertoires of rearranged V-genes, cloning these for display on phage, selecting the phage with antigen, and increasing the binding affinities by further rounds of mutation and selection) is summarized in Fig. 1.) The rearranged V-genes can be harvested from B-cells of unimmunized human donors (34) or can be built directly from unrearranged human (germ line) V-gene segments (45).

Thus, a "natural" repertoire of antibody fragments was built from the rearranged V-genes of peripheral blood lymphocytes of unimmunized blood donors. Alternatively, a repertoire of synthetic antibody fragments (45) was built from a single light chain and 49 cloned human VH gene segments (46) containing a third hypervariable loop of random sequence. Both the "natural" and synthetic antibody repertoires were displayed on the surface of

phage as scFv fragments fused to pIII (34). After several rounds of affinity selection, using different antigens with the same repertoire, phages were isolated with binding activity to both hapten and protein antigens, including self-antigens (34, 45). The soluble antibody fragments prepared from the phages were specific in binding to hapten or antigen, with affinities comparable with those of the primary immune response *in vivo* ($K_d = 10^{-6}$–$10^{-7}$ M).

In contrast, when a repertoire of mouse Fab fragments taken from the V-genes of the bone marrow was displayed as fusions to pVIII and the phage selected for binding to a hapten, the antibody fragments had poor specificities and affinities (apparent $K_d = 10^{-4}$–$10^{-5}$ M) (40).

The affinities of antibodies from primary selection can be improved by affinity selection of random mutants. For example, the structure of a human antibody ($K_d = 3 \times 10^{-6}$ M) isolated from the natural phage library and directed against the hapten phenyloxazolone (phOx) was diversified by sequentially replacing the heavy and light chains with repertoires of mutated chains obtained from peripheral blood lymphocytes (chain shuffling). First the light chains were shuffled (while retaining the heavy chain) and an antibody with a 20-fold improved affinity ($K_d = 1.5 \times 10^{-8}$ M) isolated by affinity selection of the mutant library (36). The heavy chains of the "secondary" antibody were then shuffled (while retaining the third hypervariable loop of the heavy chain and the entire new light chain) and an antibody with a further 15-fold improved affinity ($K_d = 1.1 \times 10^{-9}$ M) isolated by affinity selection of the mutant phage (36). Much of the sequence and structural variation of antigen binding sites is encoded by the third hypervariable loop, which is located at the center of the antigen binding site. By retaining it, while replacing the other loops, the structure was diversified without disrupting the key features of the antigen binding site. Indeed, both heavy and light chains of the shuffled antibodies were derived from the same germ line V-genes as the primary antibody (36) but with different somatic mutations. The pool of rearranged V-genes from unimmunized donors thus provides a rich source of genetic diversity.

The affinities of these human antibody fragments made on bacteriophage are similar to hybridoma antibodies derived from mice immunized with the same hapten three times (tertiary immune response) (Fig. 3) and yet were created entirely without immunization. In the future, the use of synthetic repertoires of V-gene segments, rearranged and mutated *in vitro* rather than *in vivo*, should allow the construction of high affinity human antibodies entirely outside the immune system.

Using phages to make human antibodies should not only allow the construction of anti-self-antibodies but antibodies that are toxic to mammalian cells, for example by binding or activating receptors. However, human antibody fragments made in bacteria would generally need to have effector functions to mediate cell killing. For example, the fragments could be recloned for mammalian expression as complete glycosylated antibodies with nat-



FIG. 3. **Affinities of anti-phenyloxazolone antibodies created *in vivo* or *in vitro*.** Affinity constants ($K_a$) of monoclonal antibodies for the hapten phenyloxazolone are shown grouped according to the number of times the mice were immunized (primary, secondary, and tertiary immune responses) before fusion of the spleen cells (72). The affinities are compared with those of human antibody fragments derived from phage repertoires made without prior immunization (34, 36) and grouped according to the number of repertoires created (*primary*, primary repertoire; *secondary*, light chain shuffled repertoire; and *tertiary*, heavy chain shuffled repertoire). ○, hybridoma antibody; ●, phage antibody.

16010     **Minireview:** *Molecular Evolution of Proteins on Filamentous Phage*

ural effector functions (47) or as bispecific F(ab')$_2$ fragments in bacteria, in which one arm of the antibody is directed against antigen and the other arm recruits novel effector functions, such as triggering cytotoxic T-cells (48).

### By-passing Antibodies for Binding and Catalysis?

Several other proteins, including human growth hormone (20), alkaline phosphatase (18), and bovine pancreatic trypsin inhibitor (49), have been displayed on phage, and mutants of human growth hormone with improved affinities have been affinity-selected (28). Presumably many proteins that can be secreted into the bacterial periplasm could be displayed on the phage and mutants selected for improved binding. For proteins that fold within the bacterium, mutant proteins might need to be engineered to permit secretion or would have to be displayed on other viruses that are assembled within the cell, for example λ bacteriophage.

In the future, protein architectures other than antibodies, for example the β barrel architecture (50), might be used to make repertoires of proteins for binding to a wide range of antigens, ligands, or substrates. However, if binding is the only property required, it may be difficult for other protein architectures to compete with antibodies. The size of the primary antibody repertoire (51, 52), the diversity and distribution of sizes and shapes of antigen binding sites (see legend to Fig. 1), and usage of different germ line V-gene segments have presumably evolved to match the likely universe of foreign antigens. Other protein architectures are unlikely to provide as versatile a scaffold for the repertoire of binding sites, which would have to be designed and constructed to match the spectrum of likely antigen shapes.

For selection of novel catalytic activities, building on an enzyme structure seems more realistic since antibodies have not evolved to facilitate catalysis. For example, the catalytic residues of an enzyme could be retained and loop residues mutated to alter specificity (53). Alternatively, "catalytic residues," for example histidine or carboxylate residues, could be introduced into repertoires of binding sites. New enzymes might be selected by binding of substrate, product or transition states (as with catalytic antibodies (54, 55)), and also directly by the catalytic mechanism, for example by reaction with suicide inhibitors (56). A technology that can create human antibodies *de novo* may be capable of creating enzymes *de novo*.

### REFERENCES

1. Winter, G., Fersht, A. R., Wilkinson, A. J., Zoller, M., and Smith, M. (1982) *Nature* **299**, 756–758
2. Dalbadie, M. G., Cohen, L. W., Riggs, A. D., Morin, C., Itakura, K., and Richards, J. H. (1982) *Proc. Natl. Acad. Sci. U. S. A.* **79**, 6409–6413
3. Matouschek, A., Kellis, J. T., Serrano, L., and Fersht, A. R. (1990) *Nature* **343**, 601–602
4. Cunningham, B. C., and Wells, J. A. (1987) *Protein Eng.* **1**, 319–325
5. Jones, P. T., Dear, P. H., Foote, J., Neuberger, M. S., and Winter, G. (1986) *Nature* **321**, 522–525
6. Potts, J. R., and Clarke, P. H. (1976) *J. Gen. Microbiol.* **93**, 377–387
7. Rigby, P. W., Gething, M. J., and Hartley, B. S. (1976) *J. Bacteriol.* **125**, 728–738
8. Fersht, A. (1985) *Enzyme Structure and Mechanism*, W. H. Freeman and Co., New York
9. Milstein, C. (1990) *Proc. R. Soc. Lond. B Biol. Sci.* **239**, 1–16
10. Winter, G., and Milstein, C. (1991) *Nature* **349**, 293–299
11. Smith, G. P. (1985) *Science* **228**, 1315–1317
12. Parmley, S. F., and Smith, G. P. (1988) *Gene (Amst.)* **73**, 305–318
13. Il'ichev, A. A., Minenkova, O. O., Tat'kov, S. I., Karpyshev, N. N., Eroshkin, A. M., Ofitserov, V. I., Akimenko, Z. A., Petrenko, V. A., and Sandakhchiev, L. S. (1990) *Mol. Biol. (Mosc.)* **24**, 530–535
14. Greenwood, J., Willis, A. E., and Perham, R. N. (1991) *J. Mol. Biol.* **220**, 821–827
15. McCafferty, J., Griffiths, A. D., Winter, G., and Chiswell, D. J. (1990) *Nature* **348**, 552–554
16. Hoogenboom, H. R., Griffiths, A. D., Johnson, K. S., Chiswell, D. J., Hudson, P., and Winter, G. (1991) *Nucleic Acids Res.* **19**, 4133–4137
17. Tsunetsugu-Yokota, M., Tatsumi, M., Robert, V., Devaux, C., Spire, B., Chermann, J.-C., and Hirsch, I. (1991) *Gene (Amst.)* **99**, 261–265
18. McCafferty, J., Jackson, R. H., and Chiswell, D. J. (1991) *Protein Eng.* **4**, 955–961
19. Breiting, S. D., Seehaus, T., Klewinghaus, I., and Little, M. (1991) *Gene (Amst.)* **104**, 147–153
20. Bass, S., Greene, R., and Wells, J. A. (1990) *Proteins* **8**, 309–314
21. Garrard, L. J., Yang, M., O'Connell, M. P., Kelley, R. F., and Henner, D. J. (1991) *Bio/Technology* **9**, 1373–1377
22. Barbas, C. F., Kang, A. S., Lerner, R. A., and Benkovic, S. J. (1991) *Proc.*
   *Natl. Acad. Sci. U. S. A.* **88**, 7978–7982
23. Better, M., Chang, C. P., Robinson, R. R., and Horwitz, A. H. (1988) *Science* **240**, 1041–1043
24. Skerra, A., and Pluckthun, A. (1988) *Science* **240**, 1038–1041
25. Chang, C. N., Landolfi, N. F., and Queen, C. (1991) *J. Immunol.* **147**, 3610–3614
26. Kang, A. S., Barbas, C. F., Janda, K. D., Benkovic, S. J., and Lerner, R. A. (1991) *Proc. Natl. Acad. Sci. U. S. A.* **88**, 4363–4366
27. Huse, W. D. (1991) in *Antibody Engineering. A Practical Approach* (Borrebaeck, C. A. K., ed) pp. 103–120, W. H. Freeman and Co., New York
28. Lowman, H. B., Bass, S. H., Simpson, N., and Wells, J. A. (1991) *Biochemistry* **30**, 10832–10838
29. Scott, J. K., and Smith, G. P. (1990) *Science* **249**, 386–390
30. Devlin, J. J., Panganiban, L. C., and Devlin, P. E. (1990) *Science* **249**, 404–406
31. Cwirla, S. E., Peters, E. A., Barrett, R. W., and Dower, W. J. (1990) *Proc. Natl. Acad. Sci. U. S. A.* **87**, 6378–6382
32. Felici, F., Castagnoli, L., Musacchio, A., Jappelli, R., and Cesareni, G. (1991) *J. Mol. Biol.* **222**, 301–310
33. Hawkins, R. E., Russell, S. J., and Winter, G. (1992) *J. Mol. Biol.*, in press
34. Marks, J. D., Hoogenboom, H. R., Bonnert, T. P., McCafferty, J., Griffiths, A. D., and Winter, G. (1991) *J. Mol. Biol.* **222**, 581–597
35. Clackson, T., Hoogenboom, H. R., Griffiths, A. D., and Winter, G. (1991) *Nature* **352**, 624–628
36. Marks, J. D., Griffiths, A. D., Malmqvist, M., Clackson, T., Bye, J. M., and Winter, G. (1992) *Bio/Technology*, **10**, 779–783
37. Berek, C., Griffiths, G. M., and Milstein, C. (1985) *Nature* **316**, 412–418
38. Berek, C., and Milstein, C. (1987) *Immunol. Rev.* **96**, 23–41
39. Bye, J. M., Carter, C., Cui, Y., Gorick, B. D., Songsivilai, S., Winter, G., Hughes-Jones, N. C., and Marks, J. D. (1992) *J. Clin. Invest.*, in press
40. Gram, H., Marconi, L., Barbas, C. F., Collet, T. A., Lerner, R. A., and Kang, A. S. (1992) *Proc. Natl. Acad. Sci. U. S. A.* **89**, 3576–3580
41. Hermes, J. D., Parekh, S. M., Blacklow, S. C., Koster, H., and Knowles, J. R. (1989) *Gene (Amst.)* **84**, 143–151
42. Schaaper, R. M. (1988) *Proc. Natl. Acad. Sci. U. S. A.* **85**, 8126–8130
43. Yamagishi, J., Kawashima, H., Matsuo, N., Ohue, M., Yamayoshi, M., Fukui, T., Kotani, H., Furuta, R., Nakano, K., and Yamada, M. (1990) *Protein Eng.* **3**, 713–719
44. Meyerhans, A., Vartanian, J. P., and Wain, H. S. (1990) *Nucleic Acids Res.* **18**, 1687–1691
45. Hoogenboom, H. R., and Winter, G. (1992) *J. Mol. Biol.*, in press
46. Tomlinson, I. M., Walter, G., Marks, J. D., Llewelyn, M. B., and Winter, G. (1992) *J. Mol. Biol.*, in press
47. Orlandi, R., Gussow, D. H., Jones, P. T., and Winter, G. (1989) *Proc. Natl. Acad. Sci. U. S. A.* **86**, 3833–3837
48. Shalaby, M. R., Shepard, H. M., Presta, L., Rodrigues, M. L., Beverley, P. C., Feldmann, M., and Carter, P. (1992) *J. Exp. Med.* **175**, 217–225
49. Markland, W., Roberts, B. L., Saxena, M. J., Guterman, S. K., and Ladner, R. C. (1991) *Gene (Amst.)* **109**, 13–19
50. Chothia, C. (1989) *Nature* **333**, 598–599
51. Perelson, A. S., and Oster, G. F. (1979) *J. Theor. Biol.* **81**, 645–670
52. Perelson, A. S. (1989) *Immunol. Rev.* **110**, 5–36
53. Carter, P., and Wells, J. A. (1987) *Science* **237**, 394–399
54. Tramontano, A., Janda, K. D., and Lerner, R. A. (1986) *Science* **234**, 1566–1569
55. Pollack, S. J., Jacobs, J. W., and Schultz, P. G. (1986) *Science* **234**, 1570–1573
56. Ator, M. A., and Ortiz de Montellano, P. R. (1990) in *The Enzymes* (Sigman, D. S., and Boyer, P. D., eds) pp. 214–260, Academic Press, Inc., San Diego
57. Herron, J. N., He, X. M., Mason, M. L., Voss, F. W., and Edmundson, A. B. (1989) *Proteins Struct. Funct. Genet.* **5**, 271–280
58. Bentley, G. A., Boulot, G., Riottot, M. M., and Poljak, R. J. (1990) *Nature* **348**, 254–257
59. Amit, A. G., Mariuzza, R. A., Phillips, S. E., and Poljak, R. J. (1986) *Science* **233**, 747–753
60. Holmberg, D., Freitas, A. A., Portnoi, D., Jacquemart, F., Avrameas, S., and Coutinho, A. (1986) *Immunol. Rev.* **93**, 147–169
61. Larrick, J. W., Danielsson, L., Brenner, C. A., Abrahamson, M., Fry, K. E., and Borrebaeck, C. A. (1989) *Biochem. Biophys. Res. Commun.* **160**, 1250–1256
62. Sastry, L., Alting, M. M., Huse, W. D., Short, J. M., Sorge, J. A., Hay, B. N., Janda, K. D., Benkovic, S. J., and Lerner, R. A. (1989) *Proc. Natl. Acad. Sci. U. S. A.* **86**, 5728–5732
63. Persson, M. A. A., Caothien, R. H., and Burton, D. R. (1991) *Proc. Natl. Acad. Sci. U. S. A.* **88**, 2432–2436
64. Marks, J. D., Tristrem, M., Karpas, A., and Winter, G. (1991) *Eur. J. Immunol.* **21**, 985–991
65. Ward, E. S., Gussow, D., Griffiths, A. D., Jones, P. T., and Winter, G. (1989) *Nature* **341**, 544–546
66. Hawkins, R. E., and Winter, G. (1992) *Eur. J. Immunol.* **22**, 867–870
67. Burton, D. R., Barbas, C. F., Persson, M. A. A., Koenig, S., Chanock, R. M., and Lerner, R. A. (1991) *Proc. Natl. Acad. Sci. U. S. A.* **88**, 10134–10137
68. Zebedee, S. L., Barbas, C. F., Hom, Y., Caothien, R. H., Graff, R., Degraw, J., Pyati, J., LaPolla, R., Burton, D. R., Lerner, R. A., and Thronton, G. B. (1992) *Proc. Natl. Acad. Sci. U. S. A.* **89**, 3175–3179
69. Huse, W. D., Sastry, L., Iverson, S. A., Kang, A. S., Alting, M. M., Burton, D. R., Benkovic, S. J., and Lerner, R. A. (1989) *Science* **246**, 1275–1281
70. Bird, R. E., Hardman, K. D., Jacobson, J. W., Johnson, S., Kaufman, B. M., Lee, S. M., Lee, T., Pope, S. H., Riordan, G. S., and Whitlow, M. (1988) *Science* **242**, 423–426
71. Huston, J. S., Levinson, D., Mudgett, H. M., Tai, M. S., Novotny, J., Margolies, M. N., Ridge, R. J., Bruccoleri, R. E., Haber, E., Crea, R., and Oppermann, H. (1988) *Proc. Natl. Acad. Sci. U. S. A.* **85**, 5879–5883
72. Foote, J., and Milstein, C. (1991) *Nature* **352**, 530–532

# EVIDENCE CITED BY THE UNIVERSITY OF PENNSYLVANIA IN APPENDIX B TO THE JOINT CLAIM CONSTRUCTION STATEMENT
# TAB 40

Cell, Vol. 54, 105–115, July 1, 1988, Copyright © 1988 by Cell Press

# Single-Step Induction of Mammary Adenocarcinoma in Transgenic Mice Bearing the Activated c-neu Oncogene

William J. Muller,* Eric Sinn,* Paul K. Pattengale,†
Racheal Wallace,‡ and Philip Leder*‡
* Harvard Medical School
Department of Genetics
Boston, Massachusetts 02115
† Department of Pathology
University of California School of Medicine
Los Angeles, California 90033
‡ Howard Hughes Medical Institute
25 Shattuck Street
Boston, Massachusetts 02115

## Summary

We have used transgenic mice that carry an activated c-neu oncogene driven by a mouse mammary tumor virus (MMTV) promoter to assess the stepwise progression of carcinogenesis in mammary epithelium. Unlike the stochastic occurrence of solitary mammary tumors in transgenic mice bearing the MMTV/c-myc or the MMTV/v-Ha-ras oncogenes, transgenic mice uniformly expressing the MMTV/c-neu gene develop mammary adenocarcinomas that involve the entire epithelium in each gland. Because these tumors arise synchronously and are polyclonal in origin, expression of the activated c-neu oncogene appears to be sufficient to induce malignant transformation in this tissue in a single step. In contrast, expression of the c-neu transgene in the parotid gland or epididymis leads to benign, bilateral epithelial hypertrophy and hyperplasia which does not progress to full malignant transformation during the observation period. These results indicate that the combination of activated oncogene and tissue context are major determinants of malignant progression and that expression of the activated form of c-neu in the mammary epithelium has particularly deleterious consequences.

## Introduction

Transgenic mice present a useful model with which to assess the tissue-specific action of oncogenes in vivo (Brinster et al., 1984; Stewart et al., 1984; Adams et al., 1985; Hanahan, 1985). Because adenocarcinoma of the breast is so prevalent and poorly understood in human populations, we have been particularly interested in creating an animal model in which to determine the genetic requirements for the development of this malignancy. Initially, this was done by fusing the mouse mammary tumor virus (MMTV) promoter to one of several oncogenes and, in turn, introducing these constructs into the genomes of mice (Stewart et al., 1984; Leder et al., 1986; Sinn et al., 1987). For example, transgenic mice that carry the MMTV/c-myc fusion gene primarily develop solitary mammary adenocarcinomas that arise in a stochastic fashion and appear clonal in origin. Thus, expression of c-myc

alone is apparently *not* sufficient to transform mammary epithelial cells in vivo. Rather, these results suggested that additional events were required for full malignant transformation, perhaps including the activation of other oncogenes. More recent studies, using a milk protein gene promoter fused to c-myc, are consistent with this conclusion (Schoenberger et al., 1988).

Other lines that carry the MMTV/v-Ha-ras transgene develop additional disturbances of cell growth (salivary neoplasms and Harderian-lacrimal gland hyperplasia) and, like the MMTV/c-myc mice, develop mammary tumors in a fashion consistent with the recruitment of other oncogenes. When both the MMTV/c-myc and MMTV/v-Ha-ras transgenics are mated to produce dual carrier mice, these animals display a dramatic acceleration in the kinetics of tumor formation, indicating that the two oncogenes are synergistic (Sinn et al., 1987). However, both the stochastic and clonal nature of these tumors suggest that even in the presence of these two oncogenes, further events are required for full malignant development.

While both c-myc and v-Ha-ras have been associated with mammary cancers (Zarbl et al., 1985; Escot et al., 1986), recent studies have demonstrated a correlation between the amplification of the human homolog of the c-neu oncogene (c-erbB-2) (King et al., 1985; Semba et al., 1985; Coussens et al., 1985) and the clinical progression of human breast cancer (Slamon et al., 1987). The c-neu oncogene was initially isolated from a chemically induced rat neuroblastoma (Shih et al. 1981), and encodes a 185,000 dalton protein that bears close homology to the epidermal growth factor (EGF) receptor as well as to other members of the tyrosine kinase class of proto-oncogenes (Padhy et al., 1982; Schechter et al., 1984, 1985; Bargmann et al., 1986a). Activation of the c-neu gene in these tumors occurs by a single amino acid substitution in the transmembrane domain of the protein (Bargmann et al., 1986b). While the amplification of c-neu in human breast cancers appears to be correlated with malignant development of mammary tumors, it is difficult to assess whether expression of this oncogene is directly involved in tumorigenesis. Furthermore, the extraordinary prevalence of human breast malignancy might be explained were few genetic events required for its development. In order to address these issues, we directed the expression of the activated c-neu gene to the mammary gland by creating transgenic mice carrying an MMTV/c-neu fusion gene.

Consistent with the behavior of other MMTV transgenic strains, expression of the MMTV/c-neu fusion gene is detected primarily in the mammary, parotid, and Harderian-lacrimal glands and the epididymis. In the best-characterized MMTV/c-neu strain, TG.NF, mammary gland specific expression of the transgene initially results in a lactation defect followed by the synchronous appearance of tumors involving all mammary glands in every transgenic mouse examined, male and female. Histological analysis of these tumors and surrounding tissues revealed the complete absence of any morphologically normal mammary epithe-

Cell
106



Figure 1. RNA Expression in Transgenic Mice

(A) Structure of the MMTV/c-neu transgene. The unshaded region represents sequences within the pBR322 vector backbone. The transcriptional start site within the MMTV LTR is illustrated by the lower arrow and the 5' noncoding sequences derived from the MMTV/v-Ha-ras vector pA9 are illustrated by the shaded box. The boundaries of the c-neu cDNA and SV40 processing signals are shown by the appropriate arrows. Relevant restriction endonuclease sites are also identified in the figure.

(B) RNAase protection analysis. RNA transcripts corresponding to the MMTV/c-neu transgene in various organs of transgenic mice. The antisense probe used for the RNAase protection assay is shown in the map below the autoradiograph. It is derived from the MMTV-H3-c-myc fusion plasmid described previously (Stewart et al., 1984). The stippled region represents the 5' untranslated sequences derived from the MMTV/v-Ha-ras vector pA9 (i.e., sequences that do not hybridize to endogenous ras RNA) and the striped region illustrates the c-myc sequences resident in the fusion plasmid. Expression of the MMTV/c-neu transgene yields a 233 nucleotide protected fragment. The common band observed in all lanes is an RNAase resistant probe artifact (see tRNA lane).

lium. The polyclonal appearance of these tumors strongly suggests that expression of the mutant c-neu transgene is sufficient to transform the mammary epithelium. Interestingly, expression of the same transgene in both the parotid glands and epididymis results in a bilateral and uniform tissue hyperplasia and hypertrophy without further malignant progression.

**Results**

**Construction of MMTV/c-neu Transgenic Mice and Tissue Specificity of Transgene Expression**

To derive transgenic mice expressing the activated c-neu gene in the mammary epithelium, a recombinant plasmid composed of the MMTV LTR and a cDNA encoding the activated c-neu protein (see Figure 1A) were microinjected into one cell mouse embryos. The MMTV regulatory sequences were derived from the plasmid PA-9 (Huang et al., 1981) and contained the entire MMTV LTR. Juxtaposed to these MMTV control sequences is a 4.6 kb cDNA

encoding the transforming version of the c-neu gene which differs from the normal c-neu allele at amino acid 664 (val to glu) (Bargmann et al., 1986b). To ensure proper expression of this cDNA, SV40 splicing and polyadenylation signals were added to the 3' portion of the construct. The biological activity of the MMTV/c-neu recombinant was assessed by transfection in NIH 3T3 cells. As expected, expression of the MMTV/c-neu recombinant generates the correct fusion transcript and is capable of transforming NIH 3T3 cells in vitro (data not shown).

A total of five founder transgenic animals containing the fusion gene were generated (TG.NA, TG.NB, TG.NF, TG.NK, TG.NL). One of the founder animals (NK-F) contained two separate unlinked insertions of the transgene which after mating segregated to yield two distinct transgenic lines (TG.NK and TG.NM). With the exception of the TG.NA and TG.NB male founder animals (which did not reproduce), the remaining lines passed the transgene to their progeny in a Mendelian fashion.

The tissue specificity of transgene expression was de-

Table 1. Transgene Expression in MMTV/c-neu Mice

| Strain | Sex | Tissue | | | | |
| | | Mammary Tumors | Salivary Gland | Epididymis | Harderian Gland | Liver |
|---|---|---|---|---|---|---|
| TG.NA(F) | M | + + + | + + + | + + + | + | – |
| TG.NB(F) | M | ND | – | + + + | + + + | – |
| TG.NF | F | + + + | + | ND | – | – |
| | M | + + + | + + + | + + | + | – |
| TG.NK | F | + + + | – | ND | – | – |
| | M | ND | – | – | – | – |
| TG.NL | F | – | – | ND | – | – |
| | M | ND | – | – | – | – |
| TG.NM | F | – | – | ND | – | – |
| | M | ND | – | – | – | – |

RNAase protection analysis was performed on 10 μg of total RNA isolated from a variety of organs from both male and female carriers derived from the MMTV/c-new transgenic lines as described in Experimental Procedures. The probe used for this analysis is shown in Figure 5B. Relative levels of transgene expression are indicated by + (low), ++ (intermediate), or +++ (high); ND, not done.

termined by an RNAase protection assay using 10 μg of total RNA isolated from a variety of different organs. The antisense probe used in this analysis is transgene-specific and yields a 233 nucleotide protected fragment corresponding to a transcribed, but noncoding, v-Ha-ras sequence used in the construction of the MMTV/c-neu fusion plasmid (see Figure 1B). Representative results from such an analysis are shown for the TG.NF line in Figure 1B. Female transgenics derived from the TG.NF line express high levels of transgene specific transcripts in the mammary gland with lesser amounts appearing in the salivary glands and lung. Male TG.NF animals express high levels of the fusion gene in mammary gland as well as the salivary glands with lower quantities detected in the Harderian-lacrimal glands and epididymis. Interestingly, the levels of transgene expression in the salivary glands of male TG.NF animals were consistently higher than in female carriers (see Figure 1B) and correlate with parotid gland enlargement (see below). Other transgene-specific probes showed the same pattern of tissue-specific expression (data not shown).

The five other strains of MMTV/c-neu mice were also assayed for their pattern of tissue-specific expression, and the results of these analyses are summarized in Table 1. Two of the lines (TG.NL and TG.NM) failed to express the transgene in any organ assayed. The other lines demonstrated transgene expression in mammary gland and tumors (TG.NA, TG.NF, TG.NK), salivary glands (TG.NA, TG.NF), epididymis (TG.NA, TG.NB, TG.NF), and Harderian-lacrimal glands (TG.NA, TG.NB, TG.NF). While there is some variation among our lines with respect to the sites of transgene expression, these sites correspond to tissues in which the MMTV promoter/enhancer is known to be transcriptionally active (Stewart et al., 1984; Leder et al., 1986; Sinn et al., 1987; Stewart et al., 1988). As observed with many other transgenic lines, no correlation was seen between the copy number of the transgene and the levels of transgene-specific expression (for review, see Palmiter and Brinster, 1986).

## The Entire Mammary Epithelium Is Transformed by Expression of the MMTV/neu Transgene in TG.NF Mice

The appearance of proliferative disturbances in MMTV/c-neu transgenic mice correlates with the sites of expression of the transgene. In the best-characterized transgenic strain, TG.NF, expression of the c-neu transcript in the mammary gland has dramatic consequences. While animals carrying the MMTV/c-neu transgene initially appear normal, sexually mature TG.NF females are not capable of nursing their young. Moreover, all of these mice express high levels of the transgene in the mammary epithelium (data not shown). Histologic evaluation of virgin female mammary tissue at this stage (8 weeks) revealed the presence of multiple hyperplastic and dysplastic nodules of mammary epithelium infiltrating the entire mammary fat pad (see Figure 2B). By 95 days of age, all multiparous female carriers (n=15) developed multiple mammary tumors. The pervasive nature of mammary gland involvement is shown by the representative 137 day old mouse illustrated in Figure 3 in which all mammary gland areas bear extensive tumors as confirmed at autopsy.

The strikingly rapid and uniform kinetics by which these tumors develop in the TG.NF line is shown in Figure 4 where the percentage of tumor-free animals is plotted as a function of age in days. All carrier animals were examined biweekly for tumors by palpation and all diagnoses were confirmed at autopsy. The first detectable tumors in female carriers occur at 78 days of age and by 95 days of age all the animals had developed mammary tumors. Fifty percent of the MMTV/c-neu female transgenics developed tumors by 89 days (T50=89; see Figure 5A). By comparison, the male transgene carriers exhibited slightly delayed kinetics of tumor formation with a T50 value of 114 days. Female and male mice would be expected to reach sexual maturity by 30–40 days of age, respectively.

The manner in which tumors develop in the TG.NF strain differs markedly from that observed with the representative MMTV/c-myc transgenic lines (TG.M) shown in

Cell
108





Figure 3. Extensive Tumor Occurrence in All Mammary Gland Areas of a Female Carrier of the TG.NF Transgene (NF 904) at 137 Days of Age

The animal has been pregnant twice. Tumor involvement was confirmed at autopsy.

Figure 4 (Stewart et al., 1984; Sinn et al., 1987). While the female carriers derived from the MMTV/c-myc strain developed tumors with variable onset, malignancies in the MMTV/c-neu transgenic strain appear to arise in a synchronous manner. Both the kinetics of tumor formation and the apparent lack of any normal mammary tissue in this MMTV/c-neu line (TG.NF) suggests that c-neu expression by itself is sufficient for malignant transformation of the mammary epithelium. Similar results were obtained when the MMTV/c-neu transgene was introduced into a FVB CD-1 (outbred) F1 genetic background, a background more comparable to that of our MMTV/c-myc and MMTV/v-ras-bearing lines (not shown). Conversely, N6 and N3 generations of these latter lines bred into the FVB backgrounds continue to show stochastic occurrence of solitary tumors (E. S., R. W., W. J. M., and P. L., unpublished

data). The age of onset of tumor in these mice appeared independent of parity (number of pregnancies) since virgin transgenic animals (n=4) also developed tumors at approximately the same age as multiparus animals. TG.NF male transgenics (n=12) behaved in a similar manner; all animals at risk developed extensive mammary adenocarcinomas. We have also observed a high incidence of mammary adenocarcinomas in male mice carrying the MMTV/v-Ha-ras gene (Sinn et al., 1987) and speculated that the expression of that oncogene might prevent the regression of mammary epithelium that normally occurs in male mice after birth. MMTV/c-neu may have a similar effect. Histologically, all tumors were diagnosed as multiple mammary adenocarcinomas (see Figure 2C). Their simultaneous occurrence, extensively involving all mammary gland areas, is consistent with the diffuse, poly-

Figure 2. Histopathology of the MMTV/c-neu Transgenic Mice

All sections were stained with hematoxylin and eosin as described previously (Sinn et al., 1987).

(A) Mammary tissue from a wild-type (+/+) litter mate. Note the presence of non-neoplastic mammary gland epithelium scattered throughout the mammary adipose tissue. (Mammary Fat Pad, 8 week old virgin female mouse [NF-696], × 80.)

(B) Mammary tissue from a virgin (NF/+) transgenic mouse. Note the conspicuous presence of epithelial mammary glands in the mammary adipose tissue. Higher power revealed the presence of hyperplastic and dysplastic mammary epithelium which fulfilled the histopathologic criteria for adenocarcinoma in situ. (Mammary Fat Pad, 8 week old female virgin mouse [NF 828], × 80.)

(C) Mammary tissue from multiparous (NF/+) female founder transgenic mouse. Note that the entire mammary epithelium of this mouse is involved with adenocarcinoma. (Mammary Fat Pad, 22 week old female mouse who had two pregnancies [NF-Founder], × 70.)

(D) Mammary adenocarcinoma metastasis (tumor embolus) involving a pulmonary vein from a (NF/+) transgenic mouse. Note the presence of dysplastic and neoplastic mammary epithelial cells in the lumen of a pulmonary vein. (lung, 15 week old multiparous female mouse [NF-490], × 360.)

(E) Mammary tissue from an NK (NK/+) transgenic mouse. Note the presence of a mammary adenocarcinoma which is juxtaposed to normal, non-neoplastic mammary epithelium. This histopathologic pattern is in marked contrast to the mammary adenocarcinoma observed in NF mice (see C above), in which the entire mammary epithelium is consistently involved with neoplastic mammary tissue. (NK-Founder, × 80.)

(F) Epididymis from a male (NF/+) transgenic mouse. Note the presence of conspicuous papillary hyperplasia which protrudes into the lumen of the gland. This process was bilateral and consistently noted in male transgenic mice. (25 week old male mouse [NF-415], × 320.)

(G) Parotid gland from a male (NF/+) transgenic mouse. Note the asymmetrical morphologic appearance of the salivary gland epithelium. Also note the prominence of hypertrophic serous glands which have large quantities of intracytoplasmic secretions and the intermingled presence of hyperplastic mucous gland epithelium. This process was always bilateral and consistently noted in male transgenic mice. (25 week old male mouse [NF-414], × 200.)

(H) Parotid gland from male (NF/+) transgenic mouse. In this high power view from the same animal (see G, above), the morphologic abnormalities are better observed (see G, above). (25 week old male mouse [NF-414], × 340.)

Cell
110



**Figure 4. Kinetics of Tumor Occurrence in Transgenic Mice**

(A) Kinetics of tumor occurrence in male and female transgenic mice (TG.NF) carrying the MMTV/c-neu transgene.

(B) Comparison of the incidence of tumor formation between female transgenic mice carrying the MMTV/c-neu and MMTV/c-myc transgenes separately.

**Figure 5. RNA Analyses of Tumors and Normal Mammary Epithelium in Transgenic Mice**

(A) Expression of the MMTV/c-neu transgene in TG.NF (NF444, NF408) and TG.NK (NK381) mammary tumors and TG.NK normal mammary epithelium (NK754 and NK730). RNAase protection assays on 10 μg of total RNA were carried out using an antisense RNA probe shown in the adjacent panel.

(B) The probe is derived from the SV40 component of the MMTV/neu transgene and yields a 756 nucleotide protected fragment. An antisense RNA probe directed against $\beta_2$-microglobulin was included as an internal control and yielded a 273 nucleotide protected fragment.

clonal origin of these tumor masses. Interestingly, no normal mammary epithelium could be found in any of these animals. Consistent with this evaluation, these histologically malignant tumors readily grow when transplanted into nu/nu Swiss mice or into syngeneic hosts. As expected, these tumor masses expressed high levels of transgene specific RNA (Figure 5; NF 444 and NF 408).

**Expression of the c-neu Transgene Is Closely Associated with Morphological Transformation of the Mammary Epithelium**

To determine whether expression of the transgene could be correlated with malignant transformation at the level of the individual cell, in situ hybridization with a transgene-specific probe (see diagrammatic representation in Figure 5B) was performed on sections of mammary tissue derived from young TG.NF female carriers. Previous histological analysis had shown that the mammary gland tissue derived from 8 week old animals exhibited early growth abnormalities, including dysplasia (see Figure 2B). Consequently, we attempted to ascertain whether these dysplastic changes occurred with cells that also express the transgene. As shown in Figure 6A, the mammary epithelium obtained from an 8 week old virgin female carrier contained hyperplastic and dysplastic nodules of epi-

MMTV/c-neu Induces Mammary Tumors in Single Step
111



Figure 6. In Situ Analyses of MMTV/c-neu Mammary Tissue

(A) Transillumination photograph of a section of mammary tissue derived from an 8 week old TG.NF transgenic animal. The section was hybridized to [35S]-UTP labeled sense SV40 probe (see Figure 5B) to show background hybridization. The island of epithelial cells present in the center of the section is a mammary duct surrounded by adipose tissue.

(B) Sequential section of TG.NF mammary tissue hybridized to the corresponding labeled SV40 antisense RNA probe to show transgene expression. The epithelial island, now covered with silver grains, is the same mammary duct as in (A) as this section is immediately adjacent to that shown in (A).

(C) Transillumination photograph of section derived from TG. NK mammary tumor (NK381) hybridized to antisense labeled SV40 probe. The silver grains cover and obscure ductal adenocarcinoma cells. The unexposed area in the center is necrotic.

(D) Adjacent normal mammary gland derived from TG.NK animal hybridized to antisense SV40 probe. The expanded ductal epithelium is due to lactation. No significant hybridization was observed.

thelial cells scattered throughout the mammary fat pad. Hybridization of sequential sections of this tissue to radio-labeled transgene specific antisense RNA resulted in the appearance of dense clusters of silver grains over these nodules of abnormal mammary epithelium (see Figure 6B). In contrast, hybridization of these tissue sections with the sense control probe revealed only background staining (Figure 6A). Similar in situ analyses were performed on mammary tissues derived from 12 and 16 week old transgenic animals and, consistent with the results presented here, the transformed mammary epithelium expressed high levels of the MMTV/c-neu fusion gene (data not shown).

The uniform expression of the MMTV/c-neu transgene in the TG.NF strain precisely correlated with the uniform morphologic changes seen in the mammary epithelial cells of these mice. A second MMTV/c-neu bearing line (TG.NK) expressed the transgene in a non-uniform, sto-chastic fashion so that expressing and nonexpressing epithelial cells occur in the same mammary gland (Figures 6C and D). In these animals, tumors are more sparsely distributed throughout the mammary glands. As would be expected from the expression pattern of the transgene, tumors arise stochastically in this line (TG.NK) amidst nontransformed epithelial tissue (Figure 2E). Further, normal mammary glands from young (5 and 8 week), virgin female carriers of the TG.NK line fail to express the MMTV/c-neu transgene (Figure 5), while tumors derived from older animals clearly do (Figure 5, lane NK381, tumor from 23 week old mouse).

Cell
112

**Effect of Expression of the MMTV/c-neu Transgene in Other Tissues**

In addition to the overt mammary neoplasia observed in the TG.NF line, we also observed uniform bilateral enlargement of the parotid glands and epididymis. This enlargement was noted only in male carriers of the transgene and was correlated with high levels of expression of the fusion gene (see Figure 1B). Additional RNA studies with a probe specific to the mouse α-amylase gene confirmed that these glands were of parotid origin (data not shown). At autopsy the parotid glands weigh as much as five times more than that of their age-matched wild-type littermates. This phenotype is exhibited by all male TG.NF carriers and is characterized by both hypertrophy and hyperplasia in the salivary gland epithelium (see Figures 2G and 2H). Interestingly, it appeared that the mucous glandular cells were selectively hypertrophic and that the serous glandular cells were selectively hyperplastic. Both cell types exhibited mild to moderate dysplasia without morphologic evidence of frank neoplasia. Consistent with this diagnosis, we have not been able to pass these tissues in nu/nu mice. This apparent polyclonal proliferation of cells derived from the parotid is not restricted solely to the TG.NF line, since the infertile TG.NA founder animal expressed high levels of the fusion transcript in the parotid and also developed bilaterally enlarged parotid glands (see Table 1).

Expression of the MMTV/c-neu transcripts in the epididymis results in a bilateral enlargement and is closely associated with low fertility. Of the 12 male TG.NF carriers mated, only two have sired a litter (one each, after which both also became infertile). Specific transgene expression in the epididymis was also detected in the two other independent male MMTV/c-neu strains (TG.NA-F, TG.NB-F; see Table 1) and was associated with epididymal enlargement and infertility. Histologic analysis of the epididymis revealed papillary hyperplasia and hypertrophy (see Figure 2F) with intraluminal engorgement. In contrast to the parotid glands and epididymis, expression of the transgene in the Harderian-lacrimal glands was not associated with any apparent growth disturbance.

**Discussion**

**The Activated c-neu Gene Is a Potent Transforming Element in Mammary Epithelium**

The behavior of the transforming allele of the c-neu oncogene in the mammary epithelium provides an insight into the process of malignant transformation in this tissue. In the TG.NF line, in which there is uniform expression of the transgene, early mammary gland development is characterized by the appearance of hyperplastic and dysplastic nodules of epithelium that express high levels of the transgene (Figures 2B and 6B). By approximately three months of age, multiple palpable mammary tumors synchronously arise in transgenic male and female carriers. Indeed, histological examination of these mammary gland areas failed to reveal the presence of any morphologically normal mammary epithelium (Figure 2C). Together, these results strongly suggest that the expression

of the activated c-neu oncogene does not require further complementary genetic changes in order to transform the mammary epithelium.

This conclusion is further supported by the results obtained with the other surviving, fertile MMTV/c-neu transgenic strain. The TG.NK line does not uniformly express the transgene throughout the mammary epithelium and develops mammary tumors adjacent to morphologically normal breast epithelium. Further, the appearance of dysplasia and tumors in this line is correlated morphologically with the onset of transgene expression within affected cells. Conceivably, the site and manner of integration of the TG.NK transgene may influence the non-uniform expression of the transgene and thereby affect the onset of tumor formation. Similar non-uniform expression patterns have been seen in transgenic mice bearing the activated ras oncogene under the transcriptional control of the rat elastase I promoter with similarly non-uniform alterations in cell growth (Quaife et al., 1987).

While the tumors that appear in the TG.NF transgenic line involve the entire mammary gland and thus considerably shorten the animals' survival, we have nevertheless observed several instances of pulmonary metastasis indicating that these can arise in a relatively short time (Figure 2D). These metastic tumors appear to lodge and grow within the pulmonary venous system with little evidence of local invasiveness. The one-step acquisition of malignant phenotype does not rule out the possibility of further progression of these malignancies. For example, a more rapidly spreading metastasis might acquire the ability to breakdown physical barriers or to survive in an otherwise inimical environment. It is known that hormonal factors have a profound influence on the progression of metastatic disease (Kleinberg, 1987). Further studies and extended experience with these transgenic mice should allow us to test the role of other factors in malignant progression.

The apparent single-step action of the c-neu oncogene in the mammary gland contrasts with our previous experience with transgenic mice bearing either MMTV/c-myc or MMTV/v-Ha-ras fusion genes. While the MMTV/c-myc and MMTV/v-Ha-ras mice develop mammary tumors, expression of these genes either alone or together does not appear to be sufficient for malignant transformation, since high levels of oncogene expression could be detected in morphologically normal mammary epithelium (Stewart et al.,1984; Leder et al., 1986; Sinn et al., 1987). Similar conclusions were obtained by expressing oncogenes such as SV40 large T antigen, c-myc, or c-fos in a variety of tissue types (Adams et al., 1985; Brinster et al., 1984; Hanahan, 1985; Ruther et al., 1987). Recently, however, several reports have suggested that in certain tissue contexts, expression of a single oncogene can lead to neoplastic changes. For example, expression of the activated v-Ha-ras gene in the pancreatic acinar epithelium leads to neoplastic alteration of the entire tissue (Quaife et al., 1987). However, the observation that this neoplastic tissue was incapable of growing when transplanted into nu/nu or syngenic recipient mice suggests that these abnormal cells had not yet attained a fully malignant pheno-

type. In this respect, these results are comparable to the MMTV/v-Ha-ras induced hyperplasia observed in Harderian-lacrimal glands (Sinn et al., 1987) and the MMTV/c-neu induced hyperplasia observed in the parotid gland and the epididymis of our TG.NF animals.

In contrast, expression of the polyoma middle T antigen in transgenic or chimeric mice appears to result in a one-step malignant transformation of endothelial cells (Bautch et al., 1987; Williams et al., 1988). It is interesting to note that both the activated c-neu oncogene and polyoma virus middle T antigen likely signal cell proliferation via a tyrosine kinase activity (Stern et al., 1986; Courtneidge and Smith, 1983; Bolen et al., 1984). Conceivably, the powerful tissue-specific transforming activities exhibited by these oncogenes reflect the particular sensitivity of certain cells to these signal transducing pathways.

## Expression of the Activated c-neu Gene Has Several Phenotypic Consequences

In contrast to the tumorigenic effects of expression of the activated c-neu gene in the mammary gland, expression of the same transgene in the parotid glands or epididymis manifests a related, but somewhat different phenotypic effect. Transgene expression in the parotids (which is quantitatively equivalent to that in mammary tumors, see Figure 1B, male) is associated with a bilateral enlargement of these glands, which are histologically hyperplastic and hypertrophic, but not fully transformed. Such results are reminiscent of the polyclonal proliferative effects exerted by expression of the MMTV/v-Ha-ras transgene in the Harderian-lacrimal glands (Sinn et al., 1987). Curiously, the bilateral parotid gland enlargement observed here occurs only in male transgenic animals and correlates with high level expression of the MMTV/c-neu transgene. The differential behavior of the transgene between males and females may be due to hormonal factors since androgens positively regulate MMTV-directed transcription (Cato et al., 1987). Similarly, expression of the activated c-neu gene in the epididymis results in a bilateral enlargement of this structure and is associated with low male fertility. The epididymal papillary hyperplasia and luminal engorgement may interfere directly with processes that are required for sperm maturation in this organ. Alternatively, the low fertility of the TG.NF males may be attributed to mechanical occlusion of the epididymis tubules due to tissue hyperplasia.

## Possible Relevance to Human Adenocarcinoma of the Breast

Consistent with the view that the c-neu oncogene is a potent transforming gene in the murine mammary gland, is the observation that the human c-neu homolog (c-erbB-2) is amplified and expressed in a high percentage of human breast tumors and derived cell lines (Kraus et al., 1987; Slamon et al., 1987; van de Vijver et al., 1987). It is conceivable that these breast tumors arise due to damage or deregulation of the endogeneous c-erbB-2 gene; in fact the c-erbB-2 gene can be activated to transform fibroblasts by either overexpression of the unaltered protein or mutation of the normal allele (DeFiore et al., 1987; Hud-

ziak et al., 1987). Together with our findings, these results suggest that alterations of the human c-neu homolog may have potent neoplastic consequences.

The high incidence of human adenocarcinoma of the breast, the leading malignancy affecting women, deserves some further explanation. The multi-hit, tumor progression hypothesis suggests that malignancies result from an accumulation of rare events. The probability of occurrence of a given malignancy should thus be the product of these probabilities. Obviously the cumulative probability would be dramatically affected by the number of required events. As the activated c-neu oncogene seems to be able to induce malignant transformation by itself, it is also possible that c-erbB-2 requires few, if any, additional events to induce malignant change in human mammary epithelia. While carcinoma of the breast is likely to be influenced by a variety of factors, including environmental and hormonal ones, relatively unique genetic alterations, such as the activation of c-neu/erbB-2, might account in part for the high incidence of this disease. Taken together with the amplification data noted above, the c-neu/erbB-2 oncogene should be viewed as a major target for diagnosis and therapy.

#### Experimental Procedures

##### DNA Constructions

In order to construct the MMTV/c-neu recombinant, the plasmid pSV2neu NT (Bargmann et al., 1986b) was cleaved to completion with HindIII and EcoRI to release the c-neu/SV40 component from the vector sequences. After modification of the MMTV LTR containing vector, pA9 (Huang et al., 1981), by insertion of a HindIII linker at the SmaI site and digestion with EcoRI, the MMTV LTR vector sequences were ligated with HindIII to an EcoRI fragment containing c-neu/SV40 sequences to generate the plasmid pMMTVneu NT. The construction of the plasmid CYM1 was described previously (Sinn et al., 1987). The plasmid pASV was constructed by insertion of the SV40 splicing and polyadenylation sequences contained within a BamHI to BglII fragment derived from pSV2gpt (Mulligan and Berg, 1981) into the vector pGEM4. All plasmid DNAs were isolated as described previously (Sinn et al., 1987).

##### Generation of Transgenic Mice

DNA was prepared for microinjection by digestion with 4 U (each) of SalI and EcoRI per μg of DNA for 1 hr. The DNA was electrophoresed through a 1% agarose gel and purified as described previously (Sinn et al., 1987). FVB/NHd female mice were mated the night before injection with FVB/NHd males and eggs were prepared for injection as described previously (Sinn et al., 1987). One-half to 1 pl of DNA solution (500–1000 molecules of pMMTVneu NT) was injected into the male pronucleus. Following microinjection, viable eggs (determined by gross morphology) were washed once in M2 media (Quinn et al., 1982) and transferred to the oviducts of pseudopregnant Swiss-Webster mice (Taconic Farms, Germantown).

##### Identification of Transgenic Animals

DNA was extracted from 1.5 cm sections of tails using a protocol described by Davis et al. (1980), with the modification that one chloroform extraction was performed prior to ethanol precipitation. The nucleic acid pellet was resuspended in 200 μl of 10 mM Tris, 1 mM EDTA. DNA (10 μg) at an approximate concentration of 1 μg/μl was digested with BamHI and electrophoresed in a 1% agarose gel. The presence of the transgene was detected by Southern blot analysis (Southern, 1975) with a c-neu cDNA probe radiolabeled with [α-$^{32}$P]dCTP by nick translation (Rigby et al., 1977).

##### RNAase Protection

RNA was isolated from tissues by the procedure of Chirgwin et al.

Cell
114

(1979) using the CsCl sedimentation gradient modification. RNA yield was determined by UV absorption at 260 nm after dissolving in sterile $H_2O$. RNA probes were made with either the Bluescribe (Stratagene, Inc., San Diego, CA) or pGEM vectors (Promega Biotech, Madison, WI) and RNAase protection was done according to the procedure described by Melton et al. (1984) using 10 μg of total cellular RNA per assay.

## RNA and DNA Blots

RNA blots carried out to evaluate α-amylase mRNA expression were performed according to the procedures of Thomas (1980), using 10 mg of total organ RNA per lane and a mouse α-amylase cDNA probe provided by M. Meisler of the University of Michigan. DNA blots carried out to evaluate genotypes of transgenics were performed according to the procedure of Southern (1975).

## Histologic Evaluation

Complete autopsies were performed and both gross and microscopic evaluations were done. Tissues were fixed in mercury-containing B-5 fixative (Pattengale and Taylor, 1983), blocked in paraffin, sectioned at 4 μm, routinely stained with hematoxylin and eosin, and examined as indicated in Figure 2.

## In Situ Hybridization Analysis

Mammary tissue was fixed in freshly prepared 4% paraformaldehyde (4°C) in 1× PBS for 2 hr and embedded and sectioned following standard protocols (Zeller et al., 1983). Deparaffinized sections were pretreated and hybridized with [³⁵S]UTP RNA probes as described previously (Zeller et al., 1987) with the modification that the labeled probes were not degraded. Autoradiography was performed using standard techniques (Hafen et al., 1983). All sections were counterstained using hematoxylin.

## Acknowledgments

We are grateful to Dr. Robert Weinberg for his generous gift of the pSV2neuNT plasmid. We also wish to thank Dr. Rolf Zeller for technical advice, Dr. M. Meisler for providing the α-amylase probe used in this study and Dr. Martha Fishman for assistance in certain aspects of this study. This work was supported in part by a grant from the E. I. Dupont deNemours & Co., Inc. W. J. M. received a fellowship from the Medical Research Council of Canada. E. S. was supported in part by a Genetics Training Grant (5 T32 GM07196). In addition, P.K. P. was supported in part by a grant from the Margaret E. Early Medical Research Trust. P. K. P. is a Scholar of the Leukemia Society of America and recipient of a Senior Research Fellowship Award from the National Institutes of Health (CA-07968).

The costs of publication of this article were defrayed in part by the payment of page charges. This article must therefore be hereby marked "advertisement" in accordance with 18 U.S.C. Section 1734 solely to indicate this fact.

Received April 26, 1988; revised May 27, 1988.

## References

Adams, J. M., Harris, A. W., Pinkert, C. A., Corcoran, L. M., Alexander, W. S., Cory, S., Palmiter, R. D., and Brinster, R. L. (1985). The c-myc oncogene driven by immunoglobulin enhancers induces lymphoid malignancy in transgenic mice. Nature 318, 533–538.

Bargmann, C. I., Hung, M-C., and Weinberg, R. A. (1986a). The neu oncogene encodes an epidermal growth factor receptor-related protein. Nature 319, 226–230.

Bargmann, C. I., Hung, M-C., and Weinberg, R. A. (1986b). Multiple independent activations of the c-neu oncogene by a point mutation altering the trans-membrane domain of p185. Cell 45, 649–657.

Bautch, V. L., Toda, S., Hassell, J. A., and Hanahan, D. (1987). Endothelial cell tumors develop in transgenic mice carrying polyoma virus middle T oncogene. Cell 51, 529–538.

Bolen, J. B., Thiele, C. J., Isbar, M. A., Yonemoto, W., Lipsich, L. A., and Brugge, J. S. (1984). Enhancement of cellular src gene product associated tyrosyl kinase activity following polyoma virus infection and transformation. Cell 38, 767–777.

Brinster, R. L., Cheu, H. Y., Messing, A., van Dyke, T., Levine, A. J., and Palmiter, R. D. (1984). Transgenic mice harboring SV40 T-antigen genes develop characteristic brain tumors. Cell 37, 367–379.

Cato, A. C. B., Henderson, D., and Ponta, H. (1987). The hormone response element of the mouse mammary tumor virus DNA mediates the progestin and androgen induction of transcription in the proviral long terminal region. EMBO J. 6, 363–368.

Chirgwin, J. M., Przybyla, A. E., MacDonald, R. J., and Rutter, W. J. (1979). Isolation of biologically active ribonucleic acid from sources enriched in ribonuclease. Biochemistry 18, 5294–5299.

Courtneidge, S. A. and Smith, A. E. (1983). Polyoma virus transforming protein associates with the product of the c-src cellular gene. Nature 303, 435–439.

Coussens, L., Yang-Fen, T. L., Liao, Y-C., Chen, E., Gray, A., McGrath, J., Seeburg, P. H., Libermann, T. A., Schelessinger, J., Franke, U., Levinson, A., and Ullrich, A. (1985). Tyrosine kinase receptor with extensive homology to EGF receptor shares chromosomal location with neu oncogene. Science 230, 1132–1139.

Davis, R. W., Thomas, M., Cameron, J., St. John, T. P., Scheler, S., and Padgett, R. A. (1980). Rapid DNA isolations for enzymatic and hybridization analysis. Meth. Enzymol. 65, 404–411.

DiFiore, P. P., Pierce, J. H., Krens, M. H., Segatto, O., King, C. R., and Aaronson, S. A. (1987). erbB-2 is a potent oncogene when overexpressed in NIH3T3 cells. Science 237, 178–182.

Escot, C., Theillet, C., Lidereau, R., Spyratos, F., Champeme, J., Gest, J., and Callahan, R. (1986). Genetic alteration of the c-myc proto-oncogene (MYC) in human primary breast carcinomas. Proc. Natl. Acad. Sci. USA 83, 4834–4838.

Hafen, E., Levine, M., Garber, R. L., and Gehring, W. J. (1983). An improved in situ hybridization method for detection of cellular RNA in Drosophila tissue sections and its application for localizing transcripts of homeotic antennapedia gene complex. EMBO J. 2, 617–623.

Hanahan, D. (1986). Heritable-formation of pancreatic beta cell tumors in transgenic mice expressing recombinant insulin/SV40 oncogenes. Nature 315, 115–122.

Huang, A. L., Ostrowski, M. C., Berard, D., and Hager, G. L. (1981). Glucocorticoid regulation of the Ha-MuSV p21 gene conferred by sequences from mouse mammary tumor virus. Cell 27, 245–255.

Hudziak, R., Schlessinger, J., and Ullrich, A. (1987). Increased expression of the putative growth factor receptor p185ᴴᴱᴿ² causes transformation and tumorigenesis of NIH3T3 cells. Proc. Natl. Acad. Sci. USA 84, 7159–7163.

King, C. R., Kraus, M. H., and Aaronson, S. A. (1985). Amplification of a novel v-erbB-related gene in human mammary carcinoma. Science 229, 974–976.

Kleinberg, D. L. (1987). Prolactin and breast cancer. N. Engl. J. Med. 316, 269–271.

Kokai, V., Cohen, J. A., Drebin, J. A., and Green, M. I. (1987). Stage-and tissue-specific expression of the c-neu oncogene in rat development. Proc. Natl. Acad. Sci. USA 84, 8498–8501.

Kraus, M. H., Popescu, N. C., Amsbaugh, S. C., and King, C. R. (1987). Over-expression of the EGF receptor-related proto-oncogene erbB-2 in human mammary tumor cell lines by different molecular mechanisms. EMBO J. 6, 605–610.

Leder, A., Pattengale, P. K., Kuo, A., Stewart, T. A., and Leder, P. (1986). Consequences of widespread deregulation of the c-myc gene in transgenic mice: multiple neoplasms and normal development. Cell 45, 485–495.

Melton, D. A., Kreig, P. A., Rebagliati, M. R., Maniatis, T., Zinn, K., and Green, MR. (1984). Efficient in vitro synthesis of biologically active RNA and RNA hybridization probes from plasmids containing a bacteriphage SP6 promoter. Nucl. Acids Res., 12, 7035–7056.

Mulligan, R. C., and Berg, P. (1981). Selection for animal cells that express the E. coli gene coding for xanthine-guanine phosphoribosyl transferase. Proc. Natl. Acad. Sci. USA 78, 2072–2076.

Padhy, L. C., Shin, C., Cowing, D., Finkelstein, R., and Weinberg, R. A. (1982). Identification of a phosphoprotein specifically induced by the transforming DNA of rat neuroblastomas. Cell 28, 865–871.

Palmiter, R. D., and Brinster, R. L. (1986). Germline transformation of mice. Annu. Rev. Genetics 20, 465–499.

Pattengale, P. K., and Taylor, C. R. (1983). Experimental models of lymphoproliferative disease: the mouse as a model for human non- Hodgkins lymphomas related leukemias. Am. J. Pathol. 113, 237–265.

Quiafe, C. J., Pinkert, C. A., Ornitz, D. M., Palmiter, R. D., and Brinster, R. (1987). Pancreatic neoplasia induced by ras expression in acinar cells of transgenic mice. Cell 48, 1023–1034.

Quinn, P., Barros, C., and Whittingham, D. G. (1982). Preservation of hamster oocytes to assay the fertilizing capacity of human spermatozoa. J. Reprod. Fert. 66, 161–168.

Rigby, P. W. J., Dieckmann, M., Rhodes, C. and Berg, P. (1977). Labeling deoxyribonucleic acid to high, specific activity in vitro by nick-translation with DNA polymerase 1. J. Mol. Biol. 113, 237–251.

Ruther, U., Garber, C., Komitowski, D., Muller, R., and Wagner, E. F. (1987). Deregulated c-fos expression interferes with normal bone development in transgenic mice. Nature 325, 412–416.

Schechter, A. L., Stern, D. F., Vaidyanathan, L., Decker, S. J., Drebin, J. A., Greene, M. I., and Weinberg, R. A. (1984). The c-neu oncogene: an erbB-related gene encoding a 185,0000-Mw tumour antigen. Nature 312, 513–516.

Schechter, A. L., Hung, M. C., Vaidyanathan, L., Weinberg, R. A., Vang-Feng, T. L., Francke, V., Ullrich, A., and Coussens, L. (1985). The c-neu gene: an erbB-homologous gene distinct from and unlinked to genes encoding the EGF receptor. Science 229, 976–978.

Schoenenberger, A., Andres, A. C., Groner, B., van der Valk, M., Le Meva, M., and Gerlinger, P. (1988) Targeted c-myc expression in mammary glands of transgenic mice induces constitutive milk protein gene transcription. EMBO J. 7, 169–176.

Semba, K., Kamata, N., Toyoshima, K., and Yamanoto, T. (1985). A v-erbB related proto-oncogene, c-erbB-2 is distinct from c-erbB-1/epidermal growth factor receptor gene and is amplified in a human salivary gland adenocarcinoma. Proc. Natl. Acad. Sci. USA 82, 6497–6501.

Shih, C., Padhy, L. C., Murray, M., and Weinberg, R. A. (1981). Transforming genes of carcinomas and neuroblastomas introduced into mouse fibroblasts. Nature 290, 261–624.

Sinn, E., Muller, W., Pattengale, P., Tepler, I., Wallace, R., and Leder, P. (1987). Coexpression of MMTV/v-Ha-ras and MMTV/c-myc genes in transgenic mice: synergistic actions of oncogenes in vivo. Cell 49, 465–475.

Slamon, D. J., Clark, G. M., Wong, S. G., Levin, W. J., Ullrich, A., and McGuire, W. L. (1987). Human breast cancer: correlation of relapse and survival with amplification of HER-2/neu oncogene. Science 235, 177–182.

Southern, E. M. (1975). Detection of specific sequences among DNA fragments separated by gel electrophoresis. J. Mol. Biol. 98, 503–517.

Stern, D. F., Heffernan, P. A., and Weinberg, R. A. (1986). p185, product of the c-neu proto-oncogene is a receptor-like protein associated with tyrosine kinase activity. Mol. Cell. Biol. 6, 1729–1740.

Stewart, T. A., Pattengale, P. K., and Leder, P. (1984). Spontaneous mammary adenocarcinomas in transgenic mice that carry and express MTV/myc fusion genes. Cell 38, 627–637.

Stewart, T. A., Hollingshead, P. G., and Pitts, S. (1988). Multiple regulatory domains in the mouse mammary tumor virus long terminal repeat revealed by analysis of fusion genes in transgenic mice. Mol. Cell. Biol. 8, 473–479.

Thomas, P. S. (1980). Hybridization of denatured RNA and small DNA fragments transferred to nitrocellulose. Proc. Natl. Acad. Sci. USA 77, 5201–5205.

van de Vijver, M., van de Bersselaar, R., Devilee, P., Cornelisse, C., Peterse, J., and Nusse, R. (1987). Amplification of the c-neu (c-erbB-2) oncogene in human mammary tumors is relatively frequent and is often accompanied by amplification of the linked c-erbA oncogene. Mol. Cell. Biol. 7, 2019–2023.

Williams, R. L., Courtneidge, S. A., and Wagner, E. F. (1988). Embryonic lethalities and endothelial tumors in chimeric mice expressing polyoma virus middle T oncogene. Cell 22, 121–131.

Zarbl, H. S., Sukumar, S., Arthur, A. V., Martin-Zanca, D., and Barbacid, M. (1985) Direct mutagenesis of Ha-ras-1 oncogenes by N-nitroso-N-methyl urea during initiation of mammary carcinogenesis in rats. Nature 315, 382–385.

Zeller, R., Bloch, K. D., Williams, B. S., Arceci, R. J., and Seidman, C. E. (1987). Localized expression of the atrial natriuretic factor gene during cardiac embryogenesis. Genes & Development 1, 693–698.

Zeller, R., Nyffenegger, T., and DeRobertis, E. (1983). Nucleocytoplasmic distribution of snRNPs and stockpiled snRNA-binding proteins during oogenesis and early development in Xenopus leavis. Cell 32, 425–434.