JASON SHEASBY (Bar No. 205455)
jsheasby@irell.com
GARY FRISCHLING (Bar No. 130583)
gfrischling@irell.com
MACLAIN WELLS (Bar No. 221609)
mwells@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

SANDRA HABERNY (Bar No. 260977)
shaberny@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive
Suite 400
Newport Beach, CA 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Defendant and Counterclaimant
THE TRUSTEES OF THE UNIVERSITY OF
PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC., | Case No. 5:10-cv-02037-LHK (PSG) |
| Plaintiff and Counterclaim Defendant | **EVIDENCE CITED BY THE UNIVERSITY OF PENNSYLVANIA IN APPENDIX B TO THE JOINT CLAIM CONSTRUCTION STATEMENT** |
| v. | |
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, | |
| Defendant and Counterclaimant | |

The University of Pennsylvania submits evidence cited by the University in

Appendix B to the Joint Claim Construction Statement, Docket Index No. 77.

By:   /s/ Jason G. Sheasby

Jason Sheasby (CA #205455)

Attorneys for Defendant and Counterclaimant
THE TRUSTEES OF THE UNIVERSITY OF
PENNSYLVANIA

# EVIDENCE CITED BY THE UNIVERSITY OF PENNSYLVANIA IN APPENDIX B TO THE JOINT CLAIM CONSTRUCTION STATEMENT
## TAB 46
## PART 4 of 13



**Fig. 12.8a, b** Bulbous and non-attenuating fronds of hyperchromatic cells in micropapillary carcinoma in situ (**a, b** × 225).

**Fig. 12.9** Clear cells similar to those of lobular carcinoma in situ do not detract from a diagnosis of micropapillary ductal carcinoma in situ because of the characteristic fronds of the latter diagnosis (× 225).





**Fig. 12.10** Characteristic cribriform ductal carcinoma in situ fills many spaces. Occasional foci of central cell necrosis do not occasion a diagnosis of comedo carcinoma in situ (× 75).



**Fig. 12.11** Cribriform ductal carcinoma in situ with focal calcifications seen as dark intercellular concretions (× 225).



**Fig. 12.12** The rigid arches of similar cells support a diagnosis of cribriform ductal carcinoma in situ. Note the apocrine appearance of the cells (× 225).



**Fig. 12.13** These hyperchromatic cells may be recognized as part of a cribriform ductal carcinoma in situ because of non-tapering, rigid arches. Note some basalar cells differ slightly from more hyperchromatic and central cells. This feature suggests atypical ductal hyperplasia, but is insufficient to deny DCIS diagnosis (× 225).

**Table 12.1** Histological criteria for cribriform and micropapillary carcinoma in situ (DCIS).

Uniform population of cells throughout entire area*

'Punched out', neatly rounded, geometric spaces or bulbous, well-defined, papillary fronds

Round, hyperchromatic, monotonous, randomly placed nuclei

Helpful: presence in many spaces (at least two)

Exception: nuclear atypia as seen in comedo throughout areas, while rare, establishes carcinoma in situ diagnosis without classic patterns or necrosis; cytoplasm often granular and eosinophilic

*Bounded by basement membrane.

chapter, often remain undiagnosed. This is a prime reason for our arbitrary, but helpful rule requiring that two spaces demonstrate all the diagnostic elements (Table 12.1). Confines of histologic definition are provided for rare, border-line lesions. Thus a consequence of requiring uniformity of both cell population and pattern is that extensive lesions will more often qualify as CIS than will those similar patterns found in fewer spaces. Examples of similar histological patterns

falling short of having each and every diagnostic feature of CIS and, therefore, diagnosable as atypical hyperplasia of ductal pattern (ADH) are exemplified in Figures 12.14–12.16. The debate in an individual borderline case between diagnoses of carcinoma in situ and atypical hyperplasia may be aided by reference to patterns presented in Figure 12.18. Following these rules, we, like Betsill et al (1978), find an incidence of micro-papillary and cribriform carcinoma in situ of about 0.25% in biopsies originally diagnosed as benign. The atypical ductal hyperplasia cases come largely from lesions which would otherwise (without recognizing an atypical category) be termed benign, but a few ADH cases are recruited from cases which would be recognized as DCIS without rigorous application of diagnostic criteria (Fig. 12.17).

Small clusters of necrotic cells may be seen in spaces involved by these types of carcinoma. However, if more than two or three spaces with necrosis are seen, and there is nuclear atypia of any degree, the diagnosis of comedo carcinoma should be considered. We designate some of these cases as ductal carcinoma in situ with comedo features;



**Fig. 12.14** This extremely atypical proliferative lesion lacks the uniformity of features diagnostic of ductal carcinoma in situ, and therefore is an example of atypical ductal hyperplasia. Note epithelium along wall of primary space with normal polarity focally. Compare to Figures 12.9 and 12.13 ($\times$ 200).



**Fig. 12.15** Atypical ductal hyperplasia is diagnosed rather than ductal carcinoma in situ because of irregular placement of component cells, irregularity of spaces and lack of uniform cell population ($\times$ 330).



**Fig. 12.16** Criteria for ductal carcinoma in situ are not attained in this example of atypical ductal hyperplasia because the bands of cells are often thinned or attenuated. Slight irregularities in cell placement and appearance are also seen (× 320).

defining extent and other pattern of disease in a commentary. Thus, reporting of these cases should include some indication of the extent of disease and, in the microscopically detected lesions, the extent of sampling utilized within the laboratory.

A histological variant of DCIS has been described in which a signet ring cytology (see Ch. 16) is found (Fisher & Brown 1985). These are often found in association with other forms of CIS, and any separate or distinct clinical implication is unknown.

Rosen & Scott (1984) have described an apparent histological variant of DCIS termed 'cystic hypersecretory duct carcinoma of the breast'. Two patients had concomitant invasive carcinoma and six patients had non-invasive lesions only. The lesions present multicystic foci containing secretory material and lined by an epithelium resembling micropapillary CIS with vacuolated cytoplasm (Fig. 12.19). Longer follow-up (longest was two years) and study of additional cases will be necessary to determine if this lesion has distinctive clinical characteristics.



**Fig. 12.17** Above, a dichotomous model applied to breast biopsies, either benign or in which a dominant mass is not produced by carcinoma in situ (CIS), shows a 2% incidence of CIS (dark band). In the lower graph, a diagnostic model accepting atypical hyperplasia (AH, ductal and lobular) shows a 3.5% incidence of AH (dotted band) and a 1.5% incidence of CIS (black band). Note, most cases of carcinoma in situ are lobular carcinoma in situ and that the remainder of the biopsies (clear bands) indicate subsequent risk of cancer of less than two times the general population. Thus the atypical cases are recruited from both the benign and CIS categories (from Page et al 1986 with permission of Saunders, Philadelphia).

**Fig. 12.18** Architecture or pattern of the full series of hyperplastic lesions of usual, common or 'ductal' type: these secondary patterns of cell groupings are presented independently of cues of cytology and cell placement. Most of these patterns might be recognized as atypical if the cell population supported that diagnosis. However, in general those pattern cues presented here will be diagnosed as hyperplasia without atypia in examples 1 and 2 with escalating likelihood of atypia up to examples 15 and 16 which would be almost without exception diagnostic of ductal carcinoma in situ. Note also that cues of ductal or acinar size are removed in this distribution. In general, the mild hyperplasias are present in small spaces, and the remainder occur in expanded spaces.

Mild hyperplasia of usual type in patterns 1 and 2 have small mounds and tufts of cells. The projections of cells do not usually completely traverse the lumen. As with all other lesions of usual hyperplasia the nuclei will tend to be heterogeneously ovoid, and luminal borders irregularly ragged or ruffled, often by apocrine-like 'snouts'.

Moderate hyperplasia of usual type in patterns 3–6 have aggregates of cells occupying somewhat over 50% of the lumen. The bands of cells irregularly traverse the lumen. If thin cellular strands are present, the cells not only maintain the irregularity of shape and placement characteristic of benign hyperplasia, but the nuclei frequently are elongated, curved or fusiform. Pattern 6 overly dramatizes the attenuation of trabeculae which are a cue to benignancy. The trabeculae appear to have been stretched beyond their limits of elasticity leaving beaded, wisp-like tendrils, irregularly moth-eaten rather than regularly lace-like as in cribriform ductal carcinoma in situ.



In florid hyperplasia of usual type (patterns 5–9 and 10) the component cells may virtually obliterate the primary lumen with secondary luminal structures frequently present as irregularly collapsed circles, slit-like structures at the edge of the primary lumen, or as unpredictably serpentine, maze-like passages. Increasing degrees of smoothness, regularity, and roundness progressively support the likelihood that these cellular patterns will support a diagnosis of atypia as seen in patterns 11–14. The extreme regularity and crispness of pattern definition of 15 and 16 will almost without exception be found diagnostic of ductal carcinoma in situ.

Atypical hyperplasia in this series takes many forms, usually with a few, smooth, crisp trabecular arcades or a solid focus of uniform cells in an otherwise typical hyperplastic lesion. If cytological features are reminiscent of ductal carcinoma in situ but histological pattern is intermediate between that of usual hyperplasia and ductal carcinoma in situ, the lesion is atypical.



9



10



11



12



13



14



15



16



a    b

**Fig. 12.19a, b** These proliferative changes are atypical because of relatively uniform cytology and hyperchromasia as well as focal tendency to bulbous formations as in micropapillary carcinoma in situ. This pattern is similar to those which have been recognized as secretory ductal carcinoma, non-invasive. Note secretory features are mimicked (**a** × 75; **b** × 275).

The variety of hyperplastic patterns found in breasts is so diverse, that generally applicable rules of diagnosis will fail in the face of occasional unusual patterns. Page et al (1982) accepted two examples of non-comedo DCIS (28 total cases) which lacked papillary and cribriform features as well as the necrosis of comedo. These cases had advanced nuclear atypia as seen in comedo CIS. Note well: nuclear patterns seen in apocrine change with large nucleoli are not reason to establish a diagnosis of CIS (Fig. 12.20).

Any lesion of non-comedo DCIS must be considered as potentially having an invasive focus. The diagnosis of invasion is occasionally difficult, but is usually recognized only when the in situ disease is extensive. Rare examples of probable or possible microinvasion are confined to cases in which it is not clear whether uneven and irregularly spaced cell groups are within pre-existing units or outside the confines of parenchymal units.

Truly invasive foci most often have a slightly different cytology and pattern from the in situ disease, and are definitely within the supporting stroma and fat and outside the specialized connective tissue of lobular units.

## Clinical and prognostic implications

As noted above, it is probable that more extensive examples of DCIS have greater invasive potential than more focal examples. We do know, however, that 25–30% of women with only microscopic foci will, if left untreated by other than biopsy, develop an invasive carcinoma within 15 years. These subsequent tumours will appear in the same place within the breast as the original lesions (Betsill et al 1978; Page et al 1982). This represents a magnitude of risk elevation of 10–11 times the general population matched for age. The risk is undoubtedly higher for larger and palpable



**Fig. 12.20a, b** Very rarely, lobular units with cytology suggestive of apocrine type will have foci with greatly enlarged and hyperchromatic nuclei without much internal detail. Although unusual, the foci cannot be recognized as atypical in the sense of indicating heightened risk of subsequent carcinoma development at this time (a × 200; b × 250).

examples of DCIS treated by excisional biopsy alone. The risk of contralateral breast cancer after DCIS may not be different from that of the general population (Webber et al 1981).

Death from carcinoma in situ of any type treated by mastectomy without invasive carcinoma identified in the mastectomy specimen or lymph nodes is not recorded (Brown et al 1976). Note is made of two unique cases in the literature, each palpable and of comedo DCIS type, in which

radiation therapy for DCIS was followed by metastases and death of the patient (Wulsin & Schreiber 1962; Millis & Thynne 1975). This provides further evidence for separately recording the different types of CIS. Likelihood of recurrence (usually non-invasive disease) following planned local excision of these lesions is more common if they exceed 2 cm in diameter (Lagios et al 1982, 1986). These follow-up studies provide strong evidence that the extent of DCIS is a prime determinant of

local recurrence after excision, and that smaller lesions are amenable to conservative therapy. The regular monofocality of DCIS is also supported by the observations of this group (Lagios et al 1986) because recurrences have all been in the same quadrant as the original lesion. This reinforces the need for recording type and extent of disease. A randomized clinical trial assessing local excision of DCIS with and without radiotherapy is in progress (Fisher et al 1986).

An understanding of CIS is fostered by recognizing histological patterns similar to, but falling short of, diagnostic CIS. The category of atypical ductal hyperplasia (ADH) provides confines of definition to DCIS as well as a useful diagnostic category for cases otherwise recognized as borderline. ADH carries clinical implications of increased cancer risk after biopsy of about four to five times that of the general population matched for age (see Ch. 11). The category is also useful in that the term 'cancer' is avoided for a finding which elevates risk of invasive cancer to less than one-half that of DCIS. This is a histologically and clinically satisfactory resting place for cases difficult to call 'benign' or 'malignant'; they are clearly neither, but are truly borderline (Page 1986). The diagnosis of ADH should be reserved for a small number of cases, just over 1% of biopsies in our experience.

## LOBULAR CARCINOMA IN SITU

### Historical development

Lobular carcinoma in situ (LCIS) was first described and named by Foote & Stewart (1941). This designation for the change is still preferred by most histopathologists. The term intra-acinous carcinoma suggested by Muir in the same year (1941) is no longer used, and probably included examples of other types of carcinoma in situ. Many studies have followed the initial description, and there is now general agreement that LCIS signifies a degree of multifocality and bilaterality greater than that identified by any other diagnosis of malignancy in the breast.

The year 1978 was important in the development of knowledge concerning LCIS. Two institutions recorded their experience with extended follow-up information on patients after treatment by biopsy only (Haagensen et al 1978; Rosen et al 1978). Despite the use of slightly different terminology and a disagreement regarding therapy, it is quite clear that these two groups are in substantial agreement about when to record a diagnosis of lobular carcinoma in situ (which Haagensen et al 1978 preferred to call lobular neoplasia) and in complete agreement as to what this means for a woman with such a change identified at biopsy.

Although there continues to be controversy over terminology and diagnostic criteria (Andersen et al 1980) there is general agreement about implications of increased cancer risk associated with LCIS. The term 'lobular neoplasia' may be used synonymously, primarily to avoid the term 'carcinoma' but we prefer the term LCIS largely because it has been used in most publications. We do diagnose 'atypical lobular hyperplasia' (ALH) in related lesions of lesser severity (see Ch. 11), and do use the term 'lobular neoplasia' to denote the full spectrum of LCIS and ALH. However, we do not use 'lobular neoplasia' as a diagnostic term in clinical reports.

### Anatomical pathology

LCIS is not palpable in tissue and is invisible to the naked eye.

Histologically, a group or cluster of ductules (lobular unit) is filled by cells demonstrating a lack of regular cohesion or orientation (Figs 12.21–12.25). The nuclei are rounded for the most part, or at least oval, usually without hyperchromatism. The cytoplasm tends to be somewhat clear. A remarkable similarity in cellular appearance and placement with regard to each other is important in recognition of LCIS. Distension and distortion of the involved ductules completes the histological definition of LCIS.

The presence of clear vacuoles in the cytoplasm is a helpful marker for LCIS as they are frequently present (Andersen & Vendelboe 1981). These crisp spaces are clear with haematoxylin and eosin, but stain with Alcian blue and/or PAS (see 'Invasive lobular carcinoma', Ch. 13). These 'intracytoplasmic' lumina are often subtle, but may be prominent (Fig. 12.26).



**Fig. 12.21** Lobular carcinoma in situ with both extreme (central) and mild (at left and below) distension of acinar elements. Changes are not diagnostic in the lobular unit at left; however, the case is recorded as lobular carcinoma in situ because criteria for lobular carcinoma are met in centre of picture (× 50).



**Fig. 12.22** Extreme distension of acinus in advanced and classical example of lobular carcinoma in situ. Note regularity of cytology and cell placement (× 320).

Multicentricity is a prime feature of LCIS with many cases having the disease demonstrable by biopsy in the contralateral breast at time of initial diagnosis (Rosen et al 1981). LCIS is not evenly distributed among the mammary quadrants, but appears to follow the distribution of parenchymal elements, favouring the central region beneath the nipple and the upper, outer quadrant (Lambird & Shelley 1969).

### Differential diagnosis

A 'classic' case of LCIS would, then, contain similar cells throughout each involved and distorted space. As lesser examples of this 'full-blown' phenomenon are encountered, the designation atypical lobular hyperplasia (ALH) is appropriate (see Ch. 11). The presence of apparent spaces separating the cells, so that one may not say the units are 'full' will support a designation of atypical lobular hyperplasia rather than LCIS. Furthermore, the lack of apparent distension of the involved spaces as well as the intermixture of other cell types would support a diagnosis of ALH.

Consistency in diagnosis of LCIS is fostered by requiring that each of the following criteria be fulfilled:

1. The characteristic and uniform cells must comprise the entire population of cells in a lobular unit.

2. There must be filling (no interspersed, intercellular spaces between cells) of all the acini (terminal ductules).

3. There must be expansion and/or distortion of at least one-half the acini in the lobular unit.





Fig. 12.23 Example of somewhat greater cytological pleomorphism in lobular carcinoma in situ than seen in Figure 12.22 (× 450).

Fig. 12.24 Criteria for lobular carcinoma in situ of cell population and distortion of at least 50% of acini are met in this lobular unit (× 160).



Fig. 12.25 Involvement of sclerosed lobular units by lobular carcinoma in situ may present difficulties and uncertainty in diagnosis. This example should be accepted as lobular carcinoma in situ because distension, etc., are well developed at periphery at left and at right (× 50) (Courtesy of R. Fechner.)



**Fig. 12.26** Rarely, cases of lobular carcinoma in situ may have pronounced cytoplasm vacuolization, which are cytoplasmic lumina (× 600).



**Fig. 12.27** Criteria of atypical lobular hyperplasia are met in this lobular unit, falling short of lobular carcinoma in situ (× 125).

We have found that observers in our laboratories will agree over 95% of the time on the diagnosis of LCIS when these rules are followed. Lesser degrees of involvement are diagnosed as atypical lobular hyperplasia (ALH, see Ch. 11), a diagnosis carrying a lesser risk of subsequent carcinoma. Illustrations of ALH are found in Figures 12.27–12.29.

We agree with McDivitt et al (1968) that focal involvement of ducts by cells of lobular neoplasia (see below) is an important warning sign for the presence of LCIS or ALH, but that establishment of the diagnosis must rest upon characteristic patterns within lobular units. This change in ducts related to ALH and LCIS has been called 'pagetoid' (Foote & Stewart 1941). Here, cells cytologically similar or identical to those seen in clusters of acini are found in single spaces which probably represent ducts (Figs 12.30–12.32). There is a marked tendency for these cells to present in groups immediately above the basement membrane, displacing or pushing toward the lumen another population of cells which are clearly different (Fechner 1972). This pagetoid pattern is often found in cases of LCIS and its



**Fig. 12.28** Mild example of atypical lobular hyperplasia recognized by clusters of characteristic cells in acini at left centre. Compare to uninvolved acini at left periphery of photograph. Diagnostic certainty is fostered by presence of similar cells in duct at right ('pagetoid' spread) ($\times$ 200).



**Fig. 12.29** Mimicry of atypical lobular hyperplasia is produced by loss of cellular polarity. This is not diagnosable as atypical lobular hyperplasia because increased cell numbers (more than two above basement membrane) are not reliably discerned ($\times$ 200).



**Fig. 12.30** Pagetoid spread of LCIS into duct at centre is an extreme 'mural' pattern approaching a solid pattern. Note thinned, strand-like remnants of ductal luminal epithelium (× 150).



**Fig. 12.31** Duct with involvement by cells of atypical lobular hyperplasia showing the so-called 'cloverleaf' pattern (× 125).



**Fig. 12.32** Pagetoid spread into a duct in a case of lobular carcinoma in situ. Note flattened overlying luminal cells. Central cell mass is result of a fold in duct wall (× 225).



**Fig. 12.33** Non-invasive carcinoma expands the acini of a lobular unit at left. The pleomorphism of cells and cytological similarity to comedo carcinoma in situ at right remove this lesion from the lobular carcinoma in situ group (× 225).

identification in a case without evident LCIS should indicate a careful search for diagnostic changes of LCIS or ALH elsewhere in the breast (Wheeler & Enterline 1976). Ductal involvement by cells of LCIS is both more frequent and usually more extensive than that of ductal involvement by cells of ALH. Note that the diagnosis of LCIS or ALH rests in the patterns found in lobular units. Occasionally cells with clear cytoplasm probably representing macrophages may mimic ductal involvement by cells of lobular neoplasia.

Another histological pattern which may be confused with lobular carcinoma in situ (see 'Comedo CIS, differential diagnosis') is one presenting involvement of lobular units by carcinoma in situ of 'ductal' type (Fig. 12.33–12.37). It is in such cases that the histopathologist may need to look to other areas to make a diagnosis by finding areas with more classic appearances. This does not deny the occasional necessity of diagnosing carcinoma in situ or atypical hyperplasia of both lobular and ductal type.

Lobular carcinoma in situ may present within fibroadenomas, and represents the most common malignancy to be discovered in this manner. 65% of the 62 cases of cancer in fibroadenoma have been LCIS (Pick & Iossifides 1984). Although extent of disease as related to lobular unit involvement may not be available to the microscopist, extensiveness of involvement by characteristic cells usually facilitates diagnosis.

### Clinical features and prognosis

The clinical implications of a diagnosis of lobular carcinoma in situ are derived from studies of the pathological content of breasts removed following the diagnosis as well as from studies of women followed after biopsy only. Careful examination of mastectomy specimens occasioned by the diagnosis of lobular carcinoma in situ at biopsy will usually reveal multifocal lobular carcinoma in situ, approximately 80% of which will appear in breast quadrants other than that in which lobular carcinoma was identified at time of biopsy. Approximately 6% of these breasts removed within several months following recognition of LCIS on biopsy will reveal invasive carcinoma (Carter & Smith



**Fig. 12.34** This large space is involved by cells of the type seen in lobular neoplasia thus providing mixed cues for subcategorizing the type of CIS. The tendency to rounded, gland-like or rosette-like formation favours DCIS (× 200).



**Fig. 12.35** The central spaces of this lobular unit, which is elsewhere characteristic of lobular carcinoma in situ, present a somewhat pleomorphic population of cells more reminiscent of ductal carcinoma in situ. A diagnosis of combined ductal carcinoma in situ and lobular carcinoma in situ should be considered (× 450).



**Fig. 12.36** Mimicry of lobular carcinoma in situ by the largely solid aggregates of cells in this cribriform ductal carcinoma in situ is evident in this lobular unit. Note tendency to formation of spaces and arches ($\times$ 75).

1977; Rosen et al 1979a, 1979b).

Follow-up of women not having mastectomy following biopsy recognition of lobular carcinoma in situ reveals that 20–30% of these women will develop invasive mammary carcinoma in the ensuing 15–20 years (Haagensen et al 1978; Rosen et al 1978) and that the incidence of carcinoma will be evenly distributed throughout the intervening years (Table 12.2). The most disturbing fact with regard to therapy is that almost 50% of these invasive carcinomas will occur in the breast opposite from that presenting with the lobular carcinoma in situ. Evidently LCIS is more of a marker for breast cancer risk than a direct precursor.

It is obvious that none of the several alternative choices for therapy is entirely satisfactory and that there is room for a considerable amount of clinical judgement and individual patient preference in decision-making. The therapeutic dilemma

**Table 12.2** Features of lobular caricinoma in situ.

*Anatomical* (all recognized by Foote & Stewart 1941)
  Inconspicuous character on gross examination
  Characteristic occurrence in lobular units
  Multicentricity
  'Pagetoid' extension into larger ducts
  Association with a distinctive type of diffusely infiltrative
    carcinoma with similar cells
  Cytoplasmic mucoid globules/vacuole
  Coexistence with other forms of infiltrating cancer

*Clinical*
  Incidence varies — around 1% of breast biopsies
  No clinical or anatomical correlates aid in identifying
    women with LCIS
  Subsequent invasive carcinoma after biopsy only (follow-up
    period of 15 years): 15–20% in ipsilateral breast and
    10–15% in contralateral breast

associated with the diagnosis of LCIS can best be understood by considering the variety of therapeutic approaches currently recommended. The general practice at some institutions is to follow



**Fig. 12.37a–c** These photographs from adjacent fields of a case of non-comedo ductal carcinoma in situ have variable patterns which may confound attempts at specific diagnosis. The micropapillary and cribriform patterns predominate. More solid aggregates mimic lobular carcinoma in situ at low power (**a**), but are found to contain small spaces at high power (**b**). The micropapillary pattern at high power includes a two-cell population of compact and clear cells (**c**), but each are characteristic of carcinoma in situ (**a** × 50; **b** × 150; **c** × 450).