JASON SHEASBY (Bar No. 205455)
jsheasby@irell.com
GARY FRISCHLING (Bar No. 130583)
gfrischling@irell.com
MACLAIN WELLS (Bar No. 221609)
mwells@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile:  (310) 203-7199

SANDRA HABERNY (Bar No. 260977)
shaberny@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive
Suite 400
Newport Beach, CA 92660-6324
Telephone: (949) 760-0991
Facsimile:  (949) 760-5200

Attorneys for Defendant and Counterclaimant
THE TRUSTEES OF THE UNIVERSITY OF
PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC.,<br><br>         Plaintiff and Counterclaim<br>         Defendant<br><br>    v.<br><br>THE TRUSTEES OF THE UNIVERSITY OF<br>PENNSYLVANIA,<br><br>         Defendant and Counterclaimant | Case No. 5:10-cv-02037-LHK (PSG)<br><br>**EVIDENCE CITED BY THE UNIVERSITY OF PENNSYLVANIA IN APPENDIX B TO THE JOINT CLAIM CONSTRUCTION STATEMENT** |

The University of Pennsylvania submits evidence cited by the University in

Appendix B to the Joint Claim Construction Statement, Docket Index No. 77.


By:   /s/ Jason G. Sheasby

Jason Sheasby (CA #205455)

Attorneys for Defendant and Counterclaimant
THE TRUSTEES OF THE UNIVERSITY OF
PENNSYLVANIA

# EVIDENCE CITED BY THE UNIVERSITY OF PENNSYLVANIA IN APPENDIX B TO THE JOINT CLAIM CONSTRUCTION STATEMENT
# TAB 57

Second Edition

# The Basic Science of Oncology

Ian F. Tannock
Richard P. Hill

# The Basic Science of Oncology

## Second Edition

### Editors

**Ian F. Tannock, M.D., Ph.D.**
**Richard P. Hill, Ph.D.**

The Ontario Cancer Institute
and
The University of Toronto
Toronto, Ontario
Canada

**McGraw-Hill, Inc.**
**Health Professions Division**

New York   St. Louis   San Francisco   Auckland
Bogotá   Caracas   Lisbon   London   Madrid
Mexico   Milan   Montreal   New Delhi   Paris
San Juan   Singapore   Sydney   Tokyo   Toronto

Q2
200
B3115
1992

WRIGHT STATE UNIVERSITY
FORDHAM HEALTH SCIENCES LIBRARY

THE BASIC SCIENCE OF ONCOLOGY

Copyright © 1992 by McGraw-Hill, Inc. All rights reserved.
Printed in the United States of America. Except as permitted un-
der the United States Copyright Act of 1976, no part of this pub-
lication may be reproduced or distributed in any form or by any
means, or stored in a data base or retrieval system, without the
prior written permission of the publisher.

1 2 3 4 5 6 7 8 9 0 MAL MAL 9 8 7 6 5 4 3 2

This book was set in Baskerville by Beljan, Ltd.
The editors were Jane E. Pennington and Lester A. Sheinis.
The production supervisor was Roger Kasunic.
The cover was designed by Carol Matsuyama.
Malloy Lithographing, Inc., was printer and binder.

ISBN 0-07-105407-3

**Library of Congress Cataloging-in-Publication Data**

The Basic science of oncology / edited by Ian F. Tannock, Richard
P. Hill.
     p. cm.
   Includes bibliographical references and index.
   ISBN 0-07-105407-3
   1. Cancer.    2. Oncology.    I. Tannock, Ian F.    II. Hill,
Richard P.
   [DNLM: 1. Neoplasms.    QZ 200 B3115]
RC261.B37 1992
616.99' 4—dc20
DNLM/DLC
for Library of Congress                          92-2884
                                                      CIP

# 1

# Introduction:
# Cancer as a Cellular Disease

*Richard P. Hill and Ian F. Tannock*

1.1 HISTORICAL PERSPECTIVE

1.2 CANCER CAUSATION

1.3 CANCER BIOLOGY

1.4 CANCER TREATMENT

REFERENCES

## 1.1 HISTORICAL PERSPECTIVE

Malignant tumors have been described in pictures or writings from many ancient civilizations, including those of Asia, South America, and Egypt. Bone cancers (osteosarcomas) have been diagnosed in Egyptian mummies. Cancer also occurs in all known species of higher animals.

Early cultures attributed the cause of cancer to various gods, and this belief was held generally until the Middle Ages. Hippocrates, however, described cancer as an imbalance between the black humor (from the spleen) and the other three bodily humors: blood, phlegm, and bile. Although incorrect, the theory was the first (~400 B.C.) to attribute the origin of cancer to natural causes. The suggestion that cancer might be an inherited or environmental disease appeared later: writings from the Middle Ages made reference to "cancer houses," "cancer families," and "cancer villages" that were shunned at all costs.

One of the first scientific enquiries into the cause of cancer dates from 1775 when Sir Percival Pott, an English physician, carried out what would now be described as an epidemiological study. At that time young boys were used as chimney sweeps in London, since they were small enough to climb inside the chimneys. Pott observed that young men in their twenties who had been chimney sweeps as boys had a high rate of death due to cancer of the scrotum. He suggested that the causative agent might be chimney soot (now known to be tar) and recommended frequent washing, and chang-

ing of clothing that trapped the soot, to reduce exposure to the "carcinogen." Pott's study not only identified a putative carcinogenic agent but also demonstrated that a cancer may develop many years after exposure to the causative agent, that is, that there can be an extended latent period.

Pott's deductions about the origin of scrotal cancer in chimney sweeps were made with little knowledge of the biological properties of tumors. The recognition that the growth of cancer results from a disordered proliferation of cells followed the development of the microscope. Microscopic examination of tumors allowed Virchow, the eminent 19th century pathologist, to declare that "every cell is born from another cell." Thus, cancer was established as a cellular disease, and most of the research into its causation, biological properties, and treatment is based on this underlying concept.

## 1.2 CANCER CAUSATION

Epidemiological studies have established associations between a number of environmental factors and the incidences of different types of cancer. Some of these associations are very strong (e.g., smoking and lung cancer) and almost certainly represent cause-and-effect relationships. Doll and Peto (1981) estimated that about 35% of cancer incidence in the United States may be due to dietary factors and about 30% to smoking. From these epidemiological studies has come the recognition that many types of cancer are potentially preventable.

Case 5:10-cv-02037-LHK   Document 108-6   Filed 02/11/11   Page 7 of 41

The most direct evidence for the carcinogenicity of environmental factors is an increase in cancer incidence in animals exposed to these factors. Such exposure has shown that a variety of different and seemingly unrelated factors can cause cancer. They include viruses, a wide variety of chemicals, and both ionizing and ultraviolet radiation. Most of these agents, however, share an important biological property: they can cause damage to or alteration of the DNA (deoxyribonucleic acid) in cells. This common property suggests that DNA is the essential target of all carcinogenic agents and that cancer arises as a result of changes in cellular DNA.

Additional evidence in support of this concept is as follows: (a) the existence of some (rare) forms of cancer whose incidence is directly dependent on hereditary factors; (b) a high incidence of cancer in individuals who have an inherited deficiency in their ability to repair lesions in DNA; (c) the incidence of several well-defined chromosomal changes in cells of specific types of cancer; (d) the existence of a number of genes ("oncogenes") that can transform normal cells into cancer cells; and (e) the identification of genes ("tumor suppressor genes") whose loss or inactivation leads to malignant transformation.

The genetic analysis of cancer cells is advancing rapidly because of the development of techniques that allow study of the base sequence of DNA and the cloning of genes. These techniques have shown that the transforming genes ("oncogenes") that are carried by some tumor viruses are similar in base sequence (but contain specific mutations) to genes found in normal cells (proto-oncogenes). The introduction of such altered genes into cells of immortalized normal cell lines may induce transformation of the cells to a malignant state. Some types of chromosomal rearrangement, such as the translocation that leads to the Philadelphia chromosome in cells of chronic myelogeneous leukemia, have been shown to involve proto-oncogenes, with resultant changes in the protein products of these genes. In hereditary tumors, such as retinoblastoma, a strong association with deletion of a specific cellular gene (not associated with any known viral oncogene) exists, suggesting loss of important genetic information in these cancer cells.

Current evidence suggests that the development of cancer involves a number of different genetic alterations, occurring sequentially in a cell, including the deletion of specific genes ("tumor suppressor genes"), the mutation of proto-oncogenes, and other chromosomal aberrations. These sequential changes are apparently associated with progression to increasing degrees of malignancy. The identification of genetic changes in malignant cells, and of the role that the protein products of involved genes play in cancer causation, is a central focus of current cancer research.

The normal development and growth of any multicellular organism requires controlled interactions between cells in the organism. Growth control depends on a variety of signaling mechanisms, which are mediated by hormones and growth factors. The growth of a cancer demonstrates the failure of such control mechanisms. This could occur because the cancer cell does not respond to the control signals, possibly because of damage to its DNA or to the presence of the products of oncogenes. Alternatively, it may be the homeostatic control mechanisms themselves that are disturbed or inappropriate. For example, loss of growth control may occur as a result of inappropriate secretion of growth factors, either stimulatory or inhibitory, by the tumor cells themselves or by the normal stromal cells surrounding the tumor cells. Alternatively, there may be modification, qualitatively or quantitatively, of growth-factor receptors on the cell surface or modification of the response to growth factors by alterations in the way the growth-factor–receptor complex transmits signals to the cell nucleus.

## 1.3 CANCER BIOLOGY

Most normal cells are differentiated; that is, they have developed specific morphology and function. During the process of differentiation, normal cells tend to lose their ability to proliferate, but many tissues of the body undergo a process of renewal in which the loss of mature cells is replaced by the proliferation of less-mature precursor cells (in renewal tissues, known as stem cells), which is followed by differentiation of their progeny. Most cancers probably originate from these precursor cells.

Evidence exists that cancers may arise from the transformation of a single precursor cell, which proliferates to form a clone, since all cells in the tumor may share some particular feature(s) of the original precursor cell. Despite the presence of such clonal markers, the cells in the clone are not necessarily identical; indeed, the cells in most tumors are quite heterogeneous with respect to their properties, suggesting that cancer cells continually modify their properties during the growth of the tumor.

In a cancer, cell proliferation usually continues independent of a requirement for new cells, and differentiation is impaired. Considerable differentiation may still occur in a cancer, however, and this usually allows the pathologist to recognize the tissue of origin. Thus, an adenocarcinoma arises from glandular epithelium (adeno = gland, carcinoma = tumor in tissue of epidermal origin) and an osteosarcoma arises from bone (osteo = bone, sarcoma = tumor in tissue of mesenchymal origin). The word "anaplastic" is used to describe a tumor with little or no evidence of differentiation.

The ability of cancer cells to invade other tissues and to spread to other parts of the body where they can generate new tumors (metastases) is an indication of the malignant nature of a cancer and is the major property that leads to death of the host. The mechanisms involved in this process of metastasis are poorly understood, but specific cellular properties, which may be expressed by only a small proportion of the cells in most tumors, are involved in the formation of metastases.

From the earliest studies of the biology of cancer, investigators have tried to find properties of cancer cells (known as their "phenotype") that are *consistently* different from properties of normal cells. This has been a daunting task in which the recurring theme has been failure to uphold claims for the specificity of any given property. An early example is the hypothesis of Warburg (1930) that cancer cells have a change in their metabolism, leading to an increased rate of glycolysis. This search for biochemical properties of tumors that differ from those of the corresponding normal tissue was facilitated by the work of Morris and his colleagues in which a series of about 50 transplantable rat liver tumors, known as Morris hepatomas (Morris, 1975), were developed. These tumors varied markedly in their growth rate and in the degree to which their architecture and enzyme patterns differed from normal liver; slow-growing tumors that showed only small differences from normal liver were referred to as "minimal-deviation hepatomas." The activity of a large number of enzymes has been studied in these tumors; for many of these enzymes, activity was found to correlate with the growth rate of the tumor. Not surprisingly, the changes in enzyme activity in the tumors were indicative of an increase in the activity of anabolic pathways and a decrease in the activity of catabolic pathways (Weber, 1977). These and many other phenotypic changes that were thought to characterize cancer cells were found instead to be simply a function of the increased cellular proliferation.

The cells in some spontaneous tumors, including those in man, have surface antigens that can be identified by monoclonal antibodies and that are not found in the corresponding normal tissue. Such antigens are often found in fetal tissue and appear to relate to the degree of cellular differentiation. Their specificity may be sufficient, however, to allow improvements in cancer diagnosis and imaging through the use of radio-labeled monoclonal antibodies, and in rare instances, may permit the design of specific therapy targeted against the tumor cells.

The many differences that have been observed between the properties of normal and cancer cells are not surprising when viewed in the light of the many types of genetic change that have been associated with cancer. It is possible that future research will discover some common links between these properties, but at present, none of the differences has been shown to be unique.

## 1.4 CANCER TREATMENT

The absence of specific identifiable differences between normal and malignant cells is a major barrier that has limited the development of specific anticancer therapy. Treatment has had to rely on spatial separation of tumor and critical normal tissue (surgery or radiotherapy) or on minor and empirical differences in the responses of tumors and normal tissues to systemic treatments such as chemotherapy. Thus, almost all types of cancer treatments cause significant damage to normal tissue; this situation is in marked contrast to that found with the use of antibiotics to treat bacterial diseases such as pneumonia, when cures can be achieved with little or no toxicity.

Tumor cure requires the treatment to cause all tumor stem cells to lose their ability to generate progeny that can regrow the tumor. Thus, the most important assay for cell "survival" after treatment tests the cell's ability to form a colony or clone of progeny (i.e., a colony-forming or clonogenic assay). Cell survival, defined in this way, is often found to be exponentially related to radiation or drug dose over a wide range. This observation implies that repeated identical courses of therapy kill a given fraction of the cells, rather than a given number. A clinically detectable tumor weighing 10 g may contain $10^{10}$ cells. Complete clinical remission (i.e., tumor shrinkage such that there is no longer evident tumor by physical examination or X-rays) is still consistent with the survival of as many as $10^8$ cells (~0.1 g tumor). Thus, a dose of radiation or drugs that causes complete remission may be much smaller than the dose required to produce cure.

If a cancer is diagnosed before metastasis has occurred, it is often curable by local treatment with surgery and/or radiotherapy. The choice of appropriate local treatment depends largely on the morbidity involved. Surgical removal of a tumor must include an adequate margin of normal tissue to allow for local invasive spread. Radiation treatment kills mammalian cells mainly by causing damage to DNA, but it is not specific for malignant cells. A major aim of research in experimental radiotherapy thus is to maximize the effect of radiation treatment on the tumor while minimizing the damage to the surrounding normal tissue. Current interest is focused on modifying fractionated treatment schedules to reduce normal tissue damage, on drugs that can radiosensitize specific subpopulations of tumor cells, and on methods of predicting the treatment response of individual tumors.

Many localized treatments fail because of the growth of metastases that were present but undetected at the time of treatment. Systemic treatment with cytotoxic drugs is often the only treatment that may influence all sites of metastatic disease. At tolerated doses, such treatment can be highly effective for certain types of cancer (e.g., lymphomas and testicular cancer), but it is rarely effective for many of the common types of solid tumors (e.g., lung cancer). A major limitation to the success of drug treatment is the presence in the tumor of drug-resistant cells that convey either initial resistance to treatment or subsequent resistance after the tumor has initially responded. There is considerable research interest in understanding the mechanisms involved in drug resistance; this research may lead to the design of new and better drugs or to the use of available drugs in more effective combinations.

Alternative approaches to cancer treatment include the use of hormones, which may be effective in inducing remission of some cancers that arise either hormone-sensitive tissues such as breast and prostate. Hyperthermia and photodynamic therapy are also being investigated as alternative or auxiliary treatments that can be combined with ionizing radiation or chemotherapy. Various approaches to immunotherapy have been tried clinically but classical approaches involving attempted immunization have met with minimal success. The development of monoclonal antibodies and of a number of agents that can stimulate specific components of the immune response (e.g., interferons, interleukins, tumor necrosis factor) has rekindled hopes for specific killing of tumor cells via immune-mediated effects.

All new treatments depend on therapeutic trials to investigate their efficacies in man. Erroneous conclusions can be drawn if clinical trials are poorly designed or performed, and several types of bias can make it difficult to interpret the results. The scientific method must be applied carefully in the design of such trials and should allow for better evaluation of new treatments.

Cancer is a progressive disease that is responsible for a high proportion of all deaths. Our current understanding of the basic biological processes underlying the development, growth, and treatment of cancer is explored in the subsequent chapters.

## REFERENCES

Doll R, Peto R: The causes of cancer: quantitative estimates of avoidable risks of cancer in the United States today. *J Natl Cancer Inst* 1981; 66:1191–1308.

Morris HP: Biological and biochemical characteristics of transplantable hepatomas. In: Grundmann E, ed. *Handbuch der Allgemeinen Pathologie*. Berlin: Springer-Verlag; 1975:6(7):277–334.

Warburg O: *The Metabolism of Tumours*. F. Dickens (trans). London: Arnold Constable; 1930.

Weber G: Enzymology of cancer cells. *N Engl J Med* 1977; 296:486–493, 541–551.

# 9

# Properties of Malignant Cells

*Ronald N. Buick and Ian F. Tannock*

9.1 INTRODUCTION

9.2 THE STEM CELL CONCEPT APPLIED TO TUMORS
    9.2.1 Cell Renewal in Normal Tissue
    9.2.2 Malignancy as Aberrant Cell Renewal
    9.2.3 Monoclonal Origin of Human Tumors
    9.2.4 Evidence for Stem Cells in Human Tumors
    9.2.5 Properties of Tumor Stem Cells
    9.2.6 Environmental Effects

9.3 TUMOR PROGRESSION AND HETEROGENEITY
    9.3.1 Tumor Progression
    9.3.2 Heterogeneity

9.4 MALIGNANT CELLS IN TISSUE CULTURE
    9.4.1 Propagation of Cells in Tissue Culture

9.4.2 Properties of Transformed Cells
9.4.3 Hybridization of Normal and Malignant Cells
9.4.4 Differentiation in Culture

9.5 GROWTH FACTORS
    9.5.1 Growth Factors, Receptors and Signal Transduction
    9.5.2 Platelet-derived Growth Factor
    9.5.3 Epidermal Growth Factor and Transforming Growth
        Factor-$\alpha$
    9.5.4 Fibroblast Growth Factors
    9.5.5 Transforming Growth Factor-$\beta$
    9.5.6 Other Growth Factors

9.6 SUMMARY

REFERENCES

## 9.1 INTRODUCTION

Human tumors vary greatly in their properties. They arise in different tissues and vary with respect to their retention of normal patterns of differentiation (tumor grade) and in their degree of invasion of surrounding tissue and metastasis to distant sites (tumor stage). The studies of cancer causation described in preceding chapters suggest strongly that carcinogenesis involves genetic alterations in cells whose progeny constitute the tumor mass. These genetic events lead to biological properties that collectively constitute the malignant phenotype. Many of these properties lead only to subtle differences from the normal cells of the tissue of origin, and the lack of specific distinguishing features between malignant and normal cells has been a major barrier to the development of tumor-specific therapy.

Information pertinent to the biology of the cancer cell has been derived from a variety of experimental systems. Broadly, these fall into three classes: spontaneous human tumors, transplanted or induced tumors in laboratory animals, and in vitro systems relying on tissue culture. Concepts that have been derived from study of these diverse systems are summarized in the present chapter.

## 9.2 THE STEM CELL CONCEPT APPLIED TO TUMORS

### 9.2.1 Cell Renewal in Normal Tissue

Studies of cellular proliferation in animals including man (chapter 10, section 10.5) have shown that normal tissues in the adult may be classified into those that are constantly renewing their population (e.g., bone marrow and intestine), those that proliferate slowly but may renew their population in response to injury (e.g., lung and liver), and those that are static (e.g., nerve and muscle). Most human tumors arise in renewing cell populations; others which originate in tissues with a slower rate of proliferation are often preceded by tissue injury that induces cell proliferation (e.g., irritants such as cigarette smoke in lung or hepatitis B infection in liver).

Renewal tissues represent a hierarchy of cells produced by differentiation and cell division from a small number of stem cells (Fig. 9.1). Stem cells have a high



**Figure 9.1.** The hierarchy of cells in a renewal tissue. The population is maintained by clonal expansion from a small number of stem cells, which must undergo self-renewal to avoid depletion. It is not known whether the number of cell divisions is constant during clonal expansion. The more mature cells may continue to differentiate without proliferating and are ultimately lost from the population. Homeostatic mechanisms maintain a balance between cell production and cell loss. There is an inverse relationship between cellular differentiation and proliferative potential.

capacity for cell proliferation, but their actual rate of cell division is usually quite low in the absence of tissue injury or demand. Various signals may operate on stem cells or their immediate progeny to indicate a need for more rapid proliferation. Slightly more mature cells in the hierarchy proliferate rapidly, leading to a large degree of clonal expansion and production of numerous differentiated cells. Examples are the myeloblasts and myelocytes in bone marrow and cells in the crypts of the small intestine (chapter 10, section 10.5). The potential for clonal growth of a cell appears to be related inversely to its state of differentiation, and there may be continued differentiation of mature cells after they have lost the capacity for proliferation. Thus, in bone marrow, meta-myelocytes mature into functional polymorphonuclear leukocytes and reticulocytes synthesize hemoglobin and mature into erythrocytes. Cell-renewal systems are under fine control so that loss of mature functional cells is balanced by production of new cells.

Stem cells have two critical functions (Fig. 9.1). First, they can generate a large family of descendants that will perform the function of the tissue. Second, they must demonstrate the property of self-renewal so that their numbers are not reduced by the process of differentiation. The molecular mechanisms that underlie this tight control are thought to be based on growth factors and hormones that act through receptor mechanisms in a tissue-specific fashion. These factors are discussed in sections 9.5; chapter 10, section 10.5; and chapter 13.

### 9.2.2 Malignancy as Aberrant Cell Renewal

Tissues with cell-renewal capacity may undergo expansion either with (metaplasia) or without (hyperplasia) changes in the proportion of differentiated cells. Examples are the cyclical changes in endometrial epithelium in response to hormonal changes during the normal menstrual cycle and the accumulation of epidermal cells in the benign skin condition known as psoriasis.

The reversibility of the proliferative response in hyperplasia and metaplasia distinguishes such proliferation from neoplastic growth, in which the response is permanent and inherited by subsequent generations of cells. Tumor growth therefore is related to heritable changes in the control of cell proliferation and differentiation. Several features of the tissue of origin may remain, and the rate of cell production may show only a small increase over the rate of cell loss (chapter 10, section 10.6). Tumors have been described as "caricatures" of normal tissue renewal (Pierce and Speers, 1988).

### 9.2.3 Monoclonal Origin of Human Tumors

Human tumors appear to be monoclonal, suggesting that they arise from a single transformed cell. This concept is supported by evidence that a unique identifying feature (a clonal marker) can be found in all the cells of many types of tumors (Wainscott and Fey, 1990). Clonal markers can be detected in almost all tumors of lymphoid origin. Immunoglobulins and their component heavy or light chains are secreted by malignant plasma cells in multiple myeloma; they are produced also by malignant cells of B-cell lymphomas and are expressed usually as antigens on the surface of the cell. Each clone of lymphoid cells expresses a unique immunoglobulin derived from rearrangement of the germline immunoglobulin genes (chapter 14, section 14.2.1); these rearrangements can be detected by molecular probes. Similarly, each clone of T cells expresses a uniquely rearranged T-cell receptor (chapter 14, section 14.2.7). Use of molecular probes to analyze these rearrangements in B-cell and T-cell lymphomas has shown that the same rearranged gene is usually present in all of the



**Figure 9.2.** The use of X-linked markers to study clonality in tumors. *a,* Females have random inactivation of an X-chromosome during development, and the cells then breed true. Subjects who are heterozygous for an X-linked enzyme (e.g., G6PD) have normal tissues that are heterozygous for production of the isoenzymes. *b,* A tumor originating in a single cell will produce only one isoenzyme, whereas a tumor of multicellular origin will produce both types. Molecular probes for other X-linked genes have allowed expansion of this method to a wide variety of tumors.

constituent cells of a given lymphoma, providing strong evidence of proliferation from a single antecedent cell (Minden et al., 1985).

Evidence for the monoclonal origin of other types of malignancy has accrued from analysis of X-linked genes or gene products in cells from tumors in women who are heterozygous at these genetic loci. One of the X-chromosomes becomes inactivated at random in all cells of females during early life. The normal tissues of heterozygous females are therefore mosaics that contain approximately equal number of cells in which one or the other (but not both) of the two alleles of a gene on the X-chromosomes are expressed. However, tumors arising in such individuals from a single antecedent cell will express only one allele of the gene, which can be studied by molecular probes or by analysis of the gene product. This method has been used extensively by Fialkow and his colleagues, who studied isoenzymes of glucose-6-phosphate dehydrogenase in malignant cells of heterozygous black females (Fig. 9.2). Several other polymorphic genes on the X-chromosome have now been studied in tumors and normal tissues by restriction-fragment-length polymorphisms in Southern blots (chapter 3, section 3.3.5). These techniques have been used to demonstrate clonality in at least 95% of the wide range of tumors that have been examined (Fialkow, 1974; Vogelstein et al., 1987).

Molecular probes may also be used to detect genetic changes in other chromosomes of malignant cells. These genetic changes may include point mutations in oncogenes, chromosomal rearrangements such as that which leads to the Philadelphia chromosome in chronic myelogenous leukemia (chapter 5, section 5.3.4), and deletions of tumor suppressor genes (chapter 4, section 4.5.3). Several investigators have documented the presence of unique genetic markers in a wide variety of malignancies, again providing evidence for their monoclonal origin. For example, Fearon et al. (1987) demonstrated clonal origin of 30 colonic adenomas (nonmalignant or premalignant tumors) and 20 colonic carcinomas using analysis of X-linked genes; they also found a second clonal marker, loss of chromosome 17p sequences (chapter 4, section 4.5.3) in most of the carcinomas, but not in the adenomas. This type of analysis has suggested the sequential selection of clonal populations occurs during progression from benign to premalignant to malignant tumors (see also section 9.3.1).

Although one explanation for these results is that tumors originate in a single cell, the results prove only that the tumor cells present at the time of observation had a common antecedent cell; this could occur in a tumor that arose in multiple cells if one of their progeny developed a sufficient growth advantage that its descendants became dominant in the tumor (see section 9.3.1).

### 9.2.4 Evidence for Stem Cells in Human Tumors

Two general theories have been proposed about the original transformed cell that initiates a tumor. First, a carcinogenic event might occur in a differentiated cell of a particular tissue, rendering that cell proliferative although retaining its ability to organize tissue-specific differentiation. The acquisition of proliferative features in a differentiated cell necessitates the concept of "dedifferentiation." The alternative theory proposes that tumors arise from carcinogenic events occurring in the stem cells of a particular tissue. The properties of stem cells are such that it is not necessary to assume "dedifferentiation" as a mechanism of tumor induction. Rather, it is proposed that the changes associated with the carcinogenic insult cause a defect in the control of the normal stem-cell functions—self-renewal and differentiation (Pierce and Speers, 1988).

The following evidence supports the validity of stem-cell mechanisms in the growth of human tumors:

1. The monoclonal origin of tumors that contain cells from multiple lineages of differentiation (e.g., CML) is consistent with the cell of origin being a stem cell.
2. Tissue-specific differentiation is a distinguishing feature of many human tumors, and evidence exists to support the ability of human tumor cells to differentiate in vivo and in vitro (section 9.4.4). In many tumors an inverse relationship has been observed between indices of cell proliferation and differentiation. Sequential studies of animal tumors following thymidine labeling have shown that differentiated cells (which cannot generate a tumor on transplan-

tation) are derived from undifferentiated cells that can generate tumors when transplanted into new hosts (Pierce and Speers, 1988). This relationship is similar to that which is observed in normal renewing tissues (Fig. 9.1).
3. Experience with radiation therapy suggests that in many human tumors only a small proportion of tumor cells has regenerative capacity. These conclusions are based on the knowledge of radiation sensitivity of human cells, and the fact that relatively small doses of radiation can achieve permanent local control of several types of tumor (Bush and Hill, 1975; Moore et al., 1983). These results would be expected if the proportion of stem cells in such tumors was 1 in 1000 or less since only stem cells would need to be sterilized to achieve cure.
4. A large degree of heterogeneity has been observed when properties of individual tumor cells have been studied (section 9.3). In some tumors it has been shown that proliferative potential and expression of differentiated phenotypes are restricted to separate subpopulations of cells (Mackillop et al., 1982). Also, studies of cell kinetics (chapter 10) show that tumor cells are not radically different from normal cells with respect to cell-cycle parameters. Rather, the major difference between normal and malignant tissue appears to be the failure of tumor stem cells to respond to the controlling signals that maintain normal homeostasis.

The stem-cell model has major implications for the treatment of human tumors. When the aim of treatment is cure or long-term control, then therapy must be directed toward eradication of stem cells, since only these cells maintain the potential to regenerate the tumor population (Fig. 9.3). If stem cells represent a small subpopulation of the total cells in some tumors, as suggested by the results of treatment with radiotherapy, then short-term changes in tumor volume may not reflect the effects of treatment on stem cells. Rather, stem-cell effects must be evaluated by placing the cells in an environment where they may express their potential to generate a large number of progeny, that is, a colony-forming assay.



**Figure 9.3.** The stem-cell model has important implications for cancer treatment. Curative treatment requires eradication of stem cells, whereas changes in cell proliferation or in tumor volume depend respectively on many or all of the cells in the tumor. Assessment of the effects of treatment against stem cells requires the use of a colony-forming assay, but it is possible that nonstem cells may form colonies of limited size.

### 9.2.5 Properties of Tumor Stem Cells

Unlike animal tumors, where transplantation assays can be used to quantitate cells with high growth potential, more indirect means must be applied to human tumors. One approach has been the assessment of colony formation by tumor cells in semisolid medium (Hamburger and Salmon, 1977; Courtenay et al., 1978). Figure 9.4



**Figure 9.4.** Major steps in assays used to assess stem-cell function of human tumors by colony formation in semisolid medium.

summarizes the essential features of some of these assays.

Formation of colonies in semisolid medium from stem cells in human bone marrow usually requires the addition of growth factors which stimulate one or more types of colony-forming cell to proliferate (chapter 10, section 10.5.1). Growth factors may be added directly to defined medium, or may be provided by serum and conditioned medium (i.e., medium that has been exposed previously to leukocytes or other cells). Although such additional factors are unnecessary for growth of colonies from many solid tumors, improved growth is often observed when hormones or growth factors are added to the medium. These data suggest that stem cells in tumors respond to mitogenic stimuli, and that they possess receptors for hormones or growth factors that are known to control the proliferation of cells in normal tissues (section 9.5).

Cloning efficiency of cells from solid tumors has been found to vary widely with culture conditions, but is usually in the range 0.001–1.0%. While these values are consistent with the presence of a small proportion of stem cells in human tumors, colony formation depends critically on the culture environment. Thus estimates of plating efficiency should not be regarded as estimates of the proportion of stem cells that existed in vivo.

Cells from human tumors may be separated into different fractions on the basis of size or density by using centrifugation techniques, prior to cloning in semisolid medium (e.g., Mackillop et al., 1982). These studies have shown enrichment of clonogenic cells in some fractions. The cells within these different fractions were studied for various properties including markers of differentiation, receptors for hormones or growth factors, or proliferative rate as measured by susceptibility to high-specific-activity tritiated thymidine (see chapter 10, section 10.3.5). The results suggested a rapid rate of proliferation of colony-forming cells in several human tumors, and indicated that overt markers of differentiation tend to be associated with cells that do not form colonies. The study of properties of clonogenic cells in tissue culture may be subject however to the selection of those clonogenic cells from tumors whose properties allow a high probability of growth in culture.

### 9.2.6 Environmental Effects

Studies of teratocarcinomas that may be induced in the mouse have provided important information about the relationship between malignancy, stem-cell concepts, and differentiation. These embryonal cell tumors can be induced by the implantation of mouse neural-crest embryo cells into the testes, demonstrating that these normal cells with high proliferative potential may become malignant under the influence of an abnormal environment (Stevens, 1967). Such teratocarcinomas have the potential for multiple pathways of cellular differentiation. Similar properties can also be observed in spontaneous human testicular tumors, which may differentiate in different regions to form apparently mature cells such as cartilage or muscle. Detailed studies by Pierce and his collaborators (1988) have established that transplantability of the murine teratocarcinoma is a function of primitive stem cells, whereas a variety of differentiated cells are unable to generate tumors on transplantation. On the basis of this model, he proposed a central role for abnormalities in stem-cell differentiation in human cancer.

Other experiments with teratocarcinoma cells have had an important impact in the field of carcinogenesis. When teratocarcinoma cells were incorporated into a very early embryo (blastocyst), intriguing and unexpected results were obtained (Brinster, 1974; Mintz and Fleischman, 1981). When grown to maturity, the blastocyst was found sometimes to produce a normal mouse, and the tissues of these mice had recognizable genetic markers which showed that they were derived both from teratocarcinoma cells and from the normal blastocyst

(Fig. 9.5). Some of the tumor cells retained full potential for normal differentiation even after multiple transplantation between animals as a tumor cell line.

The murine-teratocarcinoma model demonstrates that one particular type of stem cell may express either normal proliferation and differentiation, or may produce a malignant clone depending on its environment. The model emphasizes the close relationship between properties of normal and malignant stem cells. However, it differs from many other types of malignancy where there is strong evidence for genetic mutation; this evidence has been reviewed in chapters 4 and 5. In contrast, the high incidence of tumors in some strains of mice when embryo cells are implanted to the testis, and the retained potential of some teratocarcinoma cells to generate normal tissues when implanted into the blastocyst, is evidence against mutation as a cause of malignancy in this model. Environmental influences on the expression of genes appear sufficient to produce malignancy in these primitive embryonic cells.



**Figure 9.5.** Schematic illustration of experiments performed by Mintz and others (e.g., Mintz and Fleischman, 1981). These experiments demonstrate that stem cells of a transplantable murine teratocarcinoma could contribute to the development of a phenotypically normal but mosaic mouse when injected into the blastocyst. Genetically determined markers used to demonstrate mosaicism in adult tissues have included coat color, isoenzymes of glucose phosphate isomerase, immunoglobulins, hemoglobin, liver proteins, and melanin.

## 9.3 TUMOR PROGRESSION AND HETEROGENEITY

### 9.3.1 Tumor Progression

Many tumors show a tendency toward increasing malignancy with time. Evidence for this tumor progression comes from a number of observations:

1. In some tumors there is an orderly progression from benign tissue to noninvasive but premalignant lesions (e.g., carcinoma in situ of the cervix) to frank malignancy. In colon cancer (chapter 4, section 4.5.3), this progression is associated with sequential genetic changes in cells (Vogelstein et al., 1988).
2. There is a trend to increasing anaplasia and increasing chromosomal aberrations in human tumors that are studied at different phases of their life history.
3. Transplantation of spontaneous tumors into animals usually leads to an increase in growth rate and decreased differentiation in successive passages (Steel et al., 1966). It is unusual, however, to record increases in the rate of tumor growth of a human tumor in situ, perhaps because failing nutrition and increasing cell death (chapter 10, section 10.2) tend to counter the effects of increasing malignancy.

Nowell (1986) has provided a model for tumor progression (Fig. 9.6). He suggested that tumor cells tend to be genetically unstable, and therefore subject to a high rate of random mutation during clonal expansion from a single cell of origin. Many mutations will be lethal, or will place the cell at a disadvantage with respect to its neighbors; these subclones will disappear from the tumor population. A few of the mutations may convey greater autonomy and a selective growth advantage; these more malignant subclones will tend to become dominant in the population, leading to tumor progression.

Evidence in favor of the clonal evolution of tumors has been provided by studying the progression of tumors generated from mixtures of recognizable clonal populations. Waghorne et al. (1988) transfected DNA into mouse mammary carcinoma cells. Differences in the sites of insertion of transfected DNA in individual cells giving rise to RFLPs then could be used to identify given cell clones by Southern blot hybridization (chapter 3, section 3.3.5). Miller et al. (1988) transplanted mixtures of clones, derived from the same tumor, that could be recognized and selected by resistance to drugs. In both studies, it was found that tumors evolved predictably to be overgrown by a single clone, even though this clone of cells did not proliferate more rapidly in tissue culture or grow faster than nondominant clones when implanted independently into mice.

# 11

# Metastasis

*Richard P. Hill*

11.1 INTRODUCTION
    11.1.1 Spread of Cancer
    11.1.2 Metastases of Human Tumors

11.2 THE METASTATIC PROCESS
    11.2.1 Metastatic Inefficiency
    11.2.2 Stages of the Metastatic Process
    11.2.3 Detachment and Invasion
    11.2.4 Host Defense Mechanisms
    11.2.5 Arrest and Extravasation
    11.2.6 Establishment of a New Growth

11.3 METASTATIC ABILITY OF TUMOR CELL POPULATIONS
    11.3.1 Assays for Metastatic Potential
    11.3.2 Selection of Cell Populations with Specific
        Metastatic Properties

11.3.3 Organ Specificity
11.3.4 Clonal Populations and Heterogeneity

11.4 PROPERTIES OF METASTATIC CELLS
    11.4.1 Biochemical Properties and the Cell Surface
    11.4.2 Glycoproteins and Lectins
    11.4.3 Integrins
    11.4.4 Surface Antigens

11.5 GENETIC BASIS OF METASTASIS
    11.5.1 Oncogenes and Metastasis
    11.5.2 Metastasis-associated Genes
    11.5.3 Tumor Progression and Metastasis

11.6 SUMMARY

REFERENCES

BIBLIOGRAPHY

## 11.1 INTRODUCTION

The ability of the cells of a cancer to disseminate and form new foci of growth at noncontiguous sites (i.e., to form metastases) represents its most malignant characteristic and is responsible for the majority of cancer deaths. While clinicians have been relatively successful in the development of methods to treat solid tumors that are localized, they have been much less successful in their attempts to eradicate malignant disease when it has metastasized.

### 11.1.1 Spread of Cancer

Cancer cells can spread along tissue planes and into various tissues spaces and cavities, but the two major routes of metastatic spread are via lymphatic vessels or blood vessels. Indeed, for the purpose of clinical staging, metastases are subdivided into two groups: those in regional lymph nodes, which are usually regarded as having disseminated via the lymphatic circulation, and those which arise at more distant sites and organs,

which have usually spread via the blood vascular system (Fig. 11.1). It used to be thought that these two routes were independent options and sarcomas were regarded as most likely to spread via the blood vascular system, while carcinomas spread initially via lymphatics to lymph nodes, where the cells could be arrested before disseminating more widely. These two circulation systems are widely interconnected, however, such that they cannot be regarded as independent routes of spread.

Different types of tumors have different patterns of spread. Tumors of the head and neck, for example, usually spread initially to regional lymph nodes and only when more advanced to distant sites; thus localized therapy that includes treatment of regional neck nodes can be effective. In contrast, tumors of the breast can spread early to distant sites. Involvement of axillary lymph nodes at the time of primary treatment is correlated with the presence of distant metastases, but about 25% of patients with no evidence of lymph node disease at the time of primary treatment are later found to have widespread metastases. Thus, the lack of lymph-node metastases does not rule out the possibility that the cancer has disseminated via the blood vascular system.



**Figure 11.1.** The major routes by which cancer cells can spread from a primary tumor are through the lymphatic or blood vessels. These two systems are interconnected as illustrated. The vascular drainage for tumors of the GI tract is usually via the portal circulation, whereas for tumors at other sites in the body, drainage is via the systemic veins. (Adapted from Sugarbaker, 1981.)



**Figure 11.2.** The vascular spread of tumor cells results in most of the cells being delivered initially to the lung or (for gastrointestinal tumors) the liver, where they are likely to be arrested in the capillary bed. If the cells traverse the capillary bed of the first-pass organ, they can be distributed to the other organs where they may be similarly trapped.

### 11.1.2 Metastases of Human Tumors

Clinical observations (Sugarbaker, 1981; Plesnicar, 1989) have indicated that metastases from certain types of tumors tend to occur in specific target organs (e.g., see Table 11.1). While lungs, liver, lymph nodes, bone, and brain are the most common sites of spread, the lesser, more specific sites led Paget (1889) to propose the "soil and seed" hypothesis, in which he postulated that differential tumor-cell/host-organ interactions can occur, which are more or less favorable for metastatic development. The alternate, although not mutually exclusive, hypothesis is that the so-called "organ preference" can be explained largely on the basis of hemodynamic considerations (i.e., the number of metastases that develop

in an organ is related to the number of cells delivered to that organ by the blood and the number that are arrested in the capillaries) (Fig. 11.2).

Sugarbaker (1981) reviewed data on the dissemination of human cancers, obtained either from autopsies or from studies of the initial development of metastatic lesions in treated patients. The extensive data from autopsies demonstrated the concept of organ specificity for metastases (Table 11.1), but sites of initial metastases tended to be the organ containing the first capillary bed encountered (first-pass organ) by the cells after release from the tumor (Fig. 11.2). For tumors whose blood supply drains into the systemic veins, this would be the lung, while for tumors whose venous drainage is into the

**Table 11.1.** Clinical Metastasis to Specific Target Organs

| Primary Tumor | Common Distant Secondary Sites |
|---|---|
| Clear-cell carcinoma of the kidney | Lung, bone, adrenal |
| Gastrointestinal carcinomas | Liver |
| Prostatic carcinoma | Bone |
| Small-cell carcinoma of the lung | Brain, liver, bone marrow |
| Melanoma in the skin | Liver, brain, bowel |
| Melanoma in the eye | Liver |
| Neuroblastoma | Liver, adrenal |
| Carcinoma of breast | Bone, brain, adrenal, lung, liver |
| Follicular carcinoma of thyroid | Bone, lung |

portal system (gastrointestinal cancers), it would be the liver. These findings suggest that there are sites of initial metastatic development from which further metastases are spread to other (tumor-specific) organs. The development of metastases as sequential tertiary or quaternary growths is illustrated by the metastatic patterns observed at autopsy in patients with colorectal cancer (liver only, liver plus lung, or liver and lung plus other organs; Weiss, 1990). Alternatively, the observations may reflect the trapping of most tumor cells in the first-pass organ so that relatively few viable cells reach the arterial circulation in which they can be distributed to all parts of the body. Thus even if the probability that a tumor cell will survive and initiate a metastasis in the first-pass organ is very much lower than that for another (tumor-specific) organ, the large number of cells trapped could result in an overall higher chance of metastasis formation in the first-pass organ. It appears likely that both hemodynamic factors and the selective growth of cells in certain organs influence the distribution of metastases from human tumors.

Recent studies in animals have allowed dissection of the many steps involved in the metastatic process and a partial elucidation of the basis of metastatic distribution. The remainder of this chapter discusses some of these studies.

## 11.2 THE METASTATIC PROCESS

### 11.2.1 Metastatic Inefficiency

The ability of tumor cells to establish metastases appears to be a very inefficient process. Blood samples taken from cancer patients, particularly during or just after surgery, often appear to contain significant numbers of tumor cells, yet the patients do not always develop metastatic disease. Glaves et al. (1988) took samples of blood from the renal vein in 10 patients undergoing surgery for renal cell carcinoma and estimated that tumor cells were being released at rates of $10^7$–$10^9$ cells per day. Two of the patients had no evidence of metastatic disease 30 and 55 months after the surgery. Such studies have been criticized on the basis that blood samples taken at the time of surgery may not be representative and that many of the tumor cells may not have been viable, but studies in tumors in experimental animals support the concept that many viable tumor cells are released into the circulation. By collecting blood samples from the sole efferent vessel of a carcinoma growing in the rat ovary, a tumor that forms very few metastases, Butler and Gullino (1975) estimated that about 1 million tumor cells were released every 24 hours. Similar results have been obtained from the shedding of cells into lymphatic vessels (Carr and Carr, 1980). Glaves (1983),

who sampled blood from the right ventricle, estimated that between $10^7$ and $10^8$ viable cells are shed into the blood during the growth of transplantable B16 melanomas and Lewis lung tumors (approximately 20 days), but these cells gave rise to less than 100 lung metastases per mouse. Furthermore, in the large number of experiments in which tumor cells have been introduced directly into the circulation of mice or rats, it is rare that more than 1% of such cells form tumor nodules. More commonly, the efficiency is two or more orders of magnitude lower.

The inefficiency of the metastatic process leads naturally to the question of whether metastasis is a random or a specific process. A small subpopulation of the cells in a tumor may express properties that give the cells a higher probability of being able to form metastases, or all tumor cells may have an equal probability of forming metastases but only a few manage to survive through the various stages of the process (Fig. 11.3). There is substantial evidence that specific cellular properties are associated with metastasis formation. This evidence, discussed in more detail in sections 11.3 and 11.4, ranges from the observation of organ preference to the isolation of specific gene products associated with metastasis. Support for the random nature of the metastatic process derives from extensive studies which have failed to dem-



**Figure 11.3.** Schematic illustration of the various stages of the metastatic process.

onstrate that cells obtained from metastases are consistently more metastatic than cells from the parent tumor, as would be expected if such cells were expressing a stable phenotype that predisposed them to form metastases (see Weiss, 1990 for review). Although it is often possible to select cell populations with increased metastatic ability in mice by serial passaging of tumor cells from metastasis to metastasis, (section 11.3.2), these populations rarely achieve a metastatic efficiency greater than 1%–2%. Part of the explanation for these observations may be that metastatic phenotypes can be unstable (section 11.3.4), but it is likely that both random and specific elements are involved in the metastatic process.

### 11.2.2 Stages of the Metastatic Process

The process that a cell must undergo to form a metastasis is complex, involving escape from the primary tumor, movement to a new location, and establishment of growth at the new site. The various steps associated with the process, sometimes called the metastatic cascade, are essentially the same whether the cell escapes into lymphatic or blood vessels, and are illustrated in Figure 11.3. To be successful in forming a metastasis, a cell must be proficient in negotiating each of the stages depicted in Figure 11.3. It is not sufficient that it be highly capable in only one or two stages. Thus there is probably no single property of a tumor cell that is uniquely associated with the ability to form metastases.

### 11.2.3 Detachment and Invasion

The ability of cancer cells to invade is characteristic of malignancy. Before cells can invade they must be able to detach from their parent tumor mass, and the site of initial detachment will likely influence whether the initial route of spread is via the lymphatic or venous system. In tumors in which there is ready access to the blood stream, cell detachment or shedding can occur directly into the blood vessels. This may occur as a result of prior invasion of the tumor mass into vessels or because vascular channels in some tumors can be lined with tumor cells.

A higher rate of detachment has been associated with rapid tumor growth and the extent of necrosis in a tumor, as well as mechanical stress and increased cellular activity of various enzymes (Weiss and Ward, 1983). Decreased levels of cellular adhesion molecules (section 11.4.3), which are involved in adhesion of cells to substrates and to each other, may also facilitate detachment. Transformation of cells is often associated with altered expression of such molecules on the cell surface. There is also substantial evidence for increased secretion of a range of proteases (section 11.2.5), which may assist detachment, and for the production of motility factors that may promote cell movement (Liotta, 1989).

Histopathological studies have indicated that metastatic cells, as well as normal leukocytes, are able to traverse basement membranes. Most in vitro studies of this process have examined penetration through membranes from the endothelial cell side (i.e., extravasation rather than intravasation), but it is generally assumed that similar mechanisms are involved. These mechanisms are discussed in more detail in section 11.2.5.

### 11.2.4 Host Defense Mechanisms

Experimental studies in which radiolabeled tumor cells have been injected into the systemic or portal veins have demonstrated that the majority of cells are arrested initially in the lung or liver capillaries, respectively (i.e., the first capillary bed they encounter). Over a period of a few hours most of the cells are lost from this initial site of arrest, apparently as a result of cell death. This rapid loss of cells is not well understood but as seen in Figure 11.4, it can account for 90%–99% of the cells. Possible mechanisms for the death of cells include mechanical stresses in the small blood vessels, poor nutrition, toxicity due to high oxygen levels in the blood, or the action of specific or nonspecific immune effector cells such as T lymphocytes, polymorphs, macrophages, or natural-killer (NK) cells.



**Figure 11.4.** The arrest and retention of tumor cells in lung was assessed by injecting the animal intravenously with radiolabeled tumor cells and then determining the radioactivity remaining in the lungs at various times after the injection.

Immunological mechanisms (see chapter 14, section 14.3) are involved in defense against metastatic development for some experimental tumors in rodents. Many experimental tumors, especially those induced by injection of chemical carcinogens or viruses or resulting from exposure to UV light, can be highly immunogenic and, although they grow locally, they rarely metastasize. It has been shown that T-lymphocyte-dependent cytotoxicity is active in preventing metastases by such tumor cells, both by establishing an inverse correlation between the degree of immunogenicity and metastatic ability and by demonstrating that a range of different immunosuppressive procedures can increase the metastatic ability of the tumor cells. These observations explain why many experimental tumors are poorly metastatic, but their relevance to human tumors or even spontaneous animal tumors is unclear, since few, if any, such tumors demonstrate significant immunogenicity in vivo (see chapter 14, section 14.3).

Tumor cells that are non- or only weakly immunogenic, or those that are implanted into T-cell-deficient animals (nude or immune-deprived mice or rats) also often fail to metastasize. This is particularly true of transplants of human tumors into nude mice. It has been suggested that NK cells, which act against malignant cells nonspecifically and are present in increased numbers in nude mice, play an important role in controlling the metastatic ability of such tumor cells. Hanna (1984) has shown that there is an inverse correlation between the activity of NK cells in the host animal and the metastatic ability of injected tumor cells. Studies by Greenberg et al. (1987) demonstrated that NK cells acted in the first few days after intravenous injection of H-ras-transformed fibroblasts into mice to regulate seeding and early growth of metastases. In general, NK cells appear to be most effective against circulating blood-borne tumor cells and exhibit only a limited effect against tumor cells that have already formed small metastatic foci.

## 11.2.5 Arrest and Extravasation

The arrest of tumor cells in the small blood vessels of organs is often associated with thrombus formation involving the interaction of the cells with platelets and leukocytes. Thrombi have been observed around arrested tumor cells but apparently remain for only a few hours before being broken down, presumably by fibrinolytic enzymes such as plasmin produced or activated by the tumor cells. Such thrombi might provide protection for the cells against mechanical trauma due to the blood flow, and against host cells. Adhesion between the tumor cells themselves may also be involved in cell arrest. Experimental studies in which different numbers of tumor cells have been injected intravenously into mice

have indicated that the efficiency of metastasis formation per cell injected increases when very large numbers (~$10^6$) of cells are injected (Hill et al., 1986). Similarly, injection of small clumps of tumor cells results in increased efficiency of metastasis formation.

The importance of thrombus formation in the development of metastasis is controversial. Administration of anticoagulants can reduce the number of metastases after intravenous injection (experimental metastases) but has little effect on formation of spontaneous metastases (Hilgard, 1984). Aggregation with platelets may be more important. Cancer cells are found associated with loose aggregates of platelets and some tumor cells have been shown to be capable of inducing platelet aggregation by releasing procoagulant activity (Gasic, 1984). Platelet adhesiveness is related to a balance of prostaglandins (prostacyclin and thromboxane)—which are produced by endothelial cells and platelets, respectively—and the presence of tumor cells may disrupt this balance since some tumor cells can release prostaglandins (Stringfellow, 1984). Drugs that modify prostaglandin synthesis have been shown to affect the numbers of both experimental and spontaneous metastases formed in experimental animals (see chapter 19, section 19.3.2).

In vitro studies of tumor-cell attachment to and invasion through endothelial cell monolayers and their basement-membrane-like matrix have been reviewed by Nicolson et al. (1984) and Liotta (1986). The basic concepts are illustrated in Figure 11.5.

The first step, attachment to endothelial cells, is mediated by cell adhesion molecules (CAMs), which include the I-CAM and N-CAM family (cadhedrins), cell-surface lectins, and lectin-binding glycoproteins expressed by the cells (section 11.4.2). Recent studies (see Pauli et al., 1990 for review) have demonstrated that endothelial cells, derived from the small vessels of different organs, express different levels of such molecules, so



Attachment to endothelial cells

Retraction and/or attachment to denuded basement membrane

Enzyme digestion and movement through the basement membrane

Escape into the interstitial space

**Figure 11.5.** Schematic representation of the processes involved in extravasation of a tumor cell through the wall of a capillary. (Adapted from Nicolson, 1982.)

that adhesion to endothelial cell monolayers by tumor cells depends on the origin of the endothelial cells as well as the tumor cells. Such organ differences in endothelial cell adhesion appear to be due to quantitative, rather than qualitative, differences in expression of endothelial-cell-surface components and may provide one explanation for organ preference of metastasis formation.

Following attachment to the endothelial cells, the tumor cell extends pseudopodia into the endothelial cell junctions or induces endothelial cell retraction, allowing access to the basement membrane. Alternatively, the cells may attach directly to regions of denuded basement membrane. The subendothelial basement membrane is usually a better adhesive substrate for tumor cells than the endothelial cell surface, so that trauma and inflammation, which may lead to denudation of the basement membrane, can facilitate tumor cell attachment. Adhesion to basement membrane involves binding to membrane components such as laminin, fibronectin, vitronectin, type IV collagen, and proteoglycans (Liotta, 1986; Nicolson, 1988). This binding appears to be mediated by cell-surface receptors, many of which are part of the integrin family (section 11.4.3).

The third step is digestion of the basement membrane by various proteolytic enzymes that are produced by the tumor cells (and perhaps by normal cells in the vicinity). Many different proteolytic enzyme activities have been found to be released by tumor cells growing in vitro (see Fig. 11.6). Examples are plasminogen activator (uro-kinase-type, uPA), which acts on plasminogen in the blood to release plasmin, the various metalloproteinases (which include type IV collagenase and stromelysin), and the lysosomal cysteine proteinases known as cathepsins (Liotta, 1990 and following papers for review). These enzymes are usually secreted in a latent form and are activated by the action of other proteases (such as plasmin) or possibly by environmental conditions such as acidity. Concerted action by these and perhaps other enzymes is probably required to degrade the basement membrane and extracellular matrix and allow escape of the tumor cell into the interstitial space. Inhibitors of these enzymes have also been identified and can be produced by malignant and normal cells, examples are PAI (plasminogen activator inhibitor), TIMP-1 and TIMP-2 (tissue inhibitors of metalloproteinases) (Stetler-Stevenson, 1990), and stefin A which inhibits the action of cathepsins (Sloane et al., 1990). Under normal physiological conditions, proteolysis is under strict control with the activated proteinases and their inhibitors in balance, but when malignant cells invade tissues, this balance is disturbed, allowing uncontrolled invasion. The important role of inhibitors is illustrated by the work of Khokha et al. (1989), who demonstrated that down-regulation of TIMP-1 activity in murine fibroblasts, using transfected antisense RNA (see chapter 3, section 3.3.11), resulted in increased invasive capacity and ability to form tumors that metastasized in nude mice. Similarly, increased levels of TIMP-1 or TIMP-2 can reduce the invasive capacity of malignant cells (Testa and Quigley, 1991).

## 11.2.6 Establishment of a New Growth

The extravasation of tumor cells permits them access to the tissue interstitial space, where they can divide and grow if conditions are appropriate. The appropriateness of the growth conditions in a *specific* organ for a *particular* tumor cell is an important aspect of Paget's "soil and seed" hypothesis to explain organ specificity of metastases (1889). Most experimental studies have concentrated on cellular properties (the seed) and only recently have specific organ properties (the soil) received attention. The observation that cells require specific growth factors for proliferation and the emerging relationship between oncogenes and growth factors (see chapter 5, section 5.4 and chapter 9, section 9.5) have resulted in current theories about "soil" properties being largely concerned with such factors. A number of different soluble "organ-derived" factors have been identified that show some specificity for stimulation of the growth, in vitro, of tumor cells that preferentially metastasize to the particular organ involved (Nicolson, 1988). Some of these soluble factors are known growth factors while others are new. An example of the latter is lung-derived growth factor that is a 65-kDa glycoprotein (Cavanaugh et al., 1989).

Tumor cells are less dependent on growth factors than normal cells and there is evidence that the more autonomous the cells, the more capable they are of forming tumors in animals (e.g., nude mice) and of metastasizing. For many tumor cells, lack of dependence on an exogenously produced growth factor is a result of autocrine production of such factors and/or modification of response to such factors (see chapter 9, section 9.5). An example is transforming growth factor $\beta$ (TGF-$\beta$), which



**Figure 11.6.** Illustration of some of the proteolytic enzymes that can be released by malignant cells and some of their possible activities. (Adapted from Nicolson, 1982.)

usually inhibits cell proliferation (Barnard et al., 1990). Schwarz et al. (1988) reported that the in vitro growth of highly metastatic H-*ras*-transformed murine fibroblasts was stimulated by TGF-$\beta$, whereas the growth of parent fibroblasts and tumorigenic but non- or poorly metastatic lines was inhibited. These authors have also reported recently that the highly metastatic lines produced increased levels of TGF-$\beta$, mostly TGF-$\beta_1$, while the poorly metastatic lines and the parent line, from which all the lines were derived, produced mostly TGF-$\beta_2$ (Schwarz et al., 1990). A larger fraction of the TGF-$\beta$ produced was in active form in the highly metastatic cells.

Another important aspect of the growth of a metastasis is the ability of the tumor cells to induce angiogenesis (growth of new blood vessels) (chapter 10, section 10.6.2). A number of different growth factors, particularly basic fibroblast growth factor (FGF-b), have been found to be angiogenic and to stimulate endothelial cell growth and morphological differentiation (Folkman, 1990 and following papers). Without such angiogenesis, a tumor would not obtain a blood supply and would be unable to grow larger than a few millimeters in diameter because of diffusion limitations (chapter 10, section 10.6.2).

## 11.3 METASTATIC ABILITY OF TUMOR CELL POPULATIONS

A wide range of experimental models has been used for the examination of metastatic behavior in vivo, ranging from spontaneous tumors to highly transplantable tumors. The relevance of various model systems to metastatic human tumors is often questioned but model systems are required for examination of specific aspects of the complex metastatic process. The interpretation of results must, however, recognize the limitations of the chosen model.

### 11.3.1 Assays for Metastatic Potential

Studies of metastatic potential have usually been performed in rodents because of the availability of a wide range of tumor systems and inbred strains of animals. One exception is the use of the chorioallantoic membrane in chicken eggs to study the invasive properties of tumor cells and to examine metastasis in the chick embryo itself (Fig. 11.7). A small window is made in the shell of the egg and cells are introduced either on the membrane surface or injected directly into blood vessels in the membrane. Invasion of the cells across the membrane can be observed microscopically and the formation of metastases in organs of the chick embryo can be quantitated. Because of the minimal immunological capacity of the early chick embryo, this system has been



**Figure 11.7.** Assay for invasion and/or metastatic properties of tumor cells using the chick chorioallantoic membrane (CAM).

used to study invasion and metastasis not only from chick cells but also from rodent and human cells.

In rodents, most studies have examined hematogenous spread of metastases and three basic procedures have been adopted (see Fig. 11.8). Tumor cells can be injected directly into the arterial or venous blood circulation and allowed to disseminate and arrest at various sites. If the cells are radiolabeled (usually with $^{125}$IdUrd which is incorporated into DNA in place of thymidine) then killing of the animals at various times and counting the radioactivity in different organs will give information about the initial arrest and subsequent survival of the tumor cells (see Fig. 11.4). Alternatively, the cells can be allowed to form metastases and their number and distribution in the various organs may be quantitated. This latter procedure is often called a colonization or experimental metastasis assay.

In a spontaneous metastasis assay, tumor cells or pieces of tumor are implanted at a local site (e.g., subcutaneously or intramuscularly) where they can form a tumor. Tumor cells can escape into the circulation and move to other sites to form metastases, which can then be quantitated after killing the animal. To allow sufficient time for cells seeded from a local tumor to form macroscopically detectable metastases, it may be necessary to remove the local tumor surgically or to ablate it with radiation. It is also possible to use a spontaneous metastasis assay to examine the ability of cells to form lymphatic metastases by implanting the cells into the hind footpad of the animal. Such primary tumors will often spread to the popliteal lymph node, which can easily be examined for tumor growth.

The assays described above do not examine a single metastatic property of the cells; rather they examine the end result of a combination of properties. An experi-



**Figure 11.8.** Schematic representation of experimental and spontaneous metastasis assays in mice.

mental metastasis assay tests the ability of cells to survive in the circulation, to arrest in a target organ, to avoid host defenses, to invade a new organ, and to establish a new tumor growth (i.e., the latter part of the metastatic cascade). Study of spontaneous metastases tests all these properties plus the ability to initiate tumor growth at the local site and to invade and to disseminate into blood vessels. Although many properties are required for metastasis formation, one specific property may represent a "rate-limiting step," controlling the frequency of metastasis formation. It is possible that this rate-limiting property may be different for different tumors.

The experimental and spontaneous metastasis assays have been compared using several different tumor cell lines with different metastatic properties. Varying degrees of correlation have been observed. Some cell populations, which are effective at forming metastases after intravenous injection, can be very inefficient at forming spontaneous metastases. This result may be anticipated because the experimental metastasis assay tests only part of the metastatic process. The selection of the B16F10 metastatic cell population (see section 11.3.2) is an example of the selection of cells for increased efficacy in the latter part of the metastatic process, because these cells are much more effective in forming experimental metastases than the parental B16F1 cells but show little difference in ability to form spontaneous metastases. The B16BL6 cell line, however, which was selected for increased invasive capacity (see section 11.3.2), demonstrates increased metastatic ability in both assays (Weiss, 1990).

Recent studies have demonstrated that the local site of growth of an implanted tumor may also influence its capacity to seed spontaneous metastases (Fidler, 1990).

Tumors that are transplanted (and grow) in orthotopic sites (tissue of the same pathological type as the tumor) are more likely to seed metastases than tumors grown in ectopic sites. This situation has been shown particularly for human tumor xenografts in nude mice, for which subcutaneous implantation and growth rarely gives rise to metastases. The mechanisms underlying these effects are unknown but may relate to the ability of the tumor cells to respond to organ-specific factors. The dense fibrous capsule that often forms around subcutaneously transplanted tumors may also restrict release of cells from the tumor.

### 11.3.2 Selection of Cell Populations with Specific Metastatic Properties

Cells with increased or decreased ability to generate metastases may be selected from experimental tumors. The now classical example of this approach is the selection of the B16F10 cell population from B16 mouse melanoma cells by Fidler (1973). The procedure (see Fig. 11.9) involved serial passage of the cells through animals, with selection at each stage for cells that had formed lung metastases. The cells from the lung metastases were grown in culture to expand their number before being reinjected in animals. After 10 such passages, a population of cells was obtained (termed B16F10 cells) that was about 10 times as efficient at forming experimental lung metastases after intravenous injection as the starting B16F1 cell population. Many groups have worked with these cell populations (B16F1 and B16F10), and this difference in metastatic efficiency is usually found to be a stable property of the B16F10 cell line, although there is some variation in the numerical differences found. Other investigators have been successful, using similar



**Figure 11.9.** Procedures used for selecting highly metastatic cell populations from B16 melanoma cells. The B16F10 cells were selected by passaging the cells 10 times through the lungs of mice, while the B16BL6 cells were selected by requiring them to invade 6 times through the walls of mouse bladders.

approaches, in selecting cell populations from a number of experimental tumors that have enhanced metastatic ability in a variety of organs including lung, liver, ovary, and brain.

A range of in vitro attributes, which are potentially related to various stages of the metastatic process, have also been used to select for cells that, when tested in vivo, were found to have altered metastatic ability. These procedures have included detachment from monolayers, resistance to lysis by lymphocytes, resistance to lectin-mediated toxicity, attachment to collagen, and the ability to invade various tissues maintained in organ culture. In one such experiment (Hart, 1979), B16 melanoma cells were placed inside a mouse bladder suspended in semisolid agar with tissue culture medium. Cells that were capable of migrating through the bladder wall and growing in the agar were selected and the process was repeated sequentially 6 times (see Fig. 11.9). The cell line obtained (called B16BL6) is highly invasive and more efficient at forming spontaneous metastases than unselected B16 cells.

### 11.3.3 Organ Specificity

The concept of organ specificity of metastatic development, derived from autopsy studies (see section 11.1.2), is supported by investigations using animal tumor models. It has been found (see, e.g., Tarin and Price, 1981) that cell populations which form a large number of metastatic deposits in one organ (e.g., the lung following in-

travenous injection of the cells) are not necessarily capable of doing so in another (e.g., liver following intraportal injection).

More specifically, it has been possible to obtain populations of cells that have enhanced ability to form metastases in particular organs by serially selecting cells from metastases in these organs. Furthermore, it has been shown that cells which form metastases preferentially in the lung will "home" to this organ even when it is transplanted ectopically into a subcutaneous site; such cells do not form metastases in other organs that are transplanted ectopically (Hart and Fidler, 1981).

The selection of cell populations with enhanced or organ-specific metastatic properties suggests either that cells can adapt to growth in a specific organ or that specific metastatic cells preexist in the tumor cell population at low frequency and that the selection procedure increases this frequency. Experiments in which cells were serially passaged by direct injection into particular organs demonstrated that growth in the organ did not, of itself, enhance the ability of cells injected intravenously to form metastases in that organ. The possibility of the presence of subpopulations of cells, with specific metastatic properties, within a tumor cell population has been examined using cloning experiments and is discussed in section 11.3.4.

### 11.3.4 Clonal Populations and Heterogeneity

Fidler and Kripke (1977) cloned B16 melanoma cells by plating in vitro at limiting dilution so that any growth could be expected to originate from a single cell. A number of clones were isolated and were expanded in culture and the cells were tested for their ability to form experimental metastases (see Fig. 11.10). The number of metastases produced by any one clone was relatively constant within the group of mice injected, but the individual clones demonstrated a wide variation among themselves. These results indicated wide heterogeneity in metastatic ability between the different clones, and limited experiments in which subclones were isolated and tested suggested that the individual clones "bred true" in terms of metastatic ability. This result is consistent with the presence, in the original tumor cell population, of cells with different metastatic abilities. In subsequent experiments, similar results have been described for a wide range of different tumor cell lines, including a number of newly induced tumors. In a number of these cloning studies, heterogeneity has been demonstrated both for the formation of experimental metastases and for production of spontaneous metastases.

These findings, which demonstrate wide variation between clonal populations, have been interpreted to indicate that the parental tumor population is heterogeneous



**Figure 11.10.** Clonal heterogeneity is demonstrated by establishing a series of clones from a tumor cell population and, after expansion, testing them for metastatic ability. Although there is some variability in the number of nodules observed in different animals injected with cells from the same clone, there is much greater variability between the clones.

and that the cloning procedure reveals this heterogeneity. However, subsequent studies of the metastatic properties of clonally derived populations have often shown them to be relatively unstable. Moreover, results reported by Hill et al. (1986) suggest that much of the heterogeneity observed between clones could be the result of stochastic generation of metastatic variant cells during clonal growth.

These authors applied Luria-Delbruck fluctuation analysis (see chapter 19, section 19.2.2) to examine the heterogeneity of the metastatic properties observed in cloned populations of two murine tumor cell lines (one of which was B16 melanoma). They found that metastatic variant cells (cells capable of forming experimental metastases) were generated spontaneously during the growth of the clonal populations, so that clones grown to larger sizes contained proportionally more cells capable of forming experimental metastases (see Fig. 11.11). To explain these results, they postulated a "dynamic heterogeneity" model in which it was proposed that, during growth, cells can acquire metastatic properties because of heritable phenotypic changes but that these changes are unstable (i.e., such properties are acquired and lost over the course of 10 to 30 cell divisions). Thus, a growing clonal population initially accumulates metastatic variant cells but increasingly tends to establish a dynamic equilibrium between a small subpopulation of highly metastatic (variant) cells and a majority of essentially nonmetastatic cells.

The "dynamic heterogeneity" model is similar in con-

cept to the "transient metastatic compartment" model (see Weiss, 1990) which proposes that, while all viable tumor cells have metastatic potential, some may have a capacity which is temporarily enhanced by differing metabolic or cell-cycle states, by random epigenetic events, or by other physiologic variations associated with growth in a tumor. These two models emphasize the idea that specific phenotypes may not need to be expressed stably to enhance metastasis formation.

Heterogeneity within tumor cell populations is not confined to metastatic ability but is characteristic of many other properties such as antigenicity and response to drugs. Furthermore, interaction has been shown to occur between different cloned populations, leading to modulation of the expression of these properties in the individual clones (Poste and Greig, 1982; Heppner, 1984).

## 11.4 PROPERTIES OF METASTATIC CELLS

It is the outer plasma membrane of a cell that interacts with the environment; thus any change in metastatic properties seems likely to involve changes at the cell surface. The general structure of the plasma membrane of a normal cell is illustrated in Figure 11.12 and consists of a lipid bilayer in which are embedded a large number of membrane proteins. Many of the proteins have covalently linked oligosaccharide chains (glycoproteins) that are attached on the outside of the cell membrane.

188                                        THE BASIC SCIENCE OF ONCOLOGY



**Figure 11.11.** The generation of metastatic variant cells in clones of B16F1 melanoma cells. A small clone was subcloned and the subclones were grown to carefully controlled population sizes before the cells were tested for metastatic ability using an experimental metastasis assay. Although the same number of cells was injected into both groups of animals, many more metastases were observed in the mice injected with cells from the larger clones. (Adapted from Hill et al., 1984.)

Similarly, some of the lipids may have covalently bound carbohydrate chains (glycolipids) on the outer surface. These oligosaccharides plus adsorbed glycoproteins and proteoglycans make up what is known as the glycocalyx (the cell coat). A wide range of alterations to the cell surface has been reported in transformed cells. These are summarized in schematic form in Figure 11.13. As discussed in section 11.2, those particularly important for metastasis formation are likely to be involved in cell adhesion and motility and in release or activation of enzymes involved in proteolysis.

### 11.4.1 Biochemical Properties and the Cell Surface

A number of different methods have been used to study specific properties of the cell surface that might correlate with metastatic ability. The availability of cell populations that can be selected from a tumor to have different metastatic properties, either by serial passage or by cloning, has provided populations of cells whose properties could be compared. Cells derived directly from a primary tumor or from its metastases have also been studied. Alternatively, cells have been selected in

vitro for specific properties such as lack of adhesiveness, ability to produce a specific enzyme, modified binding to lectins, or ability to invade; or they have been treated with agents that change cell-surface properties. The



**Figure 11.12.** Schematic diagram of the plasma membrane and glycocalyx of a eukaryotic cell. Cholesterol and nonglycosylated proteins of the plasma membrane are not indicated; some of the latter also traverse the bilayer, whereas others are attached loosely to either side of the bilayer. The glycocalyx is made up of the oligosaccharide chains of intrinsic membrane glycolipids and glycoproteins and also of adsorbed glycoproteins and proteoglycans. All of the carbohydrate chains are on the outside of the membrane. (Adapted from Alberts et al., 1983.)



**Figure 11.13.** Schematic representation of alterations of the cell surface found after neoplastic transformation. (Adapted from Nicolson, 1976.)

metastatic abilities of the selected or treated cells have then been examined.

The large number of studies that have tried to identify specific biochemical properties of the cell surface that may be related to metastatic behavior have been reviewed extensively (Nicolson, 1982; Turner, 1982; Maslow, 1989). Many of these studies have obtained correlations between specific changes at the cell surface and metastatic behavior for one type of cell. However, other studies, using different cell lines and experimental procedures, often have found different results. Alternatively, pairs of cell lines that are either poorly (or non-) metastatic or highly metastatic in vivo have been found to demonstrate multiple differences in their cell-surface properties. A recent tabulation of results from such experiments, using cell populations selected for different properties and metastatic ability but all derived from the same cell line (B16 melanoma), clearly illustrates the difficulties of interpretation (Maslow, 1989). The results indicated that experimental and spontaneous metastatic potential can be associated with one or more of many different cellular traits and, in a number of cases, the results were contradictory. It is clear that no single or unique property of the cell surface is related to metastasis.

## 11.4.2 Glycoproteins and Lectins

Glycoproteins are classified according to the nature of the linkage between amino acid and carbohydrate. The major linkages present in membrane glycoproteins are the $N$-glycosidic linkage between asparagine and $N$-

acetylglucosamine and the $O$-glycosidic linkage, serine (threonine)-$N$-acetyl-galactosamine (Fig. 11.14). The synthesis of the oligosaccharide chains is catalyzed by a series of enzymes known as glycosyl transferases (see Schachter et al., 1985 for review). The number and length of the oligosaccharide chains can vary widely and a very large number of structures can be assembled from the permissible combinations of the sugars involved (galactose, mannose, glucose, fucose, $N$-acetylglucosamine, $N$-acetylgalactosamine, and $N$-acetylneuraminic acid (sialic acid)). It has been reported that there is an increased degree of branching in the glycan chains of glycoproteins on malignant cells with decreased content of mannose and increased content of sialic acid. Increased content of sialic acid was correlated with metastatic potential in 29 tumor cell lines (Yogeeswaran, 1983).

Lectins are proteins with two or more binding sites that may interact specifically with certain sugars and hence will bind to cell-surface glycoproteins (and glycolipids) to cause agglutination. Many transformed cells are agglutinated at a lower concentration of lectin compared to control cells. It seems that this is due to greater mobility of lectin receptors on the surface of transformed cells rather than to greater numbers of receptors. This greater mobility may be due to the partial disorganization of the cytoskeletal system which often accompanies transformation (see chapter 9, section 9.4.2). Lectins are toxic to cells at high concentrations and isolation of mutant cells resistant to toxicity has provided an approach to selecting cells with specific (depending on the lectin) alterations to the oligosaccharide structures on their membranes.

Dennis (1988) reported that a number of different types of tumor cells which bind the lectin L-phytohaemagglutinin (L-PHA) have increased metastatic properties. These cells have an increase in the ($\beta$1-6 linked) branching of $N$-asparagine-linked oligosaccharides (Fig. 11.14) due to increased activity of a specific glycosyl transferase (GlcNAc-transferase V). Treatment of the cell populations with the drug swainsonine, which eliminates the cell-surface expression of $\beta$1-6 branched oligosaccharides, resulted in loss of metastatic ability (Dennis, 1988).

## 11.4.3 Integrins

As discussed in section 11.2.5, cell adhesion to other cells, to platelets, and to extracellular matrix is an important aspect of invasion and metastasis. The integrin family of adhesion receptors appear to play a major role in such processes. Integrins are membrane glycoproteins that consist of two subunits $\alpha$ and $\beta$, which have a large extracellular domain, a transmembrane domain, and a

190                                  THE BASIC SCIENCE OF ONCOLOGY

a)
**Component Sugars**

1) Neutral hexoses

α-D-galactose (Gal)    α-D-mannose (Man)    α-D-glucose (Glc)    β-L-fucose (Fuc)

2) Amino sugars

α-D-N-acetylglucosamine (GlcNAc)    α-D-N-acetylgalactosamine (GalNAc)    N-acetylneuraminic acid (N-AN)

R=

b)
**N-glycosidic glycoprotein**

N-AN-Gal-GlcNAc
N-AN-Gal-GlcNAc — Man
                          Man-GlcNAc-GlcNAc-Asn
N-AN-Gal-GlcNAc-Man                    Fuc

Polypeptide chain

c)
**O-glycosidic glycoprotein**

Gal-GlcNAc-Gal-GalNAc-Ser
N-AN                        (Thr)

**Figure 11.14.** Some aspects of the structures of glycoproteins. *a,* Common sugars present in glycoprotein. *b,* Structure of one type of oligosaccharide chain present in an *N*-glycosidic glycoprotein. *c,* Structure of one type of oligosaccharide chain of an *O*-glycosidic glycoprotein.

short cytoplasmic domain (Fig. 11.15; Hynes, 1987; Ruoslahti and Giancotti, 1989). The cytoplasmic domains of integrins are believed to interact with the cytoskeleton, while the extracellular domain can bind to a range of ligands both on other cells and on components of the extracellular matrix. There are 11 known α subunits and 17 β subunits that can combine to form at least 16 different integrin heterodimers. These different combinations provide some specificity of binding but most integrins can bind more than one ligand and most ligands bind to more than one integrin, although the affinity of binding may be different. The pattern of integrin expression varies between cell types with most cell lines expressing 2 to 5 different integrins. The fibronectin and vitronectin receptors ($\alpha_5\beta_1$ and $\alpha_v\beta_3$) are commonly expressed by many cultured cell lines, although to what extent this reflects the in vivo situation is not clear. Some integrins appear to be cell specific ($\alpha_{IIb}\beta_{III}$ on megakaryocytes and platelets, $\alpha_6\beta_4$ on epithelial cells). Expression of integrins can be modulated by factors that affect growth and differentiation. An example is TGF-β, which causes an increase in integrin expression in cultured cells. Some of the integrins and

their ligands are listed in Table 11.2. The distribution of integrins on the cell surface is altered in transformed cells with changes in relative expression of different integrins and a more diffuse distribution. This situation may



**Figure 11.15.** Schematic diagram of the structure of an integrin molecule showing binding to RGD sequences on fibronectin (redrawn from Ruoslahti and Giancotti, 1989).

**Table 11.2.** Some Integrin Receptors with Widespread Cellular Distribution

| Subunits | Ligand (Binding Protein) |
|---|---|
| $\alpha_1\beta_1$ | Collagen I, collagen IV, laminin |
| $\alpha_2\beta_1$ | Collagen I, collagen IV, laminin |
| $\alpha_3\beta_1$ | Fibronectin, laminin, collagen |
| $\alpha_5\beta_1$ | Fibronectin |
| $\alpha_6\beta_1$ | Laminin |
| $\alpha_v\beta_3$ | Vitronectin, osteopontin, thrombospondin, fibrinogen |

reflect defective binding to the cytoskeleton, which often appears disorganized in transformed cells, but the relevance of these changes to metastatic potential is unknown.

Integrins bind to such extracellular matrix components as fibronectin, laminin, vitronectin, collagens, and thrombospondin. For many of the integrins, there is a specific recognition site for binding which is the tripeptide sequence Arg-Gly-Asp or RGD. Short synthetic peptides containing this sequence can be used to inhibit cell adhesion and such peptides have been found capable of preventing metastasis formation by tumor cells when coinjected intravenously with the cells (Humphries et al., 1986). Similar results have been obtained with other synthetic peptides containing the sequence Tyr-Ile-Gly-Ser-Arg (YIGSR), which apparently blocks a specific binding site on the laminin molecule (Iwamoto et al., 1987; Saiki et al., 1989).

### 11.4.4 Surface Antigens

One approach to examining cell-surface alterations is to identify antigenic differences by developing monoclonal antibodies specific to metastatic cells. A large number of monoclonal antibodies have been developed with varying degrees of specificity against different tumor cells, and some of these have been shown to be capable of preventing or reducing the development of metastases. However, there are very few reports of monoclonal antibodies that demonstrate specificity for a metastatic phenotype expressed by cells or cell populations (Shearman and Longenecker, 1981; Olsson and Forchhammer, 1984). Possible reasons are that highly metastatic cells arise as a result of the loss of antigenic determinants, or that antigenic differences are unstable or expressed only on a minority of the population. Alternatively, the difficulty in obtaining monoclonal antibodies specific for metastatic cells may be a consequence of the concept discussed earlier (section 11.2.5) that the changes associated with metastasis are multiple and quantitative rather than qualitative.

The importance of the expression of major histocompatibility complex (MHC) gene products (see chapter 14, section 14.2.5) on the cell surface in relation to metastases has been examined by Eisenbach et al. (1986). In two different tumors, the relative expression of the K and D ends of the MHC haplotype was different for subpopulations with different metastatic potential. However, it was the ratio of their expression (i.e., H-2K/H-2D) which correlated with increased metastatic ability rather than increased expression or loss of either haplotype. These findings apparently relate to altered immunogenicity of the cells.

### 11.5 GENETIC BASIS OF METASTASIS

The evidence that metastatic properties of cells are heritable, at least in the short term, suggests that genetic changes may be involved. The question of whether metastatic phenotypes are dominant or recessive has been studied using cell hybrids with a variety of different fusion partners (chapter 3, section 3.4.3). Results of these studies (see Ling et al., 1985) have suggested that nonmetastatic cells can acquire metastatic properties by fusing with normal cells, possibly as a result of modified immunogenicity, but this is not a universal finding. Results involving fusions of tumor cells with different metastatic properties have also been equivocal.

### 11.5.1 Oncogenes and Metastasis

Some nonmetastatic tumor cell lines and some immortalized (nontumorigenic) fibroblast cell lines can be converted into metastatic tumor cell lines by transfection with activated oncogenes (Chambers and Tuck, 1988; Greenberg et al., 1989). Most of the studies have involved the H-*ras* oncogene transfected into cells such as NIH/3T3 or C₃H10T1/2 cells, both immortalized fibroblast lines. It has been demonstrated that the level of expression of the p21$^{ras}$ protein is correlated with metastatic ability, both by testing clonal isolates with different p21 expression and by transfecting the *ras* gene attached to an inducible promoter. The *ras* gene was also implicated when transfection of DNA from human tumors into NIH/3T3 cells was found capable of inducing tumorigenicity and metastatic ability (chapter 5, section 5.2). Other oncogenes that can induce a metastatic phenotype in immortalized fibroblasts include v-*src* and v-*mos*, while mutant forms of *myc* and p53 will cause cells that are already tumorigenic to become metastatic.

Transfection of the H-*ras* oncogene can cause pleiotropic changes in cells, many of which could be involved

in the metastatic process (see Table 11.3); particularly important may be those associated with increased protease secretion. It has been demonstrated that transfection of the *E1A* oncogene from adenovirus 2 into H-*ras* transformed NIH/3T3 cells can reduce the metastatic ability of such cells and that their secretion of collagenase Type IV activity is also reduced. This effect may be consistent with the trans-activating activity (ability to influence the expression of other genes) of *E1A* (chapter 6, section 6.3.2). It was also found that the cells had increased levels of nm23 mRNA, which is postulated to be a metastasis suppressor gene (see section 11.5.2).

### 11.5.2 Metastasis-associated Genes

A number of different groups have attempted to identify genes controlling metastatic behavior using the technique of subtractive hybridization of cDNA libraries (see chapter 3, section 3.3.6) obtained from metastatic and nonmetastatic cell lines (Hart and Easty, 1991). A small number of genes, some known and some novel, have been isolated (see Table 11.4). The first three of these genes are poorly expressed in metastatic cells; the others have increased expression. Some of the genes (*pLm59*, *pGm21*) appear to be associated with the growth characteristics of the cells. Others appear more obviously associated with the metastatic process in terms of cell adhesiveness (*mts-1*, *pMeta-1*) and invasive capacity (transin, *st-3*).

One of the most studied is the *nm23* gene isolated by Steeg et al. (1988). Low expression of the gene product is associated with increased metastatic potential, suggesting that the *nm23* gene may be a metastasis suppressor gene. Transfection of the gene, under the control of various promoters, resulted in the loss of metastatic ability (both experimental and spontaneous) in cell lines with high levels of gene expression (Leone et al., 1991). The gene was isolated from rodent tumor cells, but there is evidence that its expression may be associated with metastatic potential of human breast cancers. Higher levels of expression of the gene have been associated with a good prognosis for patients with the disease (Bevilacqua et al., 1989; Hennessy et al., 1991). The *nm23* gene has been found to have significant homology with the *awd* (abnormal wing discs) gene in Drosophila, which appears to be involved in cellular differentiation, and with a nucleoside diphosphate (*NDP*) kinase gene from a slime mold, *Dictyostelium discoideum*. It has been suggested that the gene could act in the G-protein signaling pathway that is involved in sensory and hormonal transduction processes in cells (chapter 5, section 5.4.5; Liotta and Steeg, 1990).

Another interesting gene identified by subtractive hybridization is the stromelysin-3 (*st-3*) gene (Basset et al.,

**Table 11.3.** Examples of *ras*-induced Cellular Properties Possibly Related to Metastasis

- Increased type IV collagenase activity
- Increased plasminogen activator activity
- Increased cathepsin L activity
- Increased secretion of osteopontin
- Altered membrane glycoproteins
- Altered cytoskeleton
- Altered sensitivity to NK cell cytolysis

1990). This gene was found to be overexpressed in a cDNA library obtained from an invasive human breast cancer relative to that from a benign fibroadenoma. The gene has homology with genes of the metalloproteinase family although its substrate specificity is unknown. The gene was found to be expressed only in the stromal cells surrounding the tumor cells, not in the tumor cells themselves, and not in stromal cells at a distance from the invasive carcinoma cells. These observations suggest that the tumor cells produce a diffusible substance that induces expression of the *st-3* gene in the stromal cells, thereby enhancing the invasion of the tumor cells.

### 11.5.3 Tumor Progression and Metastasis

The process of tumorigenesis is currently believed to involve three stages—initiation, promotion, and progression (see chapter 7, section 7.2.2 and chapter 9, section 9.3). Tumor progression involves a series of changes occurring individually in each tumor, which leads to the acquisition of more malignant properties, such as therapeutic resistance and metastatic ability. Tumor pro-

**Table 11.4.** Genes Related to Metastasis Obtained by Screening of cDNA Libraries from Metastatic and Nonmetastatic Cells

| Gene Identified | Function/Homology |
|---|---|
| *nm23* | NDP kinase |
| *wdnm1* | ? |
| *wdnm2* | NAD(P)H menadione oxidoreductase |
| *pLm59* | Acidic ribosomal protein |
| *pGm21* | Elongation factor 1 |
| Transin (stromelysin) | Metalloproteinase |
| *mts-1* | Calcium binding protein |
| *st-3* (stromelysin-3) | Metalloproteinase (?) |
| *pMeta-1* | Cell adhesion |

gression has been associated with genetic changes in cancer cells. For example, a number of specific genetic alterations have been associated with the development and progression of colorectal cancer (Fearon and Vogelstein, 1990; chapter 4, section 4.5.3). There appears to be a preferred order for the development of these genetic alterations, but it is the progressive accumulation of the alterations that is the most consistent feature of the disease. The sequence of events includes mutation of an oncogene (K-*ras*) and loss of a tumor suppressor gene (p53 on chromosome 17p) as well as other specific chromosomal abnormalities. It is hypothesized that other genetic alterations involving similar (as yet unidentified) genes may predispose the cells to form metastases.

The process of tumorigenesis as outlined accords with the Nowell hypothesis (see Nowell, 1986) concerning the clonal evolution of tumor cell populations (see chapter 9, section 9.3.1). This hypothesis supposes that any genomic alteration occurring in a tumor cell that results in a phenotypic trait enhancing its ability to grow in that environment would give that cell a selective advantage, and its progeny would increase their numerical representation disproportionally in the tumor mass. That cells with a growth advantage can rapidly dominate a tumor cell population is illustrated by recent studies of Kerbel et al. (1988) (see chapter 9, section 9.3.1). Most tumors eventually contain subpopulations of cells with metastatic abilities which suggests that phenotypic traits necessary for metastasis formation are usually beneficial during tumor growth. The concept (section 11.2.5) that cellular biochemical changes associated with metastatic potential are quantitative rather than qualitative accords with this view. The concept may also help to explain why it is often found that there is little difference in the metastatic properties of cells from the primary tumor and cells from metastases (see section 11.2.1). The development of metastatic potential thus may be viewed as one of the late states of a process that has been in progress since the initiation of the tumor and that results in the evolution of populations of tumor cells which become ever more growth autonomous and malignant.

## 11.6 SUMMARY

Metastasis is the major cause of deaths due to cancer, and it occurs primarily by dissemination of tumor cells through the lymphatic and blood vessels. In humans there is evidence for organ-site specificity in the development of metastases from particular types of primary tumors, and cells that have specific organ-site preferences for metastatic development have been selected from tumors in animals. Isolation of cloned cell populations from rodent tumors has demonstrated wide heterogeneity in metastatic potential between clonal populations.

The metastatic phenotype of such clonal populations, however, has usually been found to be unstable.

There are several major steps involved in the process of metastasis that include the ability to invade into and out of blood vessels, to survive in the circulation, and to arrest and grow at a new site. Extensive studies have identified a range of properties (particularly those relating to cell adhesion and secretion of proteolytic enzymes) that may be involved in the process of metastasis, but identification of specific biochemical properties that characterize all metastatic cells has proved elusive. On the contrary, many different cellular biochemical changes seem capable of producing phenotypes that increase the ability of tumor cells to form metastases. Despite the evidence for specificity in metastatic development, metastasis is an inefficient process and may depend to some extent on random survival factors associated with traversing the various stages of the metastatic process.

Recent studies have indicated that transfection of some nonmetastatic tumor cell lines and immortalized fibroblast lines with oncogenes (particularly H-*ras*) can induce metastatic potential. Changes in expression of a number of genes associated with metastatic potential have been observed in such *ras*-transfected cells. Differential hybridization studies have identified a number of genes that have increased or decreased expression in metastatic cells. The products of some of these genes appear to be associated with cell growth, whereas others may be involved in cell adhesiveness or invasiveness. One of these genes *nm23*, which is down-regulated in metastatic cells, codes for an NDP kinase, which is probably associated with production of second messengers in the cell. Initial evidence suggests that low expression of this gene may be a marker of increased aggressiveness in human breast cancers.

The development of metastatic potential may be viewed as one of the late stages of the process of tumor progression.

## REFERENCES

Alberts B, Bray D, Lewis J et al. (eds): *Molecular Biology of the Cell*, ed 2. New York: Garland Publishing; 1989.

Barnard JA, Lyons RM, Moses HL: The cell biology of transforming growth factor β. *Biochim Biophys Acta* 1990; 1032:79–87.

Basset P, Bellocq JP, Wolf C, et al: A novel metalloproteinase gene specifically expressed in stromal cells of breast carcinomas. *Nature* 1990; 348:699–704.

Bevilacqua G, Sobel ME, Liotta LA, et al: Association of low nm23 RNA levels in human primary infiltrating breast carcinomas with lymph-node involvement and other histological indicators of high metastatic potential. *Cancer Res* 1989; 49:5185–5190.

Butler TP, Gullino PM: Quantitation of cell shedding into ef-
ferent blood of mammary adenocarcinoma. *Cancer Res*
1975; 35:512–516.

Carr I, Carr J: Experimental lymphatic invasion and metas-
tases, In: Weiss L, Gilbert HA, eds. *Lymphatic System Me-
tastases*. Boston: G.K. Hall; 1980:41–75.

Cavanaugh PG, Nicolson GL: Purification and some proper-
ties of a lung-derived growth factor that differentially stim-
ulates the growth of tumor cells metastatic to the lung.
*Cancer Res* 1989; 49:3928–3933.

Chambers AF, Tuck AB: Oncogene transformation and the
metastatic phenotype. *Anticancer Res* 1988; 9:861–872.

Dennis JW: Asn-linked oligosaccharide processing and malig-
nant potential. *Cancer Surveys* 1988; 7:573–595.

Eisenbach L, Kushtai G, Plaksin D, Feldman M: MHC genes
and oncogenes controlling the metastatic phenotype of tu-
mor cells. *Cancer Rev* 1986; 5:1–18.

Fearon ER, Vogelstein B: A genetic model for colorectal tu-
morigenesis. *Cell* 1990; 61:759–767.

Fidler IJ: Critical factors in the biology of human cancer me-
tastasis. *Cancer Res* 1990; 50:6130–6138.

Fidler IJ: Selection of successive tumour lines for metastasis.
*Nature New Biology* 1973; 242:148–149.

Fidler IJ, Kripke ML: Metastasis results from preexisting vari-
ant cells within a malignant tumor. *Science* 1977; 198:893–
895.

Folkman J: Introduction—endothelial cells and angiogenic
growth factors in cancer growth and metastasis. *Cancer Me-
tastasis Rev* 1990; 9:171–174.

Gasic GJ: Role of plasma, platelets and endothelial cells in tu-
mor metastasis. *Cancer Metastasis Rev* 1984; 3:99–114.

Glaves D: Correlation between circulating cancer cells and in-
cidence of metastases. *Br J Cancer* 1983; 48:665–673.

Glaves D, Huben RP, Weiss L: Haematogenous dissemina-
tion of cells from human renal adenocarcinomas. *Br J Can-
cer* 1988; 57:32–35.

Greenberg AH, Egan SE, Jarolin L, et al: Natural killer cell
regulation of implantation and early lung growth of H-*ras*-
transformed 10T1/2 fibroblasts in mice. *Cancer Res* 1987;
47:4801–4805.

Greenberg AH, Egan SE, Wright JA: Oncogenes and meta-
static progression. *Invasion Metastasis* 1989; 9:360–378.

Hanna, N: Role of natural killer cells in host defense against
cancer metastasis. In: Nicolson GL, Milas L (eds). *Cancer
Invasion and Metastasis: Biologic and Therapeutic Aspects*. New
York: Raven Press; 1984:309–319.

Hart IR: The selection and characterization of an invasive
variant of the B16 melanoma. *Am J Pathol* 1979; 97:587–
600.

Hart IR, Easty D: Identification of genes controlling metasta-
tic behavior. *Br J Cancer* 1991; 63:9–12.

Hart IR, Fidler IJ: Role of organ selectivity in the determi-
nation of metastatic patterns of B16 melanoma. *Cancer Res*
1981; 41:1281–1287.

Hennessy C, Henry JA, May FEB, et al: Expression of the
anti-metastatic gene *nm23* in human breast cancer: An as-
sociation with good prognosis. *J Natl Canc Inst* 1991; 83:
281–285.

Heppner GH: Tumor heterogeneity. *Cancer Res* 1984;
44:2259–2265.

Hilgard P: Anticoagulants and tumor growth: Pharmacolog-
ical considerations. In: Nicolson GL, Milas L (eds). *Can-
cer Invasion and Metastasis: Biologic and Therapeutic Aspects*.
New York: Raven Press; 1984:353–360.

Hill RP, Chambers AF, Ling V, Harris IF: Dynamic hetero-
geneity: Rapid generation of metastatic variants in mouse
B16 melanoma cells. *Science* 1984; 224:998–1001.

Hill RP, Young SD, Cillo C, Ling V: Metastatic cell pheno-
types: Quantitative studies using the experimental metas-
tasis assay. *Cancer Rev* 1986; 5:118–151.

Humphries MJ, Olden K, Yamada KM: A synthetic peptide
from fibronectin inhibits experimental metastasis of murine
melanoma cells. *Science* 1986; 233:467–470.

Hynes RO: Integrins: A family of cell surface receptors. *Cell*
1987; 48:549–554.

Iwamoto Y, Robey FS, Graf J, et al: YIGSR, a synthetic lami-
nin pentapeptide, inhibits experimental metastasis forma-
tion. *Science* 1987; 238:1132–1134.

Kerbel RS, Waghorne C, Korczac B, et al: Clonal dominance
of primary tumors by metastatic cells: genetic analysis and
biological implications. *Cancer Surveys* 1988; 7:597–629.

Khokha R, Waterhouse P, Yagel S, et al: Anti-sense RNA-
induced reduction in murine TIMP levels confers oncoge-
nicity in Swiss 3T3 cells. *Science* 1989; 243:947–950.

Leone A, Flatow U, King CR, et al: Reduced tumor inci-
dence, metastatic ability and cytokine responsiveness of
nm-23-transfected melanoma cells. *Cell* 1991; 65:25–35.

Ling V, Chambers AF, Harris JF, Hill RP: Quantitative ge-
netic analysis of tumor progression. *Cancer Metastasis Rev*
1985; 4:173–192.

Liotta LA, Tumor invasion and metastases—Role of the ex-
tracellular matrix. *Cancer Res* 1986; 46:1–7.

Liotta LA: Mechanisms of cancer invasion and metastasis. In:
Liotta LA (ed). *Influence of Tumor Development on the Host*.
Dordrecht, Netherlands: Kluwer Academic Publishers;
1989:58–71.

Liotta LA: Introductory overview: the role of cellular prote-
ases and their inhibitors in invasion and metastasis. *Can-
cer Metastasis Rev* 1990; 9:285–287.

Liotta LA, Steeg PS: Clues to the function of *nm23* and *awd*
proteins in development, signal transduction and tumor
metastasis provided by studies of *Dictyostelium Discoideum*.
*J Natl Canc Inst* 1990; 82:1170–1172.

Maslow DE: Tabulation of results on the heterogeneity of
cellular characteristics among cells from B16 mouse mel-
anoma cell lines with different colonization potentials. *In-
vasion Metastasis* 1989; 9:182–191.

Nicolson GL: Transmembrane control of the receptors on nor-
mal and tumor cells. I. Cytoplasmic influence over cell sur-
face components. II. Surface changes associated with
transformation and malignancy. *Biochim Biophys Acta* 1976;
457:57–108; 458:1–72.

Nicolson GL: Cancer metastasis. Organ colonization and the
cell-surface properties of malignant cells. *Biochim Biophys
Acta* 1982; 695:113–176.

Nicolson GL: Organ specificity of tumor metastasis: Role of

preferential adhesion, invasion and growth of malignant cells at specific secondary sites. *Cancer Metastasis Rev* 1988; 7:143–188.

Nicolson GL, Irimura T, Nakajima M, Estrada J: Metastatic cell attachment to and invasion of vascular endothelium and its underlying basal lamina using endothelial cell monolayers. In: Nicolson GL, Milas L (eds). *Cancer Invasion and Metastasis: Biologic and Therapeutic Aspects*. New York: Raven Press; 1984:145–167.

Nowell P: Mechanisms of tumor progression. *Cancer Res* 1986; 46:2203–2207.

Olsson L, Forchhammer J: Induction of the metastatic phenotype in a mouse tumor model by 5-azacytidine, and characterization of an antigen associated with metastatic activity. *Proc Natl Acad Sci USA* 1984; 81:3389–3393.

Paget S: The distribution of secondary growths in cancer of the breast. *Lancet* 1889; 1:571–573.

Pauli BU, Augustin-Voss HG, El-Sabban ME, et al: Organ-preference of metastasis. The role of endothelial cell adhesion molecules. *Cancer Metastasis Rev* 1990; 9:175–189.

Plesnicar S: Mechanisms of development of metastases. *Crit Rev Oncogenesis* 1989; 1:175–194.

Poste G, Greig R: On the genesis and regulation of cellular heterogeneity in malignant tumors. *Invasion Metastasis* 1982; 2:137–176.

Ruoslahti E, Giancotti FG: Integrins and tumor cell dissemination. *Cancer Cells* 1989; 1:119–126.

Saiki I, Murata J, Iida J, et al: The inhibition of murine lung metastasis by synthetic polypeptides [poly (arg-gly-asp) and poly (tyr-ile-gly-ser-arg)] with a core sequence of cell adhesion molecules. *Br J Cancer* 1989; 59:194–197.

Schachter H, Narasimhan S, Gleeson P, et al: Glycosyl transferases involved in the biosynthesis of protein-bound oligosaccharides of the asparagine-D glucosamine and serine (threonine)-*N*-acetyl-D-galactosamine types. In: Martonosi AN (ed). *The Enzymes of Biological Membranes*. New York: Plenum Press; 1985:227–278.

Schwarz LC, Gingras M-C, Goldberg G, et al: Loss of growth factor dependence and conversion of transforming growth factor-$\beta_1$ inhibition to stimulation in metastatic H-*ras*-transformed murine fibroblasts. *Cancer Res* 1988; 48:6999–7003.

Schwarz LC, Wright JA, Gingras M-C, et al: Aberrant TGF-$\beta$ production and regulation in metastatic malignancy. *Growth Factors* 1990; 3:115–127.

Shearman PJ, Longenecker BM: Clonal variation and functional correlation of organ-specific metastasis and an organ-specific metastasis-associated antigen. *Int J Cancer* 1981; 27:387–395.

Sloane BF, Moin K, Krepela E, Rozhim J: Cathepsin B and its endogenous inhibitors: The role in tumor malignancy. *Cancer Metastasis Rev* 1990; 9:333–352.

Steeg PS, Bevilacqua G, Kopper L, et al: Evidence for a novel gene associated with low tumor metastatic potential. *J Natl Canc Inst* 1988; 80:200–204.

Stetler-Stevenson WG: Type IV collagenases in tumor invasion and metastasis. *Cancer Metastasis Rev* 1990; 9:289–303.

Stringfellow DA: Prostaglandins and metastasis. In: Nicolson GL, Milas L (eds). *Cancer Invasion and Metastasis: Biologic and Therapeutic Aspects*. New York: Raven Press; 1984:123–131.

Sugarbaker EV: Patterns of metastasis in human malignancies. *Cancer Biol Rev* 1981; 2:235–278.

Tarin D, Price JE: Influence of microenvironment and vascular anatomy on "metastatic" colonization potential of mammary tumors. *Cancer Res* 1981; 41:3604–3609.

Testa JE, Quigley JP: Reversal of misfortune: TIMP-2 inhibits tumor cell invasion. *J Natl Canc Inst* 1991; 83:740–742.

Turner GA: Surface properties of the metastatic cell. *Invasion Metastasis* 1982; 2:197–216.

Weiss L: Metastatic inefficiency. *Adv Cancer Res* 1990; 54:159–211.

Weiss L, Ward PM: Cell detachment and metastasis. *Cancer Metastasis Rev* 1983; 2:111–127.

Yogeeswaran G: Cell surface glycolipids and glycoproteins in malignant transformation. *Adv Cancer Res* 1983; 38:289–350.

## BIBLIOGRAPHY

Mareel MM, De Baetselier P, Van Roy R: *Mechanisms of Invasion and Metastasis*. Boca Raton, FL: CRC Press; 1991.

Nicolson GL, Milas L (eds): *Cancer Invasion and Metastasis: Biologic and Therapeutic Aspects*. New York: Raven Press; 1984.

Schirrmacher V: Cancer metastasis: experimental approaches, theoretical concepts and impacts for treatment strategies. *Adv Cancer Res* 1985; 43:1–73.

Weiss L: *Principles of Metastases*. Orlando, FL: Academic Press; 1985.

# Glossary

Italicized terms are defined in the glossary.

**Adjuvant Chemotherapy:** Drug treatment given to patients following surgical removal of or radiotherapy to their primary tumor, when there is known to be a high risk of occult micrometastases but no clinical or radiologic evidence of metastatic disease. If chemotherapy is given prior to treatment of the primary tumor, this therapy is referred to as neoadjuvant chemotherapy. (See chapter 19, section 19.3.1.)

**Alkylating Agent:** A compound that has positively charged (i.e., electron-deficient) groups or that may be metabolized to form such groups. These reactive groups can form covalent linkages with negatively charged chemical groups on biological molecules such as those on the bases of DNA. A monofunctional alkylating agent can form a single adduct, whereas bifunctional alkylating agents can form two adducts leading to inter- or intra-strand DNA–DNA cross-links or to DNA–protein cross-links. Alkylating agents include commonly used anticancer drugs such as cyclophosphamide. (See chapter 18, section 18.3.) They may also have mutagenic and carcinogenic properties.

**Alleles:** Different forms of a *gene* that represent the same genetic locus on homologous *chromosomes*.

**Allograft:** Tissue that is transplanted between genetically different individuals of the same species.

**Anaplasia:** Histopathological appearance of a tumor that lacks features allowing easy identification with the tissue of origin. Anaplastic tumors are usually rapidly growing and have a large number of cells in mitosis. (A synonym is undifferentiated.)

**Angiogenesis:** Formation of new blood vessels. This process is essential for tumor growth and appears to be stimulated by endothelial cell *growth factor*(s) that have been referred to as "tumor angiogenesis factor(s)." (See chapter 10, section 10.6.2.)

**Antibody:** A soluble protein molecule produced by plasma cells in response to an *antigen* and capable of specifically binding to that antigen. (See chapter 14, section 14.2.1.)

**Antigen:** An agent that is foreign (i.e., "nonself") to an animal and that is recognized by the immune system. (See chapter 14, section 14.1.)

**Antimetabolite:** A type of anticancer drug that is an analogue of a normal metabolite. Antimetabolites may inhibit metabolic pathways or may be mistaken for normal metabolites during the synthesis of macromolecules such as DNA or RNA. Examples are methotrexate and 5-fluorouracil. (See chapter 18, section 18.4.)

**Autocrine:** Refers to the production of substances (i.e., *growth factors* or hormones) that can influence the metabolism of the cell which produces them. (See chapter 9, section 9.5.1 and chapter 13, section 13.1.1)

**Autoradiography:** A technique to identify where a radioactive isotope is localized in cells or subcellular components. The process involves covering biological material with photographic film or emulsion. The radioactivity produced by the isotope then causes local exposure of the overlying film or emulsion. (See chapter 10, section 10.3.2.)

**Autosome:** Any *chromosome* other than the sex chromosomes.

**B cell:** A lymphocyte that is a precursor for antibody-producing plasma cells, and that expresses an *antibody* molecule on its cell surface. (See chapter 14, section 14.2.)

**Bias:** Systematic departure from the true state (as compared to error, which is random departure from the true state). Faulty design may lead to the presence of many types of bias in trials of cancer causation and cancer treatment. (See chapter 2, section 2.2.5 and chapter 21, section 21.2.4.)

**Bioassay:** Quantitation of an agent by measuring the extent of its interaction with living organisms whose dose response has been predetermined. An example would be the assessment of the quantity of active metabolites of a drug in human serum by the toxicity of that serum for cells of known sensitivity.

**Bioavailability:** The proportion of an administered drug that is delivered to its site of action. For most agents, this is the proportion of drug entering the circulation. Bioavailability may be low if the drug is given orally. (See chapter 18, section 18.2.1.)

**Biological Response Modifier:** A therapeutic agent that influences the host's own defense mechanisms to act against cancer cells. Examples of such agents are *interferons* and interleukin 2. (See chapter 14, section 14.4.4.)

**Cancer:** A disease characterized by proliferation of cells leading to local growth (i.e., a tumor), to local invasion, and to *metastasis*.

**Carcinoembryonic Antigen (CEA):** A *glycoprotein* produced in the embryo, and in smaller concentrations in the adult colon. It may also be produced in higher concentration by certain types of tumor cells such as those originating in the colon or rectum. CEA is one example of substances that are known generally as *oncofetal antigens* and that are used as tumor *markers*. (See chapter 12, section 12.2.2.)

**Carcinogen:** A substance that causes cancer. Some chemical carcinogens can act directly but others require metabolism in vivo before becoming effective. Most carcinogens are mutagens.

**Carcinoma:** Type of cancer arising in epithelial tissue (i.e., tissue lining internal or external organs, or glandular tissue). Most human cancers are carcinomas.

**cDNA:** A DNA copy complementary to mRNA sequences transcribed from a given *gene* or genes. cDNA therefore will *hybridize* with these genes and, if radiolabeled, will allow their detection in chromosomes ("*in situ hybridization*") or in DNA or mRNA extracted from cells and separated by electrophoresis (in *Southern* or *northern blots*, respectively).

**Cell Survival:** A major determinant of the efficacy of anticancer drugs or radiation. Cell survival is determined by the ability of treated cells to proliferate to form a colony or clone. A cell-survival curve relates cell survival (usually plotted on a logarithmic scale) to dose of radiation or anticancer drug. (See chapter 15, section 15.5 and chapter 17, section 17.2.4.)

**Cellular Immunity:** Immunological defense against foreign agents that is mediated by cells (e.g., various types of lymphocytes) rather than by *antibodies*. (See chapter 14.)

**Chromosome:** The structural unit containing the genetic material (DNA) within a cell. Human cells usually have 46 chromosomes consisting of 22 pairs of *autosomes* plus the sex chromosomes (XX in females, XY in males). Different chromosomes may be recognized in metaphase cells by their shape and by the application of various stains that leads to the production of characteristic bands. Each chromosome contains a pair of chromatids joined at the centromere. Alterations in the structure of chromosomes are known as aberrations. They are common in cancer cells. (See chapter 3, section 3.2 and chapter 4, section 4.3.)

**Clone:** A family of cells all derived from one parent cell. A clonal marker (e.g., an abnormal chromosome or protein product) may identify all of the cells within a given clone. Most human tumors appear to arise from a single cell and hence are clonal. (See chapter 9, section 9.2.)

**Cloned Gene:** A *gene* that has been isolated and inserted into a "vector," usually a plasmid or bacterial virus. The vector containing the gene can be produced in large amounts, thereby providing many copies of the gene suitable for assays and studies of its function. Cloned genes can be used to produce large quantities of pure protein products of cells (e.g., insulin, interferons). (See chapter 3, section 3.3.3.)

**Clonogenic Cell:** A cell that has the ability to generate progeny that form a colony of predetermined minimum size. Such

a cell is also referred to as a Colony Forming Unit (CFU). Clonogenic cells may be identified in assays of *cell survival*. The term CFU is most often applied to progenitor cells in the bone marrow that may produce *clones* of cells in one or more pathways of *differentiation*. (See chapter 9, section 9.2 and chapter 10, section 10.5.1.)

**Coding Region:** The coding region is that part of the DNA that actually codes for a protein. The part of the DNA molecule that is initially transcribed into messenger RNA (mRNA) contains both *introns* and *exons*. The *introns* are regions of mRNA that are spliced out during posttranscriptional processing. The *exons* are the regions in the mRNA that comprise the processed message; they contain the coding regions and, therefore, are the "expressed" portion of the *gene*. The final processed mRNA may still contain untranslated regions both 5′ and 3′ to the region that actually codes the protein being made; some of these untranslated regions contain important regulatory signals. (See chapter 3, section 3.3.1.)

**Codon:** A group of three DNA or mRNA bases that code for a given amino acid. Codons thus form the "alphabet" of the genetic code.

**Deletion:** Loss of DNA. Deletions can be small, affecting only a small part of a single *gene*, or large, for example, a chromosomal deletion involving many genes.

**DNA Repair:** The process whereby damaged DNA acts as a substrate for enzymes that attempt to restore the original base sequence. It is a complex process involving several enzymes and may lead to repair of damage in one or both strands. Repair may lead to complete restoration of the DNA (error-free repair) or may result in alteration or deletion of bases (error-prone repair). (See chapter 4, section 4.4.)

**Differentiation:** The development by cells of specific characteristics that allow the normal function of tissues. Tumors may show varying degrees of differentiation depending on their similarity to the structure of the organ from which the tumor was derived.

**Diurnal Rhythm:** Variation throughout the day in biological properties of an organism. Many properties such as the concentration of hormones or the activity of certain enzymes may show diurnal variation.

**Double Minute:** A small amount of genetic material that is seen in some cells as a paired body resembling a very small chromosome without a centromere. Because they lack a centromere, double minutes distribute themselves randomly at mitosis and are easily lost during cell growth. Double minutes have often been shown to contain amplified *genes*. (See chapter 4, section 4.3.2.)

**Doubling Time:** The time taken for an exponentially growing tumor (or cell population) to double its volume (or number of cells). (See chapter 10, section 10.2.1.)

**Ectopic Hormone:** A hormone produced by cells that do not usually produce it. The cells of several types of tumor may produce ectopic hormones. (See chapter 13, section 13.4.2.)

**Endocrine:** Hormone production by a gland at one site in the body that releases the hormone into the blood stream to act on tissues that are distant to that site. An example of an endocrine gland is the thyroid. (See chapter 13, section 13.1.1.)

**Enhancer:** A DNA sequence that increases the activity of *promotor* sequences that are initiators of *transcription* (i.e., production of mRNA). Enhancers can be located anywhere in the noncoding regions of a gene.

**Enzyme Linked Immuno Adsorbent Assay (ELISA):** A sensitive method for measuring the amount of a substance. The method requires the availability of an antibody to the substance and depends on measuring the activity of an enzyme (e.g., alkaline phosphatase) bound to the antibody. (See chapter 12, section 12.2.1.)

**Episome:** A circular form of DNA that replicates in cells independent of the *chromosomes*. Viral DNA may form episomes in cells. *Plasmids* used for gene cloning grow as episomes in bacteria.

**Exocrine:** Hormone production by a gland that releases the hormone to act locally through a duct. An example of an exocrine gland is the sweat gland. (See chapter 13, section 13.1.1.)

**Exons:** The regions of a *gene* that contain the DNA sequences necessary to direct *translation* of the polypeptide gene product. These sequences are preserved in the processed mRNA. (See *Coding Region* and chapter 3, section 3.3.1.)

**Flow Cytometry:** A technique in which cells are tagged with a fluorescent dye and then directed in single file through a laser beam. The intensity of fluorescence induced by the laser light is detected and the number of cells exhibiting different levels of fluorescence is recorded. The method is used frequently to study cell-cycle properties since several dyes are available whose binding, and hence fluorescence intensity, is proportional to DNA content. Cells may also be separated according to the intensity of their fluorescence in a process known as fluorescence-activated cell sorting (FACS). (See chapter 10, section 10.4.)

**G Proteins:** A family of proteins that bind to GTP, which includes the products of the *ras oncogenes*. (See chapter 5, section 5.4.5.)

**Gene:** A sequence of DNA that codes for a single polypeptide. This sequence includes coding and noncoding regions as well as regulatory regions. Genes may sometimes be overlapping so that the same sequence contributes to two different proteins. Gene amplification may occur through multiplication of the sequences in the gene; a large amount of amplification may often be recognized by the presence of either *homogeneously staining regions* (HSRs) on *chromosomes* or by the presence of *double minutes*.

**Glycoprotein:** A protein to which various types of sugar molecule have been attached. Glycoproteins form an important component of the cell surface.

**Grade:** The histopathological appearance of a tumor in terms of its degree of *differentiation*. A low grade tumor is well differentiated and a high grade tumor tends to be *anaplastic*.

**Growth Factor:** A polypeptide produced by cells that acts to stimulate or prevent proliferation by either the same cell or other cells. Several types of growth factor have been isolated and some of these may be associated with abnormal regulation of growth in transformed cells. Growth factors interact with cells through specific *receptors* in the cell membrane. (See chapter 5, section 5.4.2 and chapter 9, section 9.5 and chapter 10, section 10.5.1.)

**Growth Fraction:** The proportion of cells within a tumor that is actively proliferating (i.e., progressing through the cell cycle; see chapter 10, section 10.3.3.)

**Heterogeneity:** Variability in the properties of cells within an individual tumor. Wide heterogeneity of many properties is found among cancer cells. (See chapter 9, section 9.3.2.)

**Histocompatibility Antigen:** Rejection of foreign tissue is determined by differences in histocompatibility antigens on cells of the donor and host tissues. One locus (that includes several *genes*) is associated with strong rejection and is known as the major histocompatibility complex (MHC). (See chapter 14, section 14.2.5.)

**Homeostasis:** The maintenance of a normal physiological state. Homeostasis is often maintained through feedback systems employing signals (e.g., hormones) that have opposite effects.

**Homogeneously Staining Region (HSR):** A region that appears uniform on *chromosomes* stained to examine their banding pattern. It often represents amplification of *genes*. HSRs tend to be stably inherited by daughter cells. (See chapter 4, section 4.3.2.)

**Homozygosity (Homozygous):** When the two *alleles* of a *gene* on homologous *chromosomes* are identical. (Heterozygosity refers to the presence of different alleles of a gene on homologous chromosomes.)

**Humoral Immunity:** Immunological defenses that are determined by *antibodies*. (See chapter 14, section 14.2.)

**Hybridization:** (a) The fusion of two somatic cells to form a single cell. (b) The binding of complementary (homologous) sequences of DNA or RNA. Such complementary binding may take place under different conditions (degree of stringency) that dictate the extent of homology required for binding to occur. Radiolabeled pieces of DNA or RNA can be used as *probes* to identify the presence of specific DNA sequences by hybridization. The technique may also localize *genes* to specific *chromosomes* in a process known as in situ hybridization. (See chapter 3, sections 3.3.1 and 3.4.4.)

**Hybridoma:** The term is most commonly used to describe a population of hybrid cells that produces *monoclonal antibodies*. Such a cell is produced by fusing an antibody-producing normal cell and a non-antibody–secreting myeloma tumor cell. (See chapter 14, section 14.5.)

**Hypoxic Cell:** A cell, usually within a tumor, that lacks oxygen. Such cells are important because they are resistant to the effects of radiation therapy and are usually in regions with poor vascular supply. (See chapter 15, section 15.6.4.)

**Immortalization:** The process that may allow cells to form a continuous cell line (i.e., proliferate indefinitely) in culture. Normal cells will proliferate for only a limited number of passages in culture and immortalization appears to be a necessary but not a sufficient step in *transformation* to a *malignant* state. (See chapter 9, section 9.4.)

**Immune Surveillance:** A proposed mechanism whereby the immune response recognizes the development of *malignant* cells at an early stage and inactivates them before they can develop into tumors. (See chapter 14, section 14.3.2.)

**Immunoglobulin:** An *antibody* molecule. (See chapter 14, section 14.2.1.)

**Incidence:** A term used in epidemiology to describe the number of new cases (of cancer) observed in a population in a given unit of time, usually one year. (See chapter 2, section 2.1.2.)

**Induction:** The process by which a virus whose genetic material is integrated into the cellular DNA is caused to be released from the cell as a mature virus.

**Initiation:** The first stage in the process of carcinogenesis. It involves interaction of the carcinogen with the DNA of the target cells to produce, after DNA replication, a permanent lesion. Subsequent steps include *promotion* and *progression*. (See chapter 7, section 7.3.)

**Integration:** The process by which viral DNA, or DNA copies of the RNA of a *retrovirus*, are incorporated into the chromosomal DNA of a cell. (See chapter 6, section 6.2.1.)

**Integrins:** A family of membrane *glycoproteins* that can bind to a range of molecules present on the surface of other cells and in the extracellular matrix and that can mediate adhesion between cells or between a cell and the extracellular matrix. (See chapter 11, section 11.4.3.)

**Interferon:** A protein produced by cells in response to viral infection. Several types of interferon have been identified and they have multiple effects on the host immune response, as well as more general effects on cell growth and *differentiation*. Interferons are examples of *biological response modifiers*. (See chapter 14, section 14.4.4.)

**Intron:** A noncoding region in the internal portion of a *gene*. These regions are spliced out during processing of the initial mRNA transcript. (See *Coding Region* and chapter 3, section 3.3.1.)

**Invasion:** Infiltration by cancer cells into neighboring normal tissues. It is one of the distinguishing features of malignancy. (See chapter 11, section 11.2.3.)

**Ionizing Radiation:** Radiation (e.g., X- or γ-rays) that is sufficiently energetic that it can cause formation of ions during its passage through matter (tissue).

**Isobologram:** A diagram in the format of a graph whose axes are doses of two cytotoxic agents A and B. The isobologram joins points at which the combination of different doses of A and B give an equal level of biological damage. The diagram is useful in determining whether the effects of two agents may be additive, subadditive (or antagonistic), or supraadditive (or synergistic). (See chapter 19, section 19.4.2.)

**Isoeffect Curve:** An isoeffect curve indicates graphically the relationship between different dose schedules of a treatment that give the same biological effect. The curve is used mainly to represent the effects of radiation treatments given as different numbers of fractions or in different overall times of treatment. The total radiation dose is plotted as a function of the fraction number, of the fraction size or of the treatment time. (See chapter 16, section 16.3.7.)

**Isozyme (Isoenzyme):** One of several chemical forms of an enzyme that have the same biological function. Tumors often produce one particular isozyme, frequently that which is associated with fetal tissue.

**Karyotype:** The *chromosome* content of a particular cell. The karyotype is usually displayed by photographing the chromosomes in a metaphase cell, cutting the individual chromosomes out of the photograph and ordering them according to a standard notation. (See chapter 3, section 3.2.)

**Labeling Index:** The proportion of cells in any tissue that are synthesizing DNA, and that, therefore, are recognized as labeled in *autoradiographs* following administration of $^3$H-thymidine. (See chapter 10, section 10.3.2.)

**Lectins:** Naturally occurring proteins that can bind to specific oligosaccharide structures on cell-surface *glycoproteins* and glycolipids. They may have two or more binding sites and hence can cause cell agglutination. (See chapter 11, section 11.4.2.)

**Lethal Dose 50% ($LD_{50}$):** The dose of radiation or of a drug that will, on average, cause 50% of animals receiving it to die.

**Linear Energy Transfer (LET):** A measure of the density of energy deposition along the track of a given type of *ionizing radiation* in matter. The deposition of energy in matter by ionizing radiation occurs randomly along the particle track and in different amounts, hence LET is a quantity usually averaged over segments of the track length (track-averaged LET). (See chapter 8, section 8.2.3.)

**Linkage:** A description of the proximity of two *genes* on a *chromosome*. The more closely linked the two genes are, the less likely they are to be separated by crossing over of chromosomes during meiosis and hence the more likely they are to be inherited together. (See chapter 3, section 3.4.2.)

**Liposome:** A small vesicle containing fluid surrounded by a lipid membrane. Liposomes may be constructed to have varying lipid content in their membrane and to contain various types of drug. (See chapter 19, section 19.3.3.)

**Lymphokine:** A substance usually produced by lymphocytes (or monocytes) having an effect on other lymphocytes. An example is interleukin 2 (IL-2), also known as T-cell growth factor, which is required for the growth of T lymphocytes. Lymphokines are examples of *biological response modifiers*. (See chapter 14, section 14.4.4.)

**Malignancy:** The essential property of cancer cells that is demonstrated by their ability to proliferate indefinitely, to invade surrounding tissue, and to *metastasize* to other organs.

**Marker:** A substance produced by tumor cells and released into the blood such that the concentration in blood may be related to the bulk of tumor present in the individual. (See chapter 12.)

**Metastasis:** The spread of cells from a primary tumor to a noncontiguous site, usually via the blood stream or lymphatics, and the establishment of a secondary growth. (See chapter 11.)

**Mitotic Delay:** Delay in passage of a cell through its growth cycle that is induced by radiation or some anticancer drugs.

**Mitotic Index:** The proportion of cells in a tissue that are in mitosis at any given time.

**Monoclonal Antibody:** An *antibody* of a single defined specificity, most commonly obtained from a single clone of antibody-producing cells or from a *hybridoma*. (See chapter 14, section 14.5.)

**Mucositis:** Inflammation of the mucous membranes, especially in the mouth, which may occur after treatment with radiation or anticancer drugs.

**Multiple Drug Resistance:** Resistance to a group of chemically unrelated drugs that develops in cells and that may be induced or selected for by exposure of the cells to any one of the drugs. (See chapter 19, section 19.2.4.)

**Mutation:** A change in one or more of the DNA bases in a *gene*. Changes can include insertion of extra bases or deletion of a base(s). Mutations in coding *exons* lead to altered protein products; mutations in noncoding regions can lead to altered amounts of protein.

**Myelosuppression:** A reduction in mature blood cells in the peripheral circulation, particularly granulocytes, which may occur after treatment with anticancer drugs. (See chapter 17, section 17.4.1.)

**Natural Killer Cell:** A lymphocyte that can kill certain types of malignant cell without prior specific sensitization. (See chapter 14, section 14.4.3.)

**Necrosis:** Death of cells. It often occurs in solid tumors leading to areas containing degenerating or pyknotic cells.

**Neoplasm:** Literally, a new growth or tumor. Often used to describe a *malignant* tumor or cancer.

**Northern Blot Analysis:** A technique for determining the presence of specific mRNA sequences in cells. Messenger RNA molecules are separated by electrophoresis and then blotted onto nitrocellulose paper. A radiolabeled *probe*, containing DNA sequences (*cDNA*) complementary to the RNA that is to be detected, is applied to the blot and allowed to *hybridize*. The labeled cDNA is then detected by *autoradiography*. (See chapter 3, section 3.3.4.)

**Nude Mouse:** A mouse that congenitally lacks a thymus and hence mature T cells. Xenografts of human tumors will often grow in such animals. For unknown reasons these mice are also hairless, hence the term "nude." (See chapter 17, section 17.3.2.)

**Oncofetal Antigen:** A protein produced by fetal tissue that is usually present at very low levels in the adult. Many tumors produce oncofetal antigens (e.g., *carcinoembryonic antigen*) that have been used as *markers* of tumor bulk. (See chapter 12, section 12.2.2.)

**Oncogene:** A *gene* whose protein product may be involved in processes leading to *transformation* of a normal cell to a malignant state. (See chapter 5.)

**Paraneoplastic Syndrome:** Signs or symptoms that may occur in a patient with cancer but that are not due directly to the local effects of the tumor cells. Examples include the effects of *ectopic* production of hormones by cancer cells. (See chapter 13, section 13.4.2.)

**Pharmacokinetics:** The time course of drug disposition within the body. This may include absorption, distribution, metabolism, and excretion. (See chapter 18, section 18.2.)

**Phenotype:** Characteristics of a cell or tissue resulting from the expression of specific *genes*.

**Plasmid:** A circular piece of DNA that may reproduce separately from chromosomal DNA within cells, bacteria, or other organisms. (See *episome*.)

**Ploidy:** A description of the *chromosome* content of the cell. Normal mammalian cells contain two copies of each chromosome (except for the sex chromosomes in males) and are diploid. Germ cells contain only one copy and are haploid. Cells in tumors often have missing or additional chromosomes (Aneuploidy), and/or may have one or more chromosome aberrations. (See chapter 3, section 3.2.)

**Polymerase Chain Reaction (PCR):** A method by which a given segment of DNA is amplified multiple times by the continued synthesis of complementary strands. (See chapter 3, section 3.3.8.)

**Potentially Lethal Damage:** Damage to a cell that may be caused by radiation or drugs and that may or may not be repaired depending on the environment of the cell following treatment. (See chapter 15, section 15.6.3.)

**Prevalence:** The frequency of disease in a population at a given time. (See chapter 2, section 2.1.2.)

**Probe:** A cloned *gene* or fragment of a cloned gene that can be made radioactive and used to detect homologous DNA (*Southern blot* or in situ hybridization) or RNA (*northern blot*). (See chapter 3, section 3.3.1.)

**Prognosis:** The expected outcome (e.g., chance of survival) for a patient with a particular type and stage of disease. (See chapter 21, section 21.3.)

**Progression:** The tendency of tumors to become more *malignant* as they grow. (See chapter 7, section 7.4.4 and chapter 9, section 9.3.1.)

**Proliferation-dependent Antigen:** A molecule that is expressed selectively in cells during one or more phases of the cell cycle. (See chapter 10, section 10.4.3.)

**Promoter (or Promotor):** (a) A compound that may not itself be *carcinogenic* but that stimulates the proliferation of *initiated* cells to form a cancer. Promotion is reversible and is normally a slow process. (See chapter 7, section 7.4.) (b) A DNA sequence where the *transcription* initiates. Promoters, in contrast to *enhancers*, have direction and are always located near the beginning of the first *exon*.

**Protein Kinase:** An enzyme that catalyzes the phosphorylation of proteins. Phosphorylation and dephosphorylation of proteins appear to be major mechanisms that control their function. Many *oncogenes* code for protein kinases. (See chapter 5, section 5.4.)

**Proto-oncogene:** A *gene*, in a normal cell, homologous to a viral transforming gene. Some proto-oncogenes encode proteins that influence the control of cellular proliferation and *differentiation. Mutations,* amplifications, rearrangements, etc., of proto-oncogenes may allow them to function as *oncogenes,* i.e., genes whose products are involved in cell *transformation.* (See chapter 5, section 5.1.3.)

**Provirus:** The DNA copy of the RNA of a *retrovirus* that is integrated into the chromosomal DNA of a cell. (See chapter 6, section 6.2.1.)

**Radioimmunoassay:** A sensitive method that may be used for the quantitation of any substance that can be recognized by an *antibody*. It depends on the binding of radiolabeled antibodies to the substance. (See chapter 12, section 12.2.1.)

**Radiosensitizer:** A compound that increases the sensitivity of cells to ionizing radiation. (See chapter 16, section 16.4.2.)

**Rearrangement:** Changes in the sequence of *genes* or of DNA sequences within genes that lead to alteration in their protein products. Rearrangement of genes is important in such processes as the generation of diversity of *antibody* molecules. Abnormal rearrangements between different genes appear to be important in *malignant transformation,* e.g., the Philadelphia chromosome in chronic myelogenous leukemia. (See chapter 3, section 3.1 and chapter 4, section 4.3.)

**Receptor:** A molecule inside or on the surface of cells which recognizes a specific hormone, *growth factor,* or other biologically active molecule. The receptor also mediates transfer of signals within the cell.

**Relative Biological Effectiveness (RBE):** A measure of the relative effectiveness of a given type of radiation. RBE is defined as the ratio of the dose of a commonly used type of radiation (e.g., $\gamma$-rays) to the dose of the test radiation that gives the same biological effect. (See chapter 8, section 8.3.2 and chapter 15, section 15.6.1.)

**Relative Risk:** The ratio of disease frequency in exposed and nonexposed members of a population. (Exposure implies any attribute, personal, environmental or genetic, that may cause or protect against disease.) (See chapter 2, section 2.2.2.)

**Remission:** Decrease in tumor volume (or cell number) following treatment. Complete remission indicates that disease cannot be detected by physical examination or clinical tests but does not necessarily imply that the disease has been cured. Partial remission is usually defined as shrinkage by at least 50% of the cross-sectional area of measurable tumors. (See chapter 19, section 19.1.3.)

**Restriction Enzymes:** Enzymes obtained from bacteria that make cuts at specific sequences of 4–8 bases in double-stranded DNA. (See chapter 3, section 3.3.2.)

**Restriction-Fragment-Length Polymorphism (RFLP) Analysis:** A method that may be used to identify unique DNA sequences within a cell. (See chapter 3, section 3.3.5.)

**Retrovirus:** A virus in which the genome comprises RNA. (See chapter 6, section 6.2.)

**Reverse Transcriptase:** An enzyme found mostly in *retroviruses* that catalyzes the production of a complementary DNA (cDNA) strand from an RNA strand. (See chapter 6, section 6.2.1.)

**RNase Protection:** A technique for detecting *mutations* in any *gene* that has been *cloned* and *sequenced*. The technique depends on a mismatch between the complementary RNA (to the gene of known sequence) and the DNA of the mutant gene, and the ability of RNase to cut single-strand RNA at the site of the mismatch. (See chapter 3, section 3.3.12.)

**Sarcoma:** A *malignant* tumor derived from mesenchymal cells (e.g., connective tissue, vascular tissue, bone).

**Screening:** (a) The application of a test (e.g., mammography) that may detect disease in a population of individuals who have no symptoms of the disease. (See chapter 21, section 21.2.) (b) Assays for detecting antitumor activity of compounds. (See chapter 17, section 17.3.3.)

**Second Messenger:** A substance involved in transmission of information between the surface of the cell and its interior, often leading to changes in the expression of specific *genes.* Nonsteroidal hormones stimulate second messengers such as cyclic AMP or phosphoinositides to influence the behavior of cells. (See chapter 13, section 13.3.2.)

**Segregation:** The process by which the *chromosomes* are separated during meiosis.

**Sensitivity:** The probability that a diagnostic test will identify those patients who have a given disease or attribute. (See chapter 12, section 12.3.2 and chapter 21, section 21.2.2.)

**Sequencing:** Determination of the sequence of nucleotides in a piece of DNA. (See chapter 3, section 3.3.7.)

**Site-directed Mutagenesis:** A technique for introducing a change in DNA sequence at a given site in DNA. (See chapter 3, section 3.3.10.)

**Southern Blot Analysis:** A technique used for detecting specific DNA sequences in cells. DNA is extracted from cells and cut with one or more *restriction enzymes.* The DNA fragments are separated by electrophoresis and blotted onto nitrocellu-

lose paper. The DNA is then *hybridized* using a radiolabeled DNA *probe* with a sequence complementary to the specific sequence to be detected. The DNA fragments that hybridize with the probe are detected by *autoradiography*. (See chapter 3, section 3.3.4.)

**Specificity:** The probability that a negative diagnostic test will correctly identify those patients who do not have a given disease or attribute. (See chapter 12, section 12.3.2 and chapter 21, section 21.2.2.)

**Spheroid:** A spherical aggregation of cells that can be grown in tissue culture and which provides a useful model for studying the properties of solid tumors. (See chapter 10, section 10.6.2 and chapter 19, section 19.3.6.)

**Stem Cell:** A cell that has the capacity to repopulate functional units within a tissue. The term is most aptly applied to renewal tissue such as the bone marrow where it is possible to demonstrate the presence of a cell that can regenerate all the various *differentiated* cells in blood. It is also used to describe a cell in tumors that has the capacity to produce a very large number of progeny and that, if it survives, can regenerate the tumor after treatment. (See chapter 9, section 9.2.)

**Sublethal Damage:** Damage to a cell that may be caused by radiation or drugs and that can be repaired in a few hours after the treatment. Classically, repair of sublethal damage is revealed by giving two treatments separated by a variable time interval. (See chapter 15, section 15.6.3.)

**Subtraction Hybridization:** A method for identifying genes that are selectively expressed in one type of cell. (See chapter 3, section 3.3.6.)

**Synchronized Cells:** A population of cells in which most of them are at a given stage of the growth cycle at any one time and move through the cell cycle as a cohort. Drugs that kill cells at a given phase of the cell cycle lead to partial synchrony among the survivors. (See chapter 15, section 15.6.2 and chapter 17, section 17.2.6.)

**Synergy:** An interaction between two agents that is greater than would be predicted from the activity of either alone. This word is commonly misused in describing the interaction between drugs or between drugs and radiation, since there is a range of effects that would be predicted as being additive. (See chapter 19, section 19.4.2.)

**T Cell:** A lymphocyte that has been processed by the thymus and that may have cytotoxic or regulatory functions in the immune response. T cells express the T-cell receptor on their surface. (See chapter 14, section 14.2.)

**Therapeutic Index (Therapeutic Ratio):** The ratio of the dose of a therapeutic agent that is required to produce a given level of damage to a critical normal tissue, to the dose of the agent required to produce a defined level of antitumor effect. Therapeutic index is therefore a measure of the relative efficacy of therapy against tumors as compared to the normal tissue damage caused. (See chapter 16, section 16.2.3 and chapter 19, section 19.1.2.)

**Thymidine:** One of the bases of DNA. Tritiated thymidine contains radioactive tritium (an isotope of hydrogen) and is used widely in studies of cell kinetics since it is either degraded rapidly to tritiated water or taken up into cells and incorporated into newly synthesized DNA. High specific activity (highly labeled) tritiated thymidine can be used to suicide cells since the cells that are engaged in DNA synthesis incorporate sufficient radioactivity to kill themselves. (See chapter 10, section 10.3.2.)

**Tolerance:** (a) A term used in immunology to indicate the process whereby specific *antigens* fail to elicit an immunological response. Tolerance is required to prevent a response against "self-antigens," and can also be induced against foreign antigens. (See chapter 14, section 14.2.3.) (b) Thermotolerance is the development of resistance to the effects of further heating induced by initial heating of cells or tissues. (See chapter 20, section 20.1.5.)

**Topoisomerases:** Enzymes that allow breakage of one or both DNA strands, unwinding of DNA, and resealing of the strands. The enzymes are required for DNA and RNA synthesis and are important for the action of some anticancer drugs. (See chapter 19, section 19.2.5.)

**Transcription:** The synthesis of RNA from a DNA template.

**Transcription Factors:** Proteins that can bind to DNA (often after their association to form dimers) and that influence the *transcription* of other genes. (See chapter 5, section 5.4.7.)

**Transfection:** The direct transfer of DNA molecules into a cell. Transfection of specific *genes* is a powerful tool for determining their function. (See chapter 3, section 3.3.9 and chapter 5, section 5.2.)

**Transformation:** Commonly used to describe the conversion of normal cells to those with abnormalities in cellular appearance and growth regulation in tissue culture (morphologic transformation). *Malignant* transformation requires in addition the demonstration that cells can produce a tumor in an appropriate animal. (See chapter 9, section 9.4.)

**Transgenic Mice:** Mice produced from germline cells into which a specific *gene* has been introduced. All cells of the mice carry this gene including the germline. (See chapter 3, section 3.3.13.)

**Translation:** The process by which mRNA directs the synthesis of protein.

**Translocation:** The displacement of one part of a *chromosome* to a different chromosome or to a different part of the same chromosome. An example is the translocation between chromosomes 9 and 22 that leads to the appearance of the Philadelphia *chromosome* in chronic myelogenous leukemia. (See chapter 3, section 3.1 and chapter 4, section 4.3.)

**Tumor:** A swelling or growth. It usually implies a collection of cells rather than, for example, an abscess. A tumor may be benign (i.e., the cells do not invade or *metastasize*) or *malignant*.

**Tumor Suppressor Gene:** A gene whose mutation or loss may lead to cellular *transformation* and to the development of can-

cer (also referred to as an antioncogene). (See chapter 4, section 4.5.3.)

**Western Blot Analysis:** A procedure analogous to *Southern* and *northern blot* analyses that allows the detection of specific proteins. Proteins are separated by electrophoresis and blotted on to nitrocellulose paper. They are usually identified by *autora-diography* following binding of radiolabeled *antibodies*. (See chapter 3, section 3.3.4.)

**Xenograft:** Tissue that is transplanted from one species of animal into another. Most commonly this refers to the transplantation of a human tumor into a nude or immune-deficient mouse. (See chapter 17, section 17.3.2.)