JASON SHEASBY (Bar No. 205455)
jsheasby@irell.com
GARY FRISCHLING (Bar No. 130583)
gfrischling@irell.com
MACLAIN WELLS (Bar No. 221609)
mwells@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile:  (310) 203-7199

SANDRA HABERNY (Bar No. 260977)
shaberny@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive
Suite 400
Newport Beach, CA 92660-6324
Telephone: (949) 760-0991
Facsimile:  (949) 760-5200

Attorneys for Defendant and Counterclaimant
THE TRUSTEES OF THE UNIVERSITY OF
PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC.,<br><br>    Plaintiff and Counterclaim Defendant<br><br>    v.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br><br>    Defendant and Counterclaimant | Case No. 5:10-cv-02037-LHK (PSG)<br><br>**EVIDENCE CITED BY THE UNIVERSITY OF PENNSYLVANIA IN APPENDIX B TO THE JOINT CLAIM CONSTRUCTION STATEMENT** |

The University of Pennsylvania submits evidence cited by the University in Appendix B to the Joint Claim Construction Statement, Docket Index No. 77.

By:    /s/ Jason G. Sheasby

Jason Sheasby (CA #205455)

Attorneys for Defendant and Counterclaimant
THE TRUSTEES OF THE UNIVERSITY OF
PENNSYLVANIA

# EVIDENCE CITED BY THE UNIVERSITY OF PENNSYLVANIA IN APPENDIX B TO THE JOINT CLAIM CONSTRUCTION STATEMENT
# TAB 61
# PART 7 of 17

sion. These changes affect one important aspect of $p21^{ras}$ function: while oncogenic $p21^{ras}$ forms can bind GTP and assume an active, signal-emitting state, they are unable to turn off their signal transmission by breaking down the GTP to GDP. As a result, trapped indefinitely in the active state, they inappropriately flood the cell with unremitting signals—in this case presumably growth-promoting signals. The ras switch, in effect, gets stuck in the "on" position.

This model, however, does not reveal precisely how an oncogenic form of $p21^{ras}$ transforms a cell. What is the nature of the biochemical signal that p21 emits? What is its target? Since ras proteins are not known to have enzymatic functions except to degrade GTP to GDP, $p21^{ras}$ is assumed to act as a regulator of yet another protein endowed with enzymatic activity, such as a protein kinase. But the identity of the proteins directly affected by activated $p21^{ras}$ remains elusive.

## Nuclear Proteins

Not all oncogenes and proto-oncogenes encode proteins found in the cytoplasm or associated with the plasma membrane. The c-myc gene is one of the first and most important to be shown to encode a nuclear protein. Recent evidence, discussed in Chapter 6, indicates that protein products of c-myc, of other myc genes, and of several other proto-oncogenes regulate transcription of a cohort of target genes in the nucleus by binding to their DNA sequences, allowing or disallowing them to be read out in the form of messenger RNA.

Among the most important and best studied of these transcriptional regulators are the fos and jun proteins. First identified as the products of retroviral oncogenes and their cellular progenitors, fos and jun each belong to a small family of related proteins. Members of each family can combine with members of the other to create dimers (such as fos–jun complexes) with varied activities. One such dimer is the well-known transcription control factor AP-1, produced in large amounts when many kinds of cells are stimulated to enter the cell growth cycle. Unfortunately, very little is known about the target genes regulated by this class of transcription factors.

## Other Oncogenic Proteins: Growth Factors and Receptors

Methods for characterizing the protein product of an isolated gene have advanced rapidly over the past few years; the slow unveiling of src, ras, and myc protein functions seems clumsy in retrospect. For a newly discovered gene, it is now standard practice to deduce the amino acid sequences of its protein product by determining the nucleotide sequences of DNA clones of the gene or of its messenger RNA. Antibodies that react with its protein can then be produced by immunizing rabbits or mice, using chemically synthesized or bacterially produced fragments of the protein as antigens.



Computer-based comparisons of amino acid sequences determined by direct analysis of PDGF (top right) and by nucleotide sequencing of the v-sis oncogene (top left) revealed that the sis proto-oncogene is the gene encoding a subunit of the growth factor PDGF.

The antisera can be used, in turn, to determine the cellular localization of the protein and to characterize its chemical modifications, enzymatic activities, and associations with other proteins. It is now often possible to predict important properties of a protein long before any direct biochemical analysis of the protein has been undertaken, by making use of the large collections of sequences of other proteins that have been stored in computerized data bases. Structural similarities with other, known proteins may predict the location of an oncogenic protein within the cell, its chemical modifications, or its enzymatic activities.

In 1983, one of the first and most striking of these similarities was found between the amino acid sequence of the protein product of a viral oncogene (the v-sis gene of simian sarcoma virus) and the sequence of a secreted growth factor, human platelet-derived growth factor (PDGF). The link indicated that the deregulated production by an oncogene of a growth-stimulatory factor could lead to cell transformation. This growth factor is usually secreted by one cell, diffuses through the intercellular space, and acts on a second cell, which senses its presence and responds by proliferating. The sis oncogene forces a tumor cell to secrete large amounts of a PDGF-like growth factor, which apparently stimulates growth of the cell that has just released it. (Other oncogenes also seem to specify secreted growth factors that act in an autostimulatory, or autocrine, fashion to force cell growth.)

This discovery also suggested that oncogenes may function by creating growth-stimulatory signals belonging to the same signaling pathways normally exploited by growth factors like PDGF. This idea was confirmed by discoveries that the v-erbB and v-fms oncogenes are derived from genes that specify normal cellular growth-factor receptors—proteins used by the cell to detect the presence of growth factors in the extracellular space. The aberrant receptor proteins encoded by the v-erbB and v-fms oncogenes release continuous growth signals into the cell, through the agency of their tyrosine-specific protein kinase activities on the cytoplasmic face of the cell membrane. Their normal counterparts, in contrast, release such signals only after they have recognized and bound appropriate extracellular growth factors.

## General Features of Proto-Oncogene Products

It is striking that proteins implicated in oncogenesis display such a diversity of locations and biochemical functions. This suggests that these proteins can meddle in cellular growth control at a large number of points. The presence of many oncoproteins outside the nucleus implies that important changes in cellular behavior can be caused by events distant from the sites where DNA is replicated and transcribed. That a remarkable number of these proteins are protein kinases stresses the importance of phosphorylation in the regulation of protein function and the control of cell prolif-



*The protein products of proto-oncogenes and related genes have many different biochemical functions performed at several places inside a cell or in the extracellular space.*

eration. Many of the proteins involved in cellular growth control are related to each other by sequence and function; they are encoded by members of gene families that have common evolutionary origins and may be partially redundant in their functions.

The functions normally delegated to these various proteins can be intensified or skewed by mutations that change the protein structure or produce normal proteins in abnormally large amounts. Excessive concentrations of an extracellular growth factor, unbridled catalytic activ-

ity of a mutant protein-tyrosine kinase, or inappropriately high levels of a transcription factor can each have detrimental effects upon the control of cell growth; even in the presence of a normal copy of the corresponding proto-oncogene, an oncogene may disrupt the carefully balanced molecular controls on cell proliferation to such an extent that malignant growth ensues.

Before assessing the mechanisms by which such dominant mutations derail growth control, we must consider another aspect of the problem: tumor suppressor genes, the subject of the next chapter. These genes participate in tumorigenesis when mutations eliminate or reduce their normal growth-inhibitory actions; they present a mirror image of the proto-oncogenes just described.



An artist's fanciful depiction of human chromosomes 3, 5, 13, 14, and 17 with the molecular structure of DNA bases in the background. Deletions of specific bands in these chromosomes (shown here in green) have been found in certain types of tumor cells. This observation suggested the presence of specific growth-inhibiting genes in the discarded chromosomal regions—genes that were eventually identified as the tumor suppressor genes described in this chapter.

5

# THE GENETIC ELEMENTS GOVERNING CANCER: TUMOR SUPPRESSOR GENES

O ncoproteins, as we have seen, can trigger malignant cell transformation by inappropriately activating the pathways that normally regulate cell proliferation in response to mitogens. But these well-studied proteins and the pathways in which they operate are not the sole regulators of cell growth and differentiation. An array of equally potent genes and their products suppresses cell growth.

Tissues seem to use two strategies to limit cell proliferation. The first depends upon rationing of the mitogenic signals that stimulate normal cell

growth. For example, the production and release of several mitogenic growth factors, such as platelet-derived growth factor (PDGF) and fibroblast growth factor (FGF), are very tightly controlled in normal tissues. The second strategy relies upon regulators that actively suppress proliferation. These genes, called suppressor genes, tumor suppressor genes, or even anti-oncogenes, appear to be as important as proto-oncogenes in governing normal cell proliferation. Growth-suppressing genes can play an important role in the creation of tumor cells. When one of these genes is inactivated, the cell cannot curb its own proliferation, and excessive cell growth may result.

If we think of the cellular growth-regulating system as an automobile, the oncogenes can be considered the accelerator and the growth-suppressing genes the brake. Excessive cell growth can result from either a stuck accelerator (activated oncogene) or a defective brake (inactivated tumor suppressor gene).

## DISCOVERY OF TUMOR SUPPRESSORS

The very existence of tumor suppressor genes was difficult to prove. Because they normally constrain cell proliferation, these genes are revealed only when they are lost and cells start to grow uncontrollably. This creates a quandary: the cancer biologist must study a gene whose workings only become apparent long after it has been silenced or lost. Thus, we cannot examine these genes directly but must resort to indirect experimental strategies.

Clues about the existence of the tumor suppressor genes first surfaced with a puzzling observation suggesting that, under certain circumstances, normal cells seem to dominate the behavior of aggressive cancer cells. The experiments that led to this apparent paradox used cell fusion, a technique in which neighboring cells growing at the bottom of a culture dish are fused to one another. Exposure of a cell monolayer to Sendai virus particles or to the chemical polyethylene glycol causes the outer




*A cell population before fusion (above) and immediately after fusion (right). Note the multinucleated cells in the fused population.*

membranes of neighboring cells to fuse together. The cytoplasms of several cells unite into one large, shared cytoplasm that includes several cell nuclei. Some of these multinucleated cells die, but others grow normally and divide. In the fused cells, the chromosomes from several nuclei congregate into the single common nucleus that soon forms. In this way, the genes of the two (or more) parent cells are pooled and together determine the behavior of the hybrid cell.

In the late 1960s, researchers fused normal cells with cancer cells to study the growth traits of the resulting normal–malignant hybrids. Two outcomes were possible. The genes donated by the tumor cell parent might dominate the hybrid cells, which would then form tumors when inoculated into a suitable host animal such as a mouse. Alternatively, genes originating from the normal parent cell might dominate, in which case the descendant hybrid cells would not form tumors in a host animal. As it turned out, such hybrid cells almost always lacked the ability to form tumors in animals. The traits of the normal cells indeed dominated those of the cancer cells to which they became fused, a result that runs counter to the intuition that the genes of the virulent, malignant cancer cell would dominate those of the benign normal partner.

There was only one simple way to explain this outcome: the normal cell must have contributed some tumor-suppressing activity that imposed normal growth behavior on the hybrid cell. This mysterious activity could come, in principle, from any component of the normal cell—its cytoplasmic proteins, its protein-synthesis machinery, or its genes. The fact that descendants of the hybrid cell often remained nontumorigenic for many generations, however, pointed to a cell factor that was stably transmitted from generation to generation, thereby implicating genes in the process.

In short, normal cells seemed to carry genes that could suppress the malignant behavior of tumor cells. These genes might constrain growth in normal cells and, when inactivated, lead to the unconstrained growth of tumor cells. When such genes were introduced into tumor cells by fusion, the cancer cells reacquired an important component of the growth-regulating machinery that their ancestors discarded many cell generations earlier. Responding to this newly restored machinery, the cancer cells reverted to a normal growth pattern and no longer formed tumors. In effect, these tumor suppressor genes reimposed normal growth control on the tumor cells.

A bit more was learned about these genes by studying the chromosomes in the hybrids. When hybrid cells are initially formed through fusion, their nuclei carry two complete sets of chromosomes, one from each parent cell. This is twice as many chromosomes as a cell usually possesses. Consequently, as the hybrid cell and its descendants proceed through multiple rounds of growth and division, they often discard some of these extra chromosomes, thereby reducing their total collection to a more normal, manageable size. Sometimes the chromosomes lost from a hybrid cell originate from the normal parent cell. With the loss of these normal chromosomes comes the loss of certain genes that had previously forced the hybrid cell to grow normally. Once the hybrid cell discards these growth-normalizing chromo-