JASON SHEASBY (Bar No. 205455)
jsheasby@irell.com
GARY FRISCHLING (Bar No. 130583)
gfrischling@irell.com
MACLAIN WELLS (Bar No. 221609)
mwells@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile:  (310) 203-7199

SANDRA HABERNY (Bar No. 260977)
shaberny@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive
Suite 400
Newport Beach, CA 92660-6324
Telephone: (949) 760-0991
Facsimile:  (949) 760-5200

Attorneys for Defendant and Counterclaimant
THE TRUSTEES OF THE UNIVERSITY OF
PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC., <br><br> Plaintiff and Counterclaim Defendant <br><br> v. <br><br> THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, <br><br> Defendant and Counterclaimant | Case No. 5:10-cv-02037-LHK (PSG) <br><br> **EVIDENCE CITED BY THE UNIVERSITY OF PENNSYLVANIA IN APPENDIX B TO THE JOINT CLAIM CONSTRUCTION STATEMENT** |

The University of Pennsylvania submits evidence cited by the University in Appendix B to the Joint Claim Construction Statement, Docket Index No. 77.

By:  /s/ Jason G. Sheasby

Jason Sheasby (CA #205455)

Attorneys for Defendant and Counterclaimant
THE TRUSTEES OF THE UNIVERSITY OF
PENNSYLVANIA

# EVIDENCE CITED BY THE UNIVERSITY OF PENNSYLVANIA IN APPENDIX B TO THE JOINT CLAIM CONSTRUCTION STATEMENT
# TAB 61
# PART 15 of 17

Case 5:10-cv-02037-LHK   Document 110-6   Filed 02/11/11   Page 3 of 9



*The tumor promoter TPA acts by mimicking a normal cellular second messenger, diacyl glycerol (DAG). In the normal cell, a growth factor causes its receptor to send out multiple signals inside the cell. One activates the enzyme phospholipase C (PLC), which then cleaves phosphatidyl inositol diphosphate (PIP$_2$) into DAG and inositol triphosphate (ITP). DAG then activates protein kinase C (PKC), which phosphorylates target proteins that in turn trigger growth. This complex process is short-circuited when an experimenter adds TPA, which binds to and directly activates PKC.*

The conversion of papilloma to carcinoma cells, which occurs spontaneously at a low rate, is accelerated greatly by applying mutagenic agents to the papilloma. This suggests that there are at least two critical steps that depend upon damage to cellular genes: initiation, and the much later conversion of papilloma to carcinoma, which is often termed progression.

## PROGRESSION AND DOUBLE MUTATION

Observations like these have inspired a simple scheme of how mouse skin carcinomas arise. First, an initiator enters many skin cells, damaging genes randomly. In a few cells, the initiating compound alters a critical growth-controlling gene; these cells, which become

Case 5:10-cv-02037-LHK   Document 110-6   Filed 02/11/11   Page 4 of 9



*Process of tumorigenesis in induced mouse skin tumors.*

initiated, may represent only one in every million skin cells and will remain inapparent amid their normal neighbors.

In the second phase of tumor formation, a promoting agent stimulates these few initiated cells to proliferate repeatedly until their descendants form visible papillomas, each made up of many millions of cells. In the third step, a mutagenic chemical is applied to the papilloma, damaging genes in many of its cells. As before, the mutagen acts with such randomness that only a minute proportion of papilloma cells—perhaps only one in a million—acquires a mutation that gives it further growth advantage. This rare papilloma cell is now doubly mutated, having acquired the first growth-promoting mutation from its initiated ancestor and a second during this later mutagenesis. This second genetic change allows the cell to proliferate without further promoter stimulus. Driven by these two distinct growth-promoting mutations, the skin cell and its descendants multiply rapidly to spawn a carcinoma.

## CELL NUMBERS AND MALIGNANT PROGRESSION

Because the requisite second mutation (like all mutations) is a rare event, occurring only once in a million cells or so, a large population of papilloma cells is needed to produce a doubly mutated cell. This suggests that one important role of the promoter is to expand the population of initiated cells. The promoter need not be an exotic chemical like TPA, first used by

## Direct and Indirect Tumor Promotion

**E**strogens and hepatitis B virus, both tumor promoters that stimulate cell proliferation, act by fundamentally different mechanisms. Estrogens periodically direct healthy epithelial cells in the breast to proliferate beyond a basal level, creating a temporary hyperplasia. Hepatitis B virus stimulates liver cell proliferation indirectly; by killing infected cells, it prompts healthy cells to divide to make up for the loss. A wide variety of viral and chemical agents appear to act as indirect growth stimulators and as tumor promoters solely because their toxicity, killing some cells, forces compensatory proliferation of survivors within a damaged tissue. As with virtually all toxins, however, to be toxic they require a certain threshold concentration below which they are likely to be innocuous.

These facts enormously complicate the interpretation of many laboratory tests for detecting carcinogens that depend upon introducing toxic (but possibly non-mutagenic) compounds into animals, usually rodents. These tests use extremely high doses of the compound to increase the chance of significant numbers of tumors in a small cohort of animals within a short period of time. As Bruce Ames (see Chapter 3) has pointed out, such compounds may induce cancer under these artificially high conditions indirectly—toxic at very high doses, they kill cells, trigger compensatory proliferation, and in this way act as tumor promoters. At the far lower doses to which human beings are normally exposed, the same compounds may have no toxicity and thus no carcinogenicity whatsoever; that is, a thousandfold lower dose of such an agent may be a millionfold less carcinogenic. By this logic, it is foolish in many cases to extrapolate human risk from animal tests performed at maximum tolerated dose. One example is saccharin, which in enormously high doses is apparently toxic and carcinogenic for the rat-bladder epithelium but at the thousandfold lower doses normally encountered as a human food additive is apparently nontoxic and probably totally innocuous.

*Developing network of milk ducts in the breast of a two-month-old mouse. The grapelike cluster (right) represents localized benign hyperproliferation of duct tissue, as seen in a transgenic, oncogene-bearing mouse before the onset of a mammary carcinoma. These growths resemble the reversible hyperplasia normally provoked by estrogens.*



Berenblum on mouse skin because of its known irritative powers. More common agents appear to achieve the same result in other organs. For example, the estrogen hormones released as part of the normal menstrual cycle seem to promote the development of mammary carcinomas, presumably because they stimulate growth of the epithelial cells in the milk ducts. As before, the promoter encourages the proliferation of cells in a specific target tissue, creating the large cell populations in which the rare genetic events needed to further the cancer process can occur.

The cell division induced by promoters is, we should note, intrinsically mutagenic, because the copying of chromosomal DNA during genome replication is prone to occasional errors, which create spontaneous mutations that can be as dangerous as those actively induced by external mutagens. Such mutagenesis, associated with normal cell division, seems to explain how tumor promoters can occasionally induce the progression of skin papillomas to carcinomas even without the application of a mutagenic carcinogen. By forcing cell division, the promoter causes cells to accumulate mutations, albeit not as rapidly as they would in response to an actively mutagenic chemical.

The connection between stimulating cell growth and promoting cancer is confirmed by the study of carcinogenesis in other organs. The chronic inflammation and associated cell proliferation seen in ulcerative colitis favor development of colon cancer. Analogously, frequent alcohol consumption acts as an irritant in the epithelial lining of the esophagus, killing cells that must be replaced; the resulting proliferation again seems to favor the development of esophageal cancer.

## ONCOGENES AND INITIATION

Fascinating genetic and biochemical details have emerged about the molecular processes underlying mouse skin carcinogenesis. We now know the identity of the elusive target altered during initiation: skin tumors initiated by 3-MC usually carry copies of a Ha-ras gene that has been mutated at its twelfth codon. When the resulting mutant ras allele is isolated from these cells by gene cloning and introduced into NIH3T3 cells, it acts as a potent transforming oncogene, as described in Chapter 4. The fact that dozens of independently induced skin tumors carry the identical Ha-ras mutation raises another question: How can 3-MC molecules, which strike randomly at DNA, almost invariably create the same mutation in the twelfth codon of the ras gene?

The answer seems to derive from the nature of most mutations in carcinogen-treated cells, the vast majority of which are either deleterious or neutral (evoking no obvious changes in cell behavior). On very rare occasions, the carcinogen affects a gene sequence whose alteration confers active growth advantage on the cell, which now outcompetes all others in the tissue, growing into the large clone of descendants that make up a tumor. There may be, in fact, only a small number of sites in the genome where point mutations (the sort created by 3-MC) result in growth-favoring alleles. The ras genes are known to contain several of these target sequences.

Here is an experiment suggesting that the observed ras mutation is essential, indeed sufficient, to initiate a skin tumor. Harvey sarcoma virus, which carries an oncogenic allele of the

Ha-ras gene (and gave this oncogene its name), can be used to infect normal mouse skin, which then behaves as if it had been treated by the initiating compound 3-MC: when subsequently exposed to a tumor promoter like TPA, it forms papillomas. This result is striking proof that the activities of an initiator can be mimicked entirely by inserting a ras oncogene into skin cells. Any other effects of the initiator seem to be irrelevant.

## PROMOTION AND PROGRESSION

How does the promoter contribute to cancer formation? Work over the past decade has shown that TPA has only one molecular target in the cell: it binds to protein kinase C, a serine–threonine kinase in the cytoplasm. This enzyme, once activated by TPA, attaches phosphate groups to serine and threonine amino acid residues of other target proteins in the cell, whose functions are altered thereby. (See the illustration on page 162.)

We know from the previous chapter that protein kinase C (PKC) is a central regulator of cell growth. The TPA molecules that bind to PKC and activate it are foreign, introduced by the experimenter into the normal skin cell. But TPA is effectively mimicking a natural intracellular compound—diacylglycerol—that the cell normally produces in response to external growth-stimulatory signals such as growth factors. In this way TPA can insinuate itself into a cell's growth-regulating circuitry, turn on a critical switch, and activate a variety of cellular responses.

Even the mystery of how mouse skin cells progress from forming papillomas to forming carcinomas has been solved at the molecular level, 50 years after the process of tumor progression was first described. Mouse skin carcinoma cells all carry mutations in their p53 tumor suppressor genes (see Chapter 5), in addition to the ras oncogene mutation already present in their papillomatous ancestors. Why then does it require two (or more) mutant genes to create a cancer cell? How can we understand these two mutations and their interactions? The complex tissue of a mouse skin does not yield the answer readily.

## CARCINOGENESIS BY A SINGLE ONCOGENE?

A powerful approach to this question was suggested by the Ha-ras oncogene experiment. Rather than wait for a carcinogen to activate a cellular proto-oncogene, a researcher can introduce an already mutated oncogene by infecting a cell with a tumor virus or by introducing DNA clones of the oncogene directly into cells—a process called transfection.

As discussed earlier, transfection of a ras oncogene into NIH3T3 cells converts them into tumor cells. But this result is complicated by the fact that the NIH3T3 cells are aberrant even before they acquire the oncogene by transfection. Because they are immortalized—having the ability to multiply indefinitely in culture—these cells already exhibit a trait typical of cancer cells.

How would a completely normal cell respond to an introduced oncogene? Normal cells from rat or mouse embryo tissues also can be grown in culture. These cells, largely fibro-



Rat embryo fibroblasts into which a ras oncogene (top), a myc oncogene (bottom), or both oncogenes (center) have been introduced by gene transfer (transfection). Only the two oncogenes together induce foci of transformed cells.

### Pairs of Collaborating Oncogenes

| | |
|---|---|
| ras, ros, src, yes, sea, erbB, or fps | myc |
| ras | N-myc |
| ras | L-myc |
| ras | Adenovirus E1A |
| Polyoma/middle-T antigen | Polyomavirus large-T antigen |
| ras | SV40 large-T antigen |
| ras | Papillomavirus E7 |

An oncogene from the left column can collaborate with its counterpart from the right column to transform a fully normal rat embryo fibroblast into a sarcoma cell.

blasts, are not immortalized and represent good approximations of the cells found in healthy tissues in the intact animal.

Introducing cloned DNA carrying a powerful ras oncogene into rat embryo fibroblasts had surprisingly little effect on their growth properties in culture; they still formed normal monolayers. Failing to transform these embryo cells with a ras oncogene, experimenters tried the myc oncogene frequently encountered in human tumors. Again, there was little effect on the cells' growth properties.

Both ras and myc oncogenes had been isolated previously from human tumor cells. Each apparently played an important role in inducing malignant behavior, yet neither was able to transform these normal rat embryo cells. We may conclude that truly normal fibroblastic

cells cannot be converted into tumor cells by the action of a single oncogene (in this case, ras or myc). More changes are apparently needed.

## ONCOGENE COLLABORATION

A simple experiment yielded the sought-after transformation. When the two oncogenes were transfected simultaneously into the embryo cells, thick, robust foci appeared and expanded aggressively in the petri dish. These cells showed the loss of contact inhibition and the rounded shape typical of cancer cells. Cells from these foci, inoculated into young rats, rapidly proliferated to form tumors; cells carrying only a single oncogene failed to do so. In short, this focus-forming assay, carried out in culture, is a good predictor of tumor-forming abilities in the living animal.

### Cancer Viruses and Multistep Tumorigenesis

No virus implicated in causing human cancer acts as a complete carcinogen. Each only pushes an infected cell one or two steps along the road to malignancy; complete transformation seems to require the same random, somatic mutations that intervene in the formation of nonviral tumors. The human papillomavirus genomes implicated in initiating cervical carcinomas, for example, carry two genes (E6 and E7) whose products bind and apparently inactivate the cervical epithelial cell's p53 and Rb suppressor proteins, respectively (see Chapter 5). This binding is necessary (but perhaps not sufficient) for the outgrowth of benign cervical growths. Epstein-Barr virus, through the actions of its EBNA-2, EBNA-3A, EBNA-3C, LMP-1, and LMP-2 genes, immortalizes lymphocytes, a precondition creating a susceptibility, in malarial Africa, to Burkitt's lymphoma. Additional somatic mutations (for example, myc



*Translocations in chromosomes 8 and 14 create a myc oncogene and are associated with Burkitt's lymphoma.*