| | |
|---|---|
| M. PATRICIA THAYER (SBN 90818)<br>pthayer@sidley.com<br>AARON R. BLEHARSKI (SBN 240703)<br>ableharski@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street<br>San Francisco, California 94104<br>Telephone: (415) 772-1200<br>Facsimile: (415) 772-7400<br><br>SANDRA S. FUJIYAMA (SBN 198125)<br>sfujiyama@sidley.com<br>SAMUEL N. TIU (SBN 216291)<br>stiu@sidley.com<br>TASHICA T. WILLIAMS (SBN 256449)<br>ttwilliams@sidley.com<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, California 90013<br>Telephone: (213) 896-6000<br>Facsimile: (213) 896-6600<br><br>Attorneys for Plaintiff<br>GENENTECH, INC. | ROBERT A. VAN NEST (SBN 84065)<br>rvannest@kvn.com<br>ASHOK RAMANI (SBN 200020)<br>aramani@kvn.com<br>NIKKI K. VO (SBN 239543)<br>nvo@kvn.com<br>SARAH B. FAULKNER (SBN 263857)<br>sfaulkner@kvn.com<br>KEKER & VAN NEST LLP<br>710 Sansome Street<br>San Francisco, CA 94111-1704<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188 |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| GENENTECH, INC.,<br><br>       Plaintiff,<br><br>vs.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, a Pennsylvania non-profit corporation,<br><br>       Defendant. | Case No:    5:10-CV-2037-LHK (PSG)<br><br>**SIXTH JOINT STIPULATION AND ORDER TO EXTEND THE DEADLINES FOR (A) COMPLIANCE WITH A PORTION OF THE COURT'S NOVEMBER 22 ORDER AND (B) TO MOVE TO RECONSIDER THE COURT'S ORDER**<br><br>**Hearing Date:** TBD<br>**Time:** TBD<br>**Judge:** Hon. Magistrate Paul S. Grewal |

WHEREAS on February 1, 2011, plaintiff Genentech, Inc. ("Genentech") and defendant the Trustees of the University of Pennsylvania ("the University") filed a Fifth Joint Stipulation and Proposed Order to Extend the Deadline for Compliance with a portion of the Court's November 22 Order (Dkt. No. 87) from February 1, 2011 to February 15, 2011; and

WHEREAS the parties wanted the deadline extension to discuss whether there is a way to limit Genentech's production of regulatory materials, other than the BLA Submissions (as that term is used in the Court's November 22 Order), to avoid the production of irrelevant materials; and

WHEREAS, the parties are continuing to address the proper scope for production of the regulatory materials and believe that an additional extension would benefit their discussion; and

WHEREAS, the parties are continuing to arrange an appropriate manner in which to proceed with the production; and

WHEREAS, if the parties are unable to reach agreement, Genentech reserves the right to move for reconsideration of the Court's Order;

THE PARTIES THEREFORE AGREE as follows:

1. The deadline for Genentech to comply with the following sentence in the Court's November 22, 2010 Order, now set for February 15, 2011, is extended an additional two weeks to March 1, 2011:

    > "In addition, to the extent there is responsive electronic data other than the BLA Submissions in Defendant's possession, custody or control that is responsive to Document Request No. 36, Plaintiff shall either produce the unredacted data to Defendant by November 30, 2010, or else file a declaration by that date showing why it cannot do so and setting forth the earliest possible date that it will be able to do so."

2. The deadline for Genentech to file a Motion for Reconsideration of the Court's Order, now set for February 15, 2011, is extended an additional two weeks to March 1, 2011.

3. No other provision of the Court's November 22, 2010 Order is changed.

**SIXTH JOINT STIP. RE COURT'S NOV. 22 ORDER – CASE NO.  5:10-CV-2037-LHK (PSG)**

SO STIPULATED:

Respectfully submitted,

Dated: February 15, 2011					SIDLEY AUSTIN LLP


								By: _____/s/_____
									M. PATRICIA THAYER

								  Attorneys for Plaintiff GENENTECH, INC.


Dated: February 15, 2011					IRELL & MANELLA LLP



								By: _____/s/_____
									GARY N. FRISCHLING[1]

								  Attorneys for Defendants THE TRUSTEES OF
								  THE UNIVERSITY OF PENNSYLVANIA

---

[1] Pursuant to General Order 45(X), the filer of this document hereby attests that concurrence in the filing of the document has been obtained from Gary N. Frischling.

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

1. The deadline for Genentech to comply with the following sentence in the Court's November 22, 2010 Order, now set for February 15, 2011, is extended an additional two weeks to March 1, 2011:

   > "In addition, to the extent there is responsive electronic data other than the BLA Submissions in Defendant's possession, custody or control that is responsive to Document Request No. 36, Plaintiff shall either produce the unredacted data to Defendant by November 30, 2010, or else file a declaration by that date showing why it cannot do so and setting forth the earliest possible date that it will be able to do so."

2. The deadline for Genentech to file a Motion for Reconsideration of the Court's Order, now set for February 15, is extended an additional two weeks to March 1, 2011.

3. No other provision of the Court's November 22, 2010 Order is changed.

SO ORDERED.

Dated: February 16, 2011

PAUL. S GREWAL
United States Magistrate Judge

ORDER RE JOINT STIPULATION
CASE NO. 5:10-CV-2037-LHK (PSG)