UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC.,<br><br>      Plaintiff,<br>  v.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, A PENNSYLVANIA NON-PROFIT CORPORATION,<br><br>      Defendant. | Case No.: 10-CV-02037-LHK<br><br>ORDER REGARDING BRIEFING SCHEDULE |

The Trustees of the University of Pennsylvania (UPenn) submitted a Motion to Strike Claim Construction Extrinsic Evidence, and a request to expedite this Motion, today (February 28, 2011). *See* Dkt. Nos. 126 and 127. Although this Motion was noticed to be heard by Judge Grewal, because this issue relates to claim construction, it will be heard by the undersigned.

The Court sets the following schedule:

The due date for UPenn's reply Claim Construction brief is extended to March 11, 2011.

Genentech's Opposition to UPenn's Motion is due tomorrow, March 1, 2011.

The hearing on this Motion is set for Thursday, March 3, 2011 at 1:30 p.m. in courtroom 4, fifth floor.

1

Case No.: 10-CV-02037-LHK
ORDER REGARDING BRIEFING SCHEDULE

1  **IT IS SO ORDERED.**

2  Dated: February 28, 2011



LUCY H. KOH
United States District Judge

Case No.: 10-CV-02037-LHK
ORDER REGARDING BRIEFING SCHEDULE