UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC.,<br><br>        Plaintiff,<br>    v.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br><br>        Defendants. | Case No.: C 10-2037 LHK (PSG)<br><br>**ORDER GRANTING SEVENTH JOINT STIPULATED REQUEST TO EXTEND DEADLINES**<br><br>**(Re: Docket No. 132)** |

On March 1, 2011, the parties filed a stipulation and proposed order to extend the deadlines for compliance with a portion of the court's November 22, 2010 Order[1] and to move to reconsider the court's order. The November 22, 2010 Order required Plaintiff Genentech to comply by November 30, 2010. Through six subsequent stipulations and orders, the deadlines to comply and to move to reconsider were extended to March 1, 2011. The seventh stipulation and proposed order requests a further extension to March 8, 2011.

IT IS HEREBY ORDERED that the deadlines to comply with the court's November 22, 2010 Order and to move to reconsider the court's order are extended to March 15, 2011. No further

---

[1] See 11/22/10 Order Granting-In-Part and Denying-In-Part Def.'s Mot. Compel Responses to Doc. Req. Nos. 33 and 336 (Docket No. 43).

ORDER, *page 1*

1  extensions will be granted.

2  Dated: March 7, 2011

3  _____
   PAUL S. GREWAL
   United States Magistrate Judge

ORDER, *page 2*