UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> THE TRUSTEES OF THE UNIVERSITY OF ) <br> PENNSYLVANIA, A PENNSYLVANIA NON- ) <br> PROFIT CORPORATION, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 10-CV-02037-LHK <br><br> ORDER GRANTING SEVENTH JOINT STIPULATED REQUEST TO EXTEND DEADLINES |

On March 1, 2011, the parties filed a stipulation and proposed order to extend the deadline to object to a portion of Judge Trumbull's November 22, 2010 Order compelling production of certain information. The original deadline was November 30, 2010; this deadline has been extended six times, most recently to March 1, 2011. The parties now seek extension of the deadline to March 8, 2011.

It is hereby ordered that the deadline to object to the November 22, 2010 Order is extended to March 15, 2010. No further extensions will be granted.

**IT IS SO ORDERED.**

Dated: March 9, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-02037-LHK
ORDER GRANTING EXTENSION