United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC., <br><br> Plaintiff, <br> v. <br><br> THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, A PENNSYLVANIA NON-PROFIT CORPORATION, <br><br> Defendant. | Case No.: 10-CV-02037-LHK <br><br> ORDER REGARDING ADMINISTRATIVE REQUEST FOR SEALING |

Genentech previously submitted a request to seal portions of its Motion to File First Amended Complaint and First Amended Answer, certain exhibits appended to the Motion, and portions of the First Amended Complaint and Answer, on the basis that these materials cite information produced by Defendant (U Penn) and marked Highly Confidential. *See* Dkt. No. 116. The Court granted this request in part, approving sealing of Exhibits B, C, O and D and proposed redactions citing these materials. *See* Dkt. No. 135. The Court requested that U Penn provide additional information to support sealing of Exhibits K, L and M. In response, U Penn withdrew the confidential designations of these materials. Dkt. No. 137. Accordingly, Genentech's proposed sealing of Exhibits B, C, O and D and redactions of citations of these materials is GRANTED, but the proposed sealing of Exhibits K, L and M and related redactions is DENIED. Genentech may file these materials under seal and prepare redacted versions for public filing.

1

Case No.: 10-CV-02037-LHK
ORDER REGARDING SEALING

1  **IT IS SO ORDERED.**

2  Dated: March 22, 2011

3  _____
   LUCY H. KOH
   United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No.: 10-CV-02037-LHK
ORDER REGARDING SEALING