JASON SHEASBY (Bar No. 205455)
jsheasby@irell.com
GARY FRISCHLING (Bar No. 130583)
gfrischling@irell.com
MACLAIN WELLS (Bar No. 221609)
mwells@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile:  (310) 203-7199

SANDRA HABERNY (Bar No. 260977)
shaberny@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive
Suite 400
Newport Beach, CA 92660-6324
Telephone: (949) 760-0991
Facsimile:  (949) 760-5200

Attorneys for Defendant and Counterclaimant
THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC.,<br><br>    Plaintiff and Counterclaim Defendant<br><br>    v.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br><br>    Defendant and Counterclaimant | Case No. 5:10-cv-02037-LHK (PSG)<br><br>Hon. LUCY H. KOH<br>Date:   March 28, 2011 (Tutorial)/April 4 (Hearing)<br>Time:   10:00AM<br><br>**[PROPOSED]** ORDER ALLOWING THE PARTIES TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM |

WHEREAS defendant the Trustees of the University of Pennsylvania ("the University") and plaintiff Genentech, Inc. ("Genentech") have met and conferred regarding the use of electronic equipment in connection with the claim construction tutorial and hearing in this matter, the Parties have agreed to bring into the courtroom the following for one or both of the technology tutorial on March 28 and/or the claim construction hearing on April 4:

   1 large projection screen

   1 high lumen projector

   1 projector stand

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2401154

[PROPOSED] ORDER GRANTING ELECTRONIC EQUIPMENT TO BE BROUGHT INTO THE COURTROOM

| | |
|---|---|
| 1 | Video switcher/distribution unit |
| 2 | ELMO (document camera) |
| 3 | Loudspeaker |
| 4 | 4 LCD monitors |
| 5 | Cabling for all the above |
| 6 | 2 Laptops and cords |
| 7 | 2 Tech tables |
| 8 | Video equipment: |

    Sony DSR-250 video camera
    (1) 4-pin DC cable
    Shure FP42 audio mixer
    Lowell Omni light with stand
    Sony VRD-MC5 DVD burner
    Sony ECM55B lavalier microphone
    Sony ECM55B lavalier microphone
    Sony ECM66B lavalier microphone
    Shure MX393/0 table microphone
    Bogen 501HDV, 351MVB2K tripod w/case
    Boland 5.6" LCD video monitor
    6X7' backdrop w/case
    Portabrace CO-PC camera bag
    Camera plate
    Tripod plate
    Kart-a-Bag handtruck
    Power adapter for DVD burner
    Power adapter for Boland monitor
    Power adapter for camera
    (2) headphones
    7 outlet power strip
    (1) AC power cable
    (1) 1FXLR to 2MXLR mono cable
    (4) XLR cables
    (1) 6ft. BNC cable
    (1) 6ft. mini to mini stereo cable
    (1) 6ft. headphone extension
    (1) 25ft. extension cord
    (1) S-video cable
    (5) DVCAM tapes
    (5) DVD discs
    Masking tape
    Gaffer's tape

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2401154

- 1 -
[~~PROPOSED~~] ORDER GRANTING ELECTRONIC EQUIPMENT TO BE BROUGHT INTO THE COURTROOM

- 2 -

1  The parties' technical consultants also request that they be allowed to enter the courtroom early on
2  March 28 and April 4 to set up the aforementioned equipment in advance of the tutorial and
3  hearing.

**IT IS SO ORDERED.**

DATED: __March 25_, 2011

*Lucy H. Koh*
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2401154

- 2 -
[PROPOSED] ORDER GRANTING ELECTRONIC EQUIPMENT TO BE
BROUGHT INTO THE COURTROOM