M. PATRICIA THAYER (SBN 90818)
pthayer@sidley.com
SIDLEY & AUSTIN LLP
555 California Street
San Francisco, CA  94104
Telephone:  (415) 772-1200
Facsimile:   (415) 772-7400

JEFFREY P. KUSHAN
jkushan@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile:  (202) 736-8711
SAMUEL N. TIU (SBN 216291)
stiu@sidley.com
TASHICA T. WILLIAMS (SBN 265449)
ttwilliams@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA  90013
Telephone:  (213) 896-6000
Facsimile:   (213) 896-6600

Attorneys for Plaintiff
GENENTECH, INC.

ROBERT A. VAN NEST (SBN 84065)
rvannest@kvn.com
ASHOK RAMANI (SBN 200020)
aramani@kvn.com
DAN E. JACKSON (SBN 216091)
djackson@kvn.com
SARAH B. FAULKNER (SBN 263857)
sfaulkner@kvn.com
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:   (415) 397-7188

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC.,<br><br>                                   Plaintiff,<br><br>        v.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, a Pennsylvania non-profit corporation,<br><br>                                   Defendant. | Case No. 5:10-CV-2037-LHK (PSG)<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; AND CONFIDENTIAL EXHIBITS CITED IN THE DECLARATION OF SARAH B. FAULKNER**<br><br>Dept:        Courtroom 5, 4th Floor<br>Judge:       Hon. Paul S. Grewal<br>Date Comp. Filed:     May 11, 2010<br>Trial Date: None set |

552607.01

**MOTION TO FILE UNDER SEAL**

Plaintiff Genentech, Inc. submits this Request under Civil Local Rules 7-11 and 79-5 to file documents under seal in connection with its Motion to Compel Responses to Interrogatory Number Two and Request for Production Numbers 35 and 68.  Genentech makes this Request in a good-faith effort to maintain the confidentiality of documents relied upon in Genentech's Notice of Motion and Motion to Compel, Memorandum of Points and Authorities, and certain exhibits cited in the Declaration of Sarah B. Faulkner that have been designated as Confidential or Highly Confidential by Defendant University of Pennsylvania or a third party in this case.  Genentech does not seek to seal *any* of its own documents, so this motion is brought under Civil Local Rule 79-5(d)—therefore, Genentech has filed neither a supporting declaration that explains why the materials should be maintained under seal, nor a narrowly-tailored proposed sealing order.

**A.    Motion to Compel and Memorandum of Points and Authorities in Support thereof**

Genentech's Notice of Motion and Motion to Compel; Memorandum of Points and Authorities directly cite documents marked as Confidential or Highly Confidential under the parties' Protective Order.  Accordingly, Genentech is obligated to lodge these documents with the Court with a request to file it under seal, pursuant to Civil Local Rule 79-5.

**B.    Exhibits to Declaration of Sarah B. Faulkner in support of Genentech's Motion to Compel**

Concurrently filed in support of Genentech's Motion to Compel is the Declaration of Sarah B. Faulkner, which attaches four documents that have been designated Confidential or Highly Confidential by University of Pennsylvania under the Protective Order.

**Exhibit P**:  This exhibit contain excerpts and exhibits from the deposition testimony of Gail Massey, 30(b)(6) witness for the Trustees of the University of Pennsylvania, and was designated as Confidential under the Protective Order.  Under the Protective Order, Genentech is obligated to lodge these documents with the Court with a request to file them under seal, pursuant to Civil Local Rule 79-5.

1

552607.01

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibits R, S and T**  These exhibits constitute documents produced by University of Pennsylvania and were designated Highly Confidential under the Protective Order.  Under the Protective Order, Genentech is obligated to lodge these documents with the Court with a request to file them under seal, pursuant to Civil Local Rule 79-5.

ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFF'S NOTICE OF MOTION AND MOTION
TO COMPEL; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; AND
CONFIDENTIAL EXHIBITS CITED IN THE DECLARATION OF SARAH B. FAULKNER
CASE NO. 5:10-CV-2037-LHK (PSG)

552607.01

1   Genentech respectfully requests that the Court order that the Clerk of the Court maintain

2   each of the above documents in accordance with the provisions of Local Civil Rule 79-5(d).

3   Dated:  April 19, 2011                                  Respectfully submitted,

4

5                                                   By:   /s/ Sarah B. Faulkner
                                                          SARAH B. FAULKNER (SBN 263857)
6                                                          ROBERT A. VAN NEST (SBN 84065)
                                                          ASHOK RAMANI (SBN 200020)
7                                                          NIKKI K. VO (SBN 239543)
                                                          KEKER & VAN NEST LLP
8                                                          710 Sansome Street
                                                          San Francisco, CA  94111-1704
9                                                          Telephone:  (415) 391-5400
                                                          Facsimile:   (415) 397-7188
10
                                                          M. PATRICIA THAYER (SBN 90818)
11                                                         SIDLEY & AUSTIN LLP
                                                          555 California Street
12                                                         San Francisco, CA  94104
                                                          Telephone:  (415) 772-1200
13                                                         Facsimile:   (415) 772-7400

14                                                         SAMUEL N. TIU (SBN 216291)
                                                          TASHICA T. WILLIAMS (SBN 265449)
15                                                         SIDLEY AUSTIN LLP
                                                          555 West Fifth Street, Suite 4000
16                                                         Los Angeles, CA  90013
                                                          Telephone:  (213) 896-6000
17                                                         Facsimile:   (213) 896-6600

18                                                         Attorneys for Plaintiff
                                                          GENENTECH, INC.
19

20

21

22

23

24

25

26

27

28

ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFF'S NOTICE OF MOTION AND MOTION
TO COMPEL; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; AND
CONFIDENTIAL EXHIBITS CITED IN THE DECLARATION OF SARAH B. FAULKNER
CASE NO. 5:10-CV-2037-LHK (PSG)

552607.01