**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC., <br><br> Plaintiff, <br> v. <br><br> THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, A PENNSYLVANIA NON-PROFIT CORPORATION, <br><br> Defendant. | Case No.: 10-CV-02037-LHK <br><br> ORDER REGARDING ADMINISTRATIVE REQUEST FOR SEALING |

The University of Pennsylvania (U Penn) has filed an Administrative Motion to Seal documents relating to its Opposition to Genentech's Motion to Amend its Complaint. U Penn's request to seal the redacted portions of the Opposition, and Exhibits 2, 3 and 6 to the Haberny Declaration is granted. However, in future, U Penn should not e-file the redacted version of a sealed document before the Court has granted the Administrative Motion to Seal. Instead, per Civil Local Rule 79-5, U Penn should lodge with the Court and serve a copy of the proposed redactions, and file the redacted document(s) only after the Court approves sealing.

**IT IS SO ORDERED.**

Dated: May 2, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-02037-LHK
ORDER REGARDING SEALING