UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC.,<br><br>                Plaintiff,<br>    v.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, a Pennsylvania non-profit corporation,<br><br>                Defendant. | Case No.: 10-CV-02037-LHK<br><br>TENTATIVE ORDER REGARDING LEAVE TO AMEND AND SETTING CASE MANAGEMENT CONFERENCE |

Plaintiff Genentech, Inc. (Genentech) has moved to amend its complaint and answer to assert a claim for declaratory judgment of unenforceability and an additional affirmative defense ("Motion," Dkt. No. 163). Genentech's amendments assert that defendant Trustees of the University of Pennsylvania (U Penn) committed inequitable conduct while prosecuting U.S. Patent No. 6,733,752 (the '752 Patent). U Penn opposed the motion, and Genentech filed a reply brief. U Penn moved for leave to file a sur-reply to Genentech's reply on May 6, 2011. Genentech opposed U Penn's request for leave, and in the alternative asked for leave to file a sur-sur-reply on May 9, 2011.

The parties are ordered not to file any additional briefing relating to the Motion. The Court has reviewed the papers submitted and tentatively finds that Genentech should be given leave to amend regarding the first asserted basis of inequitable conduct (alleged misrepresentation of the number of mice who survived 90 weeks of "high dose" treatment with no tumors). Accordingly,

1

Case No.: 10-CV-02037-LHK
TENTATIVE ORDER REGARDING LEAVE TO AMEND

United States District Court
For the Northern District of California

the Court asks that the parties focus their arguments at the May 12, 2011 hearing on the other asserted bases of Genentech's request for leave to amend.

In light of the May 9, 2011 filing of the Order Construing Disputed Claim Terms of the '752 Patent, the Court believes the case schedule is set pursuant to the December 8, 2010 Case Management Order, as follows:

| Event | Date |
|---|---|
| Production of Discovery relating to advice of counsel (PLR 3-7) | June 28, 2011 |
| Fact Discovery Cutoff | Sept. 6, 2011 |
| Opening Expert Reports by Party with Burden | Sept. 27, 2011 |
| Rebuttal Expert reports | Oct. 18, 2011 |
| Close of Expert Discovery | Nov. 7, 2011 |
| Opening briefs on Dispositive Motions | Nov. 21, 2011 |
| Oppositions to Dispositive Motions | Dec. 12, 2011 |
| Replies on Dispositive Motions | Dec. 23, 2011 |
| Hearing on Dispositive Motions | Formerly Jan. 6, 2012; hereby reset for **Jan. 12, 2011 at 1:30 p.m.** |
| Pretrial conference | March 28, 2012 at 2 p.m. |
| Trial (5-10 days) | Formerly April 5, 2011; **hereby reset for April 16, 2012 at 9 a.m.** |

In lieu of the pretrial deadlines set in the December 8, 2010 Case Management Order, the parties shall comply with the Court's Standing Order regarding civil jury trials for all pretrial deadlines. The Court hereby sets a Case Management Conference to follow the May 12, 2011 hearing on the Motion. No Joint Case Management Statement is required. However, if the parties wish to raise particular case management issues, they may file a Joint Case Management Statement limited to those issues by Wednesday, May 11, 2011 at 5 p.m.

**IT IS SO ORDERED.**

Dated: May 10, 2011

LUCY H. KOH
United States District Judge

Case No.: 10-CV-02037-LHK
TENTATIVE ORDER REGARDING LEAVE TO AMEND