JASON SHEASBY (Bar No. 205455)
jsheasby@irell.com
GARY FRISCHLING (Bar No. 130583)
gfrischling@irell.com
MACLAIN WELLS (Bar No. 221609)
mwells@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile:  (310) 203-7199

SANDRA HABERNY (Bar No. 260977)
shaberny@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive
Suite 400
Newport Beach, CA 92660-6324
Telephone: (949) 760-0991
Facsimile:  (949) 760-5200

Attorneys for Defendant and Counterclaimant
THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC.,<br><br>　　　Plaintiff and Counterclaim Defendant<br><br>　　v.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br><br>　　　Defendant and Counterclaimant | Case No. 5:10-cv-02037-LHK (PVT)<br><br>Hon. Lucy H. Koh<br>Date Comp. Filed: May 11, 2010<br>Trial Date:　　　　June 11, 2012<br><br>**[PROPOSED]** ORDER GRANTING THE UNIVERSITY OF PENNSYLVANIA'S ADMINISTRATIVE MOTION TO MAINTAIN SEAL OVER REDACTED PORTIONS OF EXHIBIT 6 TO THE UNIVERSITY'S OPPOSITION TO GENENTECH'S MOTION TO FILE A FIRST AMENDED COMPLAINT) |

1  As set forth in the University of Pennsylvania's Administrative Motion to Maintain Seal
2  Over Redacted Portions of Exhibit 6 to the University's Opposition to Genentech's Motion to File
3  a First Amended Complaint, the University has lodged with the Court this Exhibit, for which the
4  University requests that the Court issue an Order permitting that it be maintained under seal, with
5  a suitable redacted copy made available in the public record.
6  For good cause shown and having reviewed the proposed redactions, the University's
7  Exhibit 6 is to be maintained under seal. A redacted version, as previously submitted to the Court
8  by the University, is to be filed in the public record.

10 **IT IS SO ORDERED.**

12 DATED: _____ June 2, __, 2011            _Lucy H. Koh_____
                                              HONORABLE LUCY H. KOH
13                                             UNITED STATES DISTRICT COURT JUDGE

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2438814

- 1 -
[PROPOSED] ORDER GRANTING
UNIVERSITY'S MOTION TO FILE UNDER SEAL