| | |
|---|---|
| M. PATRICIA THAYER (SBN 90818) <br> pthayer@sidley.com <br> SIDLEY AUSTIN LLP <br> 555 California Street <br> San Francisco, California 94104 <br> Telephone: (415) 772-1200 <br> Facsimile: (415) 772-7400 | ROBERT A. VAN NEST (SBN 84065) <br> rvannest@kvn.com <br> ASHOK RAMANI (SBN 200020) <br> aramani@kvn.com <br> SARAH B. FAULKNER (SBN 263857) <br> sfaulkner@kvn.com <br> KEKER & VAN NEST LLP <br> 710 Sansome Street <br> San Francisco, CA 94111-1704 <br> Telephone: (415) 391-5400 <br> Facsimile: (415) 397-7188 |
| JEFFREY P. KUSHAN (*pro hac vice*) <br> jkushan@sidley.com <br> SIDLEY AUSTIN LLP <br> 1501 K Street, N.W. <br> Washington, D.C. 20005 <br> Telephone: (202) 736-8000 <br> Facsimile: (202) 736-8711 | |

SAMUEL N. TIU (SBN 216291)
stiu@sidley.com
TASHICA T. WILLIAMS (SBN 256449)
ttwilliams@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Plaintiff and Counterclaim Defendant
GENENTECH, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | | |
|---|---|---|
| GENENTECH, INC., | ) | Case No: 5:10-CV-2037-LHK (PSG) |
| Plaintiff and Counterclaim Defendant, | ) ) ) | **ORDER DENYING THE UNIVERSITY OF PENNSYLVANIA'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL UNIVERSITY LETTER BRIEF MOTION TO COMPEL AND SUPPORTING EXHIBITS U & X** |
| vs. | ) ) | |
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, a Pennsylvania non-profit corporation, | ) ) ) ) | |
| Defendant and Counterclaimant. | ) ) ) | |

1  The court, having considered the University of Pennsylvania's Administrative Motion to
2  File Under Seal University Letter Brief Motion to Compel and Supporting Exhibits U & X  (Dkt.
3  287), and the Declaration of Tashica T. Williams Under Civil Local Rule 79-5(d) hereby orders
4  that the Motion is DENIED as it relates to information identified in the University of
5  Pennsylvania's Administrative Motion to File Under Seal University Letter Brief Motion to
6  Compel and Supporting Exhibits U & X .

8  **IT IS SO ORDERED.**

10  Dated:  August 19, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge