1  M. PATRICIA THAYER (SBN 90818)          JASON SHEASBY (SBN 205455)
   pthayer@sidley.com                       jsheasby@irell.com
2  SIDLEY & AUSTIN LLP                      GARY FRISCHLING (SBN 130583)
   555 California Street                    gfrischling@irell.com
3  San Francisco, CA 94104                  C. MACLAIN WELLS (Bar No. 221609)
   Telephone: (415) 772-1200                mwells@irell.com
4  Facsimile: (415) 772-7400                IRELL & MANELLA LLP
                                            1800 Avenue of the Stars, Suite 900
5  SANDRA S. FUJIYAMA (SBN 198125)          Los Angeles, CA 90067-4276
   sfujiyama@sidley.com                     Telephone: (310) 277-1010
6  SAMUEL N. TIU (SBN 216291)               Facsimile: (310) 203-7199
   stiu@sidley.com
7  TASHICA T. WILLIAMS (SBN 265449)         SANDRA HABERNY (SBN 260977)
   ttwilliams@sidley.com                    shaberny@irell.com
8  SIDLEY AUSTIN LLP                        IRELL & MANELLA LLP
   555 West Fifth Street, Suite 4000        840 Newport Center Drive
9  Los Angeles, CA 90013                    Suite 400
   Telephone: (213) 896-6000                Newport Beach, CA 92660-6324
10 Facsimile: (213) 896-6600                Telephone: (949) 760-0991
                                            Facsimile: (949) 760-5200
11 ROBERT A. VAN NEST (SBN 84065)
   rvannest@kvn.com
12 ASHOK RAMANI (SBN 200020)
   aramani@kvn.com
13 SARA B. FAULKNER (SBN 263857)
   sfaulkner@kvn.com
14 KEKER & VAN NEST LLP
   710 Sansome Street
15 San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
16 Facsimile: (415) 397-7188

17 Attorneys for Plaintiff GENENTECH, INC.   Attorneys for Defendant THE TRUSTEES
                                             OF THE UNIVERSITY OF
18                                           PENNSYLVANIA

19            IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
20                         SAN JOSE DIVISION

21 | GENENTECH, INC.,                        | Case No. 5:10-cv-02037-LHK (PSG)
22 |         Plaintiff                       |
   |     v.                                  | **STIPULATED AGREEMENT ON BRIEFING SCHEDULE CHANGE FOR RESPONSE TO GENENTECH'S MOTION FOR A PROTECTIVE ORDER**
23 | THE TRUSTEES OF THE UNIVERSITY OF       |
   | PENNSYLVANIA,                           |
24 |         Defendant and Counterclaimant   |
25                                           | Judge: Hon. Paul S. Grewal

2482312.1 02

**STIPULATED AGREEMENT ON OPPOSITION BRIEFING SCHEDULE**

WHEREAS, Genentech, Inc. ("Genentech") filed a letter brief with this Court on August 19, 2011, requesting a protective order (Dkt. 303), which is scheduled to be heard August 30;

WHEREAS, pursuant to the Court's June 7, 2011 order regarding letter briefing (Dkt. 262), any response by the Trustees of the University of Pennsylvania ("the University") to Genentech's motion would ordinarily be due on Wednesday, August 24, 2011;

WHEREAS, the University has requested an extra day in order to prepare a response to Genentech's motion such that its opposition would be due on Thursday, August 25, 2011,

WHEREAS, Genentech has agreed to the request;

ACCORDINGLY, the University respectfully requests that the Court permit the University to file its opposition to Genentech's motion on Thursday, August 25, 2011:

Dated: August 22, 2011

Respectfully submitted,

SIDLEY & AUSTIN LLP

By: /s/ M. Patricia Thayer

M. Patricia Thayer (#90818)
Attorneys for Plaintiff and Counterclaim-Defendant GENENTECH, INC.

Dated: August 22, 2011

Respectfully submitted,

IRELL & MANELLA LLP

By: /s/ Raymond LaMagna

Raymond LaMagna (#244821)
Attorneys for Defendant and Counterclaimant
THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA

PURSUANT TO STIPULATION, IT IS HEREBY BY ORDERED that:

The University's opposition to Genentech's August 19, 2011, letter brief motion shall be due filed on Thursday, August 25, 2011.

IT IS SO ORDERED

Dated: August 23, 2011

By: _____
Honorable Paul S. Grewal
United States Magistrate Judge