UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC., <br><br> Plaintiff, <br> v. <br><br> THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, A PENNSYLVANIA NON-PROFIT CORPORATION, <br><br> Defendant. | Case No.: 10-CV-02037-LHK <br><br> ORDER RESETTING CASE MANAGEMENT CONFERENCE |

The Court hereby VACATES the Case Management Conference currently set for Wednesday, September 7, 2011 and RESETS the Conference for Friday, August 30, 2011 at 2:00 p.m. in courtroom 8, 4th Floor. The parties shall file a Joint Supplemental Case Management Statement by Friday, September 2, 2011.

**IT IS SO ORDERED.**

Dated: August 30, 2011

_____
LUCY H. KOH
United States District Judge