**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| GENENTECH, INC., | ) | Case No.: 10-CV-02037-LHK |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER RESETTING CASE |
| THE TRUSTEES OF THE UNIVERSITY OF | ) | MANAGEMENT CONFERENCE |
| PENNSYLVANIA, A PENNSYLVANIA NON- | ) | |
| PROFIT CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court hereby VACATES the Case Management Conference currently set for

Wednesday, September 7, 2011 and RESETS the Conference for Friday, September 9, 2011 at 2:00

p.m. in courtroom 8, 4th Floor.  The parties shall file a Joint Supplemental Case Management

Statement by Friday, September 2, 2011.

**IT IS SO ORDERED.**

Dated: August 31, 2011

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-02037-LHK
ORDER RESETTING CASE MANAGEMENT CONFERENCE