UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> THE TRUSTEES OF THE UNIVERSITY OF ) <br> PENNSYLVANIA, A PENNSYLVANIA NON- ) <br> PROFIT CORPORATION, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 10-CV-02037-LHK <br><br> ORDER REGARDING SCHEDULE |

The Trustees of the University of Pennsylvania (UPenn) and Genentech, Inc. (Genentech) together submitted a stipulated proposed modified case schedule on September 16, 2011 (February 28, 2011). *See* ECF No. 322. The Court hereby grants the modified case schedule:

Fact Discovery Cut-off: November 1, 2011 (no change)

Opening Expert Reports: November 29, 2011 (previously November 21, 2011)

Rebuttal Expert Reports: December 20, 2011 (previously December 13, 2011)

Close of Expert Discovery: January 19, 2011 (previously January 10, 2012)

All other deadlines remain as previously set, including the trial date of June 11, 2012.

**IT IS SO ORDERED.**

Dated: September 19, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-02037-LHK
ORDER REGARDING SCHEDULE