RECEIVED
SEP 28 2011
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENENTECH, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA<br><br>Defendant. | CASE NO. 5:10-CV-02037 LHK (PSG)<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Andrew Levine, whose business address and telephone number is Keker & Van Nest LLP, 633 Battery Street, San Francisco, CA 94111-1809, telephone 415-391-5400, alevine@kvn.com

and who is an active member in good standing of the bar of USDC, So. District New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Genentech, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: September 28, 2011

*Lucy H. Koh*
Hon. Lucy H. Koh
United States District Judge