| | |
|---|---|
| M. PATRICIA THAYER (SBN 90818) | JASON SHEASBY (SBN 205455) |
| pthayer@sidley.com | jsheasby@irell.com |
| SIDLEY & AUSTIN LLP | GARY FRISCHLING (SBN 130583) |
| 555 California Street | gfrischling@irell.com |
| San Francisco, CA 94104 | C. MACLAIN WELLS (Bar No. 221609) |
| Telephone: (415) 772-1200 | mwells@irell.com |
| Facsimile: (415) 772-7400 | IRELL & MANELLA LLP |
| | 1800 Avenue of the Stars, Suite 900 |
| SANDRA S. FUJIYAMA (SBN 198125) | Los Angeles, CA 90067-4276 |
| sfujiyama@sidley.com | Telephone: (310) 277-1010 |
| SAMUEL N. TIU (SBN 216291) | Facsimile: (310) 203-7199 |
| stiu@sidley.com | |
| TASHICA T. WILLIAMS (SBN 265449) | SANDRA HABERNY (SBN 260977) |
| ttwilliams@sidley.com | shaberny@irell.com |
| SIDLEY AUSTIN LLP | IRELL & MANELLA LLP |
| 555 West Fifth Street, Suite 4000 | 840 Newport Center Drive |
| Los Angeles, CA 90013 | Suite 400 |
| Telephone: (213) 896-6000 | Newport Beach, CA 92660-6324 |
| Facsimile: (213) 896-6600 | Telephone: (949) 760-0991 |
| | Facsimile: (949) 760-5200 |
| ROBERT A. VAN NEST (SBN 84065) | |
| rvannest@kvn.com | |
| ASHOK RAMANI (SBN 200020) | |
| aramani@kvn.com | |
| SARA B. FAULKNER (SBN 263857) | |
| sfaulkner@kvn.com | |
| KEKER & VAN NEST LLP | |
| 710 Sansome Street | |
| San Francisco, CA 94111-1704 | |
| Telephone: (415) 391-5400 | |
| Facsimile: (415) 397-7188 | |

Attorneys for Plaintiff GENENTECH, INC.   Attorneys for Defendant THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC.,<br>    Plaintiff<br>    v.<br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br>    Defendant and Counterclaimant | Case No. 5:10-cv-02037-LHK (PSG)<br><br>**STIPULATED AGREEMENT ON BRIEFING SCHEDULE CHANGE FOR RESPONSE TO GENENTECH'S LETTER BRIEF MOTIONS FILED OCTOBER 4**<br><br>Judge: Hon. Paul S. Grewal |

2506611.1 04

**STIPULATED AGREEMENT ON OPPOSITION BRIEFING SCHEDULE**

WHEREAS, on October 4, 2011, plaintiff Genentech, Inc. ("Genentech") filed two motions: (1) Plaintiff's Letter Brief Motion to Compel Additional Deposition Time and (2) Plaintiff's Letter Brief Motion Seeking a Determination as to Defendant's Claim of Privilege (collectively, "Genentech's October 4 Motions"); and

WHEREAS, pursuant to the Court's June 7, 2011 Order, oppositions to Genentech's October 4 Motions would ordinarily be due this Friday, October 7, 2001; and

WHEREAS, due to one of the University's main counsel falling ill this week, the parties have conferred regarding the briefing schedule on these motions; and

WHEREAS, despite Genentech's desire to resolve these motions as soon as possible in advance of the November 1 fact-discovery cutoff, it has agreed to a time extension; and

THE PARTIES NOW THEREFORE AGREE: the University of Pennsylvania will file and serve its oppositions to Genentech's October 4 Motions by Wednesday, October 12, 2011.

SO STIPULATED:

Dated:  October 6, 2011                Respectfully submitted,

                                       KEKER & VAN NEST LLP


                                       By:  //Ashok Ramani_____

                                       Ashok Ramani (#200020)
                                       Attorneys for Plaintiff and Counterclaim-
                                       Defendant GENENTECH, INC.


Dated:  October 6, 2011                Respectfully submitted,

                                       IRELL & MANELLA LLP


                                       By:  // Raymond LaMagna_____

                                       Raymond LaMagna (#244821)
                                       Attorneys for Defendant and Counterclaimant
                                       THE TRUSTEES OF THE UNIVERSITY OF
                                       PENNSYLVANIA

1    PURSUANT TO STIPULATION, IT IS HEREBY BY ORDERED that:

2    The University of Pennsylvania will file and serve its oppositions to Genentech's

3    October 4 Motions by Wednesday, October 12, 2011.

5  IT IS SO ORDERED

7  Dated: ___October 6, 2011

8                                          By: /s/ Paul S. Grewal
                                            Honorable Paul S. Grewal
9                                           United States Magistrate Judge

**SIGNATURE ATTESTATION**

Pursuant to General Order 45(X), I hereby attest that concurrence in the filing of the attached document has been obtained from Ashok Ramani, counsel to Genentech, Inc.

By: ___// Raymond LaMagna*_____

Raymond LaMagna (#244821)
Attorneys for Defendant and Counterclaimant
THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA