| | |
|---|---|
| JASON SHEASBY (Bar No. 205455) | SANDRA HABERNY (Bar No. 260977) |
| jsheasby@irell.com | shaberny@irell.com |
| GARY FRISCHLING (Bar No. 130583) | IRELL & MANELLA LLP |
| gfrischling@irell.com | 840 Newport Center Drive |
| MACLAIN WELLS (Bar No. 221609) | Suite 400 |
| mwells@irell.com | Newport Beach, CA 92660-6324 |
| IRELL & MANELLA LLP | Telephone: (949) 760-0991 |
| 1800 Avenue of the Stars, Suite 900 | Facsimile:  (949) 760-5200 |
| Los Angeles, CA 90067-4276 | |
| Telephone: (310) 277-1010 | |
| Facsimile:  (310) 203-7199 | |

Attorneys for Defendant and Counterclaimant
THE TRUSTEES OF THE UNIVERSITY OF
PENNSYLVANIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC., <br><br> Plaintiff and Counterclaim Defendant <br><br> v. <br><br> THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, <br><br> Defendant and Counterclaimant | Case No. 5:10-cv-02037-LHK (PSG) <br><br> Hon. Paul S. Grewal <br> . <br> Dept: Courtroom 5, Fourth Floor <br> Date Comp. Filed:   May 11, 2010 <br> Trial Date: None Set. <br><br> [PROPOSED] ORDER GRANTING GENENTECH'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO ITS MOTION TO COMPEL ADDITIONAL DEPOSITION TIME WITH DR. GREENE |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2509424

[PROPOSED] ORDER GRANTING IN PART
GENENTECH'S MOTION TO FILE UNDER SEAL

1  As set forth in Genentech's Administrative Motion To File Under Seal (A) Portions of
Plaintiff's Motion to Compel Additional Deposition Time and (B) Certain Exhibits Thereto,
Genentech has lodged with the Court the underlying letter brief and Exhibits D, O, P, R, S, T, U,
V, W, and X. For the reasons set forth in the motion and the University's later filed declaration
supporting seal for portions of Exhibits D, V, W, and X, and for good cause shown, Genentech's
motion is GRANTED IN PART and DENIED IN PART as follows:

- Genentech's brief shall be filed in the public record.
- Exhibits O, P, R, and S thereto shall also be filed in the public record.
- A version of Exhibit D shall be filed in the public record, provided that the line of text in Exhibit D over which the University is claiming privilege shall be redacted before Exhibit D is filed.
- A version of Exhibit V shall be filed in the public record, subject to it being redacted so as to omit or redact uncited material including specifically that contained on page 241, line 8 to 242, line 25.
- Versions of Exhibits W and X shall be filed in the public record, subject to pages and passages that are not specifically cited in Genentech's brief being first removed and/or redacted.

**IT IS SO ORDERED.**

DATED: ___Qevqdgt '35___, 2011

_____
HONORABLE PAUL S. GREWAL
UNITED STATES MAGISTRATE JUDGE

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2509424

- 1 -
[PROPOSED] ORDER GRANTING IN PART
GENENTECH'S MOTION TO FILE UNDER SEAL