| | | |
|---|---|---|
| 1 | M. PATRICIA THAYER (SBN 90818)<br>pthayer@sidley.com | JASON SHEASBY (SBN 205455)<br>jsheasby@irell.com |
| 2 | SIDLEY AUSTIN LLP<br>555 California Street | GARY FRISCHILING (SBN 130583)<br>gfrischiling@irell.com |
| 3 | San Francisco, California 94104<br>Telephone: (415) 772-1200 | C. MACLAIN WELLS (SBN 221609)<br>mwells@irell.com |
| 4 | Facsimile: (415) 772-7400 | IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900 |
| 5 | SANDRA S. FUJIYAMA (SBN 198125)<br>sfujiyama@sidley.com | Los Angeles, California 90067-4276<br>Telephone: (310) 277-1010 |
| 6 | SAMUEL N. TIU (SBN 216291)<br>stiu@sidley.com | Facsimile: (310) 203-7199 |
| 7 | TASHICA T. WILLIAMS (SBN 256449)<br>ttwilliams@sidley.com | SANDRA HABERNY, PHD (SBN 260977)<br>shaberny@irell.com |
| 8 | SIDLEY AUSTIN LLP<br>555 West Fifth Street, Suite 4000 | IRELL & MANELLA LLP<br>840 Newport Center Drive, Suite 400 |
| 9 | Los Angeles, California 90013<br>Telephone: (213) 896-6000 | Newport Beach, California 92660-6324<br>Telephone: (949) 760-0991 |
| 10 | Facsimile: (213) 896-6600 | Facsimile: (949) 760-5200 |

11  ROBERT A. VAN NEST (SBN 84065)
    rvannest@kvn.com
12  ASHOK RAMANI (SBN 200020)
    aramani@kvn.com
13  SARA B. FAULKNER (SBN 263857)
    sfaulkner@kvn.com
14  KEKER & VAN NEST LLP
    710 Sansome Street
15  San Francisco, CA 94111-1704
    Telephone: (415) 391-5400
16  Facsimile: (415) 397-7188

17  Attorneys for Plaintiff **GENENTECH, INC.**    Attorneys for Defendant
                                                    THE TRUSTEES OF THE UNIVERSITY OF
18                                                  PENNSYLVANIA

19                          **UNITED STATES DISTRICT COURT**
                            **NORTHERN DISTRICT OF CALIFORNIA**
20                                **SAN JOSE DIVISION**

| | | |
|---|---|---|
| 21 | GENENTECH, INC., | ) Case No:   5:10-CV-2037-LHK(PSG) |
| 22 | Plaintiff and Counter-Claim<br>Defendant | ) |
| 23 | vs. | ) **STIPULATED AGREEMENT ON**<br>**BRIEFING SCHEDULE CHANGE FOR** |
| 24 | | ) **RESPONSE TO THE UNIVERSITY OF**<br>**PENNSYLVANIA'S LETTER BRIEF** |
| 25 | THE TRUSTEES OF THE UNIVERSITY OF<br>PENNSYLVANIA, a Pennsylvania non-profit<br>corporation, | ) **MOTIONS FILED OCTOBER 11, 2011** |
| 26 | | ) |
| 27 | Defendant and Counter-Claim<br>Plaintiff | ) |
| 28 | | |

JOINT CASE MANAGEMENT STATEMENT
CASE NO. 5:10-CV-2037-LHK (PSG)

**STIPULATED AGREEMENT ON OPPOSITION BRIEFING SCHEDULE**

WHEREAS, on October 11, 2011, defendant, the University of Pennsylvania ("Penn") filed a Letter Brief Motion to Compel Re: Roche Documents and noticed the hearing date for October 18, 2011;

WHEREAS, pursuant to the Court's June 7, 2011 Order, Genentech's response to Penn's motion would be due this Friday, October 14, 2001;

WHEREAS, Genentech's lead counsel who handled the meet and confer process on the issues raised in Penn's motion is unavailable this week due to a trial in another matter;

WHEREAS Genentech has requested and Penn has agreed to a short extension for Genentech to file its response by Friday, October 21, 2011; and

THE PARTIES NOW THEREFORE AGREE, that Genentech will file and serve its oppositions to Penn's motion by Friday, October 21, 2011.

SO STIPULATED:

Dated: October 14, 2011

Respectfully submitted,
SIDLEY AUSTIN LLP

By: ___/s/ Samuel Tiu_____

Samuel Tiu (#216291)
Attorneys for Plaintiff and Counterclaim-Defendant GENENTECH, INC.

Dated: October 14, 2011

Respectfully submitted,
IRELL & MANELLA LLP

By: ___/s/ Raymond LaMagna_____

Jason Sheasby (#205455)
Raymond LaMagna (#244821)
Attorneys for Defendant and Counterclaimant
THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA

-2-

1     PURSUANT TO STIPULATION, IT IS HEREBY BY ORDERED that:

2     Genentech will file and serve its oppositions to Penn's October 11 Motion by Friday, October 21, 2011. Penn's motion will be calendared for the hearing date of __November 1__, 2011 at 2:00 p.m.

IT IS SO ORDERED

Dated: October 17, 2011

By: *Paul S. Grewal* (signature)
Honorable Paul S. Grewal
United States Magistrate Judge

**SIGNATURE ATTESTATION**

Pursuant to General Order 45(X), I hereby attest that concurrence in the filing of the attached document has been obtained from Raymond LaMagna, counsel to the University of Pennsylvania, and from Samuel Tiu, counsel to Genentech, Inc.

By: ___/s/ James A. High Jr._____

James A. High Jr. (#240781)
Attorneys for Plaintiff and Counterclaim-Defendant GENENTECH, INC.