M. PATRICIA THAYER (SBN 90818)
pthayer@sidley.com
SIDLEY & AUSTIN LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

SANDRA S. FUJIYAMA (SBN 198125)
sfujiyama@sidley.com
SAMUEL N. TIU (SBN 216291)
stiu@sidley.com
TASHICA T. WILLIAMS (SBN 265449)
ttwilliams@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

ROBERT A. VAN NEST (SBN 84065)
rvannest@kvn.com
ASHOK RAMANI (SBN 200020)
aramani@kvn.com
SARAH B. FAULKNER (SBN 263857)
sfaulkner@kvn.com
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff GENENTECH, INC.

JASON SHEASBY (SBN 205455)
jsheasby@irell.com
GARY FRISCHLING (SBN 130583)
gfrischling@irell.com
C. MACLAIN WELLS (Bar No. 221609)
mwells@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

SANDRA HABERNY (SBN 260977)
shaberny@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive
Suite 400
Newport Beach, CA 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Defendant THE TRUSTEES
OF THE UNIVERSITY OF
PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC.,<br>　　　Plaintiff<br>　v.<br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br>　　　Defendant and Counterclaimant | Case No. 5:10-cv-02037-LHK (PSG)<br><br>**STIPULATED AGREEMENT RESOLVING GENENTECH'S OCTOBER 11, 2011, MOTION TO COMPEL REDWELD NOTATION**<br><br>Judge: Hon. Paul S. Grewal |

584945.01
2506611.2 02

**STIPULATED AGREEMENT RESOLVING**

**GENENTECH MOTION OF OCTOBER 11, 2011**

WHEREAS, the Trustees of the University of Pennsylvania previously produced for Genentech, Inc.'s inspection a Redweld folder on the outside of which Genentech observed a handwritten inscription now known to have been written by Dr. Makoto Katsumata; and

WHEREAS, the University subsequently asserted the attorney-client privilege and/or work product protection (collectively "privilege" below) over this inscription and requested that Genentech not refer to, cite, or quote this inscription, and delete reference of it from its work product and inspection notes; and

WHEREAS, Genentech contested this assertion of privilege and contended that a waiver of privilege (if applicable) had occurred; and

WHEREAS, on October 11, 2011, Genentech lodged under seal a Letter Brief Motion to Compel with the Court requesting that the Court order the University to produce the Redweld at issue; and

WHEREAS, the Parties have further conferred regarding this dispute and Genentech's motion; and

THE PARTIES NOW THEREFORE AGREE:

- To the extent there was a waiver of any privilege, the Parties agree that the waiver is limited to the statement itself as inscribed by Dr. Katsumata on the outside of the Redweld folder that contained the materials later produced and used as Exhibit 6 at Dr. Katsumata's deposition.
- The University will no longer assert privilege over that inscription;
- The University will produce for inspection the Redweld folder (including its contents), and will permit copying of the inscription;
- The parties consider this dispute to be resolved and request the Court dismiss Genentech's pending October 11, 2011, Letter Brief Motion to Compel as moot. No further relief of any kind should be granted as to this motion. This stipulation is not intended to affect any other pending motion.

SO STIPULATED:

Dated: October 14, 2011                     Respectfully submitted,

                                            KEKER & VAN NEST LLP

                                            By:  /s/ Ashok Ramani

                                            Ashok Ramani (#200020)
                                            Attorneys for Plaintiff and Counterclaim-
                                            Defendant GENENTECH, INC.

Dated: October 14, 2011                     Respectfully submitted,

                                            IRELL & MANELLA LLP

                                            By:  /s/ Raymond LaMagna

                                            Raymond LaMagna (#244821)
                                            Attorneys for Defendant and Counterclaimant
                                            THE TRUSTEES OF THE UNIVERSITY OF
                                            PENNSYLVANIA

PURSUANT TO STIPULATION, IT IS HEREBY BY ORDERED that:

- With respect to the subject matter of Genentech's October 11, 2011, Letter Brief Motion to Compel, to the extent there was a waiver of any privilege, it will be deemed stipulated that the waiver is limited to the statement itself as inscribed by Dr. Katsumata on the outside of the Redweld folder that contained the materials later produced and used as Exhibit 6 at Dr. Katsumata's deposition;
- The University may no longer assert privilege over that inscription;
- The University must produce for inspection the Redweld folder (including its contents), and permit copying of the inscription;
- It will be deemed stipulated that the inscription was written by Dr. Katsumata to litigation counsel in this case and the materials contained in the folder were collected by Dr. Katsumata to provide to litigation counsel during the pendency of this case.
- Given the parties' agreement, Genentech's Letter Brief Motion to Compel is otherwise dismissed as moot.

IT IS SO ORDERED

Dated: _October 21, 2011

By: /s/ Paul S. Grewal
Honorable Paul S. Grewal
United States Magistrate Judge