JASON SHEASBY (Bar No. 205455)
jsheasby@irell.com
GARY FRISCHLING (Bar No. 130583)
gfrischling@irell.com
MACLAIN WELLS (Bar No. 221609)
mwells@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile:  (310) 203-7199

SANDRA HABERNY (Bar No. 260977)
shaberny@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive
Suite 400
Newport Beach, CA 92660-6324
Telephone: (949) 760-0991
Facsimile:  (949) 760-5200

Attorneys for Defendant and Counterclaimant
THE TRUSTEES OF THE UNIVERSITY OF
PENNSYLVANIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC.,<br><br>    Plaintiff and Counterclaim Defendant<br><br>    v.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br><br>    Defendant and Counterclaimant | Case No. 5:10-cv-02037-LHK (PSG)<br><br>Hon. Paul S. Grewal<br><br>Dept: Courtroom 5, Fourth Floor<br>Date Comp. Filed:   May 11, 2010<br>Trial Date: None Set.<br><br>[PROPOSED] ORDER GRANTING GENENTECH'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION FOR DETERMINATION OF PRIVILEGE AND EXHIBITS THERETO [DKT. NO. 344] |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2512447

[PROPOSED] ORDER GRANTING IN PART
GENENTECH'S MOTION TO FILE UNDER SEAL

1  As set forth in Genentech's Administrative Motion To File Under Seal its Letter Brief
2  Motion for Determination of Privilege and select exhibits thereto, Genentech has lodged under
3  seal with the Court its letter brief motion and exhibits 3, 4, 5, 9, 10, 11, and 13 thereto. For the
4  reasons set forth in the motion and the University's later filed declaration supporting seal for
5  Exhibits 3, 4, 5, 9 and 13 and for good cause shown, Genentech's motion is GRANTED IN PART
6  as follows:

- An unredacted copy of Genentech's Letter Brief and Exhibits 3, 4, 5, 9, and 13 shall be shall be filed under seal.
- A redacted version of the Letter Brief—with passages describing, quoting, citing, or discussing Exhibits 3, 4, 5, 9 and 13 redacted—is to be filed in the public record.
- Exhibits 10 and 11 are to be filed in the public record.

**IT IS SO ORDERED.**

DATED: October 21, 2011              _____
                                     HONORABLE PAUL S. GREWAL
                                     UNITED STATES MAGISTRATE JUDGE

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2512447

- 1 -
[PROPOSED] ORDER GRANTING IN PART
GENENTECH'S MOTION TO FILE UNDER SEAL