| | |
|---|---|
| M. PATRICIA THAYER (SBN 90818)<br>pthayer@sidley.com<br>SIDLEY & AUSTIN LLP<br>555 California Street<br>San Francisco, CA 94104<br>Telephone: (415) 772-1200<br>Facsimile: (415) 772-7400<br><br>SANDRA S. FUJIYAMA (SBN 198125)<br>sfujiyama@sidley.com<br>SAMUEL N. TIU (SBN 216291)<br>stiu@sidley.com<br>TASHICA T. WILLIAMS (SBN 265449)<br>ttwilliams@sidley.com<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, CA 90013<br>Telephone: (213) 896-6000<br>Facsimile: (213) 896-6600<br><br>ROBERT A. VAN NEST (SBN 84065)<br>rvannest@kvn.com<br>ASHOK RAMANI (SBN 200020)<br>aramani@kvn.com<br>SARA B. FAULKNER (SBN 263857)<br>sfaulkner@kvn.com<br>KEKER & VAN NEST LLP<br>710 Sansome Street<br>San Francisco, CA 94111-1704<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188<br><br>Attorneys for Plaintiff GENENTECH, INC. | JASON SHEASBY (SBN 205455)<br>jsheasby@irell.com<br>GARY FRISCHLING (SBN 130583)<br>gfrischling@irell.com<br>C. MACLAIN WELLS (Bar No. 221609)<br>mwells@irell.com<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067-4276<br>Telephone: (310) 277-1010<br>Facsimile:  (310) 203-7199<br><br>SANDRA HABERNY (SBN 260977)<br>shaberny@irell.com<br>IRELL & MANELLA LLP<br>840 Newport Center Drive<br>Suite 400<br>Newport Beach, CA 92660-6324<br>Telephone: (949) 760-0991<br>Facsimile:  (949) 760-5200<br><br><br><br><br><br><br><br><br><br><br><br>Attorneys for Defendant THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC.,<br>    Plaintiff<br>    v.<br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br>    Defendant and Counterclaimant | Case No. 5:10-cv-02037-LHK (PSG)<br><br>**STIPULATED AGREEMENT FOR DEPOSITION OF DR. GREENE TO PROCEED ON NOVEMBER 7, 2011**<br><br>Judge: Hon. Paul S. Grewal |

2513867.1 03

## **STIPULATED AGREEMENT FOR GREENE DEPOSITION TO PROCEED**
## **NOVEMBER 7, 2011**

WHEREAS, by Order of October 18, 2011 (Dkt. 367), the Court ordered the University to produce Dr. Greene for an additional 2.5 hour deposition by Friday, November 4, 2011; and

WHEREAS, the University has requested of Genentech that the deposition proceed on Monday, November 7, 2011, so as to accommodate Dr. Greene's and counsel's schedule and so as to accommodate the timing of previously scheduled depositions; and

THE PARTIES NOW THEREFORE AGREE: Dr. Greene will be made available for deposition on November 7, 2011, in Philadelphia, Pennsylvania.

SO STIPULATED:

Dated: October 21, 2011          Respectfully submitted,

KEKER & VAN NEST LLP

By: _//Ashok Ramani_____

Ashok Ramani (#200020)
Attorneys for Plaintiff and Counterclaim-Defendant GENENTECH, INC.

Dated: October 21, 2011          Respectfully submitted,

IRELL & MANELLA LLP

By: __//Raymond LaMagna__

Raymond LaMagna (#244821)
Attorneys for Defendant and Counterclaimant
THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA

2513867.1 03                     - 2 -

1  PURSUANT TO STIPULATION, IT IS HEREBY BY ORDERED that:

2  Dr. Greene will be made available for deposition on November 7, 2011, in Philadelphia,

3  Pennsylvania.

4

5  IT IS SO ORDERED

6

7  Dated:  __October 25_, 2011

8  By: *[signature]*
Honorable Paul S. Grewal
9  United States Magistrate Judge

JASON SHEASBY (Bar No. 205455)
jsheasby@irell.com
GARY FRISCHLING (Bar No. 130583)
gfrischling@irell.com
C. MACLAIN WELLS (Bar No. 221609)
mwells@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

SANDRA HABERNY (Bar No. 260977)
shaberny@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive
Suite 400
Newport Beach, CA 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Defendant and Counterclaimant
THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC.,<br><br>Plaintiff and Counterclaim Defendant<br><br>v.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br><br>Defendant and Counterclaimant | Case No. 5:10-cv-02037-LHK (PSG)<br><br>Judge: Hon. Paul S. Grewal<br><br>**SIGNATURE ATTESTATION**<br><br>Date Compl. Filed: May 11, 2010<br><br>Trial Date: June 11, 2012 |

Pursuant to General Order 45(X), I hereby certify that concurrence in the filing of the forgoing document has been obtained from Ashok Ramani.

Dated: October 21, 2011

By: ___/s/ Raymond LaMagna___

Raymond LaMagna (CA #244821)
Attorneys for Defendant and Counterclaimant The Trustees of the UNIVERSITY OF PENNSYLVANIA

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2489944