M. PATRICIA THAYER (SBN 90818)
pthayer@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

SANDRA S. FUJIYAMA (SBN 198125)
sfujiyama@sidley.com
SAMUEL N. TIU (SBN 216291)
stiu@sidley.com
TASHICA T. WILLIAMS (SBN 256449)
ttwilliams@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

JEFFREY P. KUSHAN (*pro hac vice*)
jkushan@sidley.com
JAMES A. HIGH JR. (SBN 240781)
jhigh@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

ROBERT A. VAN NEST (SBN 84065)
rvannest@kvn.com
ASHOK RAMANI (SBN 200020)
aramani@kvn.com
SARA B. FAULKNER (SBN 263857)
sfaulkner@kvn.com
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff and
Counterclaim Defendant
GENENTECH, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> vs. <br><br> THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, a Pennsylvania non-profit corporation, <br><br> Defendant and Counterclaimant. | Case No: 5:10-CV-2037-LHK (PSG) <br><br> **[PROPOSED] ORDER RE: GENENTECH'S ADMINISTRATIVE MOTION TO LODGE UNDER GENENTECH'S SEAL LETTER BRIEF IN OPPOSITION TO UPENN'S MOTION TO COMPEL RE: ROCHE DOCUMENTS** |

Having reviewed Genentech's Administrative Motion to Lodge Under Seal Genentech's Letter Brief in Opposition to UPenn's Motion to Compel re: Roche Documents and the Declaration of James A. High Jr. in Support of Genentech's Administrative Motion to Lodge Under Seal Genentech's Letter Brief in Opposition to UPenn's Motion to Compel re: Roche Documents, and for good cause appearing, it is hereby ORDERED that the following shall be sealed:

1. The second through sixth sentences (including citations) of the full paragraph on page 3 of Genentech's Letter Brief in Opposition to UPenn's Motion to Compel re: Roche Documents ("Letter Brief"); and

2. the Declaration of Daniel Wan in Support of Genentech's Opposition to Defendant's Motion to Compel re: Roche Documents.

It is further ORDERED that Genentech shall file an appropriately redacted version of its Letter Brief, redacting the second through sixth sentences (including citations) of the full paragraph on page 3.

SO ORDERED.

Dated: October _31, 2011

Paul S. Grewal
UNITED STATES MAGISTRATE JUDGE