M. PATRICIA THAYER (SBN 90818)
pthayer@sidley.com
SIDLEY & AUSTIN LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

SANDRA S. FUJIYAMA (SBN 198125)
sfujiyama@sidley.com
SAMUEL N. TIU (SBN 216291)
stiu@sidley.com
TASHICA T. WILLIAMS (SBN 265449)
ttwilliams@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

ROBERT A. VAN NEST (SBN 84065)
rvannest@kvn.com
ASHOK RAMANI (SBN 200020)
aramani@kvn.com
SARA B. FAULKNER (SBN 263857)
sfaulkner@kvn.com
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

JASON SHEASBY (SBN 205455)
jsheasby@irell.com
GARY FRISCHLING (SBN 130583)
gfrischling@irell.com
C. MACLAIN WELLS (Bar No. 221609)
mwells@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile:  (310) 203-7199

SANDRA HABERNY (SBN 260977)
shaberny@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive
Suite 400
Newport Beach, CA 92660-6324
Telephone: (949) 760-0991
Facsimile:  (949) 760-5200

Attorneys for Plaintiff GENENTECH, INC.

Attorneys for Defendant THE TRUSTEES
OF THE UNIVERSITY OF
PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC.,<br>            Plaintiff<br>        v.<br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br>            Defendant and Counterclaimant | Case No. 5:10-cv-02037-LHK (PSG)<br><br>**STIPULATED AGREEMENT FOR ALTERATION TO SCHEDULE**<br><br>Judge: Hon. Lucy H. Koh |

2522528

## STIPULATED AGREEMENT FOR ALTERATION TO SCHEDULE

WHEREAS, by Order of September 9, 2011 (Dkt. 326), the Court modified and set the current case schedule in Genentech, Inc. v. Trustees of the University of Pennsylvania; and

WHEREAS, the parties have conferred regarding the case schedule, specifically regarding an extension to expert discovery deadlines; and

THE PARTIES NOW THEREFORE AGREE that the case schedule should be modified as described below and respectfully request the Court to enter an order so modifying the schedule.

| **Event** | **Current Schedule Date** | **Proposed** |
|---|---|---|
| Opening Expert Reports by Party with Burden | Nov. 29, 2011 | Dec. 9, 2011 |
| Rebuttal Expert Reports | Dec. 20, 2011 | Jan. 6, 2012 |
| Close of Expert Discovery | Jan. 19, 2012 | Jan. 27, 2012 |
| Opening briefs on Dispositive Motions | Jan. 24, 2012 | Jan. 31, 2012 |
| Oppositions to Dispositive Motions | Feb. 14, 2012 | Feb. 21, 2012 |
| Replies on Dispositive Motions | Feb 24, 2012 | Mar. 3, 2012 |
| Hearing on Dispositive Motions | March 15, 2012 at 1:30 p.m. | Set at Court's Discretion |
| Pretrial conference | May 23, 2012 at 2 p.m. | Same |
| Trial | June 11, 2012 at 9 a.m. | Same |

1          SO STIPULATED:

2

3      Dated:  November 2, 2011              Respectfully submitted,

4                                           KEKER & VAN NEST LLP

5
                                           By:  _/s/ Ashok Ramani_____
6
                                           Ashok Ramani (#200020)
7                                          Attorneys for Plaintiff and Counterclaim-
                                           Defendant GENENTECH, INC.
8

9
       Dated:  November 2, 2011              Respectfully submitted,
10
                                           IRELL & MANELLA LLP
11

12                                         By:  __/s/ Raymond LaMagna___

13                                         Raymond LaMagna (#244821)
                                           Attorneys for Defendant and Counterclaimant
14                                         THE TRUSTEES OF THE UNIVERSITY OF
                                           PENNSYLVANIA
15

16

17

18

19

20

21

22

23

24

25

26

27

28

2522528                                        - 3 -

1   PURSUANT TO STIPULATION, IT IS HEREBY BY ORDERED that:

2   The schedule in this matter is hereby modified as follows:

3   Opening Expert Reports by Party w/ Burden: Dec. 9, 2011  (previously Nov. 29, 2011)

4   Rebuttal Expert Reports:                        Jan. 6, 2012     (previously Dec. 20, 2011)

5   Close of Expert Discovery:                   Jan. 27, 2012  (previously Jan. 19, 2012)

6   Opening briefs on Dispositive Motions:   Jan. 31, 2012  (previously Jan. 24, 2012)

7   Oppositions to Dispositive Motions:       Feb. 21, 2012  (previously Feb. 14, 2012)

8   Replies on Dispositive Motions:            Mar. 3, 2012   (previously Feb. 24, 2011)

9   Hearing on Dispositive Motions:           March 22, 2012 (previously Mar. 15, 2011)

10  All other deadlines remain as previously set, including the trial date of June 11, 2012.

11

12  IT IS SO ORDERED

13

14  Dated:  ___November 7___ , 2011

15  By: _Lucy H. Koh_____

16  Honorable Lucy H. Koh
    United States District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28

2522528                          - 4 -