M. PATRICIA THAYER (SBN 90818)
pthayer@sidley.com
SIDLEY & AUSTIN LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

SANDRA S. FUJIYAMA (SBN 198125)
sfujiyama@sidley.com
SAMUEL N. TIU (SBN 216291)
stiu@sidley.com
TASHICA T. WILLIAMS (SBN 265449)
ttwilliams@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

ROBERT A. VAN NEST (SBN 84065)
rvannest@kvn.com
ASHOK RAMANI (SBN 200020)
aramani@kvn.com
SARA B. FAULKNER (SBN 263857)
sfaulkner@kvn.com
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff GENENTECH, INC.

JASON SHEASBY (SBN 205455)
jsheasby@irell.com
GARY FRISCHLING (SBN 130583)
gfrischling@irell.com
C. MACLAIN WELLS (Bar No. 221609)
mwells@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

SANDRA HABERNY (SBN 260977)
shaberny@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive
Suite 400
Newport Beach, CA 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Defendant THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC.,<br>    Plaintiff<br>  v.<br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br>    Defendant and Counterclaimant | Case No. 5:10-cv-02037-LHK (PSG)<br><br>**STIPULATED AGREEMENT ON BRIEFING SCHEDULE CHANGE FOR RESPONSES TO GENENTECH'S MOTIONS TO COMPEL**<br><br>Judge: Hon. Paul S. Grewal |

2528584.1 01

**STIPULATED AGREEMENT ON OPPOSITION BRIEFING SCHEDULE**

WHEREAS, Genentech, Inc. ("Genentech") filed two letter brief Motions to Compel with this Court on November 8, 2011 (Dkts. 395 & 396);

WHEREAS, pursuant to the Court's June 7, 2011 order regarding letter briefing (Dkt. 262), any responses by the Trustees of the University of Pennsylvania ("the University") to Genentech's motions would ordinarily be due on Friday, November 11, 2011;

WHEREAS, because two of Penn's outside lawyers suffered car accidents that affect Penn's ability to prepare oppositions under the current schedule, the parties have conferred regarding giving the University extra time such that the University's oppositions would be due filed on Tuesday, November 15, 2011;

ACCORDINGLY, the parties respectfully request that the Court permit the University to file its oppositions to Genentech's motions on Tuesday, November 15, 2011:

Dated:  November 9, 2011                Respectfully submitted,

                                        KEKER & VAN NEST LLP


                                        By:  /s/ Ashok Ramani

                                        Ashok Ramani (#200020)
                                        Attorneys for Plaintiff and Counterclaim-
                                        Defendant GENENTECH, INC.


Dated:  November 9, 2011                Respectfully submitted,

                                        IRELL & MANELLA LLP


                                        By:  /s/ Raymond LaMagna

                                        Raymond LaMagna (#244821)
                                        Attorneys for Defendant and Counterclaimant
                                        THE TRUSTEES OF THE UNIVERSITY OF
                                        PENNSYLVANIA

1     PURSUANT TO STIPULATION, IT IS HEREBY BY ORDERED that:

2         The University's oppositions to Genentech's November 9, 2011, letter brief motions

3         shall be due filed on Tuesday, November 15, 2011.

4

5 IT IS SO ORDERED

6

7 Dated: Pqxgo dgt '32, 2011

8                           By: *[signature]*
                              Honorable Paul S. Grewal

9                               United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2528584.1 01                           - 3 -

**Attestation of Signature**

Pursuant to General Order 45(X), I hereby certify that concurrence in the filing of the forgoing document has been obtained from the signatories.

Dated: November 9, 2011

By: _/s/ Raymond LaMagna_

Raymond LaMagna (CA #244821)
Attorneys for Defendant and Counterclaimant The Trustees of the UNIVERSITY OF PENNSYLVANIA