**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> THE TRUSTEES OF THE UNIVERSITY OF ) <br> PENNSYLVANIA, a Pennsylvania non-profit ) <br> corporation, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 10-CV-02037-LHK <br><br> ORDER SETTING MODIFIED SCHEDULE |

Defendant, the Trustees of the University of Pennsylvania (the "University"), filed a motion to modify schedule for expert reports regarding infringement (Doc. No. 406) and a motion to shorten time (Doc. No. 409) on November 16, 2011. Plaintiff, Genentech, Inc., filed a response on November 17, 2011. Doc. No. 410. The University filed a reply shortly thereafter. Doc. No. 412. The Court has reviewed the papers and supporting documentation and finds good cause to modify the case schedule. In light of the unfortunate and unique circumstances that have arisen, and in an attempt to mitigate prejudice to both parties, the Court sets the following case schedule.

No further modifications to the case schedule will be permitted. Each party will be limited to *one* 25 page dispositive motion.

Case No.: 10-CV-02037-LHK
ORDER SETTING MODIFIED SCHEDULE

| Event | Schedule |
|---|---|
| Opening Expert Reports by Party with Burden | January 9, 2011 |
| Rebuttal Expert Reports | February 6, 2012 |
| Close of Expert Discovery | February 21, 2012 |
| Opening Briefs on Dispositive Motions | March 1, 2012 |
| Oppositions to Dispositive Motions | March 22, 2012 |
| Replies on Dispositive Motions | April 5, 2012 |
| Hearing on Dispositive Motions | April 19, 2012 |
| Pretrial Conference | May 30, 2012 |
| Trial | June 11, 2012 |

**IT IS SO ORDERED.**

Dated: November 17, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 10-CV-02037-LHK
ORDER SETTING MODIFIED SCHEDULE