| | |
|---|---|
| M. PATRICIA THAYER (SBN 90818) <br> pthayer@sidley.com <br> SIDLEY AUSTIN LLP <br> 555 California Street <br> San Francisco, California 94104 <br> Telephone:  (415) 772-1200 <br> Facsimile:  (415) 772-7400 <br><br> SAMUEL N. TIU (SBN 216291) <br> stiu@sidley.com <br> TASHICA T. WILLIAMS (SBN 256449) <br> ttwilliams@sidley.com <br> SIDLEY AUSTIN LLP <br> 555 West Fifth Street, Suite 4000 <br> Los Angeles, California  90013 <br> Telephone:  (213) 896-6000 <br> Facsimile:  (213) 896-6600 <br><br> ROBERT A. VAN NEST (SBN 84065) <br> rvannest@kvn.com <br> ASHOK RAMANI (SBN 200020) <br> aramani@kvn.com <br> SARAH B. FAULKNER (SBN 263857) <br> sfaulkner@kvn.com <br> KEKER & VAN NEST LLP <br> 633 Battery Street <br> San Francisco, CA  94111-1809 <br> Telephone:  (415) 391-5400 <br> Facsimile:  (415) 397-7188 <br><br> Attorneys for Plaintiff GENENTECH, INC. | JASON SHEASBY (SBN 205455) <br> jsheasby@irell.com <br> GARY FRISCHLING (SBN 130583) <br> gfrischiling@irell.com <br> C. MACLAIN WELLS (SBN 221609) <br> mwells@irell.com <br> IRELL & MANELLA LLP <br> 1800 Avenue of the Stars, Suite 900 <br> Los Angeles, California  90067-4276 <br> Telephone:  (310) 277-1010 <br> Facsimile:  (310) 203-7199 <br><br> SANDRA HABERNY (SBN 260977) <br> shaberny@irell.com <br> IRELL & MANELLA LLP <br> 840 Newport Center Drive, Suite 400 <br> Newport Beach, California  92660-6324 <br> Telephone:  (949) 760-0991 <br> Facsimile:  (949) 760-5200 <br><br><br><br><br><br><br><br><br><br><br><br> Attorneys for Defendant <br> THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| GENENTECH, INC., <br><br> Plaintiff and Counter-Claim Defendant <br><br> vs. <br><br> THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, a Pennsylvania non-profit corporation, <br><br> Defendant and Counterclaimant. | Case No:  5:10-CV-2037-LHK(PSG) <br><br> **STIPULATED AGREEMENT REGARDING THE HEARING DATE OF GENENTECH'S MOTIONS TO COMPEL (DKT. NOS. 395 AND 396)** |

# STIPULATED AGREEMENT REGARDING THE HEARING DATE OF GENENTECH'S MOTIONS TO COMPEL

WHEREAS, on November 8, 2011, Genentech filed two motions to compel the Trustees of the University of Pennsylvania ("UPENN") regarding Dr. Okudaira and production of Dr. Ferguson's documents (Dkt. Nos. 395 and 396);

WHEREAS, on November 16, 2011, Genentech provided notice of hearing for these two motions for November 22, 2011 (Dkt. No. 408);

WHEREAS, Genentech's lead counsel, who was to argue the motions, has an emergency that conflicts with the November 22, 2011 hearing date;

WHEREAS Genentech has requested and UPENN has agreed to move the hearing date to November 29, 2011; and

THE PARTIES NOW THEREFORE AGREE that the Court is requested to hear arguments regarding Genentech's Motions to Compel (Dkt. Nos. 395 and 396) on November 29, 2011 at 10 a.m.

SO STIPULATED:

Dated: November 21, 2011

Respectfully submitted,
SIDLEY AUSTIN LLP

By: _/s/ M. Patricia Thayer_____

M. Patricia Thayer (SBN 90818)
Attorneys for Plaintiff and Counterclaim-Defendant GENENTECH, INC.

Dated: November 21, 2011

Respectfully submitted,

IRELL & MANELLA LLP

By: ___/s/ Gary N. Frischling_____

-1-

-2-

Gary N. Frischling
Attorneys for Defendant and Counterclaimant
THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-

PURSUANT TO STIPULATION, IT IS HEREBY BY ORDERED that:

The Court will hear arguments concerning Genentech's motions to compel (Dkt. Nos. 395 and 396) on November 29, 2011 at 10 a.m.

IT IS SO ORDERED

Dated: November _21_, 2011

By: *Paul S. Grewal*
Honorable Paul S. Grewal
United States Magistrate Judge

**SIGNATURE ATTESTATION**

Pursuant to General Order 45(X), I hereby attest that concurrence in the filing of the attached document has been obtained from Gary N. Frischling, counsel to the University of Pennsylvania.

By: ___/s/ Tashica T. Williams_____

Tashica T. Williams (SBN 256449)
Attorneys for Plaintiff and Counterclaim-Defendant GENENTECH, INC.