M. PATRICIA THAYER (SBN 90818)
pthayer@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

JEFFREY P. KUSHAN (*pro hac vice*)
jkushan@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

SAMUEL N. TIU (SBN 216291)
stiu@sidley.com
TASHICA T. WILLIAMS (SBN 256449)
ttwilliams@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

ROBERT A. VAN NEST (SBN 84065)
rvannest@kvn.com
ASHOK RAMANI (SBN 200020)
aramani@kvn.com
SARAH B. FAULKNER (SBN 263857)
sfaulkner@kvn.com
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff and Counterclaim Defendant
GENENTECH, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, a Pennsylvania non-profit corporation,<br><br>    Defendant and Counterclaimant. | Case No: 5:10-CV-2037-LHK (PSG)<br><br>[PROPOSED] ORDER GRANTING GENENTECH'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS A-E AND G TO THE DECLARATION OF TASHICA T. WILLIAMS AND THE DECLARATION OF DAN WAN IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO COMPEL |

As set forth in Genentech, Inc.'s Administrative Motion to File Under Seal: (1) Exhibits A-E and G to the Declaration of Tashica T. Williams in Support of Opposition to Defendant's Motion to Compel, and the (2) Declaration of Dan Wan in Support of Opposition to Defendant's Motion to Compel, Genentech has lodged with the Court the documents and requests that the Court issue an Order permitting their filing under seal:

For good cause shown, the above documents are to be filed under seal.

**IT IS SO ORDERED**.

Dated: December 6, 2011

HONORABLE PAUL S. GREWAL
UNITED STATES MAGISTRATE JUDGE