M. PATRICIA THAYER - #90818
pthayer@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile:  (415) 772-7400

JEFFREY P. KUSHAN
jkushan@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile:  (202) 736-8711

SAMUEL N. TIU - #216291
stiu@sidley.com
TASHICA T. WILLIAMS - #256449
ttwilliams@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile:  (213) 896-6600

ROBERT A. VAN NEST - #84065
rvannest@kvn.com
ASHOK RAMANI - #200020
aramani@kvn.com
SARAH B. FAULKNER - #263857
sfaulkner@kvn.com
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA  94111-1704
Telephone: (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff
GENENTECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC.,<br><br>                    Plaintiff,<br><br>    v.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, a Pennsylvania non-profit corporation,<br><br>                    Defendant. | Case No. 5:10-CV-2037 LHK (PSG)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE THE DECLARATION OF SAM MILSTEIN IN SUPPORT OF PLAINTIFF'S LETTER BRIEF SEEKING A DETERMINATION AS TO DEFENDANT'S CLAIM OF PRIVILEGE<br><br>Dept:       Courtroom 5, 4th Floor<br>Judge:     Hon. Paul S. Grewal<br><br>Date Comp. Filed:   May 11, 2010<br>Trial Date:              None Set |

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE
THE DECLARATION OF SAM MILSTEIN IN SUPPORT OF PLAINTIFF'S LETTER BRIEF SEEKING
A DETERMINATION AS TO DEFENDANT'S CLAIM OF PRIVILEGE

CASE NO. 5:10-CV-2037 LHK (PSG)

585013.01

1     The Court, having considered Genentech, Inc.'s Administrative Motion for Leave to File the Declaration of Sam Milstein in Support of Plaintiff's Letter Brief Seeking a Determination as to Defendant's Claim of Privilege, finds that good cause exists pursuant to Civil Local Rule 7-11 for the Motion and hereby orders that the Motion is GRANTED in its entirety.

**IT IS SO ORDERED.**

Dated: December 6, 2011

_____
PAUL S. GREWAL
United States District Court Judge

1
[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DECLARATION OF SAM MILSTEIN IN SUPPORT OF PLAINTIFF'S LETTER BRIEF SEEKING A DETERMINATION AS TO DEFENDANT'S CLAIM OF PRIVILEGE
CASE NO. 5:10-CV-2037 LHK (PSG)

585013.01