UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC., ) | Case No.: 10-CV-02037-LHK |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER RESETTING CASE |
| THE TRUSTEES OF THE UNIVERSITY OF ) | MANAGEMENT CONFERENCE |
| PENNSYLVANIA, A PENNSYLVANIA NON- ) | |
| PROFIT CORPORATION, ) | |
| Defendant. ) | |

At the request of the parties, the Court hereby VACATES the case management conference currently set for Wednesday, December 14, 2011. A further case management conference is RESET for Wednesday February 8, 2012 at 2:00 p.m. in courtroom 8, 4th Floor.

**IT IS SO ORDERED.**

Dated: December 9, 2011

LUCY H. KOH
United States District Judge

1
Case No.: 10-CV-02037-LHK
ORDER RESETTING CASE MANAGEMENT CONFERENCE