IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GENENTECH, INC.

Plaintiff,

v.

THE TRUSTEES OF THE
UNIVERSITY OF PENNSYLVANIA,

Defendant.

CASE NO. 5:10-cv-2037 LHK (PSG)

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Mark Eric Galvez, whose business address and telephone number is Sidley Austin LLP; 1501 K Street, N.W.; Washington, D.C. 20005; (202) 736-8533

and who is an active member in good standing of the bar of the District of Columbia having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Genentech, INc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: December 11, 2011

*Lucy H. Koh*
Lucy H. Koh
United States District Judge