| | |
|---|---|
| M. PATRICIA THAYER (SBN 90818)<br>pthayer@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street<br>San Francisco, California 94104<br>Telephone: (415) 772-1200<br>Facsimile: (415) 772-7400 | ROBERT A. VAN NEST (SBN 84065)<br>rvannest@kvn.com<br>ASHOK RAMANI (SBN 200020)<br>aramani@kvn.com<br>SARAH B. FAULKNER (SBN 263857)<br>sfaulkner@kvn.com<br>KEKER & VAN NEST LLP<br>633 Battery Street<br>San Francisco, California 94111-1809<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188 |
| JEFFREY P. KUSHAN (*pro hac vice*)<br>jkushan@sidley.com<br>JAMES A. HIGH JR.<br>jhigh@sidley.com (SBN 240781)<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 736-8000<br>Facsimile: (202) 736-8711 | |

SAMUEL N. TIU (SBN 216291)
stiu@sidley.com
TASHICA T. WILLIAMS (SBN 256449)
ttwilliams@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Plaintiff and Counterclaim Defendant
GENENTECH, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC.,<br><br>　　　　Plaintiff and Counterclaim<br>　　　　Defendant,<br><br>vs.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, a Pennsylvania non-profit corporation,<br><br>　　　　Defendant and Counterclaimant. | Case No:　　5:10-CV-2037-LHK (PSG)<br><br>**ORDER GRANTING, in part GENENTECH, INC'S ADMINISTRATIVE MOTION TO RESCHEDULE MOTION OPPOSITION AND HEARING DATE**<br><br>**[As Modified by the Court]** |

Before this Court is Plaintiff Genentech, Inc.'s Administrative Motion To Reschedule Motion Opposition and Hearing Date.[1] UPENN filed its motion for summary judgment on December 29, 2011 and noticed the hearing date for February 2, 2012 without first contacting the Courtroom Deputy to obtain a hearing date as is required by the Court's standing order. ECF No. at 437. The noticed hearing date of February 2, 2012 is at capacity. Genentech filed a motion seeking to extend the deadline for its response and seeking to have the hearing date reset. ECF No. 442. Having considered the matter, and good cause shown, it is hereby ORDERED that:

Genentech's Opposition to UPENN's Motion for Summary Judgment is due by March 1, 2012,
UPENN's Reply is due by March 22, 2012,
The hearing on UPENN's Motion for Summary Judgment is set for April 19, 2012.

Each party is limited to one 25-page dispositive motion as set forth in the Case Management Order of November 17, 2011. ECF No. 413. The Court considers UPenn's Motion for Summary Judgment as its one 25-page dispositive motion. UPenn may not file any additional motion for summary judgment without first seeking leave of the Court.

IT IS SO ORDERED.

Dated: January 4, 2012

_____
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE

---

[1] Genentech's motion to shorten time is denied as moot.

1
ORDER GRANTING IN PART GENENTECH, INC'S ADMINISTRATIVE MOTION TO RESCHEDULE MOTION
OPPOSITION AND HEARING DATE
CASE NO. 5:10-CV-2037-LHK (PSG)