M. PATRICIA THAYER (SBN 90818)
pthayer@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

SANDRA S. FUJIYAMA (SBN 198125)
sfujiyama@sidley.com
SAMUEL N. TIU (SBN 216291)
stiu@sidley.com
TASHICA T. WILLIAMS (SBN 256449)
ttwilliams@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

JEFFREY P. KUSHAN (*pro hac vice*)
jkushan@sidley.com
JAMES A. HIGH JR. (SBN 240781)
jhigh@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

ROBERT A. VAN NEST (SBN 84065)
rvannest@kvn.com
ASHOK RAMANI (SBN 200020)
aramani@kvn.com
SARA B. FAULKNER (SBN 263857)
sfaulkner@kvn.com
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA  94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff and
Counterclaim Defendant
GENENTECH, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| GENENTECH, INC.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, a Pennsylvania non-profit corporation,<br><br>    Defendant and Counterclaimant. | Case No:   5:10-CV-2037-LHK (PSG)<br><br>[PROPOSED] ORDER RE: THE UNIVERSITY OF PENNSYLVANIA'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (A) PORTIONS OF ITS MOTION FOR SUMMARY ADJUDICATION AND (B) CERTAIN EXHIBITS THERETO<br><br>`As Modified by the Court` |

Having reviewed the Declaration of James A High Jr. in Support of the University of Pennsylvania's Administrative Motion to File Under Seal (A) Portions of Its Motion for Summary Adjudication and (B) Certain Exhibits Thereto, and for good cause appearing, it is hereby ORDERED that the following shall be sealed:

- Exhibit 50 to the Declaration of Jason Sheasby In Support of the University's Motion for Summary Adjudication.

For good cause shown, the above document is to be filed under seal. The remainder of UPenn's motion to file under seal is DENIED. ECF No. 436. UPenn shall file the documents in accordance with General Order 62.

IT IS SO ORDERED.

Dated: January 18, 2012

Lucy H. Koh
UNITED STATES DISTRICT JUDGE

[PROPOSED] SEALING ORDER
CASE NO. 5:10-CV-2037-LHK (PSG)