| | | |
|---|---|---|
| 1 | M. PATRICIA THAYER - #90818<br>pthayer@sidley.com | ROBERT A. VAN NEST - #84065<br>rvannest@kvn.com |
| 2 | SIDLEY AUSTIN LLP<br>555 California Street | ASHOK RAMANI - #200020<br>aramani@kvn.com |
| 3 | San Francisco, CA 94104<br>Telephone: (415) 772-1200 | SARAH B. FAULKNER - #263857<br>sfaulkner@kvn.com |
| 4 | Facsimile: (415) 772-7400 | ANDREW LEVINE<br>*Admitted Pro Hac Vice* |
| 5 | JEFFREY P. KUSHAN *(pro hac vice)*<br>jkushan@sidley.com | alevine@kvn.com<br>KEKER & VAN NEST LLP |
| 6 | SIDLEY AUSTIN LLP<br>1501 K Street, N.W. | 633 Battery Street<br>San Francisco, CA  94111-1809 |
| 7 | Washington, D.C. 20005<br>Telephone: (202) 736-8000 | Telephone: (415) 391-5400<br>Facsimile:  (415) 397-7188 |
| 8 | Facsimile:  (202) 736-8711 | |

SAMUEL N. TIU - #216291
stiu@sidley.com
TASHICA T. WILLIAMS - #256449
ttwilliams@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile:  (213) 896-6600

Attorneys for Plaintiff
GENENTECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC.,<br><br>                        Plaintiff,<br><br>     v.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, a Pennsylvania non-profit corporation,<br><br>                        Defendant. | Case No. 5:10-cv-02037 LHK (PSG)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE FURTHER JOINT CASE MANAGEMENT STATEMENT** |

---

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE FURTHER JOINT
CASE MANAGEMENT STATEMENT
CASE NO. 5:10-cv-02037 LHK (PSG)

617463.01

WHEREAS there is a Further Case Management Conference scheduled before this Court on February 8, 2012; and

WHEREAS, pursuant to Civil Local Rule 16-10(d), Genentech, Inc. and the Trustees of the University of Pennsylvania (together, "the parties") must file a Further Joint Case Management Conference statement by today, February 1, 2012; and

WHEREAS the parties would like an additional day to meet and confer regarding the issues to be discussed in their Further Joint Case Management Conference Statement;

THE PARTIES THEREFORE AGREE as follows:

1. The deadline of February 1, 2012, for the parties to file their Further Joint Case Management Statement should be extended one day to February 2, 2012.

SO STIPULATED:

Dated: February 1, 2012                    KEKER & VAN NEST

By:  /s/ Ashok Ramani
ASHOK RAMANI
Attorneys for Plaintiff
GENENTECH, INC.

Dated: February 1, 2012                    IRELL & MANELLA LLP

By:  /s/ Gary N. Frischiling
GARY N. FRISCHILING[1]
Attorneys for Defendants
THE TRUSTEES OF THE UNIVERSITY
OF PENNSYLVANIA

---

[1] Pursuant to General Order 45(X), the filer of this document hereby attests that concurrence in the filing of the document has been obtained from Gary N. Frischiling.

1
JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE FURTHER JOINT CASE MANAGEMENT STATEMENT
CASE NO. 5:10-cv-02037 LHK (PSG)

617463.01

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

1. The deadline of February 1, 2012 for Genentech, Inc. and the Trustees of the University of Pennsylvania to file their Further Joint Case Management Statement under Civil Local Rule 16-10(d) is extended one day to February 2, 2012.

IT IS SO ORDERED.

Dated: February 2, 2012

By: *Lucy H. Koh*
LUCY H. KOH
United States District Judge

2
JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE FURTHER JOINT CASE MANAGEMENT STATEMENT
CASE NO. 5:10-cv-02037 LHK (PSG)

617463.01