UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> THE TRUSTEES OF THE UNIVERSITY OF ) <br> PENNSYLVANIA, a Pennsylvania non-profit ) <br> corporation, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 10-CV-02037-LHK <br><br> ORDER REGARDING SCHEDULE MODIFICATION |

The trial in this case is currently set to start on June 11, 2012, and to conclude on June 29, 2012. The Court requests input from the parties regarding a potential scheduling modification that would reset the trial date by two weeks. Under the modified schedule, the trial would begin on June 25 and conclude on July 13. Specifically, the following days would be trial days: June 25, June 26, June 29, July 2, July 3, July 6, July 9, July 10, and July 13. Additionally, should the parties be amenable to the scheduling change referenced above, the pre-trial conference may also be reset from May 30, 2012 to June 13, 2012. This scheduling change would not affect any other orders issued by the Court with respect to the format and structure of the trial, except for the dates on which the trial is scheduled.

Each party shall file a letter, setting forth its position on this proposed schedule, by Friday, March 16, 2012.

Case No.: 10-CV-02037-LHK
ORDER REGARDING SCHEDULE MODIFICATION

**IT IS SO ORDERED.**

Dated: March 14, 2012

_____
LUCY H. KOH
United States District Judge

Case No.: 10-CV-02037-LHK
ORDER REGARDING SCHEDULE MODIFICATION