UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> THE TRUSTEES OF THE UNIVERSITY OF ) <br> PENNSYLVANIA, a Pennsylvania non-profit ) <br> corporation, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 10-CV-02037-LHK <br><br> ORDER REGARDING TRIAL SCHEDULE |

The Court thanks the parties for their prompt response to the Court's proposed revision to the trial schedule. *See* ECF No. 519. In light of the conflict that the Court's proposal would create for Defendant's trial counsel, the case schedule and all deadlines in this case will remain as set. The trial will begin on June 11, 2012, at 9:00 a.m., and will conclude on June 29, 2012.

**IT IS SO ORDERED.**

Dated: March 19, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 10-CV-02037-LHK
ORDER REGARDING TRIAL SCHEDULE