1  SIDLEY AUSTIN LLP
   M. PATRICIA THAYER (SBN 90818)        KEKER & VAN NEST LLP
2  pthayer@sidley.com                    ROBERT A. VAN NEST (SBN 84065)
   555 California Street, Suite 2000     rvannest@kvn.com
3  San Francisco, CA 94104               ASHOK RAMANI (SBN 200020)
   Telephone: (415) 772-1200             aramani@kvn.com
4  Facsimile:  (415) 772-7400            DAN JACKSON (SBN 216091)
                                         djackson@kvn.com
                                         SARAH B. FAULKNER (SBN 263857)
5  JEFFREY P. KUSHAN (pro hac vice)      sfaulkner@kvn.com
   jkushan@sidley.com                    633 Battery Street
6  JAMES A. HIGH, JR. (SBN 240781)       San Francisco, CA 94111-1809
   jhigh@sidley.com                      Telephone:   (415) 391-5400
7  1501 K Street, N.W.                   Facsimile:   (415) 397-7188
   Washington, D.C. 20005
8  Telephone: (202) 736-8000
   Facsimile:  (202) 736-8711
9
   SAMUEL N. TIU (SBN 216291)
10 stiu@sidley.com
   TASHICA T. WILLIAMS (SBN 256449)
11 ttwilliams@sidley.com
   555 West Fifth Street, Suite 4000
12 Los Angeles, CA 90013
   Telephone:  (213) 896-6000
13 Facsimile:  (213) 896-6600

14 Attorneys for Plaintiff and Counterclaim Defendant
   GENENTECH, INC.

15

16                   **UNITED STATES DISTRICT COURT**

17                 **NORTHERN DISTRICT OF CALIFORNIA**

18                       **SAN JOSE DIVISION**

19 GENENTECH, INC.,                    )  Case No:      5:10-CV-2037-LHK (PSG)
                                       )
20          Plaintiff and Counterclaim )  **DECLARATION OF TASHICA T.**
            Defendant,                 )  **WILLIAMS IN SUPPORT OF**
21                                     )  **GENENTECH, INC.'S MOTION TO**
   vs.                                 )  **STRIKE CERTAIN TESTIMONY AND**
22                                     )  **EXHIBITS IN OPPOSITION TO**
   THE TRUSTEES OF THE UNIVERSITY OF   )  **SUMMARY JUDGMENT PURSUANT  TO**
23 PENNSYLVANIA, a Pennsylvania non-profit )  **FED. R. EVID. 104, 402, 403, 602 AND 702**
   corporation,                        )  **AND FED. R. CIV. P. 26, 37, 56**
24                                     )
            Defendant and Counterclaimant. )  **Hearing Date:**  April 19, 2012
25                                     )  **Time:**          1:30 p.m.
                                       )  **Judge:**         Hon. Lucy H. Koh
26                                     )
                                       )  **Date Filed:**    May 11, 2010
27                                     )
                                          **Trial Date:**    June 11, 2012
28

1    I, Tashica T. Williams, declare as follows:

2    1.    I am an attorney at law, duly licensed to practice before all the courts of the State of

3    California, and I am an associate in the law firm of Sidley Austin LLP and counsel for Plaintiff

4    Genentech, Inc. ("Genentech").  I submit this declaration in Support of Genentech's Motion to

5    Strike Certain Testimony and Exhibits in Opposition to Summary Judgment Pursuant to Fed. R.

6    Evid. 104, 402, 403, 602 and 702 And Fed. R. Civ. P. 26, 37, 56.  The following declaration is

7    based on my personal knowledge, and if called upon to testify, I could and would competently

8    testify as to the matters set forth herein.

9    2.    Attached hereto as Exhibit A are excerpts from the June 29, 2011 deposition

10   transcript of Jeffrey A. Drebin, M.D., Ph.D.  **(Filed Under Seal)**.

11   3.    Attached hereto as Exhibit B are excerpts from the February 24, 2012 deposition

12   transcript of Roy Andrew Jensen, M.D.

13   4.    Attached hereto as Exhibit C are excerpts from the February 17, 2012 deposition

14   transcript of Vandana B. Sharma, M.D., Ph.D.

15   5.    Attached hereto as Exhibit D are excerpts from the February 22, 2012 deposition

16   transcript of Stuart A. Aaronson, M.D.

17   6.    Attached hereto as Exhibit E is a true and correct copy of the Trustees of the

18   University of Pennsylvania Supplemental Rule 26 (a)(1) Initial Disclosures dated September  28,

19   2011.

20   7.    Attached hereto as Exhibit F is a true and correct copy of Exhibit 556 to the

21   February 17, 2012 deposition transcript of Vandana B. Sharma, M.D., Ph.D.

22   8.    Attached hereto as Exhibit G is a true and correct copy of excerpts from the April

23   4, 2011 transcript of proceedings before the Honorable Lucy H. Koh.

24   9.    Attached hereto as Exhibit H is a true and correct copy of  an email communication

25   dated February 10, 2012.

26   10.    Attached hereto as Exhibit I is a true and correct copy of the August 9, 2011 Third

27   Revised Exhibit A to the 3-1 Disclosure.

28

-2-

1         11.     Attached hereto as Exhibit J is a true and correct copy of Exhibit 558 to the February

2    17, 2012 deposition transcript of Vandana B. Sharma, M.D., Ph.D.

3         12.     Attached hereto as Exhibit K is a true and correct copy of excerpts from  the AJCC

4    Cancer Staging Manual, 6th Edition (2002).

5         13.     Attached hereto as Exhibit L are excerpts from the February 21, 2012 deposition

6    transcript of Dr. Klaus Pantel.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF TASHICA T. WILLIAMS IN SUPPORT OF GENENTECH'S MOTION TO STRIKE
CASE NO.  5:10-CV-2037-LHK (PSG)\

1        I declare under the penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct.  Executed on April 2, 2012.

3

4    Dated:  April 2, 2012                  Respectfully Submitted,

5

6                        By:

7                                 Tashica T. Williams (SBN 256449)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF TASHICA T. WILLIAMS IN SUPPORT OF GENENTECH'S MOTION TO STRIKE
CASE NO.  5:10-CV-2037-LHK (PSG)\