1

M. PATRICIA THAYER (SBN 90818)
pthayer@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California  94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400

JEFFREY P. KUSHAN (*pro hac vice*)
jkushan@sidley.com
JAMES ASA HIGH, JR. (SBN 240781)
jhigh@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

SAMUEL N. TIU (SBN 216291)
stiu@sidley.com
TASHICA T. WILLIAMS (SBN 256449)
ttwilliams@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600

ROBERT A. VAN NEST (SBN 84065)
rvannest@kvn.com
ASHOK RAMANI (SBN 200020)
aramani@kvn.com
ANDREW LEVINE (*pro hac vice*)
alevine@kvn.com
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA  94111-1809
Telephone: (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff and Counterclaim
Defendant GENENTECH, INC.

JASON SHEASBY (SBN 205455)
jsheasby@irell.com
GARY FRISCHLING (SBN 130583)
gfrischling@irell.com
C. MACLAIN WELLS (SBN 221609)
mwells@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

SANDRA HABERNY (SBN 260977)
shaberny@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive
Suite 400
Newport Beach, CA 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

Attorneys for Defendant and Counterclaimant
THE TRUSTEES OF THE UNIVERSITY OF
PENNSYLVANIA

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN JOSE DIVISION**

11

| | | |
|---|---|---|
| GENENTECH, INC., | ) | Case No:      5:10-CV-2037-LHK (PSG) |
| | ) | |
| Plaintiff and Counterclaim | ) | |
| Defendant, | ) | **JOINT STIPULATION AND** |
| | ) | **[PROPOSED] ORDER ALLOWING** |
| vs. | ) | **EQUIPMENT AT APRIL 19, 2012** |
| | ) | **HEARING** |
| THE TRUSTEES OF THE UNIVERSITY OF | ) | |
| PENNSYLVANIA, a Pennsylvania non-profit | ) | |
| corporation, | ) | |
| | ) | |
| Defendant and Counterclaimant. | ) | |
| | ) | |
| | ) | |

Plaintiff Genentech, Inc. and Defendant The Trustees of the University of Pennsylvania, by and through their attorneys, stipulate to the contents of this request and hereby submit the following list of presentation equipment to be brought into the U.S. District Court, Northern District of California, 280 South 1st Street, San Jose, CA, 4th Floor, Courtroom 8, for use at the Motion to Strike and Motion for Summary Judgment hearings of the above-captioned matter scheduled for April 19, 2012:

> 1 Projector;
> 1 Projector Screen;
> 1 Video Switch
> VGA Cables

Counsel for Plaintiff Genentech, Inc. and Defendant The Trustees of the University of Pennsylvania, and/or their authorized representatives are authorized to bring this equipment into the courtroom.

IT IS SO STIPULATED.

Dated:  April 17, 2012                    SIDLEY AUSTIN LLP

                                By:     /s/ Tashica T. Williams
                                        TASHICA T. WILLIAMS
                                        Attorneys For Plaintiff
                                        GENENTECH, INC.

Dated:  April 17, 2012                    IRELL & MANELLA LLP

                                By:     /s/ Jason Sheasby
                                        JASON SHEASBY
                                        Attorneys for Defendants
                                        THE TRUSTEES OF THE UNIVERSITY OF
                                        PENNSYLVANIA[1]

IT IS SO ORDERED.

Dated:    4/18/12                    _____
                                        JUDGE LUCY H. KOH
                                        UNITED STATES DISTRICT COURT JUDGE

---

1 Pursuant to General Order 45(X), the filer of this document hereby attests that concurrence in the filing of the document has been obtained from Jason Sheasby.

1