United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC., <br>                 Plaintiff, <br>    v. <br> THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, a Pennsylvania non-profit corporation, <br>                 Defendant. | Case No.: 10-CV-02037-LHK <br><br> ORDER CLARIFYING TRIAL ATTENDANCE OF DR. MARK GREENE <br><br> (re: dkt. #572) |

On May 7, 2012, Genentech filed an Administrative Motion for Clarification Concerning Trial Attendance of Dr. Mark Greene. *See* ECF No. 572. Although the Civil Local Rules allow U Penn four days to file an opposition to Genentech's administrative motion, the nature of relief Genentech seeks is time sensitive and is not adverse to U Penn's interests. Accordingly, the Court finds good cause to GRANT Genentech's request and clarifies as follows: Genentech's motion to compel Dr. Greene's jury trial attendance shall be filed by May 14, 2012, and shall not exceed 5 pages in length. U Penn's opposition to such motion, also not to exceed 5 pages in length, shall be due May 21, 2012. Neither party's brief shall count towards its limit for motions *in limine* and *Daubert* motions, which are due May 11, 2012.

**IT IS SO ORDERED.**

Dated: May 10, 2012

                                                _____
                                                LUCY H. KOH
                                                United States District Judge

1

Case No.: 10-CV-02037-LHK
ORDER CLARIFYING TRIAL ATTENDANCE OF DR. MARK GREENE