M. PATRICIA THAYER (SBN 90818)
pthayer@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

JEFFREY P. KUSHAN (*pro hac vice*)
jkushan@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

SAMUEL N. TIU (SBN 216291)
stiu@sidley.com
TASHICA T. WILLIAMS (SBN 256449)
ttwilliams@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

ROBERT A. VAN NEST (SBN 84065)
rvannest@kvn.com
ASHOK RAMANI (SBN 200020)
aramani@kvn.com
ANDREW LEVINE (*pro hac vice*)
alevine@kvn.com
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, California 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff and Counterclaim Defendant
GENENTECH, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| GENENTECH, INC., <br><br>    Plaintiff and Counterclaim Defendant, <br><br> vs. <br><br> THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, a Pennsylvania non-profit corporation, <br><br>    Defendant and Counterclaimant. | Case No:   5:10-CV-2037-LHK (PSG) <br><br> **[PROPOSED]** ORDER DENYING THE UNIVERSITY OF PENNSYLVANIA'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS OPPOSITION TO GENENTECH'S MOTION TO STRIKE |

The court, having considered the University of Pennsylvania's Administrative Motion to File Under Seal Portions of Its Opposition to Genentech's Motion to Strike (Dkt. 559), and the Declaration of Tashica T. Williams Under Civil Local Rule 79-5(d), hereby orders that the Motion is DENIED as it relates to information identified in the University of Pennsylvania's Administrative Motion to File Under Seal Portions of Its Opposition to Genentech's Motion to Strike.

**IT IS SO ORDERED.**

Dated: May 10, 2012

_Lucy H. Koh_
HON. LUCY H. KOH
United States District Court Judge