United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC.,                     ) | Case No.: 10-CV-02037-LHK |
| )                                                      | |
| Plaintiff,              ) | |
| v.                                  ) | ORDER RE: MOTION TO SHORTEN |
| )                                                      | TIME ON MOTION FOR PROTECTIVE |
| THE TRUSTEES OF THE UNIVERSITY OF ) | ORDER OR, IN THE ALTERNATIVE, |
| PENNSYLVANIA, a Pennsylvania non-profit ) | TO QUASH TRIAL SUBPOENAS |
| corporation,                        ) | |
| )                                                      | (re: dkt. # 616) |
| Defendant.              ) | |
| )                                                      | |

17  On May 17, 2012, Genentech filed a Motion for Protective Order or, in the Alternative, to

18 Quash Trial Subpoenas, ECF No. 613 ("Motion for Protective Order"), alongside a Motion to

19 Shorten Time of Briefing Schedule on its Motion for Protective Order, ECF No. 616.  To enable

20 Genentech's Motion for Protective Order to be heard at the Pretrial Conference set for May 30,

21 2012, Genentech proposes that U Penn's opposition be due May 23, 2012, and that Genentech's

22 reply be due May 28, 2012.  *See* ECF No. 616 at 4.

23  U Penn does not oppose the Court hearing the Motion for Protective Order at the May 30,

24 2012 Pretrial Conference, but argues that Genentech should not be allowed to file a reply brief

25 because (1) Genentech unnecessarily delayed filing its motion, and (2) the parties have already

26 briefed the issues identified in the Motion for Protective Order in the parties' Joint Pretrial

27 Statement.  *See* ECF No. 622 at 1.

28

1

Case No.: 10-CV-02037-LHK
ORDER RE: MOTION TO SHORTEN TIME

The Court agrees that the issues raised in Genentech's Motion for Protective Order have already been addressed, to some degree, in the Joint Pretrial Statement, and that extensive additional briefing on the matter is therefore unnecessary. The Court further agrees that no reply brief is necessary. Accordingly, U Penn's opposition to the Motion for Protective Order, not to exceed 10 pages, is due May 25, 2012, at 5:00 p.m. Genentech may not file a reply. The Court will hear Genentech's Motion for Protective Order at the Pretrial Conference on May 30, 2012, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: May 22, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

2
Case No.: 10-CV-02037-LHK
ORDER RE: MOTION TO SHORTEN TIME