United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC., | Case No.: 10-CV-02037-LHK |
| Plaintiff, | |
| v. | ORDER RE: JURY NOTEBOOKS |
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, a Pennsylvania non-profit corporation, | |
| Defendant. | |

The parties shall deliver to the Courtroom Deputy at 10 a.m. on Friday, June 8, 2012, thirteen three ring binders ("Jury Notebooks") containing the following:

(1) Sample patent to accompany the FJC video

(2) Preliminary Jury Instructions

(3) Two-columned chart of the asserted claims -- The left column shall contain the asserted claims with the construed terms highlighted. The right column shall contain the Court's claim construction of the highlighted terms.

(4) Glossary

(5) '752 patent

(6) Tab for witness photos. The parties shall take a photo of each witness outside the Courtroom immediately before the witness testifies and shall provide the Courtroom Deputy thirteen three-hole punched 8 1/2 x 11 copies of each photo. The Courtroom

1

Case No.: 10-CV-02037-LHK
ORDER RE: JURY NOTEBOOKS

Deputy will distribute the photos.  The witness must appear the same in the photo as he/she will appear on the witness stand (e.g., same clothing, hairstyle, eyewear).

(7) Tab for Final Jury Instructions

(8) Blank lined paper

The parties must stipulate to everything in the Jury Notebooks.  If no agreement can be reached, the item or information is not permitted in the Jury Notebooks.

The parties are to bring the FJC video and necessary equipment to show the video to the jury.

**IT IS SO ORDERED.**

Dated: June 1, 2012

_____
LUCY H. KOH
United States District Judge

2

Case No.: 10-CV-02037-LHK
ORDER RE: JURY NOTEBOOKS