**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC., | ) Case No.: 10-CV-02037-LHK |
| Plaintiff, | ) |
| v. | ) ORDER RE: BRIEFING ON POST-JUDGMENT DAMAGES |
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, a Pennsylvania non-profit corporation, | ) |
| Defendant. | ) |

Genentech is hereby ORDERED to file a response to U Penn's supplemental brief on post-judgment damages (ECF No. 653), not to exceed two pages, by June 5, 2012, at 10 a.m.

**IT IS SO ORDERED.**

Dated: June 4, 2012

_____
LUCY H. KOH
United States District Judge

1
Case No.: 10-CV-02037-LHK
ORDER RE: BRIEFING ON POST-JUDGMENT DAMAGES