M. PATRICIA THAYER (SBN 90818)
pthayer@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

JEFFREY P. KUSHAN (*pro hac vice*)
jkushan@sidley.com
JAMES A. HIGH JR. (SBN 240781)
jhigh@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711

SAMUEL N. TIU (SBN 216291)
stiu@sidley.com
TASHICA T. WILLIAMS (SBN 256449)
ttwilliams@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

ROBERT A. VAN NEST (SBN 84065)
rvannest@kvn.com
ASHOK RAMANI (SBN 200020)
aramani@kvn.com
ANDREW W. LEVINE (SBN 278246)
alevine@kvn.com
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA  94111-1809
Telephone: (415) 391-5400
Facsimile:  (415) 397-7188

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, a Pennsylvania non-profit corporation,<br><br>    Defendant. | Case No:    5:10-CV-2037-LHK (PSG)<br><br>[~~PROPOSED~~] ORDER GRANTING GENENTECH, INC'S. MOTION TO SHORTEN TIME OF THE BRIEFING SCHEDULE ON ITS MOTION TO STRIKE NEW AND UNTIMELY EXPERIMENTAL DATA OF DR STUART AARONSON AND DR. BRYEN JORDAN<br><br>**Hearing Date:** TBD<br>**Time:** TBD<br>**Judge:** Hon. Lucy H. Koh |

Before this Court is Genentech, Inc.'s ("Genentech") Motion to Shorten Time of The Briefing Schedule On Its Motion To Strike New and Untimely Experimental Data Of Dr. Stuart Aaronson and Dr. Bryen Jordan.  Having considered the matter and the papers submitted by counsel, and for good cause appearing, IT IS HEREBY ORDERED:

1. The Trustees of the University of Pennsylvania ("Penn") will file their opposition to Genentech's Motion To Strike New and Untimely Experimental Data Of Dr. Stuart Aaronson and Dr. Bryen Jordan ("Motion to Strike") no later than June 4, 2012;
2. The Court will hear Genentech's Motion to Strike on June 5, 2012 at 2:00 p.m.

IT IS SO ORDERED.

Dated:  June  4 , 2012

*Lucy H. Koh*
Hon. Lucy H. Koh
United States District Court Judge