UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC., | Case No.: 10-CV-02037-LHK |
| Plaintiff, | |
| v. | ORDER RE: U PENN'S OBJECTIONS TO GENENTECH'S WRITTEN DISCOVERY DESIGNATIONS |
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, a Pennsylvania non-profit corporation, | |
| | (re: dkt #659) |
| Defendant. | |

On June 1, 2012, U Penn filed a general objection to Genentech's Written Discovery Designations, in which U Penn incorporated by reference its "specific objections" to the designated responses to requests for admission, infringement contentions, and responses to interrogatories, as "identified in the responses themselves." *See* ECF No. 659 (Objections); ECF No. 646 (Genentech's Designations).

By 4 p.m. on June 4, 2012, Genentech must file its revised written discovery designations in light of the 125 limit on exhibits. The parties then must meet and confer this evening on U Penn's objections to Genentech's written discovery designations. Genentech shall file a two-page response to U Penn's June 1, 2012 objection by 9 a.m. on June 5, 2012. Because Genentech did not file the underlying documents along with its Designations, Genentech shall bring to the Final Pretrial Conference tomorrow, June 5, 2012, at 2 p.m., the relevant exhibits to which U Penn has objected and which Genentech still seeks to admit at trial.

1

Case No.: 10-CV-02037-LHK
ORDER RE: WRITTEN DISCOVERY DESIGNATIONS

1  **IT IS SO ORDERED.**

2

3  Dated: June 4, 2012

_____
LUCY H. KOH
United States District Judge