M. PATRICIA THAYER (SBN 90818)
pthayer@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400
SAMUEL N. TIU (SBN 216291)
stiu@sidley.com
TASHICA T. WILLIAMS (SBN 256449)
ttwilliams@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600

ROBERT A. VAN NEST (SBN 84065)
rvannest@kvn.com
ASHOK RAMANI (SBN 200020)
aramani@kvn.com
ANDREW LEVINE (SBN 278246)
alevine@kvn.com
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, California 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

JEFFREY P. KUSHAN (*pro hac vice*)
jkushan@sidley.com
JAMES A. HIGH , JR. (SBN 240781)
jhigh@sidley.com
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
Telephone: ( (202) 736-8000
Facsimile: (202) 736-8711

Attorneys for Plaintiff
GENENTECH, INC.

GARY FRISCHLING (SBN 130583)
gfrischling@irell.com
JASON SHEASBY (SBN 205455)
jsheasby@irell.com
C. MACLAIN WELLS (SBN 221609)
mwells@irell.com
ANTHONY E. FALCONE (SBN 247863)
tfalcone@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile:  (310) 203-7199

SANDRA HABERNY (SBN 260977)
shaberny@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive
Suite 400
Newport Beach, CA 92660-¬6324
Telephone: (949) 760-0991
Facsimile:  (949) 760-5200

Attorneys for Defendant and Counterclaimant
THE TRUSTEES OF THE UNIVERSITY OF
PENNSYLVANIA

STIPULATION AND [PROPOSED] ORDER ALLOWING THE PARTIES TO BRING EQUIPMENT
AND OTHER MATERIALS INTO THE COURTROOM FOR TRIAL
CASE NO. 5:10-cv-02037 LHK (PSG)

668403.02

1

2                             UNITED STATES DISTRICT COURT

3                             NORTHERN DISTRICT OF CALIFORNIA

                                    SAN JOSE DIVISION
4

| | |
|---|---|
| GENENTECH, INC., | Case No. 5:10-cv-02037 LHK (PSG) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER ALLOWING THE PARTIES TO BRING EQUIPMENT AND OTHER MATERIALS INTO THE COURTROOM FOR TRIAL** |
| v. | |
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, a Pennsylvania non-profit corporation, | Dept:       Courtroom 8, 4th Floor<br>Judge:      Hon. Lucy H. Koh |
| Defendant. | Date Comp. Filed:     May 11, 2010<br>Trial Date:              June 11, 2012 |

STIPULATION AND [PROPOSED] ORDER ALLOWING THE PARTIES TO BRING EQUIPMENT
AND OTHER MATERIALS INTO THE COURTROOM FOR TRIAL
CASE NO. 5:10-cv-02037 LHK (PSG)

668403.02

1    WHEREAS; the trial in the above-captioned matter is scheduled to commence on June

2  11, 2012;

3    WHEREAS; the parties have met and conferred regarding the necessary equipment for

4  use in the courtroom during trial;

5    WHEREAS; the parties have agreed to coordinate their use of equipment when

6  practicable.  The parties jointly request an order allowing the parties to bring into the courtroom

7  on or after June 8, 2012, the equipment identified below and use that equipment in the courtroom

8  during trial from June 11, 2012 through June 29, 2012..

9    12 Laptop Computers

10    1 LCD projector

11    1 Projection Screen

12    5 Computer Monitors

13    2 Inline 6in x1 out VGA Switch IN3566

14    1 Inline 1 in x8 out VGA DA IN3268

15    1 Pair of Speakers

16    2 CAP-1 Computer Audio Patch (MONO)

17    Switch Box

18    Distribution Amplifier

19    2 LaserJet Printers

20    ELMO (document viewer)

21    Tech Table with skirt

22    Projection Stand

23    Extension cables and power strips

24    6-8 Rolling Carts

25    1 Easel and Easel Notepads

26    Hand trucks and/or dollys

27    Trial Supplies for the Courtroom

28

1

1    The parties would also like the Court to authorize Courtroom Connect to provide the

2  parties in this case with internet connectivity for the duration of the trial.  The attorneys for

3  Genentech and The Trustees of the University of Pennsylvania request that the Court allow the

4  parties to arrange for the provision of secure high-speed wireless or wired internet access in the

5  courtroom.  The internet connection will enable the trial teams in the courtroom to stay

6  connected to our online case repository and resources in the office during critical moments of the

7  proceedings.  This will reduce the files and personnel we bring into the courtroom, as well as the

8  traffic to and from the courtroom during proceedings

9    Further, the Parties are requesting that the Court allow in the following food and drink

10  items each day during the jury and bench trials:

11    Bottled water

12    Cough Drops

13    Granola Bars

14    Trail mix

15

16    IT IS SO STIPULATED.

17  Date: June 5, 2012

18  Submitted By:   */s/ Ashok Ramani*              Submitted By:   */s/ Jason Sheasby*

19  M. PATRICIA THAYER (SBN 90818)              JASON SHEASBY (SBN 205455)
    pthayer@sidley.com                          jsheasby@irell.com
20  SIDLEY AUSTIN LLP                            GARY FRISCHLING (SBN 130583)
    555 California Street, Suite 2000            gfrischling@irell.com
21  San Francisco, California 94104              C. MACLAIN WELLS (SBN 221609)
    Telephone:  (415) 772-1200                   mwells@irell.com
22  Facsimile:  (415) 772-7400                   ANTHONY E. FALCONE (SBN 247863)
    SAMUEL N. TIU (SBN 216291)                   tfalcone@irell.com
23  stiu@sidley.com                              IRELL & MANELLA LLP
    TASHICA T. WILLIAMS (SBN 256449)             1800 Avenue of the Stars, Suite 900
24  ttwilliams@sidley.com                        Los Angeles, CA 90067-4276
    SIDLEY AUSTIN LLP                            Telephone: (310) 277-1010
25  555 West Fifth Street, Suite 4000            Facsimile:  (310) 203-7199
    Los Angeles, California  90013
26  Telephone:  (213) 896-6000
    Facsimile:  (213) 896-6600
27

28
                                              2
    STIPULATION AND [PROPOSED] ORDER ALLOWING THE PARTIES TO BRING EQUIPMENT
              AND OTHER MATERIALS INTO THE COURTROOM FOR TRIAL
                        CASE NO. 5:10-cv-02037 LHK (PSG)
    668403.02

1  ROBERT A. VAN NEST (SBN 84065)           SANDRA HABERNY (SBN 260977)
   rvannest@kvn.com                          shaberny@irell.com
2  ASHOK RAMANI (SBN 200020)                 IRELL & MANELLA LLP
   aramani@kvn.com                           840 Newport Center Drive
3  ANDREW LEVINE (SBN 278246)                Suite 400
   alevine@kvn.com                           Newport Beach, CA 92660-¬6324
4  KEKER & VAN NEST LLP                      Telephone: (949) 760-0991
   633 Battery Street                        Facsimile:  (949) 760-5200
5  San Francisco, California 94111-1809
   Telephone: (415) 391-5400                 Attorneys for Defendant and Counterclaimant
6  Facsimile: (415) 397-7188                 THE TRUSTEES OF THE UNIVERSITY OF
                                             PENNSYLVANIA
7  JEFFREY P. KUSHAN (*pro hac vice*)
   jkushan@sidley.com
8  JAMES A. HIGH , JR. (SBN 240781)
   jhigh@sidley.com
9  SIDLEY AUSTIN LLP
   1501 K Street NW
10 Washington, DC 20005
   Telephone: (202) 736-8000
11 Facsimile: (202) 736-8711

12 Attorneys for Plaintiff And Counterclaim
   Defendant GENENTECH, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

STIPULATION AND [PROPOSED] ORDER ALLOWING THE PARTIES TO BRING EQUIPMENT
AND OTHER MATERIALS INTO THE COURTROOM FOR TRIAL
CASE NO. 5:10-cv-02037 LHK (PSG)

668403.02

1  Having considered the parties' stipulation and for good cause shown, it is ORDERED that:

2     1.  The parties' joint equipment request is GRANTED.

3     2.  The parties' request for a secured internet connection is GRANTED.

4

5  **IT IS SO ORDERED.**

6

      Dated: _____6/6_____, 2012

7

8                                               _Lucy H. Koh_

9                          HONORABLE LUCY H. KOH
                        UNITED STATES DISTRICT JUDGE

4

[~~PROPOSED~~] ORDER ALLOWING GENENTECH TO BRING EQUIPMENT AND
OTHER MATERIALS INTO THE COURTROOM FOR TRIAL
CASE NO. 5:10-cv-02037 LHK (PSG)

668403.02