**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC., <br><br> Plaintiff, <br> v. <br><br> THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, a Pennsylvania non-profit corporation, <br><br> Defendant. | Case No.: 10-CV-02037-LHK <br><br> ORDER DENYING STIPULATED REQUEST TO VACATE TRIAL DATE <br><br> (re: dkt #700) |

The Court will not vacate the trial date until the parties file a stipulation of dismissal. If a stipulation of dismissal is not filed by 4:00 p.m. on Friday, June 8, 2012, the parties shall appear for trial at 8:30 a.m. on Monday, June 11, 2012.

**IT IS SO ORDERED.**

Dated: June 7, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-02037-LHK
ORDER DENYING STIPULATED REQUEST TO VACATE TRIAL DATE