1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENENTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, a Pennsylvania non-profit corporation, <br><br> Defendant. | Case No.: 10-CV-02037-LHK <br><br> ORDER DISMISSING CASE <br><br> (re: dkt #706) |

Pursuant to the parties' stipulation, *see* ECF No. 706, this case is DISMISSED in its

entirety without prejudice.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 8, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-02037-LHK
ORDER DISMISSING CASE